SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com

Local Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEAVY & GENERAL LABORERS' LOCALS 472 & 172 WELFARE FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   vs.<br><br>3M COMPANY, et al.,<br><br>               Defendants. | No. 2:19-cv-15982-CCC-JBC<br><br><u>CLASS ACTION</u><br><br>MOTION DAY: OCTOBER 21, 2019 |

[Caption continued on following page.]

THE INSTITUTIONAL INVESTORS' NOTICE OF MOTION FOR
CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

BRUCE ROUSSEAU, Individually and
on Behalf of All Others Similarly
Situated,

                   Plaintiff,

    vs.

3M COMPANY, et al.,

                  Defendants.

Case No. 2:19-cv-17090-MCA-MAH

4842-0285-3288.v1

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that proposed lead plaintiff State of Rhode Island, Office of the Rhode Island Treasurer on behalf of the Employees' Retirement System of the State of Rhode Island, Iron Workers Local 580 Joint Funds, and Flossbach von Storch Invest S.A. (collectively, the "Institutional Investors") will move this Court, on a date and at such time as may be designated by the Court, at 50 Walnut Street, Newark, New Jersey, 07101, for an order: (i) consolidating the above-captioned actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (ii) appointing the Institutional Investors as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995; and (iii) approving the Institutional Investors' selection of Robbins Geller Rudman & Dowd LLP and Motley Rice LLC as Lead Counsel.[1]   In support of this Motion, the Institutional Investors submit the accompanying Memorandum of Law, Declaration of Christopher A. Seeger, and Proposed Order.

DATED:  September 27, 2019         SEEGER WEISS LLP
                                   CHRISTOPHER A. SEEGER


                                   s/ Christopher A. Seeger
                                   CHRISTOPHER A. SEEGER

---

[1]   Plaintiff Heavy & General Laborers' Locals 472 & 172 Welfare Fund joins in the request for relief sought by this Motion.

4842-0285-3288.v1

55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
cseeger@seegerweiss.com

Local Counsel

MOTLEY RICE LLC
GREGG S. LEVIN
CHRISTOPHER F. MORIARTY
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)
glevin@motleyrice.com
cmoriarty@motleyrice.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed]
Lead Plaintiff

- 2 -

4842-0285-3288.v1