SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com

Local Counsel

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HEAVY & GENERAL LABORERS' LOCALS 472 & 172 WELFARE FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | No. 2:19-cv-15982-CCC-JBC<br><br>CLASS ACTION<br><br>MOTION DAY: OCTOBER 21, 2019 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| 3M COMPANY, et al., | ) ) | |
| Defendants. | ) ) ) | |

[Caption continued on following page.]

DECLARATION OF CHRISTOPHER A. SEEGER IN SUPPORT OF
INSTITUTIONAL INVESTORS' MOTION FOR CONSOLIDATION OF THE
RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF SELECTION OF LEAD COUNSEL

4816-0789-0088.v1

BRUCE ROUSSEAU, Individually and
on Behalf of All Others Similarly
Situated,

                  Plaintiff,

    vs.

3M COMPANY, et al.,

                  Defendants.

Case No. 2:19-cv-17090-MCA-MAH

4816-0789-0088.v1

I, Christopher A. Seeger, declare as follows:

1.      I am a member in good standing of the bar of the State of New Jersey and of this Court.  I am a member of the law firm of Seeger Weiss LLP, local counsel for proposed lead plaintiff State of Rhode Island, Office of the Rhode Island Treasurer on behalf of the Employees' Retirement System of the State of Rhode Island, Iron Workers Local 580 Joint Funds, and Flossbach von Storch Invest S.A. (collectively, the "Institutional Investors") in the above-captioned actions.  I make this declaration in support of the Institutional Investors' Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on July 29, 2019;

Exhibit B:   Institutional Investors' Sworn Certifications;

Exhibit C:   Loss Analysis, prepared by counsel;

Exhibit D:   Robbins Geller Rudman & Dowd LLP firm résumé;

Exhibit E:   Motley Rice LLC firm résumé; and

Exhibit F:   Joint Declaration in Support of Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel.

- 1 -

4816-0789-0088.v1

- 2 -

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 27th day of September, 2019.

s/ Christopher A. Seeger
CHRISTOPHER A. SEEGER

- 2 -

4816-0789-0088.v1