# EXHIBIT A





Robbins Geller
Rudman & Dowd LLP

# Robbins Geller Rudman & Dowd LLP Files Class Action Suit Against 3M Company

July 29, 2019 05:18 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Robbins Geller Rudman & Dowd LLP (http://www.rgrdlaw.com/cases/3mcompany/) today announced that a class action has been commenced by an institutional investor on behalf of purchasers of 3M Company (NYSE:MMM) common stock during the period between February 9, 2017 and May 28, 2019 (the "Class Period"). This action was filed in the District of New Jersey and is captioned *Heavy & General Laborers' Locals 472 & 172 Welfare Fund v. 3M Company, et al.*, No. 19-cv-15982.

The Private Securities Litigation Reform Act of 1995 permits any investor who purchased 3M common stock during the Class Period to seek appointment as lead plaintiff. A lead plaintiff acts on behalf of all other class members in directing the litigation. The lead plaintiff can select a law firm of its choice. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff. If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact Brian Cochran at 800/449-4900 or 619/231-1058, or via e-mail at bcochran@rgrdlaw.com. You can view a copy of the complaint as filed at http://www.rgrdlaw.com/cases/3mcompany/.

The complaint charges 3M and certain of its officers and directors with violations of the Securities Exchange Act of 1934. 3M is an American multinational conglomerate corporation that produces a variety of chemical substances and related products.

The complaint alleges that during the Class Period, defendants made materially false and misleading statements and/or failed to disclose adverse information regarding 3M's business and operations. Specifically, defendants failed to disclose the extent of the Company's exposure to legal liability associated with 3M's most lucrative product offerings: man-made chemicals known as per- and polyfluoroalkyl substances ("PFAS"). While publicly denying that PFAS cause harm to humans and the environment, defendants concealed and misrepresented: (i) 3M's vast internal evidence dating back decades confirming that PFAS are toxic (which was first publicly revealed in February 2018 by Minnesota's Attorney General); (ii) 3M's decades-long history of suppressing negative information and/or damaging data about PFAS; and (iii) 3M's legal exposure to state, county, and local governments and individuals around the country as a result of its knowledge and intentional concealment of the toxic harm caused by the use of PFAS. These omissions and misrepresentations caused 3M's stock price to trade at artificially inflated prices of as high as $258 per share during the Class Period.

On April 25, 2019, 3M announced its first quarter 2019 financial results, acknowledging that the first quarter of 2019 "'was a disappointing start to the year for 3M'" and disclosing that on top of the "$1.16 per share impact" already recorded in the first quarter of 2018 related to the settlement of a lawsuit brought by the State of Minnesota, 3M had "recorded significant litigation-related pre-tax charges of $548 million, or $0.72 per share" in the first quarter 2019 for additional PFAS liability.

3M also announced that it was cutting 2,000 jobs and trimming fiscal year 2019 capital expenditures, including on manufacturing, in addition to accelerating other cost control reductions it said were already underway. On this news, the price of 3M common stock declined nearly 13%.

Then on May 29, 2019, New Hampshire filed two lawsuits against 3M and others for PFAS contamination. New Hampshire's Attorney General said the goal was to recoup damages for the PFAS contamination that had been found in all ten New Hampshire counties, noting that, in towns like Merrimack and Portsmouth, the contamination had put hundreds of families on bottled water. On this news, the price of 3M common stock declined from its close of $163.35 per share on May 28, 2019 to trade as low as $160.50 per share in intraday trading and close at $161.40 per share on May 29, 2019.

Plaintiff seeks to recover damages on behalf of all purchasers of 3M common stock during the Class Period (the "Class"). The plaintiff is represented by Robbins Geller, which has extensive experience in prosecuting investor class actions including actions involving financial fraud.

Robbins Geller Rudman & Dowd LLP is one of the world's leading law firms representing investors in securities litigation. With 200 lawyers in 9 offices, Robbins Geller has obtained many of the largest securities class action recoveries in history. For six consecutive years, ISS Securities Class Action Services has ranked the Firm in its annual SCAS Top 50 Report as one of the top law firms in the world in both amount recovered for shareholders and total number of class action settlements. Robbins Geller attorneys have helped shape the securities laws and have recovered tens of billions of dollars on behalf of aggrieved victims. Beyond securing financial recoveries for defrauded investors, Robbins Geller also specializes in implementing corporate governance reforms, helping to improve the financial markets for investors worldwide. Robbins Geller attorneys are consistently recognized by courts, professional organizations and the media as leading lawyers in the industry. Please visit http://www.rgrdlaw.com for more information.

https://www.linkedin.com/company/rgrdlaw
https://twitter.com/rgrdlaw
https://www.facebook.com/rgrdlaw

Contacts

Robbins Geller Rudman & Dowd LLP

Brian Cochran, 800-449-4900

bcochran@rgrdlaw.com