# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

State of Rhode Island, Office of the Rhode Island Treasurer on behalf of the Employees' Retirement System of the State of Rhode Island ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. (a) Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*In re Alphabet, Inc. Sec. Litig.*, No. 4:18-cv-06245 (N.D. Cal.)
*In re Apple Inc. Sec. Litig.*, No. 4:19-cv-02033 (N.D. Cal.)

(b) Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

*Rhode Island Laborers' Pension Fund v. FedEx Corporation*, et al., No. 1:19-cv-05990 (S.D.N.Y.)

(c) Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Edgar v. Anadarko Petroleum Corp., et al.*, No. 4:17-cv-01372 (S.D. Tex.)
*Kniffin v. Micron Technology, Inc.*, et al., No. 1:19-cv-00678 (S.D.N.Y.)

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of September, 2019.

State of Rhode Island, Office of the Rhode Island Treasurer on behalf of the Employees' Retirement System of the State of Rhode Island

By:    _____
Amy L. Crane, General Counsel

3M

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/22/2017 | 1,000 | $212.64 |
| 09/29/2017 | 800 | $209.61 |
| 02/20/2018 | 600 | $235.36 |
| 07/31/2018 | 26,900 | $212.32 |
| 12/04/2018 | 100 | $202.20 |
| 12/04/2018 | 100 | $203.49 |
| 12/21/2018 | 200 | $183.75 |
| 03/04/2019 | 300 | $206.86 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 04/25/2017 | 1,000 | $195.00 |
| 06/30/2017 | 200 | $208.19 |
| 06/30/2017 | 700 | $208.59 |
| 10/10/2017 | 700 | $216.75 |
| 12/08/2017 | 800 | $238.10 |
| 03/29/2018 | 300 | $219.52 |
| 03/29/2018 | 400 | $219.52 |
| 06/29/2018 | 8,900 | $197.72 |
| 10/16/2018 | 500 | $202.33 |
| 05/23/2019 | 1,000 | $165.87 |

Prices listed are rounded up to two decimal places.

*Opening position of 16,408 shares.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

IRON WORKERS LOCAL 580 JOINT FUNDS ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5.    (a)    Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*McKenna v. Dick's Sporting Goods, Inc.*, No. 1:17-cv-03680 (S.D.N.Y.)
*Howard v. Arconic Inc.*, No. 2:17-cv-01057 (W.D. Pa.)
*Barnes v. Edison International*, No. 2:18-cv-09690 (C.D. Cal.)
*Gross v. AT&T Inc.*, No. 1:19-cv-02892 (S.D.N.Y.)

(b)    Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

*Segalis v. Molson Coors Brewing Company*, No. 1:19-cv-00455 (D. Colo.)
*Cambridge Retirement System v. EQT Corporation*, No. 2:19-cv-00754 (W.D. Pa.)

(c)    Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*In re Chicago Bridge & Iron Company N.V. Sec. Litig.*, No. 1:17-cv-01580 (S.D.N.Y.)
*Shenk v. Mallinckrodt plc*, No. 1:17-cv-00145 (D.D.C.)
*Parchmann v. MetLife, Inc.*, No. 1:18-cv-00780 (E.D.N.Y.)
*Chandler v. Ulta Beauty, Inc.*, No. 1:18-cv-01577 (N.D. Ill.)
*Holwill v. AbbVie Inc.*, No. 1:18-cv-06790 (N.D. Ill.)
*Iron Workers Local 580 Joint Funds v. NVDIA Corporation*, No. 4:18-cv-07669 (N.D. Cal.)
*West Palm Beach Firefighters' Pension Fund v. Conagra Brands, Inc.*, No. 1:19-cv-01323 (N.D. Ill.)

3M

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20 day of September, 2019.

IRON WORKERS LOCAL 580 JOINT FUNDS

By: _____

Sean Boyle, Fund Administrator

- 2 -

3M

## SCHEDULE A

### SECURITIES TRANSACTIONS

**Annuity Fund**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 08/09/2017 | 1,920 | $206.19 |
| 12/28/2017 | 320 | $236.15 |
| 03/16/2018 | 4,237 | $237.53 |
| 04/30/2019 | 294 | $187.30 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 04/26/2018 | 443 | $197.01 |
| 05/02/2019 | 425 | $185.91 |
| 05/16/2019 | 188 | $173.45 |

**Apprentice Journeymen Educational Fund**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 08/31/2017 | 445 | $203.38 |
| 10/19/2017 | 60 | $218.37 |
| 07/05/2018 | 20 | $196.11 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 10/23/2018 | 43 | $194.30 |
| 05/02/2019 | 92 | $185.91 |
| 05/16/2019 | 41 | $173.45 |

**Insurance Fund**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 08/31/2017 | 1,705 | $203.38 |
| 12/28/2017 | 165 | $236.15 |
| 03/16/2018 | 3,479 | $237.53 |
| 04/30/2019 | 247 | $187.30 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 04/26/2018 | 369 | $197.01 |
| 05/02/2019 | 351 | $185.91 |
| 05/16/2019 | 157 | $173.45 |

**Pension Fund**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 08/31/2017 | 2,900 | $203.38 |
| 12/28/2017 | 200 | $236.15 |
| 03/16/2018 | 9,249 | $237.53 |
| 04/30/2019 | 654 | $187.30 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 04/26/2018 | 976 | $197.01 |
| 05/02/2019 | 586 | $185.91 |
| 05/16/2019 | 261 | $173.45 |

Prices listed are rounded up to two decimal places.

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Markus Müller and Karl Kempen, on behalf of Flossbach von Storch Invest S.A. ("Flossbach von Storch"), on account of its funds listed in Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.      We have reviewed a complaint against 3M Company ("3M").

2.      We are duly authorized to institute legal action on behalf of Flossbach von Storch and the Funds, including litigation against 3M and any other defendants.

3.      Flossbach von Storch and the Funds did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4.      Flossbach von Storch is willing to serve as lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. Flossbach von Storch also understands that it is subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

5.      Flossbach von Storch will not accept any payment for serving as a representative party beyond the Funds' *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6.      Flossbach von Storch has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

7.      Flossbach von Storch understands that this is not a claim form, and that the Funds' ability to share in any recovery as a member of the class is unaffected by Flossbach von Storch's decision to serve as a representative party.

8.      Attached hereto as Schedule A is a complete listing of all transactions the Funds made during the Class Period in the security that is the subject of this litigation. Flossbach von Storch will provide records of those transactions upon request.

9.      Flossbach von Storch is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

**We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.**



Executed this 24th day of September, 2019.

For Flossbach von Storch Invest S.A.:

_____    _____
Markus Müller                    Karl Kempen

## Schedule A
## 3M Company (US88579Y1010)
### Class Period: 02/09/2017 - 05/28/2019

| | | Date | Shares | Price |
|---|---|---|---|---|
| **Flossbach von Storch - Der erste Schritt** | | | | |
| | Purchases: | 5/7/2019 | 7,500.00 | 179.85 |
| | | | | |
| **Flossbach von Storch - Global Quality** | | | | |
| | Purchases: | 1/14/2019 | 12,000.00 | 191.97 |
| | | 1/16/2019 | 15,000.00 | 189.29 |
| | | 1/17/2019 | 5,000.00 | 190.07 |
| | | 1/30/2019 | 8,000.00 | 198.81 |
| | | 1/31/2019 | 7,000.00 | 200.06 |
| | | 4/25/2019 | 2,000.00 | 194.80 |
| | | 5/2/2019 | 3,000.00 | 183.87 |
| | | | | |
| **Flossbach von Storch - Multi Asset Balanced** | | | | |
| | Purchases: | 5/7/2019 | 90,000.00 | 179.84 |
| | | 5/8/2019 | 60,000.00 | 179.96 |
| | | | | |
| **Flossbach von Storch - Multi Asset Defensive** | | | | |
| | Purchases: | 5/7/2019 | 50,000.00 | 179.84 |
| | | | | |
| **Flossbach von Storch - Multi Asset Growth** | | | | |
| | Purchases: | 5/8/2019 | 30,000.00 | 179.96 |
| | | 5/22/2019 | 10,000.00 | 169.66 |
| | | | | |
| **Flossbach von Storch SICAV - Multiple Opportunities** | | | | |
| | Purchases: | 4/30/2019 | 151,955.00 | 187.83 |
| | | 5/1/2019 | 50,000.00 | 187.34 |
| | | 5/1/2019 | 50,000.00 | 187.43 |
| | | 5/1/2019 | 48,045.00 | 189.07 |
| | | 5/2/2019 | 39,575.00 | 183.83 |
| | | 5/2/2019 | 94,914.00 | 184.12 |
| | | 5/2/2019 | 65,511.00 | 184.22 |



| Date | Shares | Price |
|---|---|---|
| 5/2/2019 | 40,000.00 | 184.87 |
| 5/2/2019 | 26,667.00 | 185.13 |
| 5/2/2019 | 133,333.00 | 185.15 |
| 5/6/2019 | 100,000.00 | 181.42 |
| 5/9/2019 | 38,414.00 | 174.95 |
| 5/10/2019 | 61,586.00 | 174.53 |
| 5/13/2019 | 3,224.00 | 173.45 |
| 5/14/2019 | 8,621.00 | 175.91 |
| 5/14/2019 | 85,811.00 | 175.98 |
| 5/15/2019 | 2,344.00 | 174.08 |
| 5/15/2019 | 83,272.00 | 174.12 |
| 5/16/2019 | 16,728.00 | 173.90 |
| 5/17/2019 | 100,000.00 | 169.03 |
| 5/21/2019 | 100,000.00 | 166.84 |

**Flossbach von Storch - Multiple Opportunities II**

Purchases:

| Date | Shares | Price |
|---|---|---|
| 4/30/2019 | 64,580.00 | 187.83 |
| 5/1/2019 | 22,500.00 | 187.34 |
| 5/1/2019 | 22,500.00 | 187.43 |
| 5/1/2019 | 20,420.00 | 189.07 |
| 5/2/2019 | 17,809.00 | 183.84 |
| 5/2/2019 | 42,711.00 | 184.12 |
| 5/2/2019 | 29,480.00 | 184.23 |
| 5/2/2019 | 20,000.00 | 184.87 |
| 5/2/2019 | 13,333.00 | 185.13 |
| 5/2/2019 | 66,667.00 | 185.15 |
| 5/6/2019 | 45,000.00 | 181.42 |
| 5/9/2019 | 17,286.00 | 174.95 |
| 5/10/2019 | 27,714.00 | 174.53 |
| 5/13/2019 | 1,451.00 | 173.47 |
| 5/14/2019 | 3,879.00 | 175.92 |
| 5/14/2019 | 38,614.00 | 175.98 |
| 5/15/2019 | 1,056.00 | 174.10 |
| 5/15/2019 | 37,472.00 | 174.12 |



|  | Date | Shares | Price |
|---|---|---|---|
|  | 5/16/2019 | 7,528.00 | 173.90 |
|  | 5/17/2019 | 45,000.00 | 169.03 |
|  | 5/21/2019 | 45,000.00 | 166.84 |

**Flossbach von Storch- Stiftung**

| Purchases: | 5/7/2019 | 10,500.00 | 179.84 |
|---|---|---|---|
|  | 5/14/2019 | 4,500.00 | 175.80 |

