# EXHIBIT C

Movants' Purchases and Losses · Class Period: 02/09/2017 - 05/28/2019 · 3M Company

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **FvS Multiple Opportunities** | 04/30/2019 | 151,955 | $187.83 | $28,541,874.80 | held | 1,300,000 | $168.39 | $218,905,555.56 | |
| | 05/01/2019 | 48,045 | $189.07 | $9,083,834.52 | | | | | |
| | 05/01/2019 | 50,000 | $187.34 | $9,366,970.00 | | | | | |
| | 05/01/2019 | 50,000 | $187.43 | $9,371,360.00 | | | | | |
| | 05/02/2019 | 65,511 | $184.22 | $12,068,718.12 | | | | | |
| | 05/02/2019 | 94,914 | $184.12 | $17,475,954.83 | | | | | |
| | 05/02/2019 | 39,575 | $183.83 | $7,275,250.34 | | | | | |
| | 05/02/2019 | 133,333 | $185.15 | $24,686,351.62 | | | | | |
| | 05/02/2019 | 40,000 | $184.87 | $7,394,744.00 | | | | | |
| | 05/02/2019 | 26,667 | $185.13 | $4,936,728.38 | | | | | |
| | 05/06/2019 | 100,000 | $181.42 | $18,142,270.00 | | | | | |
| | 05/09/2019 | 38,414 | $174.95 | $6,720,510.09 | | | | | |
| | 05/10/2019 | 61,586 | $174.53 | $10,748,770.86 | | | | | |
| | 05/13/2019 | 3,224 | $173.45 | $559,204.09 | | | | | |
| | 05/14/2019 | 85,811 | $175.98 | $15,100,839.58 | | | | | |
| | 05/14/2019 | 8,621 | $175.91 | $1,516,527.87 | | | | | |
| | 05/15/2019 | 2,344 | $174.08 | $408,032.50 | | | | | |
| | 05/15/2019 | 83,272 | $174.12 | $14,498,937.59 | | | | | |
| | 05/16/2019 | 16,728 | $173.90 | $2,908,920.58 | | | | | |
| | 05/17/2019 | 100,000 | $169.03 | $16,903,370.00 | | | | | |
| | 05/21/2019 | 100,000 | $166.84 | $16,684,280.00 | | | | | |
| | | **1,300,000** | | **$234,393,449.75** | | **1,300,000** | | **$218,905,555.56** | **($15,487,894.20)** |
| | | | | | | | | | |
| **FvS Multiple Opportunities II** | 04/30/2019 | 64,580 | $187.83 | $12,130,164.73 | held | 590,000 | $168.39 | $99,349,444.44 | |
| | 05/01/2019 | 20,420 | $189.07 | $3,860,823.69 | | | | | |
| | 05/01/2019 | 22,500 | $187.43 | $4,217,139.00 | | | | | |
| | 05/01/2019 | 22,500 | $187.34 | $4,215,165.75 | | | | | |
| | 05/02/2019 | 29,480 | $184.23 | $5,430,961.84 | | | | | |
| | 05/02/2019 | 42,711 | $184.12 | $7,864,150.06 | | | | | |
| | 05/02/2019 | 17,809 | $183.84 | $3,273,935.32 | | | | | |
| | 05/02/2019 | 66,667 | $185.15 | $12,343,295.05 | | | | | |
| | 05/02/2019 | 20,000 | $184.87 | $3,697,396.00 | | | | | |
| | 05/02/2019 | 13,333 | $185.13 | $2,468,296.96 | | | | | |
| | 05/06/2019 | 45,000 | $181.42 | $8,164,048.50 | | | | | |
| | 05/09/2019 | 17,286 | $174.95 | $3,024,204.71 | | | | | |
| | 05/10/2019 | 27,714 | $174.53 | $4,837,026.96 | | | | | |
| | 05/13/2019 | 1,451 | $173.47 | $251,704.39 | | | | | |
| | 05/14/2019 | 38,614 | $175.98 | $6,795,237.66 | | | | | |
| | 05/14/2019 | 3,879 | $175.92 | $682,385.92 | | | | | |
| | 05/15/2019 | 1,056 | $174.10 | $183,851.18 | | | | | |
| | 05/15/2019 | 37,472 | $174.12 | $6,524,482.25 | | | | | |
| | 05/16/2019 | 7,528 | $173.90 | $1,309,111.67 | | | | | |
| | 05/17/2019 | 45,000 | $169.03 | $7,606,543.50 | | | | | |
| | 05/21/2019 | 45,000 | $166.84 | $7,507,953.00 | | | | | |
| | | **590,000** | | **$106,387,878.16** | | **590,000** | | **$99,349,444.44** | **($7,038,433.72)** |

Movants' Purchases and Losses

Class Period: 02/09/2017 - 05/28/2019

3M Company

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **FvS Multi Asset Balanced** | 05/07/2019 | 90,000 | $179.84 | $16,185,546.00 | held | 150,000 | $168.39 | $25,258,333.33 | |
| | 05/08/2019 | 60,000 | $179.96 | $10,797,456.00 | | | | | |
| | | **150,000** | | **$26,983,002.00** | | **150,000** | | **$25,258,333.33** | **($1,724,668.67)** |
| **FvS Global Quality** | 01/14/2019 | 12,000 | $191.97 | $2,303,697.60 | held | 52,000 | $168.39 | $8,756,222.22 | |
| | 01/16/2019 | 15,000 | $189.29 | $2,839,369.50 | | | | | |
| | 01/17/2019 | 5,000 | $190.07 | $950,343.00 | | | | | |
| | 01/30/2019 | 8,000 | $198.81 | $1,590,494.40 | | | | | |
| | 01/31/2019 | 7,000 | $200.06 | $1,400,452.20 | | | | | |
| | 04/25/2019 | 2,000 | $194.80 | $389,606.00 | | | | | |
| | 05/02/2019 | 3,000 | $183.87 | $551,610.90 | | | | | |
| | | **52,000** | | **$10,025,573.60** | | **52,000** | | **$8,756,222.22** | **($1,269,351.38)** |
| **FvS Multi Asset Defensive** | 05/07/2019 | 50,000 | $179.84 | $8,991,995.00 | held | 50,000 | $168.39 | $8,419,444.44 | |
| | | **50,000** | | **$8,991,995.00** | | **50,000** | | **$8,419,444.44** | **($572,550.56)** |
| **FvS Multi Asset Growth** | 05/08/2019 | 30,000 | $179.96 | $5,398,752.00 | held | 40,000 | $168.39 | $6,735,555.56 | |
| | 05/22/2019 | 10,000 | $169.66 | $1,696,575.00 | | | | | |
| | | **40,000** | | **$7,095,327.00** | | **40,000** | | **$6,735,555.56** | **($359,771.44)** |
| **FvS Stiftung** | 05/07/2019 | 10,500 | $179.84 | $1,888,358.85 | held | 15,000 | $168.39 | $2,525,833.33 | |
| | 05/14/2019 | 4,500 | $175.80 | $791,081.10 | | | | | |
| | | **15,000** | | **$2,679,439.95** | | **15,000** | | **$2,525,833.33** | **($153,606.62)** |
| **FvS Der erste Schritt** | 05/07/2019 | 7,500 | $179.85 | $1,348,842.00 | held | 7,500 | $168.39 | $1,262,916.67 | |
| | | **7,500** | | **$1,348,842.00** | | **7,500** | | **$1,262,916.67** | **($85,925.33)** |
| **State of Rhode Island** | 06/22/2017 | 1,000 | $212.64 | $212,637.00 | held | 30,000 | $168.39 | $5,051,666.67 | |
| | 09/29/2017 | 800 | $209.61 | $167,690.16 | | | | | |
| | 02/20/2018 | 600 | $235.36 | $141,214.74 | | | | | |
| | 07/31/2018 | 26,900 | $212.32 | $5,711,408.00 | | | | | |
| | 12/04/2018 | 100 | $202.20 | $20,220.00 | | | | | |
| | 12/04/2018 | 100 | $203.49 | $20,348.97 | | | | | |
| | 12/21/2018 | 200 | $183.75 | $36,750.00 | | | | | |
| | 03/04/2019 | 300 | $206.86 | $62,058.00 | | | | | |
| | | **30,000** | | **$6,372,326.87** | | **30,000** | | **$5,051,666.67** | **($1,320,660.20)** |

Movants' Purchases and Losses — Class Period: 02/09/2017 - 05/28/2019 — 3M Company

| | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|---|
| **Iron Workers Local #580 Pension Fund** | 08/31/2017 | 2,900 | $203.38 | $589,802.00 | 04/26/2018 | 976 | $197.01 | $192,280.20 | |
| | 12/28/2017 | 200 | $236.15 | $47,230.00 | 05/02/2019 | 586 | $185.91 | $108,943.20 | |
| | 03/16/2018 | 9,249 | $237.53 | $2,196,933.47 | 05/16/2019 | 261 | $173.45 | $45,270.45 | |
| | 04/30/2019 | 654 | $187.30 | $122,494.07 | 05/29/2019 | 724 | $162.14 | $117,391.82 | |
| | | | | | 06/06/2019 | 746 | $163.68 | $122,106.62 | |
| | | | | | 06/13/2019 | 783 | $168.74 | $132,125.46 | |
| | | | | | held | 8,927 | $168.39 | $1,503,207.61 | |
| | | **13,003** | | **$2,956,459.54** | | **13,003** | | **$2,221,325.36** | **($735,134.18)** |
| **Iron Workers Local #580 Annuity Fund** | 08/09/2017 | 1,920 | $206.19 | $395,884.80 | 04/26/2018 | 443 | $197.01 | $87,274.72 | |
| | 12/28/2017 | 320 | $236.15 | $75,568.00 | 05/02/2019 | 425 | $185.91 | $79,011.71 | |
| | 03/16/2018 | 4,237 | $237.53 | $1,006,423.08 | 05/16/2019 | 188 | $173.45 | $32,608.60 | |
| | 04/30/2019 | 294 | $187.30 | $55,066.14 | 05/29/2019 | 523 | $162.14 | $84,801.00 | |
| | | | | | 06/06/2019 | 538 | $163.68 | $88,060.81 | |
| | | | | | 06/13/2019 | 566 | $168.74 | $95,508.31 | |
| | | | | | held | 4,088 | $168.39 | $688,373.78 | |
| | | **6,771** | | **$1,532,942.02** | | **6,771** | | **$1,155,638.93** | **($377,303.09)** |
| **Iron Workers Local #580 Insurance Fund** | 08/31/2017 | 1,705 | $203.38 | $346,762.90 | 04/26/2018 | 369 | $197.01 | $72,696.10 | |
| | 12/28/2017 | 165 | $236.15 | $38,964.75 | 05/02/2019 | 351 | $185.91 | $65,254.37 | |
| | 03/16/2018 | 3,479 | $237.53 | $826,373.83 | 05/16/2019 | 157 | $173.45 | $27,231.65 | |
| | 04/30/2019 | 247 | $187.30 | $46,263.05 | 05/29/2019 | 438 | $162.14 | $71,018.81 | |
| | | | | | 06/06/2019 | 451 | $163.68 | $73,820.49 | |
| | | | | | 06/13/2019 | 473 | $168.74 | $79,815.25 | |
| | | | | | held | 3,357 | $168.39 | $565,281.50 | |
| | | **5,596** | | **$1,258,364.53** | | **5,596** | | **$955,118.17** | **($303,246.36)** |
| **Iron Workers Local #580 Apprentice Journeyme** | 08/31/2017 | 445 | $203.38 | $90,504.10 | 10/23/2018 | 43 | $194.30 | $8,354.90 | |
| | 10/19/2017 | 60 | $218.37 | $13,102.20 | 05/02/2019 | 92 | $185.91 | $17,103.71 | |
| | 07/05/2018 | 20 | $196.11 | $3,922.10 | 05/16/2019 | 41 | $173.45 | $7,111.45 | |
| | | | | | 05/29/2019 | 112 | $162.14 | $18,160.06 | |
| | | | | | 06/06/2019 | 116 | $163.68 | $18,987.09 | |
| | | | | | 06/13/2019 | 121 | $168.74 | $20,417.85 | |
| | | **525** | | **$107,528.40** | | **525** | | **$90,135.06** | **($17,393.34)** |
| **Movants' Total** | | **2,260,395** | | **$410,133,128.82** | | **2,260,395** | | **$380,687,189.74** | **($29,445,939.08)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $168.39 as of August 26, 2019 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.