# EXHIBIT F

SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com

Local Counsel

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEAVY & GENERAL LABORERS' LOCALS 472 & 172 WELFARE FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> 3M COMPANY, et al., <br><br> Defendants. | No. 2:19-cv-15982-CCC-JBC <br><br> <u>CLASS ACTION</u> |
| BRUCE ROUSSEAU, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> 3M COMPANY, et al., <br><br> Defendants. | Case No. 2:19-cv-17090-MCA-MAH |

## JOINT DECLARATION IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL

4845-4977-6551.v1-9/26/19

We, Amy L. Crane, Sean Boyle, Markus Müller and Karl Kempen, the representatives of the State of Rhode Island Office of the Treasurer on behalf of the Employees' Retirement System of the State of Rhode Island, the Iron Workers Local #580 Joint Funds, and Flossbach von Storch Invest S.A. (collectively, the "Institutional Investors"), pursuant to 28 U.S.C. §1746, declare as follows:

1.    We respectfully submit this Joint Declaration in support of the Institutional Investors' motion for consolidation, appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and for approval of our selection of Robbins Geller Rudman & Dowd LLP and Motley Rice LLC as lead counsel in the above-captioned securities class action cases on behalf of investors in 3M Company securities between February 9, 2017 and May 28, 2019 (the "Class Period"). We each have personal knowledge about the information in this Joint Declaration relating to our own activities, actions, and beliefs.

2.    I, Amy L. Crane, am the General Counsel for the State of Rhode Island, Office of the Treasurer. I am authorized to make this declaration on behalf of the Retirement System. The Retirement System is a public pension fund organized for the benefit of public employees of the state of Rhode Island, which oversees pension assets valued at approximately $8.5 billion. As reflected in its Certification, the Retirement System purchased a significant number of shares of 3M securities during

- 1 -

4845-4977-6551.v1-9/26/19

- 2 -

the Class Period and suffered substantial losses as a result of the alleged violations of the federal securities laws in this Action.

3.     I, Sean Boyle, am a Fund Director for the Joint Funds.  I am authorized to make this declaration on behalf of the Joint Funds.  The Joint Funds are multiemployer plans with over $1 billion in assets under management. As reflected in their Certification, the Joint Funds purchased a significant number of shares of 3M securities during the Class Period and suffered substantial losses as a result of the alleged violations of the federal securities laws in this Action.

4.     We, Markus Müller and Karl Kempen, are Executive Board Members of Flossbach von Storch Invest S.A.  We are authorized to make this declaration on behalf of FvS.  FvS is based in Luxemburg, and is an institutional investor managing billions of Euros of assets.  As reflected in its Certification, FvS's funds purchased a significant number of shares of 3M securities during the Class Period and suffered substantial losses as a result of the alleged violations of the federal securities laws in this Action.

5.     The Institutional Investors agree that jointly seeking appointment as lead plaintiff is in the class's best interest in this case based on the fact that the Institutional Investors have complementary trading patterns in 3M securities throughout the duration of the Class Period that will ensure broad representation of the class as the case develops throughout the pleading and pre-trial phase, can

- 2 -

4845-4977-6551.v1-9/26/19

provide diverse perspectives and comprehensive representation reflective of the membership of the putative class, and can pool resources to jointly oversee counsel to ensure an optimal outcome on behalf of the putative class.

6. Before filing our joint motion, we convened a conference call to discuss our leadership and oversight of this litigation. During our conference call, we discussed, among other things, the strategy for joint prosecution of the case, the strengths of seeking appointment together as diverse institutional entities with substantial losses suffered throughout the duration of the Class Period, the lead plaintiff's responsibilities, our oversight of counsel, and the lead plaintiff motion process. If appointed lead plaintiff, we will confer as often and regularly as necessary throughout the litigation to ensure responsible oversight and direction of counsel.

7. The Institutional Investors understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation. The Institutional Investors are aware of the requirements and responsibilities of being a lead plaintiff in a securities class action, including interacting with and directing counsel, reviewing and commenting on important documents in the case, attending important court hearings, participating in discovery (including depositions and providing evidence relating to our investments in 3M securities), participating in settlement discussions, attending trial, if necessary, and

- 3 -

4845-4977-6551.v1-9/26/19

authorizing any potential settlement on behalf of the class as well as approving any attorneys' fee and cost requests by counsel. The Institutional Investors are willing to undertake these responsibilities on behalf of the class.

8.    The Institutional Investors understand that, as lead plaintiff, it is our responsibility to select counsel for the class. The Institutional Investors have selected Robbins Geller and Motley Rice to serve as lead counsel for the putative class based on the firms' extensive securities litigation experience and recovery of billions of dollars on behalf of defrauded investors in complex securities cases like this. We are aware that our chosen counsel have effectively and efficiently worked together to represent several classes of shareholders in similar class actions, including in *Jones v. Pfizer*, No. 1:10-cv-03864-AKH (S.D.N.Y.) and *Bennett v. Sprint Corp.*, No. 09-cv-2122-EFM-KMH (D. Kan.), which recovered $400 million and $131 million, respectively, for shareholders in connection therewith.

9.    We are also aware that institutional investors serving as lead plaintiff generally achieve higher settlements for class members.

10.    Based on these facts, we believe that, if appointed by the Court, the Institutional Investors' service as lead plaintiff and oversight of Robbins Geller and Motley Rice will result in an optimal outcome for the putative class.

- 4 -

4845-4977-6551.v1-9/26/19

I, Amy L. Crane, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on September 27, 2019.

> S ATE OF RHODE ISLAND, OFFICE OF
> HE TREASURER ON BEHALF OF THE
> EMPLOYEES' RETIREMENT SYSTEM
> OF THE STATE OF RHODE ISLAND
> BY: Amy L. Crane, General Counsel,
> Office of the Treasurer

I, Sean Boyle, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on September __, 2019.

> IRON WORKERS LOCAL #580 JOINT
> FUNDS
> BY: Sean Boyle, Fund Director

We, Markus Müller and Karl Kempen, declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed on September 27, 2019.

> FLOSSBACH VON STORCH INVEST
> S.A.
> BY: Markus Müller and Karl Kempen,
> Executive Board Members

- 5 -

4845-4977-6551.v1-9/26/19