SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com

Local Counsel

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HEAVY & GENERAL LABORERS' LOCALS 472 & 172 WELFARE FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | No. 2:19-cv-15982-CCC-JBC

CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| 3M COMPANY, et al., | ) ) | |
| Defendants. | ) ) ) | |

[Caption continued on following page.]

[PROPOSED] ORDER GRANTING MOTION OF INSTITUTIONAL
INVESTORS FOR CONSOLIDATION OF THE RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL
OF SELECTION OF LEAD COUNSEL

4848-6555-3576.v1

BRUCE ROUSSEAU, Individually and   )   Case No. 2:19-cv-17090-MCA-MAH
on Behalf of All Others Similarly       )
Situated,                                          )
                                                     )
                                                     )
                            Plaintiff,          )
                                                     )
        vs.                                       )
                                                     )
3M COMPANY, et al.,                      )
                                                     )
                                                     )
                            Defendants.      )
                                                     )
_____ )

4848-6555-3576.v1

Having read and considered all motions for appointment as Lead Plaintiff in the above-captioned actions and all supporting documents submitted to this Court, and good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1.      The motion of the State of Rhode Island, Office of the Rhode Island Treasurer on behalf of the Employees' Retirement System of the State of Rhode Island, Iron Workers Local 580 Joint Funds, and Flossbach von Storch Invest S.A. (collectively, the "Institutional Investors") is GRANTED.

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Heavy & General Laborers' Locals 472 & 172 Welfare Fund. v. 3M Company*, No. 2:19-cv-15982 and *Rousseau v. 3M Company*, No. 2:19-cv-17090 are hereby consolidated as:

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re 3M COMPANY SECURITIES LITIGATION | ) Case No. 2:19-cv-15982 |
| | ) |
| | ) <u>CLASS ACTION</u> |
| | ) |
| This Document Relates To: | ) |
| | ) |
| ALL ACTIONS. | ) |
| | ) |
| | ) |

(a)      The file in Case No. 2:19-cv-15982 shall constitute the master file for every action in the consolidated action.  The clerk shall administratively close the

- 1 -

other action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)    All securities class actions against any or all of the defendants subsequently filed in, or transferred to, this District shall be consolidated into this action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

(c)    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

3.    The Institutional Investors are **APPOINTED** to serve as Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B).

4.    The Institutional Investors' selection of Lead Counsel is **APPROVED**, and Robbins Geller Rudman & Dowd LLP and Motley Rice LLC are **APPOINTED**

- 2 -

4848-6555-3576.v1

- 3 -

to serve as Lead Counsel for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

   **IT IS SO ORDERED**.


DATED: _____   _____
                                 THE HONORABLE CLAIRE C. CECCHI
                                 UNITED STATES DISTRICT JUDGE

- 3 -

4848-6555-3576.v1