**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

*[additional counsel on signature page]*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEAVY & GENERAL LABORERS' LOCALS 472 & 172 WELFARE FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>3M COMPANY, INGE G. THULIN, MICHAEL F. ROMAN and NICHOLAS C. GANGESTAD,<br><br>Defendants. | No.: 2:19-cv-15982-CCC-JBC<br><br>**NOTICE OF MOTION OF AMALGAMATED BANK TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>**MOTION DATE: October 21, 2019** |

[Caption continues on following page]

1

| | |
|---|---|
| BRUCE ROUSSEAU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>3M COMPANY, INGE G. THULIN, MICHAEL F. ROMAN and NICHOLAS C. GANGESTAD,<br><br>Defendants. | No.: 2:19-cv-17090-MCA-MAH<br><br>CLASS ACTION |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiff Amalgamated Bank, as Trustee for the LongView Quant LargeCap Equity VEBA Fund, LongView LargeCap 500 Index Fund VEBA, LongView Broad Market 3000 Index Fund, LongView LargeCap 500 Index Fund, and LongView Quantitative LargeCap Fund, ("Amalgamated Bank" or "Movant") hereby moves the Honorable Claire C. Cecchi, United States District Judge, Martin Luther King Building & U.S. Courthouse, Courtroom 5B, 50 Walnut Street, Newark, NJ 07101, for an order: (a) consolidating the related actions; (b) appointing Movant to serve as Lead Plaintiff in this action; and (c) approving its selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation and all subsequently filed related litigations.

In support of this Motion, Movant submits: (1) the Declaration of Laurence M.

2

Rosen dated September 27, 2019 (with exhibits); (2) Memorandum of Law in support

of Motion dated September 27, 2019; and (3) a [Proposed] Order.

Dated: September 27, 2019              Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

**THE ROSEN LAW FIRM, P.A**.
Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and
the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Laurence M. Rosen

4