**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEAVY & GENERAL LABORERS' LOCALS 472 & 172 WELFARE FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> 3M COMPANY, INGE G. THULIN, MICHAEL F. ROMAN and NICHOLAS C. GANGESTAD, <br><br> Defendants. | No.: 2:19-cv-15982-CCC-JBC <br><br> **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF AMALGAMATED BANK TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> **MOTION DATE: October 21, 2019** |

[Caption continues on following page]

1

| | |
|---|---|
| BRUCE ROUSSEAU, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> 3M COMPANY, INGE G. THULIN, MICHAEL F. ROMAN and NICHOLAS C. GANGESTAD, <br><br> Defendants. | No.: 2:19-cv-17090-MCA-MAH <br><br><br> CLASS ACTION |

## DECLARATION OF LAURENCE M. ROSEN

I, Laurence M. Rosen hereby declare under penalty of perjury:

1.    I am the Managing Partner of The Rosen Law Firm, P.A., [Proposed] Lead Counsel in this action and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New Jersey and before this Court. I make this Declaration in support of the Motion of Amalgamated Bank, as Trustee for the LongView Quant LargeCap Equity VEBA Fund, LongView LargeCap 500 Index Fund VEBA, LongView Broad Market 3000 Index Fund, LongView LargeCap 500 Index Fund, and LongView Quantitative LargeCap Fund, ("Amalgamated Bank" or "Movant") to: (1) consolidate related actions; (2) be appointed as Lead Plaintiff; and (3) approve its selection of The Rosen Law Firm, P.A. to serve as Lead Counsel.

2

3

2.      Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA certification.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the firm resume of The Rosen Law Firm, P.A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed: September 27, 2019                    /s/ Laurence M. Rosen
                                                Laurence M. Rosen

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Laurence M. Rosen