# EXHIBIT 2

## CERTIFICATION

Amalgamated Bank, as Trustee for the LongView Quant LargeCap Equity VEBA Fund, LongView LargeCap 500 Index Fund VEBA, LongView Broad Market 3000 Index Fund, LongView LargeCap 500 Index Fund, and LongView Quantitative LargeCap Fund, (the "Plaintiff") authorizes The Rosen Law Firm, P.A. ("Rosen") to file an action under the federal securities laws to recover damages and to seek other relief against 3M Company and its current and former officers ("3M").

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has: (a) reviewed a draft complaint against 3M; (b) retained Rosen; and (c) authorizes Rosen file a Lead Plaintiff motion on its behalf. The undersigned has the authority to execute this certification and to bind Plaintiff to serve as Lead Plaintiff and to prosecute this action.

2. Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3. Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4. The following schedule is a list of all of the purchases and sales Plaintiff has made in 3M securities during the Class Period set forth in the complaint. Plaintiff has made no transactions during the class period in the securities that are the subject of this lawsuit except those set forth in the attached schedule. The transactions set forth in the attached Schedule A were 3M securities listed on the New York Stock Exchange.

5. Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except in the following actions:

*Grae v. Corrections Corporation of America, et al.*, No. 3:16-cv-2267 (M.D. Tenn.)
*In re Cognizant Technology Solutions Corporation Sec. Litig.*, No. 2:16-cv-06509 (D.N.J.)
*In re Allergan Generic Drug Pricing Sec. Litig.*, No. 2:16-cv-09449 (D.N.J.)
*Craig v. CenturyLink, Inc., et al.*, No. 3:17-cv-01005 (W.D. La.)
*Shenk v. Mallinckrodt plc, et al.*, No. 1:17-cv-00145 (D.D.C.)
*Steamfitters Local 449 Pension Plan v. MAXIMUS, INC., et al.*, No. 1:17-cv-00884 (E.D.Va.)
*St. Clair County Employees' Retirement System v. Acadia Healthcare Company, Inc. et al*, No. 3:18-CV-00988 (M.D. Tenn.)
*In re Facebook, Inc. Securities Litigation*, No. 5:18-cv-01725 (N.D. Cal.)

6. Plaintiff will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 26th, 2019.

    Amalgamated Bank, as Trustee for the
    LongView Quant LargeCap Equity VEBA Fund,
    LongView LargeCap 500 Index Fund VEBA,
    LongView Broad Market 3000 Index Fund,
    LongView LargeCap 500 Index Fund, and
    LongView Quantitative LargeCap Fund

    _____
    By: Deborah Silodor
    Title: General Counsel

SCHEDULE A

CLASS PERIOD TRANSACTIONS

**LongView LargeCap 500 Index Fund Veba**

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| DATE | SHARES | PRICE | DATE | SHARES | PRICE |
| 2/13/2017 | 100 | ($181.022) | 3/17/2017 | 200 | $192.3568 |
| 3/20/2017 | 50 | ($192.755) | 3/31/2017 | 1,200 | $191.324025 |
| 5/1/2017 | 300 | ($194.812) | 6/7/2017 | 100 | $205.0037 |
| 6/16/2017 | 100 | ($213.235) | 6/29/2017 | 100 | $207.8433 |
| 9/11/2017 | 50 | ($209.562) | 3/27/2018 | 100 | $215.8632 |
| 12/6/2017 | 200 | ($238.672) | 4/4/2018 | 100 | $217.5531 |
| 12/12/2017 | 100 | ($237.635) | 5/18/2018 | 100 | $198.9554 |
| 12/13/2017 | 100 | ($239.112) | 6/1/2018 | 3,100 | $199.5859 |
| 6/26/2018 | 100 | ($196.582) | 6/20/2018 | 200 | $198.0756 |
| 9/7/2018 | 70 | ($212.415) | 7/16/2018 | 200 | $201.10555 |
| 10/22/2018 | 70 | ($202.095) | 9/21/2018 | 200 | $216.3307 |
| 12/7/2018 | 50 | ($202.715) | 3/15/2019 | 100 | $208.0793 |
| 1/30/2019 | 300 | ($199.272) | | | |
| 3/1/2019 | 200 | ($207.492) | | | |
| 3/28/2019 | 50 | ($208.104) | | | |
| 4/1/2019 | 800 | ($211.942) | | | |

**LongView Broad Market 3000 Index Fund**

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| DATE | SHARES | PRICE | DATE | SHARES | PRICE |
| 2/15/2017 | 248 | ($181.705) | 6/23/2017 | 407 | $212.890344 |
| 5/3/2017 | 177 | ($197.635) | 9/18/2017 | 2 | $213.75 |
| 5/9/2017 | 627 | ($197.965) | 1/30/2018 | 379 | $251.529182 |
| 6/14/2017 | 146 | ($210.015) | 6/22/2018 | 398 | $196.487437 |
| 8/17/2017 | 173 | ($205.355) | 8/16/2018 | 1,047 | $203.137354 |
| 11/16/2017 | 5,430 | ($229.425) | 9/21/2018 | 225 | $216.3172 |
| 12/18/2017 | 101 | ($238.425) | 10/2/2018 | 1,979 | $215.697196 |
| 3/20/2018 | 39 | ($232.125) | 3/15/2019 | 381 | $208.067297 |
| 3/29/2018 | 384 | ($219.525) | | | |
| 6/1/2018 | 2,580 | ($199.60) | | | |
| 7/18/2018 | 220 | ($202.21) | | | |
| 11/23/2018 | 383 | ($196.81) | | | |
| 12/21/2018 | 97 | ($183.76) | | | |
| 3/26/2019 | 2,905 | ($207.25) | | | |
| 4/1/2019 | 865 | ($211.95) | | | |
| 4/4/2019 | 1,314 | ($215.04) | | | |

**LongView LargeCap 500 Index Fund**

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| DATE | SHARES | PRICE | DATE | SHARES | PRICE |
| 5/1/2017 | 300 | ($194.812) | 2/16/2017 | 500 | $183.4045 |
| 6/16/2017 | 400 | ($213.235) | 2/24/2017 | 400 | $187.4041 |
| 8/3/2017 | 300 | ($207.622) | 3/17/2017 | 500 | $192.3568 |
| 8/30/2017 | 60 | ($203.692) | 3/24/2017 | 400 | $191.503825 |
| 10/2/2017 | 400 | ($212.762) | 5/9/2017 | 400 | $197.953875 |
| 12/15/2017 | 300 | ($237.999) | 8/28/2017 | 2,300 | $202.453522 |
| 12/29/2017 | 200 | ($235.372) | 10/25/2017 | 100 | $237.6725 |
| 1/23/2018 | 300 | ($246.312) | 11/1/2017 | 300 | $230.172867 |
| 6/15/2018 | 200 | ($204.968) | 11/30/2017 | 100 | $243.1325 |
| 2/19/2019 | 300 | ($208.412) | 12/18/2017 | 1,600 | $238.412488 |
| 3/1/2019 | 100 | ($207.492) | 12/21/2017 | 200 | $234.77255 |
| 4/10/2019 | 250 | ($212.112) | 1/16/2018 | 200 | $244.7328 |
| 4/18/2019 | 50 | ($218.882) | 2/1/2018 | 200 | $247.93245 |
| 4/22/2019 | 50 | ($217.884) | 2/14/2018 | 100 | $231.9926 |
| 5/9/2019 | 150 | ($175.282) | 3/1/2018 | 100 | $231.3326 |
| | | | 3/26/2018 | 100 | $220.2329 |
| | | | 4/11/2018 | 100 | $214.3232 |
| | | | 4/30/2018 | 100 | $194.3837 |
| | | | 5/14/2018 | 100 | $205.7534 |
| | | | 5/30/2018 | 100 | $198.6756 |
| | | | 6/25/2018 | 100 | $194.9624 |
| | | | 6/26/2018 | 100 | $196.5756 |
| | | | 6/28/2018 | 800 | $195.96565 |
| | | | 7/10/2018 | 300 | $201.475567 |
| | | | 8/13/2018 | 100 | $199.8356 |
| | | | 9/21/2018 | 500 | $216.33068 |
| | | | 9/26/2018 | 1,400 | $211.06525 |
| | | | 9/28/2018 | 200 | $210.70545 |
| | | | 10/4/2018 | 100 | $213.8352 |
| | | | 10/25/2018 | 4,000 | $184.986095 |
| | | | 11/1/2018 | 100 | $192.2155 |
| | | | 11/28/2018 | 200 | $204.3353 |
| | | | 12/24/2018 | 400 | $178.615875 |
| | | | 1/30/2019 | 100 | $199.2656 |
| | | | 2/4/2019 | 300 | $200.2056 |
| | | | 2/7/2019 | 200 | $199.8356 |
| | | | 3/15/2019 | 300 | $208.0793 |
| | | | 3/22/2019 | 3,400 | $204.655538 |
| | | | 3/25/2019 | 1,700 | $203.205553 |

**LongView Quantitative LargeCap Fund**

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| DATE | SHARES | PRICE | DATE | SHARES | PRICE |
| 11/2/2017 | 8,700 | ($232.274) | 3/9/2017 | 100 | $189.8778 |
| 11/28/2017 | 9,600 | ($235.633) | 4/19/2017 | 100 | $190.0098 |
| 11/20/2017 | 15,700 | ($237.105) | 4/25/2017 | 200 | $195.1232 |
| | | | 5/3/2017 | 100 | $196.8307 |
| | | | 7/17/2017 | 2,400 | $211.355113 |
| | | | 8/4/2017 | 1,100 | $206.441327 |
| | | | 8/16/2017 | 2,100 | $207.845995 |
| | | | 8/29/2017 | 12,900 | $202.663317 |
| | | | 9/19/2017 | 400 | $213.27505 |
| | | | 9/26/2017 | 100 | $211.0226 |
| | | | 10/3/2017 | 700 | $214.279043 |
| | | | 10/19/2017 | 4,100 | $218.630946 |
| | | | 5/2/2018 | 7,300 | $195.430482 |
| | | | 6/19/2018 | 4,800 | $199.106210 |
| | | | 7/19/2018 | 21,900 | $201.41938 |

**LongView Quant LargeCap Equity Veba Fund**

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| DATE | SHARES | PRICE | DATE | SHARES | PRICE |
| 11/2/2017 | 310 | ($232.274) | 5/3/2017 | 30 | $196.830667 |
| 11/28/2017 | 360 | ($235.633) | 7/17/2017 | 90 | $211.355113 |
| 12/20/2017 | 570 | ($237.105) | 8/4/2017 | 40 | $206.441 |
| | | | 8/16/2017 | 80 | $207.845875 |
| | | | 8/17/2017 | 100 | $205.3427 |
| | | | 8/29/2017 | 390 | $202.663308 |
| | | | 9/19/2017 | 10 | $213.275 |
| | | | 10/3/2017 | 30 | $214.279 |
| | | | 10/19/2017 | 140 | $218.630929 |
| | | | 3/20/2018 | 10 | $231.968 |
| | | | 4/16/2018 | 100 | $217.6924 |
| | | | 4/30/2018 | 50 | $194.3828 |
| | | | 5/2/2018 | 220 | $195.430455 |
| | | | 6/19/2018 | 160 | $199.106188 |
| | | | 7/19/2018 | 700 | $201.419371 |