# EXHIBIT 3

| | | | | 3M Company Loss Chart | | | | | | | | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Class Period: February 9, 2017 through May 28, 2019 | | | | | | | | |
| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | 168.3888889 |
| Amalgamated Bank | | | | | | | | | | | | |
| LONGVIEW QUANT LARGECAP EQUITY VEBA FUND | Opening Position | 910 | Matched to Sales | | 5/3/2017 | 30 | $196.83 | | | | | |
| | | | | | 7/17/2017 | 90 | $211.36 | | | | | |
| | | | | | 8/4/2017 | 40 | $206.44 | | | | | |
| | | | | | 8/16/2017 | 80 | $207.85 | | | | | |
| | | | | | 8/17/2017 | 100 | $205.34 | | | | | |
| | | | | | 8/29/2017 | 390 | $202.66 | | | | | |
| | | | | | 9/19/2017 | 10 | $213.28 | | | | | |
| | | | | | 10/3/2017 | 30 | $214.28 | | | | | |
| | | | | | 10/19/2017 | 140 | $218.63 | | | | | |
| | | | | | | 910 | Matched to Opening Position | | | | | |
| | | | | | | | | | | | | |
| | 11/2/2017 | 310 | ($232.27) | ($72,004.94) | 3/20/2018 | 10 | $231.97 | $2,319.68 | | | | |
| | 11/28/2017 | 360 | ($235.63) | ($84,827.70) | 4/16/2018 | 100 | $217.69 | $21,769.24 | | | | |
| | 12/20/2017 | 570 | ($237.11) | ($135,149.85) | 4/30/2018 | 50 | $194.38 | $9,719.14 | | | | |
| | | | | | 5/2/2018 | 220 | $195.43 | $42,994.70 | | | | |
| | | | | | 6/19/2018 | 160 | $199.11 | $31,856.99 | | | | |
| | | | | | 7/19/2018 | 700 | $201.42 | $140,993.56 | | | | |
| | | 1,240 | | ($291,982.49) | | 1,240 | | $249,653.31 | 0 | $0.00 | ($42,329.18) | |
| | | | | | | | | | | | | |
| LONGVIEW BROAD MARKET 3000 INDEX FUND | Opening Position | 16,547 | Matched to Sales | | 6/23/2017 | 407 | $212.89 | | | | | |
| | | | | | 9/18/2017 | 2 | $213.75 | | | | | |
| | | | | | 1/30/2018 | 379 | $251.53 | | | | | |
| | | | | | 6/22/2018 | 398 | $196.49 | | | | | |
| | | | | | 8/16/2018 | 1,047 | $203.14 | | | | | |
| | | | | | 9/21/2018 | 225 | $216.32 | | | | | |
| | | | | | 10/2/2018 | 1,979 | $215.70 | | | | | |
| | | | | | 3/15/2019 | 381 | $208.07 | | | | | |
| | | | | | | 4,818 | Matched to Opening Position | | | | | |
| | | | | | | | | | | | | |
| | 2/15/2017 | 248 | ($181.71) | ($45,062.84) | | | | | | | | |
| | 5/3/2017 | 177 | ($197.64) | ($34,981.40) | | | | | | | | |
| | 5/9/2017 | 627 | ($197.97) | ($124,124.06) | | | | | | | | |
| | 6/14/2017 | 146 | ($210.02) | ($30,662.19) | | | | | | | | |
| | 8/17/2017 | 173 | ($205.36) | ($35,526.42) | | | | | | | | |
| | 11/16/2017 | 5,430 | ($229.43) | ($1,245,777.75) | | | | | | | | |
| | 12/18/2017 | 101 | ($238.43) | ($24,080.93) | | | | | | | | |
| | 3/20/2018 | 39 | ($232.13) | ($9,052.88) | | | | | | | | |
| | 3/29/2018 | 384 | ($219.53) | ($84,297.60) | | | | | | | | |
| | 6/1/2018 | 2,580 | ($199.60) | ($514,968.00) | | | | | | | | |
| | 7/18/2018 | 220 | ($202.21) | ($44,486.20) | | | | | | | | |
| | 11/23/2018 | 383 | ($196.81) | ($75,378.23) | | | | | | | | |
| | 12/21/2018 | 97 | ($183.76) | ($17,824.72) | | | | | | | | |
| | 3/26/2019 | 2,905 | ($207.25) | ($602,061.25) | | | | | | | | |
| | 4/1/2019 | 865 | ($211.95) | ($183,336.75) | | | | | | | | |
| | 4/4/2019 | 1,314 | ($215.04) | ($282,562.56) | | | | | | | | |
| | | 15,689 | | ($3,354,183.78) | | | | | 15,689 | $2,641,853.28 | ($712,330.50) | |
| | | | | | | | | | | | | |
| LONGVIEW LARGECAP 500 INDEX FUND | Opening Position | 72,393 | Matched to Sales | | 2/16/2017 | 500 | $183.40 | | | | | |
| | | | | | 2/24/2017 | 400 | $187.40 | | | | | |
| | | | | | 3/17/2017 | 500 | $192.36 | | | | | |
| | | | | | 3/24/2017 | 400 | $191.50 | | | | | |
| | | | | | 5/9/2017 | 400 | $197.95 | | | | | |
| | | | | | 8/28/2017 | 2,300 | $202.45 | | | | | |
| | | | | | 10/25/2017 | 100 | $237.67 | | | | | |
| | | | | | 11/1/2017 | 300 | $230.17 | | | | | |
| | | | | | 11/30/2017 | 100 | $243.13 | | | | | |
| | | | | | 12/18/2017 | 1,600 | $238.41 | | | | | |

| Name | Position | Qty / Note | Sale Date | Sale Qty | Sale Price | Sale Amount | Buy Date | Buy Qty | Buy Price | Total Qty | Total Price | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 12/21/2017 | 200 | $234.77 | | | |
| | | | | | | | 1/16/2018 | 200 | $244.73 | | | |
| | | | | | | | 2/1/2018 | 200 | $247.93 | | | |
| | | | | | | | 2/14/2018 | 100 | $231.99 | | | |
| | | | | | | | 3/1/2018 | 100 | $231.33 | | | |
| | | | | | | | 3/26/2018 | 100 | $220.23 | | | |
| | | | | | | | 4/11/2018 | 100 | $214.32 | | | |
| | | | | | | | 4/30/2018 | 100 | $194.38 | | | |
| | | | | | | | 5/14/2018 | 100 | $205.75 | | | |
| | | | | | | | 5/30/2018 | 100 | $198.68 | | | |
| | | | | | | | 6/25/2018 | 100 | $194.96 | | | |
| | | | | | | | 6/26/2018 | 100 | $196.58 | | | |
| | | | | | | | 6/28/2018 | 800 | $195.97 | | | |
| | | | | | | | 7/10/2018 | 300 | $201.48 | | | |
| | | | | | | | 8/13/2018 | 100 | $199.84 | | | |
| | | | | | | | 9/21/2018 | 500 | $216.33 | | | |
| | | | | | | | 9/26/2018 | 1,400 | $211.07 | | | |
| | | | | | | | 9/28/2018 | 200 | $210.71 | | | |
| | | | | | | | 10/4/2018 | 100 | $213.84 | | | |
| | | | | | | | 10/25/2018 | 4,000 | $184.99 | | | |
| | | | | | | | 11/1/2018 | 100 | $192.22 | | | |
| | | | | | | | 11/28/2018 | 200 | $204.34 | | | |
| | | | | | | | 12/24/2018 | 400 | $178.62 | | | |
| | | | | | | | 1/30/2019 | 100 | $199.27 | | | |
| | | | | | | | 2/4/2019 | 300 | $200.21 | | | |
| | | | | | | | 2/7/2019 | 200 | $199.84 | | | |
| | | | | | | | 3/15/2019 | 300 | $208.08 | | | |
| | | | | | | | 3/22/2019 | 2,240 | $204.66 | | | |
| | | | | | | | 3/22/2019 | 1160 | $204.66 | | | |
| | | | | | | | 3/25/2019 | 1,700 | $203.21 | | | |
| | | | | | | | 22,200 | Matched to Opening Position | | | | |
| | | | 5/1/2017 | 300 | ($194.81) | ($58,443.45) | | | | | | |
| | | | 6/16/2017 | 400 | ($213.23) | ($85,293.80) | | | | | | |
| | | | 8/3/2017 | 300 | ($207.62) | ($62,286.45) | | | | | | |
| | | | 8/30/2017 | 60 | ($203.69) | ($12,221.52) | | | | | | |
| | | | 10/2/2017 | 400 | ($212.76) | ($85,104.72) | | | | | | |
| | | | 12/15/2017 | 300 | ($238.00) | ($71,399.70) | | | | | | |
| | | | 12/29/2017 | 200 | ($235.37) | ($47,074.40) | | | | | | |
| | | | 1/23/2018 | 300 | ($246.31) | ($73,893.60) | | | | | | |
| | | | 6/15/2018 | 200 | ($204.97) | ($40,993.60) | | | | | | |
| | | | 2/19/2019 | 300 | ($208.41) | ($62,523.60) | | | | | | |
| | | | 3/1/2019 | 100 | ($207.49) | ($20,749.18) | | | | | | |
| | | | 4/10/2019 | 250 | ($212.11) | ($53,027.95) | | | | | | |
| | | | 4/18/2019 | 50 | ($218.88) | ($10,944.09) | | | | | | |
| | | | 4/22/2019 | 50 | ($217.88) | ($10,894.20) | | | | | | |
| | | | 5/9/2019 | 150 | ($175.28) | ($26,292.27) | | | | | | |
| | | 3,360 | | | | ($721,142.53) | | | | 3,360 | $565,786.67 | ($155,355.86) |
| LONGVIEW LARGECAP 500 INDEX FUND VEBA | Opening Position | 25,016 Matched to Sales | | | | | 3/17/2017 | 200 | $192.36 | | | |
| | | | | | | | 3/31/2017 | 1,200 | $191.32 | | | |
| | | | | | | | 6/7/2017 | 100 | $205.00 | | | |
| | | | | | | | 6/29/2017 | 100 | $207.84 | | | |
| | | | | | | | 3/27/2018 | 100 | $215.86 | | | |
| | | | | | | | 4/4/2018 | 100 | $217.55 | | | |
| | | | | | | | 5/18/2018 | 100 | $198.96 | | | |
| | | | | | | | 6/1/2018 | 2,530 | $199.59 | | | |
| | | | | | | | 6/1/2018 | 570 | $199.59 | | | |
| | | | | | | | 6/20/2018 | 200 | $198.08 | | | |
| | | | | | | | 7/16/2018 | 200 | $201.11 | | | |
| | | | | | | | 9/21/2018 | 200 | $216.33 | | | |

| Fund | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3/15/2019 | 100 | $208.08 | | | | |
| | | | | | 5,700 | Matched to Opening Position | | | | | |
| | 2/13/2017 | 100 | ($181.02) | ($18,102.18) | | | | | | | |
| | 3/20/2017 | 50 | ($192.76) | ($9,637.75) | | | | | | | |
| | 5/1/2017 | 300 | ($194.81) | ($58,443.45) | | | | | | | |
| | 6/16/2017 | 100 | ($213.23) | ($21,323.45) | | | | | | | |
| | 9/11/2017 | 50 | ($209.56) | ($10,478.08) | | | | | | | |
| | 12/6/2017 | 200 | ($238.67) | ($47,734.30) | | | | | | | |
| | 12/12/2017 | 100 | ($237.64) | ($23,763.50) | | | | | | | |
| | 12/13/2017 | 100 | ($239.11) | ($23,911.15) | | | | | | | |
| | 6/26/2018 | 100 | ($196.58) | ($19,658.18) | | | | | | | |
| | 9/7/2018 | 70 | ($212.42) | ($14,869.05) | | | | | | | |
| | 10/22/2018 | 70 | ($202.10) | ($14,146.65) | | | | | | | |
| | 12/7/2018 | 50 | ($202.72) | ($10,135.75) | | | | | | | |
| | 1/30/2019 | 300 | ($199.27) | ($59,781.54) | | | | | | | |
| | 3/1/2019 | 200 | ($207.49) | ($41,498.36) | | | | | | | |
| | 3/28/2019 | 50 | ($208.10) | ($10,405.20) | | | | | | | |
| | 4/1/2019 | 800 | ($211.94) | ($169,553.44) | | | | | | | |
| | | 2640 | | ($553,442.03) | | | | | 2,640 | $444,546.67 | ($108,895.36) |
| | | | | | | | | | | | |
| LONGVIEW QUANTITATIVE LARGECAP FUND | Opening Position | 24,300 | Matched to Sales | | 3/9/2017 | 100 | $189.88 | | | | |
| | | | | | 4/19/2017 | 100 | $190.01 | | | | |
| | | | | | 4/25/2017 | 200 | $195.12 | | | | |
| | | | | | 5/3/2017 | 100 | $196.83 | | | | |
| | | | | | 7/17/2017 | 2,400 | $211.36 | | | | |
| | | | | | 8/4/2017 | 1,100 | $206.44 | | | | |
| | | | | | 8/16/2017 | 2,100 | $207.85 | | | | |
| | | | | | 8/29/2017 | 12,900 | $202.66 | | | | |
| | | | | | 9/19/2017 | 400 | $213.28 | | | | |
| | | | | | 9/26/2017 | 100 | $211.02 | | | | |
| | | | | | 10/3/2017 | 700 | $214.28 | | | | |
| | | | | | 10/19/2017 | 4,100 | $218.63 | | | | |
| | | | | | 24,300 | Matched to Opening Position | | | | | |
| | 11/2/2017 | 8,700 | ($232.27) | ($2,020,783.80) | 5/2/2018 | 7,300 | $195.43 | $1,426,642.52 | | | |
| | 11/28/2017 | 9,600 | ($235.63) | ($2,262,072.00) | 6/19/2018 | 4,800 | $199.11 | $955,709.81 | | | |
| | 12/20/2017 | 15,700 | ($237.11) | ($3,722,548.50) | 7/19/2018 | 21,900 | $201.42 | $4,411,084.43 | | | |
| | | 34,000 | | ($8,005,404.30) | | 34,000 | | $6,793,436.76 | 0 | $0.00 | ($1,211,967.54) |
| | | | | | | | | | | | |
| **Amalgamated Bank Total:** | | | | | | | | | | | **($2,230,878.45)** |