SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com

Local Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEAVY & GENERAL LABORERS' LOCALS 472 & 172 WELFARE FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> 3M COMPANY, et al., <br><br> Defendants. | No. 2:19-cv-15982-CCC-JBC <br><br> CLASS ACTION |

[Caption continued on following page.]

THE INSTITUTIONAL INVESTORS' NOTICE OF UNOPPOSED MOTION

- 1 -

| | |
|---|---|
| BRUCE ROUSSEAU, Individually and on Behalf of All Others Similarly Situated, | ) Case No. 2:19-cv-17090-MCA-MAH ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| 3M COMPANY, et al., | ) ) |
| Defendants. | ) ) ) ) |

PLEASE TAKE NOTICE THAT the State of Rhode Island, Office of the Rhode Island Treasurer on behalf of the Employees' Retirement System of the State of Rhode Island, Iron Workers Local 580 Joint Funds, and Flossbach von Storch Invest S.A. (collectively, the "Institutional Investors") respectfully give notice that their Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel (the "Motion") (ECF No. 7) is unopposed. *See* ECF No. 10 ("AP7 and MP Investment do not oppose the Institutional Investor Group's motion"); ECF No. 12 (Amalgamated Bank withdrawing its motion).

As noted in their Motion, the Institutional Investors have a substantial interest in the relief sought by the class, having suffered more than $29.4 million in losses as a result of the alleged wrongdoing. *See* ECF No. 7-1 at 8. In addition, the Institutional Investors have selected competent, experienced, and qualified counsel – Robbins Geller Rudman & Dowd LLP and Motley Rice LLC – to represent the

- 2 -

putative class as Lead Counsel. *See id.* at 11-13.  Accordingly, as the Institutional

Investors satisfy the PSLRA requirements for appointment as lead plaintiff and their

Motion is unopposed, the Motion should be granted.

DATED:  October 7, 2019                    Respectfully submitted,

s/ Christopher A. Seeger
CHRISTOPHER A. SEEGER

SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com

Local Counsel

MOTLEY RICE LLC
GREGG S. LEVIN
CHRISTOPHER F. MORIARTY
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)
glevin@motleyrice.com
cmoriarty@motleyrice.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

- 3 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
danim@rgrdlaw.com
malbert@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed]
Lead Plaintiff

Cases\4811-5634-9097.v1-10/7/19