Eric Todd Kanefsky
CALCAGNI & KANEFSKY LLP
One Newark Center
1085 Raymond Blvd., 14th Floor
Newark, New Jersey 07102
Tel: +1 (862) 397-1796
eric@ck-litigation.com

Meredith E. Kotler (*pro hac vice*)
Timothy P. Harkness (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER
US LLP
601 Lexington Avenue
New York, NY 10022
Tel: +1 (212) 277-4000
meredith.kotler@freshfields.com
timothy.harkness@freshfields.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re 3M COMPANY SECURITIES LITIGATION<br><br>This document relates to:<br>ALL ACTIONS. | Case No.: 2:19-cv-15982-CCC-MF<br><br>Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. Mark Falk, U.S.M.J.<br><br>**(ORAL ARGUMENT REQUESTED)**<br><br>**Motion Day: March 2, 2020** |

**DEFENDANTS' NOTICE OF MOTION
TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)**

PLEASE TAKE NOTICE that on March 2, 2020, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants 3M Company, Inge Thulin, Michael Roman, and Nicholas Gangestad (collectively, "Defendants") shall move this Court pursuant to 28 U.S.C. § 1404(a), before the Honorable Claire C. Cecchi, U.S.D.J, at the King Fed. Bldg. & U.S. Courthouse, 50 Walnut Street,

Newark, New Jersey 07101, for an Order granting Defendants' motion to transfer this case to the United States District Court for the District of Minnesota (St. Paul) and for other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that in support of the within Motion, the undersigned shall rely upon the accompanying Memorandum of Law, the Declaration of Scott A. Eisman, including exhibits attached thereto, and the Declaration of Bruce Jermeland.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rules 7.1(b)(4) and 78.1(b), Defendants respectfully request that the Court grant oral argument on this Motion.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is annexed hereto.

Dated: January 24, 2020          Respectfully submitted,
      Newark, NJ

By: /s/ Eric T. Kanefsky

Eric Todd Kanefsky
CALCAGNI & KANEFSKY LLP
One Newark Center
1085 Raymond Blvd., 14th Floor
Newark, New Jersey 07102
Tel: +1 (862) 397-1796
eric@ck-litigation.com

Meredith E. Kotler (*pro hac vice*)
Timothy P. Harkness (*pro hac vice*)

- 2 -

- 3 -

FRESHFIELDS BRUCKHAUS DERINGER
US LLP
601 Lexington Avenue
New York, NY 10022
Tel: +1 (212) 277-4000
meredith.kotler@freshfields.com
timothy.harkness@freshfields.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, ERIC T. KANEFSKY, ESQ., hereby certifies as follows:

1.    I am a partner with the law firm of Calcagni & Kanefsky, LLP, and counsel of record for Defendants 3M Company, Inge Thulin, Michael Roman, and Nicholas Gangestad (collectively, "Defendants") in the above-captioned matter.  I have personal knowledge concerning the subject matter of this Certification.

2.    On January 24, 2020, I caused the following documents to be filed and served on all counsel of record via the Court's CM/ECF system: (i) Notice of Motion to Transfer Venue Under 28 U.S.C. § 1404(a); (ii) Defendants' Memorandum of Law in Support of Their Motion to Transfer Venue; (ii) Declaration of Scott A. Eisman with exhibits; (iii) Declaration of Bruce Jermeland; and (iv) a proposed form of Order.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated: January 24, 2020                                  /s/ Eric T. Kanefsky
     Newark, NJ                                           Eric T. Kanefsky

- 4 -