## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re 3M COMPANY SECURITIES LITIGATION<br><br>This document relates to:<br>ALL ACTIONS. | Case No.: 2:19-cv-15982-CCC-MF<br><br>Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. Mark Falk, U.S.M.J. |

## DECLARATION OF SCOTT A. EISMAN IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE

I, Scott A. Eisman, in accordance with 28 U.S.C. § 1746, declare as follows:

1.    I am an attorney associated with the law firm Freshfields Bruckhaus Deringer US LLP, counsel to Defendants. I submit this Declaration in support of Defendants' Motion to Transfer Venue.

2.    Attached as Exhibit 1 are excerpts from 3M Company's Annual Report for the Fiscal Year Ended December 31, 2016, Form 10-K, filed with the Securities and Exchange Commission on February 9, 2017.

3.    Attached as Exhibit 2 are excerpts from 3M Company's Annual Report for the Fiscal Year Ended December 31, 2017, Form 10-K, filed with the SEC on February 8, 2018.

4.      Attached as Exhibit 3 are excerpts from 3M Company's Annual Report for the Fiscal Year Ended December 31, 2018, Form 10-K, filed with the SEC on February 7, 2019.

5.      Attached as Exhibit 4 are excerpts from U.S. Courts, United States District Courts—National Judicial Caseload Profile (June 30, 2019), which can be found at https://www.uscourts.gov/sites/default/files/data_tables/fcms_na_distprofile0630.2019.pdf.

6.      Attached as Exhibit 5 are electronic mail communications dated January 23, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:       January 23, 2020
             New York, New York

Scott A. Eisman