# Exhibit 4

## U.S. District Court — Judicial Caseload Profile

**NEW JERSEY**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2014 | Jun 30 2015 | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 9,880 | 10,435 | 9,609 | 13,140 | 22,554 | 25,179 | | |
| | | Terminations | 9,238 | 9,684 | 9,641 | 11,187 | 10,227 | 14,108 | | |
| | | Pending | 9,260 | 10,041 | 9,960 | 11,911 | 24,750 | 35,832 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 154.8 | 141.3 | 162.0 | 91.6 | 11.6 | | 20 | 3 |
| | | Number of Judgeships | 17 | 17 | 17 | 17 | 17 | 17 | | |
| | | Vacant Judgeship Months [2] | 4.9 | 17.9 | 42.9 | 49.0 | 36.5 | 57.3 | | |
| **Actions per Judgeship** | **Filings** | Total | 581 | 614 | 565 | 773 | 1,327 | 1,481 | 2 | 1 |
| | | Civil | 524 | 565 | 522 | 734 | 1,280 | 1,422 | 2 | 1 |
| | | Criminal Felony | 46 | 38 | 31 | 27 | 36 | 48 | 85 | 4 |
| | | Supervised Release Hearings | 12 | 11 | 12 | 13 | 10 | 11 | 83 | 4 |
| | Pending Cases [2] | | 545 | 591 | 586 | 701 | 1,456 | 2,108 | 2 | 1 |
| | Weighted Filings [2] | | 561 | 607 | 511 | 571 | 987 | 1,031 | 4 | 2 |
| | Terminations | | 543 | 570 | 567 | 658 | 602 | 830 | 6 | 1 |
| | Trials Completed | | 8 | 8 | 12 | 8 | 6 | 8 | 86 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.7 | 10.6 | 13.8 | 13.3 | 8.8 | 8.2 | 30 | 1 |
| | | Civil [2] | 7.7 | 7.8 | 8.0 | 7.1 | 7.5 | 5.0 | 3 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 37.5 | 41.5 | 47.8 | 35.8 | 54.4 | 47.9 | 61 | 5 |
| **Other** | | Number (and %) of Civil Cases Over 3 Years Old [2] | 455 5.5 | 565 6.2 | 562 6.2 | 663 5.9 | 1,199 5.0 | 1,026 2.9 | 8 | 1 |
| | | Average Number of Felony Defendants Filed per Case | 1.2 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 79.2 | 56.0 | 77.1 | 89.9 | 126.8 | 104.8 | | |
| | | Percent Not Selected or Challenged | 33.6 | 42.5 | 38.3 | 38.8 | 39.7 | 37.4 | | |

| 2019 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 24,176 | 387 | 16,017 | 1,220 | 12 | 117 | 693 | 871 | 1,061 | 699 | 1,359 | 24 | 1,716 |
| Criminal [1] | 810 | 8 | 266 | 76 | 136 | 197 | 36 | 26 | 2 | 11 | 5 | 16 | 31 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**MINNESOTA**

| | | | 12-Month Periods Ending | | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2014 | Jun 30 2015 | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 5,047 | 6,243 | 4,684 | 5,452 | 5,797 | 4,152 | | | |
| | | Terminations | 5,138 | 4,682 | 4,639 | 4,140 | 4,051 | 3,854 | | | |
| | | Pending | 4,427 | 5,981 | 6,001 | 7,305 | 9,061 | 9,358 | | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -17.7 | -33.5 | -11.4 | -23.8 | -28.4 | | | 91 | 10 |
| | | Number of Judgeships | 7 | 7 | 7 | 7 | 7 | 7 | | | |
| | | Vacant Judgeship Months [2] | 0.0 | 0.0 | 6.6 | 31.9 | 36.0 | 16.1 | | | |
| **Actions per Judgeship** | **Filings** | Total | 721 | 892 | 669 | 779 | 828 | 593 | | 24 | 2 |
| | | Civil | 638 | 777 | 572 | 651 | 709 | 482 | | 18 | 1 |
| | | Criminal Felony | 52 | 84 | 50 | 57 | 51 | 58 | | 76 | 10 |
| | | Supervised Release Hearings | 30 | 31 | 47 | 71 | 68 | 53 | | 25 | 6 |
| | Pending Cases [2] | | 632 | 854 | 857 | 1,044 | 1,294 | 1,337 | | 5 | 1 |
| | Weighted Filings [2] | | 590 | 807 | 520 | 593 | 627 | 482 | | 36 | 5 |
| | Terminations | | 734 | 669 | 663 | 591 | 579 | 551 | | 28 | 1 |
| | Trials Completed | | 13 | 14 | 12 | 11 | 12 | 9 | | 81 | 10 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.4 | 10.7 | 11.7 | 12.2 | 9.7 | 10.2 | | 55 | 7 |
| | | Civil [2] | 13.2 | 2.3 | 14.8 | 9.3 | 11.2 | 9.1 | | 45 | 6 |
| | From Filing to Trial [2] (Civil Only) | | 22.7 | 27.9 | 27.7 | 36.6 | 32.4 | 24.9 | | 23 | 5 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 253 6.3 | 198 3.7 | 187 3.4 | 765 11.0 | 1,102 12.7 | 1,821 20.4 | | 85 | 10 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.7 | 1.4 | 1.6 | 1.5 | 1.4 | | | |
| | Jurors | Avg. Present for Jury Selection | 39.6 | 49.9 | 61.8 | 56.3 | 62.4 | 55.9 | | | |
| | | Percent Not Selected or Challenged | 29.8 | 38.0 | 42.3 | 39.2 | 44.1 | 36.6 | | | |

| **2019 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense** | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,373 | 96 | 1,228 | 402 | 30 | 40 | 391 | 296 | 138 | 70 | 308 | 16 | 358 |
| Criminal [1] | 402 | 1 | 182 | 17 | 46 | 46 | 38 | 46 | 2 | 9 | 5 | 5 | 5 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."