# Exhibit 5

**From:**          Gregory Nespole <gnespole@zlk.com>
**Sent:**          Thursday, January 23, 2020 7:17 PM
**To:**            KOTLER, Meredith (MEK)
**Subject:**       Re: [External]Glaeser v. Thulin, 19-cv-19434 (D.N.J.)

Confirmed

Gregory Mark Nespole
212 363 7500 - Office
646 808 7820 - Cell
GNespole@ZLK.com
ZLK.Com

On Jan 23, 2020, at 7:03 PM, "Meredith.Kotler@freshfields.com" <Meredith.Kotler@freshfields.com> wrote:

Greg, Many thanks for speaking just now.

As mentioned, Defendants believe that the above-captioned derivative action belongs in Minnesota, as derivative defendant 3M is a Minnesota-headquartered company, the defendants directors' oversight of the company centered there, the alleged securities fraud referenced in the derivative complaint took place there, and none of the underlying facts or circumstances took place in New Jersey.

3M is tomorrow filing, pursuant to 28 U.S.C. Section 1404(a), a motion to transfer venue of the separate securities class action based on the same facts and circumstances. It is my understanding that your client takes no position on that transfer motion, and that if such transfer motion is granted, your client will voluntarily transfer the derivative action to Minnesota.

Can you please confirm via reply email?

Many thanks.

**Meredith Kotler**
Partner

**Freshfields Bruckhaus Deringer US LLP**
601 Lexington Avenue
56th Floor
New York, NY 10022
**T** +1 212 277 4007 | **M** +1 646 460 7131
freshfields.com

This e-mail is confidential and may well also be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person: to do so could be a breach of confidence. Thank you for your co-operation. For information about how

1

Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

Please contact our IT Helpdesk on +1 866 694 8435 or email ITHelp@freshfields.com if you need assistance.

2