**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re 3M COMPANY SECURITIES LITIGATION<br><br>This document relates to:<br>ALL ACTIONS. | Case No.: 2:19-cv-15982-CCC-MF<br><br>Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. Mark Falk, U.S.M.J. |

**DECLARATION OF BRUCE JERMELAND IN SUPPORT OF
DEFENDANTS' MOTION TO TRANSFER VENUE**

I, Bruce Jermeland, in accordance with 28 U.S.C. § 1746, declare as follows:

1.     I am the Vice President for Investor Relations for the 3M Company ("3M"). I make this declaration in support of Defendants' Motion to Transfer Venue. I have knowledge of the matters stated in this Declaration based on personal knowledge, my review of corporate records of 3M, and my discussions with persons with personal knowledge.

2.     3M's corporate headquarters are located in St. Paul, Minnesota. 3M does not currently have, and has never had, any corporate offices in New Jersey.

3.     Michael Roman currently maintains, and has since at least February 2017 maintained, his 3M office at 3M's Minnesota headquarters and he conducts and has conducted his 3M work from there. He resides in Minnesota.

While affiliated with 3M, Mr. Roman has never maintained an office or residence in New Jersey.

4.    Nicholas Gangestad currently maintains, and has since at least February 2017 maintained, his 3M office at 3M's Minnesota headquarters, and he conducts and has conducted his 3M work from there.  He resides in Minnesota. While affiliated with 3M, Mr. Gangestad has never maintained an office or residence in New Jersey.

5.    While he served as 3M President and Chief Executive Officer, Inge G. Thulin maintained his 3M office at 3M's Minnesota headquarters and maintained a residence in Minnesota.  Mr. Thulin now maintains residences in Florida and Sweden.  Mr. Thulin has never maintained an office or residence in New Jersey.

6.    All of 3M's SEC Forms 10-K and 10-Q referenced in the Amended Complaint were prepared at 3M's Minnesota headquarters and transmitted to the SEC from there.

7.    The April 25, 2019 press release and SEC Form 8-K referenced in the Amended Complaint were prepared at 3M's Minnesota's headquarters and transmitted to the SEC from there.

8.    3M's corporate Sustainability Reports, including since at least February 2017, were and are issued from 3M's Minnesota headquarters, and the 3M personnel who prepare them work from there.

9.    3M's April 24, 2018 quarterly earnings conference call was planned and conducted from 3M's Minnesota headquarters.  Mr. Roman participated in the call from 3M's Minnesota headquarters.

10.    3M personnel, including Mr. Gangestad, participated in a May 15, 2019 company presentation as part of a Goldman Sachs Industrials and Materials Conference, convened from Goldman Sachs' offices in New York.  The materials and planned remarks for that presentation were prepared at 3M's Minnesota headquarters.

11.    3M's litigation and contingency reserves are reviewed and set by 3M finance, accounting, and other personnel who work at 3M's Minnesota headquarters.  That includes all of the reserves challenged in the Amended Complaint.

12.    3M's litigation and contingency reserves are discussed with 3M's outside auditor, PricewaterhouseCoopers LLP ("PWC").  The PWC team works out of Minnesota, and has done so since at least February 2017.

13.    The four departments of 3M that are primarily involved (to varying degrees) in the setting of contingency reserves and/or drafting and

transmitting SEC filings are the finance, legal, investor relations, and corporate communications departments. The relevant employees from these four departments who are involved in such activities all work at 3M's Minnesota headquarters.

14. In addition, these employees almost always live near 3M's headquarters in the Minneapolis, Minnesota metropolitan area. The non-electronic work papers of these employees are maintained at their Minnesota headquarters offices. Likewise, the electronic documents and electronic mail of these employees are maintained locally at 3M's Minnesota headquarters, and also on cloud-based servers in Chicago, Illinois. The 3M personnel who would be responsible for collecting electronic documents and electronic mail from these custodians are located in Minnesota.

15. 3M does not maintain any corporate books or records in New Jersey.

16. The 14 additional 3M employees listed in Appendix E to the Amended Complaint, other than Messrs. Thulin, Roman, and Gangestad, work (or previously worked) for 3M at its Minnesota headquarters. All of them who are current 3M employees reside in Minnesota, and none who are former 3M employees reside in New Jersey.

17.   Geary Olson resides in Minnesota and maintains his 3M office there.

18.   Fanna Haile-Selassie resides in Minnesota and maintains her 3M office there.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:       January 23, 2020
             St. Paul, Minnesota

Bruce Jermeland

-5-