# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re 3M COMPANY SECURITIES LITIGATION<br><br>This document relates to:<br>ALL ACTIONS. | Case No.: 2:19-cv-15982-CCC-MF<br><br>Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. Mark Falk, U.S.M.J.<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)** |

THIS MATTER, having been brought before the Court by way of a motion of Defendants 3M Company, Inge Thulin, Michael Roman, and Nicholas Gangestad (collectively, "Defendants"), by and through their counsel, seeking an Order granting their Motion to Transfer Venue; the Court having considered the papers submitted in support of and in opposition to the within Motion; and the Court having considered oral argument of the parties, if any; and for other and good cause having been shown;

**IT IS** on this _____ day of _____, 2020,

1.     **ORDERED** that Defendants' Motion to Transfer Venue is **GRANTED**; and it is further;

2.    **ORDERED** that the Clerk of Court is directed to transfer this case to the United States District Court for the District of Minnesota (St. Paul) under 28 U.S.C. 1404(a).

_____
THE HONORABLE CLAIRE C. CECCHI, U.S.D.J.