UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re 3M COMPANY SECURITIES LITIGATION | ) No. 2:19-cv-15982-CCC-MF |
| | ) |
| _____ | ) |
| | ) Hon. Claire C. Cecchi, U.S.D.J. |
| This Document Relates To: | ) Hon. Mark Falk, U.S.M.J |
| | ) |
| ALL ACTIONS. | ) |
| | ) |
| _____ | ) |

## DECLARATION OF CHAD JOHNSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER

I, Chad Johnson, in accordance with 28 U.S.C. § 1746, declare as follows:

1.      I am a partner with the law firm Robbins Geller Rudman & Dowd LLP, counsel to Plaintiffs.  I submit this Declaration in support of Plaintiffs' Opposition to Defendants' Motion to Transfer Venue.

2.      Attached as Exhibit 1 is the Declaration of Robert Calamari on Behalf of the Heavy & General Laborers' Locals 472 & 172 Welfare Fund, dated February 6, 2020.

3.      Attached as Exhibit 2 is a letter with attachments from Donald J. Camerson, II, on behalf of 3M Company, to Michael Gordon dated April 25, 2019.

4.      Attached as Exhibit 3 is a list of sites where PFAS has been detected in New Jersey that was prepared by the Environmental Working Group.

5.      Attached as Exhibit 4 is an excerpt of U.S. Courts, Federal Court Management Statistics, U.S. District Courts - Combined Civil and Criminal (Sept. 30, 2019), which is available at https://www.uscourts.gov/sites/default/files/data_tables/fcms_na_distprofile0930.2019.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Chad Johnson

Dated:      February 7, 2020

- 2 -