# EXHIBIT 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re 3M COMPANY SECURITIES LITIGATION | ) ) ) | No. 2:19-cv-15982-CCC-MF |
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) ) | Hon. Claire C. Cecchi, U.S.D.J. Hon. Mark Falk, U.S.M.J |

**DECLARATION OF ROBERT CALAMARI ON BEHALF OF THE HEAVY & GENERAL LABORERS' LOCALS 472 & 172 WELFARE FUND**

I, Robert Calamari, in accordance with 28 U.S.C. § 1746, declare as follows:

1.    I am the Fund Manager for the Heavy & General Laborers' Locals 472 & 172 Welfare Fund (the "HGL Welfare Fund" or the "Fund").

2.    The HGL Welfare Fund is a plan that provides benefits and pensions to construction, general laborers, and heavy and general construction laborers in the State of New Jersey.  The HGL Welfare Fund provides these benefits to current and former members of the Heavy & General Laborers' Local 472 & 172 Unions ("Local 472" and "Local 172," respectively) and their families.

3.    Local 472 represents New Jersey construction laborers engaged in, among other things, the building of dams, roads, bridges and tunnels, utility installation, and general construction.   Local 472 counties of jurisdiction are:

Bergen, Essex, Hudson, Hunterdon, Middlesex, Monmouth, Morris, Passaic, Somerset, Sussex, Union, and Warren.

4.    Local 172 represents New Jersey heavy and highway laborers and plant and manufacturing employees in southern and parts of central New Jersey. Local 172's counties of jurisdiction are: Mercer, Ocean, Burlington, Atlantic, Camden, Gloucester, Salem, Cumberland, and Cape May.

5.    Both Local 472 and Local 172 are part of The New Jersey Laborers Union, which has approximately 20,000 members.

6.    For the HGL Welfare Fund's most recently reported plan year, which ended on March 31, 2019, the HGL Welfare Fund reported that it had over 9,000 participants (i.e., active participants and retired or separated participants who received benefits) and net assets of over $200 million available for benefits.

7.    The HGL Welfare Fund is headquartered at 700 Raymond Blvd., Newark, New Jersey 07015.

8.    On July 29, 2019, the HGL Welfare Fund, as a purchaser of 3M stock, filed a securities class action against 3M. That complaint was captioned as *Heavy & General Laborers' Locals 472 & 172 Welfare Fund v. 3M Co. et al.*, No. 2:19-cv-15982 (D.N.J.). I understand that the claims asserted in the complaint filed by the HGL Welfare Fund have been consolidated into the instant action. In this consolidated action, the HGL Welfare Fund serves as a named plaintiff. The HGL

- 2 -

- 3 -

Welfare Fund is committed to serving as a named plaintiff in this consolidated action because the conduct at issue has harmed our Fund and as a result has reduced the amount of net assets available to our beneficiaries. Our Fund is also interested in the outcome of this consolidated action because of the extent to which our local communities have been poisoned by 3M as alleged in this case.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Robert Calamari

Dated:     February 6, 2020