# EXHIBIT 3



Here are the 517 sites of PFAS detection in New Jersey, including the 470 sites newly reported by the New Jersey Department of Environmental Quality that were not previously plotted on Environmental Working Group's nationwide PFAS map.

| Water System | Population Served (Community Water Systems Only)** | Total PFAS Concentration, ppt | PFAS Detected | Latest Test |
|---|---|---|---|---|
| 1-6 Mill Ridge Lane, Chester – Office Plaza | N/A | 10.2 | PFOA, PFOS | 2019 |
| 270 Sparta Avenue, Sparta – Office Plaza | N/A | 13.5 | PFOA, PFOS | 2019 |
| 360 N.J.-24, Chester – Office Bulding | N/A | 18.8 | PFOA, PFOS | 2019 |
| 84 Hopewell LLC | N/A | 27.0 | PFOA, PFOS | 2019 |
| A.M. Best Company | N/A | 16.5 | PFNA, PFOA, PFOS | 2019 |
| Absecon Mills, Inc. | N/A | 1.8 | PFOA, PFOS | 2019 |
| Academy of Little Promises | N/A | 17.4 | PFNA, PFOA, PFOS | 2019 |
| Acme Shopping Plaza | N/A | 7.1 | PFOA, PFOS | 2019 |
| Acorn Montessori School Building #2 | N/A | 53.1 | PFNA, PFOA, PFOS | 2019 |
| Acorn Montessori School Building #3 | N/A | 28.0 | PFOA, PFOS | 2019 |
| Adam Metal Products | N/A | 13.0 | PFOA, PFOS | 2019 |
| Air Park Emergency Services | N/A | 0.6 | PFOS | 2019 |
| Albert Elias Residential Group | N/A | 11.7 | PFOA, PFOS | 2019 |
| Albrook School | N/A | 21.4 | PFOA, PFOS | 2019 |
| Alexandria Middle School | N/A | 2.7 | PFOA, PFOS | 2019 |
| All Star Kids Academy | N/A | 9.6 | PFOA, PFOS | 2019 |
| Allendale Water Department | 6,702 | 26.0 | PFNA, PFOA, PFOS | 2019 |
| Almetek Industries, Inc. | N/A | 15.4 | PFOA, PFOS | 2019 |
| Alpha Municipal Water Works | 2,530 | 7.3 | PFOA, PFOS | 2019 |
| American Custom Drying | N/A | 16.0 | PFOA | 2019 |
| Andover Borough Water Department | 783 | 9.8 | PFOA, PFOS | 2019 |
| Andover Intermediate Care Center | 543 | 7.7 | PFNA, PFOA, PFOS | 2019 |
| Andover Nursing Home | 250 | 5.0 | PFOA, PFOS | 2019 |
| Andover Professional Condo | N/A | 4.4 | PFOA, PFOS | 2019 |
| Andover Water Corporation | 82 | 12.7 | PFOA, PFOS | 2019 |
| AP Chester Properties LLC | N/A | 15.0 | PFOA, PFOS | 2019 |
| Apples & Books Learning Center | N/A | 10.3 | PFOA, PFOS | 2019 |
| Aqua N.J. – Bear Brook | 226 | 8.8 | PFOA, PFOS | 2019 |
| Aqua N.J. – Blackwood | 44,396 | 26.0 | PFOA | 2014 |
| Aqua N.J. – Brainards | 135 | 11.2 | PFOA, PFOS | 2019 |
| Aqua N.J. – Bunnvale | 252 | 35.0 | PFOA, PFOS | 2019 |
| Aqua N.J. – Lawrence | 8,655 | 16.7 | PFOA, PFOS | 2018 |
| Aqua N.J. – Riegel Ridge | 621 | 7.4 | PFOA | 2019 |
| Aqua N.J. – Summit Lake | 177 | 16.9 | PFOA, PFOS | 2019 |
| Aqua N.J. – Vernon | 515 | 19.6 | PFOA, PFOS | 2019 |
| Aqua N.J. – Wallkill | 1,050 | 4.9 | PFOA, PFOS | 2019 |
| Aqua N.J. – Warren Glen | 220 | 2.1 | PFOA | 2019 |
| Aqua N.J. – Woolwich | 6,206 | 2.0 | PFOA | 2019 |
| Aqua NJ – Califon | 1,553 | 6.7 | PFOA, PFOS | 2019 |
| Archer Exteriors | N/A | 2.7 | PFOA | 2019 |
| Archway School – Main | N/A | 18.1 | PFNA, PFOA, PFOS | 2019 |
| Aristacare at Manchester | 475 | 69.0 | PFNA, PFOA, PFOS | 2019 |
| Arthur P. Schalick High School | N/A | 11.7 | PFOA, PFOS | 2019 |
| Asbury Graphite Mills, Inc. | N/A | 4.5 | PFOA, PFOS | 2019 |
| Ascot Park Apartments | 125 | 7.9 | PFOA, PFOS | 2019 |
| Atlantic City Municipal Utilities Authority | 152,415 | 192.0 | PFHpA, PFHxS, PFOA, PFOS | 2015 |



| | | | | |
|---|---|---|---|---|
| Audi Volkswagen Newton | N/A | 7.2 | PFOA, PFOS | 2019 |
| Aura Badge Company | N/A | 23.7 | PFNA, PFOA, PFOS | 2019 |
| Aura School | N/A | 12.7 | PFNA, PFOA, PFOS | 2019 |
| Ballyowen | N/A | 4.4 | PFOA | 2019 |
| Barley Sheaf School | N/A | 4.0 | PFOA, PFOS | 2019 |
| Bayshore Mobile Home Park | 81 | 4.3 | PFOA, PFOS | 2019 |
| BCJ&R Associates LLC | N/A | 47.3 | PFNA, PFOA, PFOS | 2019 |
| Bear Tavern School | N/A | 23.1 | PFNA | 2019 |
| Bellmawr Water Department | 9,522 | 43.6 | PFNA, PFOA, PFOS | 2019 |
| Belvedere Square Apartment Complex | 83 | 3.5 | PFOA, PFOS | 2019 |
| Berry Patch Early Learning | N/A | 0.7 | PFOA | 2019 |
| Beta Realty | N/A | 9.6 | PFOA, PFOS | 2019 |
| Big N Ames Plaza | N/A | 40.9 | PFNA, PFOA, PFOS | 2019 |
| Bishop & Bishop – Well #1 | N/A | 7.7 | PFOA, PFOS | 2019 |
| Bishop & Bishop – Well #2 | N/A | 5.2 | PFOA, PFOS | 2019 |
| Black River Middle School | N/A | 23.8 | PFOA, PFOS | 2019 |
| Blairstown Commons | N/A | 6.9 | PFOA, PFOS | 2019 |
| Bogerts Ranch Estates, Inc. | 225 | 16.9 | PFOA, PFOS | 2019 |
| Borealis Compounds, Inc. | N/A | 2.7 | PFOA, PFOS | 2019 |
| Borough of Springlake Heights | 5,000 | 12.0 | PFNA, PFOA, PFOS | 2019 |
| Bragg Elementary School | N/A | 9.8 | PFOA, PFOS | 2019 |
| Branchville Water Department | 1,500 | 62.3 | PFNA, PFOA, PFOS | 2019 |
| Bridgeton National Guard Site | N/A | 0.7 | PFTeA | 2018 |
| Brielle Hills Buildings #1 and #2 | N/A | 12.0 | PFOA | 2019 |
| Brielle Hills Condo Association Buildings #8 and #9 | N/A | 13.0 | PFOA | 2019 |
| Brielle Water Department | 4,800 | 4.6 | PFNA, PFOA, PFOS | 2019 |
| Brooklawn Water Department | 2,300 | 53.8 | PFNA, PFOA, PFOS | 2019 |
| Brookwood Musconetcong River Property Owners Association | 1,200 | 9.6 | PFOA, PFOS | 2019 |
| Buena Family Manor Mobile Home Park | 64 | 3.5 | PFOA | 2019 |
| Byram Homeowners Association Water | 400 | 17.9 | PFOA, PFOS | 2019 |
| Byram Lakes Elementary School | N/A | 18.9 | PFOA, PFOS | 2019 |
| Camelot at Spruce Ridge | 85 | 5.5 | PFOA, PFOS | 2019 |
| Camelot Nursery School | N/A | 9.3 | PFOA, PFOS | 2019 |
| Carl Goetz Middle School | N/A | 1.5 | PFOA | 2019 |
| Carol Lynn Resort, Inc. | 550 | 10.2 | PFOA, PFOS | 2019 |
| Caroline Reutter School | N/A | 3.0 | PFOA, PFOS | 2019 |
| Cedar Drive Middle School | N/A | 1.5 | PFOA | 2019 |
| Cedar Glen Homes, Inc. | 800 | 26.1 | PFNA, PFOA, PFOS | 2019 |
| Cedar Glen West Water Company | 1,300 | 12.7 | PFOA, PFOS | 2019 |
| Cedar Mountain Primary School | N/A | 3.3 | PFOS | 2019 |
| Cedar Springs Mobile Home Park | 90 | 11.9 | PFNA, PFOA, PFOS | 2019 |
| Center for Family Services Head Start | N/A | 18.0 | PFOA | 2019 |
| Chapman Manufactured Housing | 375 | 4.8 | PFOA, PFOS | 2019 |
| Chatham Water Department | 8,460 | 3.2 | PFOA | 2019 |
| Cherry Blossom Montessori School | N/A | 42.0 | PFOA, PFOS | 2019 |
| Chester Springs Shopping Center | N/A | 22.5 | PFOA, PFOS | 2019 |
| Chester Woods Professional Park | N/A | 22.0 | PFOA, PFOS | 2019 |
| Childrens Garden Christian School | N/A | 6.7 | PFOA | 2019 |
| Christ The King Lutheran Church | N/A | 30.2 | PFOA, PFOS | 2019 |



| | | | | |
|---|---|---|---|---|
| Clayton Industries, Inc. | N/A | 5.6 | PFOA | 2019 |
| Clayton Water Department | 8,179 | 7.7 | PFNA, PFOA, PFOS | 2019 |
| Colby Water Company | 65 | 9.8 | PFOA, PFOS | 2019 |
| Comcast Cable Vision | N/A | 4.7 | PFOA | 2019 |
| Conley Elementary School | N/A | 32.8 | PFNA, PFOA, PFOS | 2019 |
| Conover Road Elementary School | N/A | 1.7 | PFOA | 2019 |
| Conover Road Primary School | N/A | 1.6 | PFOA | 2019 |
| Copper Hill School | N/A | 1.1 | PFOA | 2019 |
| Corner Stone Court | N/A | 27.8 | PFNA, PFOA, PFOS | 2019 |
| Corning Pharmaceuticals | N/A | 15.1 | PFNA, PFOA, PFOS | 2019 |
| Corporate Plaza 205 – Freehold | N/A | 14.0 | PFNA, PFOA | 2019 |
| Country Arch Care Center | 190 | 5.7 | PFOA, PFOS | 2019 |
| Country Club Estates | 300 | 6.9 | PFOA, PFOS | 2019 |
| Country Oaks – Mount Olive Township | 428 | 7.2 | PFOA | 2019 |
| Creative Kidkare | N/A | 5.7 | PFOA, PFOS | 2019 |
| D S M Nutritional Products, Inc. | N/A | 11.2 | PFNA, PFOS | 2019 |
| Deepwater – Salem County* | N/A | 2,200.0 | PFOA | 2008 |
| Delaware Township Municipal Utilities Authority | 500 | 8.6 | PFOA, PFOS | 2019 |
| Delaware Valley Regional | N/A | 75.0 | PFNA, PFOA, PFOS | 2019 |
| Delilah Terrace Mobile Home Park | 240 | 205.0 | PFNA, PFOA, PFOS | 2019 |
| Dennis Township Primary School | N/A | 7.5 | PFOA, PFOS | 2019 |
| Dickerson Elementary School | N/A | 101.4 | PFNA, PFOA, PFOS | 2019 |
| Discovery Years | N/A | 2.6 | PFOA | 2019 |
| Donio Trucking | N/A | 1.2 | PFOA, PFOS | 2019 |
| Dredge Harbor Yacht Basin – North | N/A | 12.0 | PFNA | 2019 |
| Dredge Harbor Yacht Basin – South | N/A | 5.9 | PFNA | 2019 |
| Drummond School | N/A | 32.0 | PFOA, PFOS | 2019 |
| Eagle Point Tank Farm | N/A | 14.5 | PFNA, PFOA, PFOS | 2019 |
| Eagleswood Village Mobile Home Park | 80 | 62.3 | PFNA, PFOA, PFOS | 2019 |
| East Amwell School District | N/A | 40.6 | PFNA, PFOA, PFOS | 2019 |
| East Brookwood Estates Property Owners Association | 612 | 37.0 | PFOA, PFOS | 2019 |
| East Greenwich Township Water Department | 9,900 | 85.0 | PFNA, PFOA, PFOS | 2019 |
| Edison Water Company c/o N.J. American Water | 35,000 | 11.0 | PFHpA | 2013 |
| Edna Mahan Correctional Facility for Women | 1,080 | 3.6 | PFOA, PFOS | 2019 |
| Elms Elementary School | N/A | 5.5 | PFNA, PFOA, PFOS | 2019 |
| Elsinboro School | N/A | 38.4 | PFNA, PFOA, PFOS | 2019 |
| Energy Kinetics | N/A | 8.7 | PFOA, PFOS | 2019 |
| Englewood Hospital | N/A | 38.5 | PFNA, PFOA, PFOS | 2019 |
| Enterprize Park | N/A | 14.4 | PFOA, PFOS | 2019 |
| Equity Plaza | N/A | 6.0 | PFOA, PFOS | 2019 |
| Erskine Elementary School | N/A | 7.0 | PFOA, PFOS | 2019 |
| Essex Fells Water Department | 2,200 | 36.8 | PFOA, PFOS | 2019 |
| Estell Manor Elementary School | N/A | 6.1 | PFOA | 2019 |
| Exxon Research & Engineering Company | N/A | 3.2 | PFOA, PFOS | 2019 |
| F & S Produce | N/A | 4.7 | PFOA, PFOS | 2019 |
| Fair Lawn Water Department | 31,000 | 102.8 | PFOA, PFOS | 2014 |
| Fairton Oaks Mobile Home Community | 207 | 3.3 | PFOA, PFOS | 2019 |
| Fairways Professional Plaza #5 | N/A | 8.8 | PFNA, PFOA, PFOS | 2019 |
| Fayson Lakes Water Company, Inc. | 3,010 | 22.0 | PFOA, PFOS | 2019 |



| | | | | |
|---|---|---|---|---|
| Fiddlers Elbow Golf Course – Bedminster Township | N/A | 7.9 | PFOA, PFOS | 2019 |
| Fidlers Elbow Golf Course – Readington Township | N/A | 0.9 | PFOA | 2019 |
| First Step Learning Center | N/A | 8.4 | PFOA, PFOS | 2019 |
| Fla-Net Park Campgrounds | N/A | 33.0 | PFOA, PFOS | 2019 |
| Flanders Valley Day Care | N/A | 9.7 | PFOA, PFOS | 2019 |
| Flemington Armory | N/A | 1.7 | PFOA | 2018 |
| Flemington Water Department | 4,581 | 15.9 | PFNA, PFOA, PFOS | 2019 |
| Florham Park Water Department | 8,846 | 8.2 | PFOA | 2019 |
| Folsom Elementary School | N/A | 60.6 | PFOA, PFOS | 2019 |
| Forest Lakes Water Company | 1,410 | 2.8 | PFOS | 2019 |
| Former Naval Air Warfare Center Trenton* | N/A | 27,800.0 | PFOA, PFOS | 2018 |
| Four Seasons at Chester Retirement Community | 280 | 19.7 | PFOA, PFOS | 2019 |
| Fralinger Engineering PA | N/A | 4.7 | PFOA | 2019 |
| Francis A. Desmares School | N/A | 4.7 | PFOA, PFOS | 2019 |
| Franklin Board of Public | 5,500 | 14.0 | PFOS | 2019 |
| Franklin National Guard Site | N/A | 7.7 | PFHxA, PFOA, PFOS, PFHpA | 2017 |
| Franklin Sussex Auto Mall, Inc. | N/A | 15.5 | PFOA, PFOS | 2019 |
| Franklin Township Public Schools | N/A | 8.6 | PFOA, PFOS | 2019 |
| Franklinville Adult Training | N/A | 56.4 | PFNA, PFOA, PFOS | 2019 |
| Frazier Industrial Conpany | N/A | 2.8 | PFOS | 2019 |
| Fred Beans Hyundai Flemington | N/A | 12.0 | PFNA, PFOA, PFOS | 2019 |
| Fred Beans Toyota | N/A | 13.9 | PFNA, PFOA, PFOS | 2019 |
| Free To Be Preschool | N/A | 1.2 | PFOS | 2019 |
| Freham Investments Corporation | N/A | 50.2 | PFNA, PFOA, PFOS | 2019 |
| Frelinghuysen Township Elementary School | N/A | 7.9 | PFOA, PFOS | 2019 |
| Garden State Growers | N/A | 7.9 | PFOA, PFOS | 2019 |
| Garfield Water Department | 30,487 | 31.0 | PFOA | 2014 |
| Garvey Conveyers | N/A | 7.0 | PFOA, PFOS | 2019 |
| Glen Gardner Water Department | 1,705 | 12.0 | PFOA, PFOS | 2019 |
| Glory Tabernacle Child Care | N/A | 2.4 | PFOA | 2019 |
| Gloucester City Water Department | 12,460 | 52.7 | PFNA | 2015 |
| Goddard School | N/A | 15.9 | PFOA, PFOS | 2019 |
| Gordon Byram Association LLC | N/A | 4.6 | PFOA, PFOS | 2019 |
| Green Acres N.J. Mobile Home Community LLC | 260 | 0.6 | PFOS | 2019 |
| Green Briar Residential Health | 46 | 11.8 | PFOA, PFOS | 2019 |
| Greenbrook Country Club | N/A | 48.7 | PFOA, PFOS | 2019 |
| Gulbrandsen Technologies, Inc. | N/A | 5.2 | PFOA, PFOS | 2019 |
| Hamburg Board of Public Works | 3,382 | 7.4 | PFOA, PFOS | 2019 |
| Hamilton Park Conference Center | N/A | 14.0 | PFOA | 2019 |
| Hampton Borough Water Department | 1,401 | 3.7 | PFOA, PFOS | 2019 |
| Harding Township Elementary School | N/A | 7.4 | PFOA, PFOS | 2019 |
| Harding Township Junior School | N/A | 8.6 | PFOA, PFOS | 2019 |
| Harding Woods Mobile Home Park | 1,276 | 4.4 | PFOA | 2019 |
| Hardyston Municipal Building | N/A | 1.9 | PFOA, PFOS | 2019 |
| Hardyston Township Elementary School | N/A | 238.4 | PFNA, PFOA, PFOS | 2019 |
| Hardyston Township Municipal Utilities Authority – East | 1,963 | 4.7 | PFOA, PFOS | 2019 |
| Hardyston Township Municipal Utilities Authority – West | 769 | 6.0 | PFOA, PFOS | 2019 |
| Harmony Township Elementary School | N/A | 28.3 | PFNA, PFOA, PFOS | 2019 |
| Harold Thorpe | N/A | 14.4 | PFOA, PFOS | 2019 |



| | | | | |
|---|---|---|---|---|
| Hawthorne Water Department | 21,006 | 23.0 | PFOA | 2014 |
| Hidden Village Condo Association | 175 | 16.4 | PFOA, PFOS | 2019 |
| High Bridge Water Department | 3,300 | 7.8 | PFOA, PFOS | 2019 |
| High Lawn Pavilion | N/A | 67.8 | PFOA, PFOS | 2019 |
| Highlands Building | N/A | 13.6 | PFOA, PFOS | 2019 |
| Hillsborough Board Of Education | N/A | 2.0 | PFOA | 2019 |
| Hillsborough Medical Building | N/A | 23.1 | PFOA, PFOS | 2019 |
| Hillside Estates at Franklin | 300 | 7.5 | PFOA, PFOS | 2019 |
| Hitran Corporation | N/A | 5.1 | PFOA | 2019 |
| Ho-Ho-Kus Water Department | 4,060 | 40.3 | PFNA, PFOA, PFOS | 2019 |
| Hoffman Homes | 120 | 8.6 | PFOA | 2019 |
| Holland Christian Home | 240 | 48.0 | PFOA, PFOS | 2019 |
| Homestead Rehabilitation & Health Care Center – Sussex County | 100 | 212.0 | PFOA, PFOS | 2019 |
| Hopatcong Head Start | N/A | 7.1 | PFOA | 2019 |
| Hopatcong Water Department | 7,224 | 86.0 | PFNA, PFOA, PFOS | 2019 |
| Hope Township Elementary School | N/A | 2.3 | PFOA | 2019 |
| Hopewell Borough Water Department | 2,035 | 22.5 | PFOA, PFOS | 2019 |
| Hopewell Municipal Services | N/A | 8.8 | PFOA, PFOS | 2019 |
| Hopewell Township Water & Sewer | 356 | 5.4 | PFOA, PFOS | 2019 |
| Hoppock Middle School | N/A | 2.0 | PFOA | 2019 |
| Hunterdon Care Center | 284 | 13.3 | PFOA, PFOS | 2019 |
| Hunterdon County YMCA Child Care | N/A | 4.4 | PFOA, PFOS | 2019 |
| Hunterdon Medical Center | N/A | 14.8 | PFOA, PFOS | 2019 |
| Imperial Vista Care, Inc. | 32 | 21.0 | PFNA, PFOA, PFOS | 2019 |
| Independence Central School | N/A | 11.8 | PFNA, PFOA, PFOS | 2019 |
| Independence Municipal Utilities Authority Highland | 350 | 32.0 | PFOA, PFOS | 2019 |
| Independence Municipal Utilities Authority Valley View | 110 | 18.8 | PFOA, PFOS | 2019 |
| Ise Farms, Inc. | N/A | 2.7 | PFOA | 2019 |
| Jack Sun Manor | 215 | 2.4 | PFOA | 2019 |
| Jefferson Strip Mall | N/A | 18.3 | PFOA, PFOS | 2019 |
| Jefferson Township High School | N/A | 6.6 | PFNA, PFOA | 2019 |
| Jefferson Township Water Utility Milton Elementary System | 4,500 | 2.3 | PFNA | 2019 |
| Jin-a Child Care Center | N/A | 62.0 | PFOA | 2019 |
| JNBC Associates LLC | N/A | 10.1 | PFOA | 2019 |
| Johanson Manufacturing Corporation | N/A | 7.5 | PFOA, PFOS | 2019 |
| Johnson Dodge & Eagle | N/A | 18.3 | PFOA, PFOS | 2019 |
| Joint Base McGuire-Dix-Lakehurst – McGuire* | N/A | 294,900.0 | PFNA, PFOA, PFOS, PFBS | 2019 |
| Katherine D. Malone School | N/A | 82.0 | PFNA, PFOA, PFOS | 2019 |
| Kellogg Frozen Foods | N/A | 7.8 | PFOS | 2019 |
| Kessler Institute for Rehabilitation | N/A | 8.9 | PFOA, PFOS | 2019 |
| Keystone Plastics, Inc. | N/A | 651.6 | PFNA, PFOA, PFOS | 2019 |
| Kidstown | N/A | 14.5 | PFOA, PFOS | 2019 |
| KIJ Management | N/A | 2.7 | PFOA | 2019 |
| Kingwood Township School | N/A | 24.3 | PFNA, PFOA, PFOS | 2019 |
| Kinnelon Professional Building | N/A | 5.4 | PFOA, PFOS | 2019 |
| Knowlton Township Elementary | N/A | 2.0 | PFOA | 2019 |
| Kooltronic, Inc. | N/A | 4.6 | PFOA | 2019 |
| Lafayette Township School | N/A | 2.1 | PFOA | 2019 |
| Lake Lenape Water Company | 2,900 | 8.6 | PFOA, PFOS | 2019 |



| | | | | |
|---|---|---|---|---|
| Lake Nelson School | N/A | 16.0 | PFOA, PFOS | 2019 |
| Lake Stockholm, Inc. | 300 | 34.0 | PFOA, PFOS | 2019 |
| Lake Tamarack Water Company | 1,000 | 26.2 | PFOA, PFOS | 2019 |
| Lakeshore Company | 270 | 6.6 | PFOA, PFOS | 2019 |
| Lakewood Township Municipal Utilities Authority | 21,750 | 22.5 | PFOA, PFOS | 2019 |
| Lawrenceville School | 1,000 | 9.8 | PFOA, PFOS | 2019 |
| Learn and Play Academy | N/A | 40.0 | PFOA, PFOS | 2019 |
| Leeds Point Shoppes A – South | N/A | 4.0 | PFOA, PFOS | 2019 |
| Leeds Point Shoppes B – North | N/A | 2.3 | PFOA | 2019 |
| Lester D. Wilson School | N/A | 0.5 | PFOA | 2019 |
| Liberty Coca-Cola Beverages LLC | N/A | 34.0 | PFOA, PFOS | 2019 |
| Liberty Elementary School | N/A | 62.4 | PFNA, PFOA, PFOS | 2019 |
| Little Brook Nursing Home | 36 | 51.0 | PFOA, PFOS | 2019 |
| Little Sisters of the Poor | 235 | 28.1 | PFOA, PFOS | 2019 |
| Locor Lakefront Lodging | 105 | 59.4 | PFNA, PFOA, PFOS | 2019 |
| Longships Complex | N/A | 3.0 | PFOA | 2019 |
| Lowes Retail Store #1976 | N/A | 3.0 | PFOA | 2019 |
| Loziers Trailer Park | 57 | 19.3 | PFNA, PFOA, PFOS | 2019 |
| Mahwah Water Department | 25,001 | 98.0 | PFNA, PFOA, PFOS | 2019 |
| Manor Plaza Condo Association Complex | N/A | 2.1 | PFOS | 2019 |
| Marfori Realty LLC | N/A | 7.6 | PFOA, PFOS | 2019 |
| Marlboro Township Water Utility Division | 29,480 | 6.3 | PFOA | 2019 |
| Matawan Borough Water Department | 9,084 | 9.0 | PFOA, PFOS | 2019 |
| Matheny Medical and Education Center | 563 | 31.3 | PFNA, PFOA, PFOS | 2019 |
| Matrix Development Group | N/A | 7.6 | PFOA, PFOS | 2019 |
| Maurice River Township Board of Education Po | N/A | 3.5 | PFOA, PFOS | 2019 |
| MBHK Properties Offices – Hopewell Township | N/A | 50.6 | PFNA, PFOA, PFOS | 2019 |
| McDonald's – Roxbury Township | N/A | 11.6 | PFOA, PFOS | 2019 |
| McWilliams Forge Company, Inc. | N/A | 9.3 | PFOA, PFOS | 2019 |
| Mercer County Correctional Center | 860 | 30.8 | PFOA, PFOS | 2019 |
| Mexichem Specialty Resins, Inc. | N/A | 4.4 | PFNA | 2019 |
| Middlesex Water Company | 233,376 | 41.0 | PFOA, PFOS | 2019 |
| Milford Water Department | 1,391 | 9.4 | PFOA, PFOS | 2019 |
| Millstone Township Elementary School | N/A | 12.7 | PFOA, PFOS | 2019 |
| Miss Inez Children's House #1 | N/A | 4.2 | PFOA | 2019 |
| Monroe Township Municipal Utilities Authority | 36,100 | 28.1 | PFNA | 2014 |
| Montague Elementary School | N/A | 0.5 | PFOS | 2019 |
| Montclair Water Bureau | 37,669 | 59.5 | PFHpA, PFOA | 2015 |
| Morris Chase and Morris Hunt PCWS | 1,080 | 22.0 | PFOA, PFOS | 2019 |
| Morris County Municipal Utilities Authority | - | 11.8 | PFOA, PFOS | 2019 |
| Morristown Memorial Hospital | N/A | 36.0 | PFOA, PFOS | 2019 |
| Motion Chevrolet – Mount Olive Township | N/A | 17.1 | PFOA, PFOS | 2019 |
| Mount Olive High School | N/A | 46.0 | PFOA, PFOS | 2019 |
| Mount Olive Shopping Parkade | N/A | 10.8 | PFOA, PFOS | 2019 |
| Mount Olive Township Tinc Farm | 500 | 36.0 | PFOA, PFOS | 2019 |
| Mount Olive Township Water Department – Carlton | 120 | 10.2 | PFOA, PFOS | 2019 |
| Mount Olive Township Water Department – Main | 7,533 | 12.0 | PFOA, PFOS | 2019 |
| Mount Olive Township Water Department – Pinecrest | 657 | 37.0 | PFOA, PFOS | 2019 |
| Mount Olive Township Water Department – Sand | 744 | 11.7 | PFOA, PFOS | 2019 |



| | | | | |
|---|---|---|---|---|
| Mount Olive Villages Water | 5,000 | 26.0 | PFOA, PFOS | 2019 |
| Mountain Lakes Water Department | 4,012 | 15.3 | PFOA, PFOS | 2019 |
| Mountain Ridge Country Club | N/A | 37.9 | PFOA, PFOS | 2019 |
| Mountain View Chalet | N/A | 17.0 | PFNA, PFOA, PFOS | 2019 |
| Mountainside Center | N/A | 31.8 | PFOA, PFOS | 2019 |
| Music & Movement Center | N/A | 3.8 | PFOA | 2019 |
| Myron Powell Elementary School | N/A | 4.7 | PFOA, PFOS | 2019 |
| N.J.  American Water – Twin Lakes | 250 | 18.9 | PFOA, PFOS | 2019 |
| N.J. American Water – International Trade Center, Mount Olive | 6,428 | 6.5 | PFOA | 2019 |
| N.J. American Water – ITC | N/A | 0.6 | PFOS | 2019 |
| N.J. American Water – Logan | 6,650 | 15.9 | PFNA, PFOA | 2019 |
| N.J. American Water – Mansfield | 220 | 6.5 | PFOS | 2019 |
| N.J. American Water – Raritan | 615,430 | 138.0 | PFHpA, PFHxS, PFOA, PFOS | 2019 |
| N.J. American Water – Short Hills | 217,230 | 33.1 | PFOA, PFOS | 2019 |
| N.J. American Water – West Jersey | 744 | 18.2 | PFOA, PFOS | 2019 |
| N.J. American Water – Western | 264,586 | 13.3 | PFOA, PFOS | 2019 |
| N.J. Vasa Home Water System | 120 | 11.2 | PFOA, PFOS | 2019 |
| N.J. Water Supply Authority Manasquan | 30 | 15.3 | PFNA, PFOA, PFOS | 2019 |
| National Park Water Department | 3,051 | 27.3 | PFNA, PFOA, PFOS | 2019 |
| National Refrigerant, Inc. | N/A | 7.0 | PFOA, PFOS | 2019 |
| Naval Weapons Station Earle | N/A | 230.4 | PFNA, PFOS, PFNA | 2016 |
| Netcong Water Department | 3,342 | 15.1 | PFOA, PFOS | 2019 |
| New Jersey Motor Vehicle Commission | N/A | 30.0 | PFOA, PFOS | 2019 |
| New Lisbon Development Center | 2,014 | 265.0 | PFNA, PFOA, PFOS | 2019 |
| Newfield Water Department | 1,616 | 6.3 | PFOA, PFOS | 2019 |
| Nissan of Stanhope | N/A | 2.4 | PFOS | 2019 |
| Norms Dale Mobile Home Park | 250 | 3.5 | PFOA, PFOS | 2019 |
| North Shore Water Association | 105 | 32.0 | PFOA, PFOS | 2019 |
| North Warren Regional High School | N/A | 6.1 | PFOA, PFOS | 2019 |
| Novartis Pharmaceuticals Corporation | N/A | 20.5 | PFNA, PFOA, PFOS | 2019 |
| Nutley Town Hall Complex Well | N/A | 37.8 | PFOA, PFOS | 2019 |
| Oak Forest Mobile Home Park | 300 | 2.7 | PFOA | 2019 |
| Oak Glen Plaza | N/A | 1.5 | PFOA | 2019 |
| Oak Ridge Mobile Home Park | 100 | 20.0 | PFOA, PFOS | 2019 |
| Oakview Leisure Village | 250 | 3.9 | PFOA | 2019 |
| Ocean County Private Industry Council, Inc. – Toms River | N/A | 5.0 | PFOA, PFOS | 2019 |
| Ocean County Vocational Technical School | N/A | 4.7 | PFNA, PFOA, PFOS | 2019 |
| Oceanview Center For Rehab and Continuing Care Center | 120 | 0.9 | PFOA | 2019 |
| Offices at Pennington Point | N/A | 24.7 | PFNA, PFOA, PFOS | 2019 |
| Old Castle Infrastructure, Hammonton | N/A | 3.9 | PFNA, PFOA, PFOS | 2019 |
| Old Homestead Complex | N/A | 277.0 | PFOA, PFOS | 2019 |
| Old Turnpike School | N/A | 66.6 | PFNA, PFOA, PFOS | 2019 |
| Orange Water Department | 30,134 | 44.0 | PFOA | 2015 |
| Our Lady of the Magnificent | N/A | 16.1 | PFOA, PFOS | 2019 |
| Our Little Schoolhouse | N/A | 10.7 | PFOA, PFOS | 2019 |
| Oxford Communication | N/A | 13.6 | PFOA, PFOS | 2019 |
| Oxford Heritage Manor | 60 | 9.7 | PFOA, PFOS | 2019 |
| Park Meadows Industrial | N/A | 3.5 | PFOA | 2019 |
| Passaic Valley Water Commission | 310,121 | 30.1 | PFNA, PFOA, PFOS | 2019 |



| | | | | |
|---|---|---|---|---|
| Passaic Valley Water Commission – Postbrook | 358 | 69.1 | PFOA, PFOS | 2019 |
| Patrick McGaheran School | N/A | 8.6 | PFNA, PFOA, PFOS | 2019 |
| Paulsboro – West Deptford Wells | N/A | 1,500.0 | PFOA | 2014 |
| Paulsboro Water Department | 6,097 | 73.0 | PFNA, PFOA, PFOS | 2019 |
| Pegasus Restaurant | N/A | 10.4 | PFOA, PFOS | 2019 |
| Pennington Children Academy | N/A | 5.5 | PFOA, PFOS | 2019 |
| Pennington Montessori School | N/A | 18.7 | PFNA, PFOA, PFOS | 2019 |
| Pennington Shoprite | N/A | 14.8 | PFNA, PFOA, PFOS | 2019 |
| Pennington Water Department | 2,600 | 27.9 | PFNA, PFOA, PFOS | 2019 |
| Perth Amboy Water Department | 52,328 | 38.0 | PFOA, PFOS | 2018 |
| Peter Cooper School | N/A | 16.2 | PFOA, PFOS | 2019 |
| Phillips Barber Health Center | N/A | 28.2 | PFNA, PFOA, PFOS | 2019 |
| Picatinny Arsenal | N/A | 144.2 | , PFHxS, PFHxA, PFNA, PFOS,PFOA | 2019 |
| Picnic Grove Mobile Homes | 250 | 3.0 | PFOA | 2019 |
| Pitman Water Department | 9,530 | 5.8 | PFOA, PFOS | 2019 |
| Pittsgrove Township Middle School | N/A | 5.8 | PFOA | 2019 |
| Plaza 415 Condo Association | N/A | 10.5 | PFOA, PFOS | 2019 |
| Point Pleasant Beach Water Department | 12,000 | 20.0 | PFOA | 2015 |
| Point Pleasant Water Department | 19,600 | 24.6 | PFOA | 2014 |
| Polymer Additives, Inc. | N/A | 14.8 | PFOA, PFOS | 2019 |
| Princeton Montessori School, Inc. | N/A | 15.0 | PFOA, PFOS | 2019 |
| Princeton Technology Center | N/A | 3.8 | PFOS | 2019 |
| ProBuild Office | N/A | 3.0 | PFOA | 2019 |
| Rainbow Child Care Center | N/A | 13.2 | PFOA, PFOS | 2019 |
| READ Preschool | N/A | 2.1 | PFOA | 2019 |
| Readington Farms | N/A | 6.8 | PFOA, PFOS | 2019 |
| Reagent Chemical & Research | N/A | 3.9 | PFOA | 2019 |
| Reformed Church In Kinnelon | N/A | 14.2 | PFOA, PFOS | 2019 |
| Regency Apartments LLC | 300 | 11.9 | PFOA, PFOS | 2019 |
| RFL Electronics | N/A | 10.4 | PFOA, PFOS | 2019 |
| Richard Schultz Rentals | N/A | 1.8 | PFOA | 2019 |
| Ridgewood Water | 61,700 | 110.0 | PFHpA, PFNA, PFOA, PFOS | 2019 |
| Right at Home Daycare | N/A | 10.9 | PFOA, PFOS | 2019 |
| Ringwood Water Department | 9,327 | 24.0 | PFOA, PFOS | 2019 |
| Riverdale Borough Water Department | 2,850 | 2.5 | PFOA | 2019 |
| Robert Hunter School | N/A | 6.0 | PFOA, PFOS | 2019 |
| Rockaway Boro Water Department | 7,066 | 28.0 | PFOA, PFOS | 2019 |
| Rockaway Township Garage | N/A | 35.3 | PFNA, PFOA, PFOS | 2019 |
| Rockaway Valley School | N/A | 25.0 | PFNA, PFOA, PFOS | 2019 |
| Rockleigh Country Club | N/A | 7.8 | PFOA, PFOS | 2019 |
| Rocky Hill Water Department | 687 | 42.8 | PFOA, PFOS | 2019 |
| Rolling Hills Care Center | 97 | 17.3 | PFNA, PFOA, PFOS | 2019 |
| Rosemont Water Company | 256 | 7.1 | PFOA, PFOS | 2019 |
| Route 12 Business Park – Kingwood | N/A | 13.1 | PFOA, PFOS | 2019 |
| Route 31 Professional Building – Hopewell Township | N/A | 42.3 | PFNA, PFOA, PFOS | 2019 |
| Roxbury Business Campus | N/A | 6.5 | PFOA, PFOS | 2019 |
| Roxbury Township Water Department – Shore | 5,153 | 27.0 | PFOA, PFOS | 2019 |
| Roxbury Township Water Department – Sky View | 4,478 | 6.3 | PFOA, PFOS | 2019 |
| Ryerson Middle School | N/A | 11.6 | PFOA, PFOS | 2019 |



| | | | | |
|---|---|---|---|---|
| Sail Lake Professional Complex | N/A | 3.8 | PFOA | 2019 |
| Saint Peter Lutheran Church | N/A | 13.0 | PFNA, PFOA, PFOS | 2019 |
| Salem Industrial Park | N/A | 14.4 | PFOA, PFOS | 2019 |
| Salem Water Department | 6,199 | 20.0 | PFNA, PFOA | 2019 |
| Sandshore Industrial Condo Association | N/A | 14.6 | PFOA, PFOS | 2019 |
| Sandshore School | N/A | 48.0 | PFOA, PFOS | 2019 |
| Sandy Point Mobile Home | 75 | 29.0 | PFOA, PFOS | 2019 |
| Santa's Sweets Ag-Mart, Inc. | N/A | 5.2 | PFOA | 2019 |
| Santa's Sweets Building #9 | N/A | 5.5 | PFOA | 2019 |
| Sea Girt Water Department | 2,636 | 1.5 | PFOA | 2019 |
| Seashore Line Camper Resort | N/A | 11.4 | PFOA, PFOS | 2019 |
| Seedlings Hillsborough LLC | N/A | 14.7 | PFOA, PFOS | 2019 |
| Sherwood Village | 75 | 10.3 | PFOA, PFOS | 2019 |
| Shore Plaza shopping center – Berkeley Township | N/A | 15.3 | PFOA, PFOS | 2019 |
| Sisters of Charity of St. Elizabeth | 1,100 | 2.9 | PFOA | 2019 |
| Smithville Professional Center | N/A | 7.3 | PFOA, PFOS | 2019 |
| Snuffy Pantagis Enterprises | N/A | 33.0 | PFOA, PFOS | 2019 |
| Someplace Special Square Condo Association | N/A | 9.3 | PFOA, PFOS | 2019 |
| Somerset Hills Country Club | N/A | 14.8 | PFOA, PFOS | 2019 |
| Somerset Hills Learning Institute | N/A | 3.2 | PFOA | 2019 |
| Somerville Lumber Company | N/A | 13.0 | PFOA | 2019 |
| South Hunterdon Regional High School | N/A | 80.0 | PFNA, PFOA, PFOS | 2019 |
| South Jersey Gas Company | N/A | 2.8 | PFOA, PFOS | 2019 |
| South Orange Water Department | 16,964 | 127.0 | PFHpA, PFOA, PFOS | 2018 |
| South Ridge Community Church | N/A | 18.3 | PFOA, PFOS | 2019 |
| Sparta Township Water – Sunset | 342 | 12.9 | PFOA, PFOS | 2019 |
| Sparta Township Water Utility – Highlands | 1,618 | 18.0 | PFOA, PFOS | 2019 |
| Spotswood Water Department | 8,300 | 8.9 | PFOA, PFOS | 2019 |
| SRI International | N/A | 2.6 | PFOA | 2019 |
| SS&B Professional Office Building | N/A | 9.8 | PFOA, PFOS | 2019 |
| St John on the Mountain | N/A | 19.4 | PFOA, PFOS | 2019 |
| St Jude Holding Co | N/A | 0.6 | PFOS | 2019 |
| Stafford Township Municipal Utilities Authority – Fawn Lakes | 1,740 | 1.8 | PFOA | 2019 |
| Stanhope Water Department | 3,730 | 19.2 | PFOA, PFOS | 2019 |
| Stanton Learning Center | N/A | 19.1 | PFOA, PFOS | 2019 |
| State Street Grill | N/A | 59.5 | PFNA, PFOA, PFOS | 2019 |
| Stillwater Twp Elementary School | N/A | 3.0 | PFOA | 2019 |
| Stillwater Water District 1 | 1,200 | 10.3 | PFOA, PFOS | 2019 |
| Stoney Field Mobile Home Park | 200 | 3.4 | PFOA | 2019 |
| Story Book Land | N/A | 11.8 | PFOA, PFOS | 2019 |
| Strawberry Point Property Owners Association | 95 | 26.0 | PFOA, PFOS | 2019 |
| Suez Water New Jersey Arlington Hiills | 1,989 | 16.4 | PFOA, PFOS | 2019 |
| Suez Water New Jersey Barry Lakes | 136 | 17.1 | PFOA, PFOS | 2019 |
| Suez Water New Jersey David Curtis | 53 | 2.9 | PFOA | 2019 |
| Suez Water New Jersey Franklin Lakes | 5,038 | 28.0 | PFOA, PFOS | 2019 |
| Suez Water New Jersey Grandview Estates | 59 | 18.5 | PFOA, PFOS | 2019 |
| Suez Water New Jersey Hampton | 814 | 2.3 | PFOA | 2019 |
| Suez Water New Jersey Highland Lakes | 88 | 42.0 | PFOA, PFOS | 2019 |
| Suez Water New Jersey Lake Conway | 80 | 5.2 | PFOA, PFOS | 2019 |



| | | | | |
|---|---|---|---|---|
| Suez Water New Jersey Predmore Estates | 45 | 2.6 | PFOA | 2019 |
| Suez Water New Jersey Sammis Road | 53 | 10.8 | PFOA, PFOS | 2019 |
| Suez Water New Jersey Sunset Ridge | 208 | 35.0 | PFOA, PFOS | 2019 |
| Suez Water New Jersey Sussex Hills | 134 | 13.9 | PFOA, PFOS | 2019 |
| Suez Water New Jersey Vernon Valley | 5,517 | 8.8 | PFOA, PFOS | 2019 |
| Suez Water New Jersey Walnut Hills | 53 | 22.0 | PFOA, PFOS | 2019 |
| Sun Valley Park | 44 | 4.4 | PFOA, PFOS | 2019 |
| Sunrise House Foundation | N/A | 2.3 | PFNA, PFOS | 2019 |
| Surf City Water Department | 10,000 | 8.9 | PFOA | 2019 |
| Sussex County Mall | N/A | 28.0 | PFOA, PFOS | 2019 |
| Sussex County Municipal Utilities Authority | N/A | 6.8 | PFOA, PFOS | 2019 |
| Tabatchnick Fine Foods | N/A | 20.7 | PFNA, PFOA, PFOS | 2019 |
| The Arc of Hunterdon County | N/A | 2.6 | PFOA, PFOS | 2019 |
| The Chemours Company FC LLC | N/A | 6.5 | PFNA | 2019 |
| The Manor Restaurant | N/A | 66.6 | PFNA, PFOA, PFOS | 2019 |
| The Pennington School | N/A | 16.4 | PFOA, PFOS | 2019 |
| The Pilgrim Academy – Main Building | N/A | 4.8 | PFOS | 2019 |
| The Village of Lake Glenwood | 250 | 17.4 | PFOA, PFOS | 2019 |
| Three Bridges School | N/A | 5.8 | PFOA, PFOS | 2019 |
| Tilton Terrace Mobile Home | 456 | 17.4 | PFOA, PFOS | 2019 |
| Timberlane Middle School | N/A | 20.6 | PFNA | 2019 |
| Tips Trailer Park & Sale | 450 | 6.7 | PFNA, PFOA, PFOS | 2019 |
| Toddler Village At Stony Brook | N/A | 4.2 | PFOA, PFOS | 2019 |
| Town Center at Wantage | 48 | 2.6 | PFOA | 2019 |
| Toyota World of Newton | N/A | 5.1 | PFOA | 2019 |
| Tranquil Valley Retreat Center | 232 | 3.0 | PFOS | 2019 |
| Travel Centers of America | N/A | 7.4 | PFOA, PFOS | 2019 |
| Tri-seal | N/A | 15.8 | PFOA, PFOS | 2019 |
| Tri-state Quickrete | N/A | 65.7 | PFOA, PFOS | 2019 |
| Trump National Golf Course | N/A | 3.6 | PFOA | 2019 |
| Union Township Middle School | N/A | 13.3 | PFOA, PFOS | 2019 |
| United Water Camden | 46,585 | 108.6 | PFNA, PFOA, PFOS | 2019 |
| United Water N.J. (Bergen and Hudson Counties) | 792,713 | 32.8 | PFNA, PFOS | 2019 |
| United Water Rahway | 27,300 | 33.0 | PFNA, PFOA, PFOS | 2019 |
| Upper Deerfield Township Water Department | 2,964 | 4.2 | PFOA, PFOS | 2019 |
| Upper Saddle River Reformed Church | N/A | 38.0 | PFOA, PFOS | 2019 |
| Upper Township Middle School | N/A | 2.5 | PFOA, PFOS | 2019 |
| Urban Farms Acquision | N/A | 52.9 | PFNA, PFOA, PFOS | 2019 |
| UWVH Woodridge Estates | 80 | 15.5 | PFOA, PFOS | 2019 |
| Valley View Estates | 120 | 8.6 | PFOA, PFOS | 2019 |
| Valley View School | N/A | 9.9 | PFNA, PFOA, PFOS | 2019 |
| Veolia Environmental Services | N/A | 2.6 | PFOA | 2019 |
| Verizon Netcong Work Center | N/A | 26.0 | PFOA, PFOS | 2019 |
| Vernon Colonial Plaza | N/A | 24.0 | PFOA, PFOS | 2019 |
| Vernon Township High School | N/A | 2.8 | PFOS | 2019 |
| Verona Water Department | 13,641 | 28.8 | PFOA | 2015 |
| Viking Village | N/A | 2.4 | PFOA | 2019 |
| Voorhees High School | N/A | 14.5 | PFOA, PFOS | 2019 |
| W.L. Gore & Associates, Inc. | N/A | 1.6 | PFOA | 2019 |



| System | Population | Level | PFAS | Year |
|---|---|---|---|---|
| Waldorf School of Princeton | N/A | 11.2 | PFOA, PFOS | 2019 |
| Waldwick Water Department | 9,757 | 132.6 | PFNA, PFOA, PFOS | 2019 |
| Wallington Water Department | 11,583 | 22.0 | PFOA | 2013 |
| Walnut Ridge Primary School | N/A | 32.1 | PFNA, PFOA, PFOS | 2019 |
| Wantage Plaza | N/A | 7.7 | PFOS | 2019 |
| Washington Shopping Center, Inc. | N/A | 3.2 | PFOA, PFOS | 2019 |
| Washington Township Municipal Utilities Authority | 48,000 | 50.3 | PFOS | 2015 |
| Township Municipal Utilities authority – Schooley's Mountain | 4,866 | 17.2 | PFOA, PFOS | 2019 |
| Washington Township Municipal Utilities Autority – Hager | 3,458 | 10.0 | PFOA, PFOS | 2019 |
| Wawa #486 – Malaga | N/A | 12.4 | PFNA, PFOA, PFOS | 2019 |
| West Amwell Township School | N/A | 11.5 | PFOA, PFOS | 2019 |
| West Deptford Township Water Department | 22,000 | 45.4 | PFNA, PFOA, PFOS | 2019 |
| West Main Associates | N/A | 20.3 | PFOA, PFOS | 2019 |
| West Morris Central High School | N/A | 21.9 | PFNA, PFOA, PFOS | 2019 |
| Westside United Methodist | N/A | 12.8 | PFOA, PFOS | 2019 |
| Westville Water Department | 6,000 | 26.2 | PFNA, PFOA, PFOS | 2019 |
| Weymouth Township Elementary School | N/A | 19.7 | PFOA, PFOS | 2019 |
| Wharton Water Department | 6,342 | 9.5 | PFOA, PFOS | 2019 |
| Wheelabrator Gloucester | N/A | 1.8 | PFOA, PFOS | 2019 |
| White Township Consolidated School | N/A | 18.2 | PFNA, PFOA, PFOS | 2019 |
| Willowglen Academy/Abbey | 530 | 2.7 | PFOA, PFOS | 2019 |
| Windlass Lake | N/A | 32.2 | PFOA, PFOS | 2019 |
| Windy Acres Mobile Home Park | 100 | 10.4 | PFOA, PFOS | 2019 |
| Winslow Court Homes, Inc. | 110 | 12.7 | PFOA, PFOS | 2019 |
| Winslow Township Elementary School | N/A | 3.1 | PFOA | 2019 |
| Woodbine Municipal Utilities Authority | 2,800 | 13.3 | PFOA, PFOS | 2019 |
| Woodbury City Water Department | 11,485 | 55.9 | PFNA | 2014 |
| Woodbury Heights Water Utilities | 3,008 | 10.6 | PFNA, PFOA, PFOS | 2019 |
| Woodglen School | N/A | 30.9 | PFNA, PFOA, PFOS | 2019 |
| Xylem Dewatering, Inc. – Godwin | N/A | 101.3 | PFNA, PFOA, PFOS | 2019 |
| **Total Population Served by Community Water Systems** | 3,638,624 | | | |

\* PFAS samples at this site were from groundwater sources. All other detections were from drinking water samples.

\*\* Population statistics for the community water systems were obtained from state drinking water programs and supplemented by information from the U.S. EPA Envirofacts database. All population numbers represent an estimate, and the specific number of customers served by individual community water system may differ.