# EXHIBIT 4

## U.S. District Court — Judicial Caseload Profile

**NEW JERSEY**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2014 | Sep 30 2015 | Sep 30 2016 | Sep 30 2017 | Sep 30 2018 | Sep 30 2019 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 9,976 | 10,781 | 9,674 | 13,833 | 22,908 | 26,131 | | |
| | | Terminations | 9,158 | 10,063 | 9,265 | 11,441 | 12,860 | 12,730 | | |
| | | Pending | 9,579 | 10,308 | 10,679 | 13,086 | 23,636 | 37,066 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 161.9 | 142.4 | 170.1 | 88.9 | 14.1 | | 20 | 3 |
| | | Number of Judgeships | 17 | 17 | 17 | 17 | 17 | 17 | | |
| | | Vacant Judgeship Months [2] | 7.9 | 27.0 | 39.9 | 52.0 | 39.5 | 63.4 | | |
| **Actions per Judgeship** | **Filings** | Total | 587 | 634 | 569 | 814 | 1,348 | 1,537 | 1 | 1 |
| | | Civil | 531 | 588 | 527 | 773 | 1,299 | 1,475 | 1 | 1 |
| | | Criminal Felony | 45 | 35 | 29 | 28 | 39 | 51 | 82 | 4 |
| | | Supervised Release Hearings | 10 | 11 | 13 | 13 | 9 | 11 | 84 | 4 |
| | | Pending Cases [2] | 563 | 606 | 628 | 770 | 1,390 | 2,180 | 2 | 1 |
| | | Weighted Filings [2] | 583 | 602 | 494 | 592 | 1,012 | 1,044 | 4 | 2 |
| | | Terminations | 539 | 592 | 545 | 673 | 756 | 749 | 13 | 1 |
| | | Trials Completed | 9 | 9 | 11 | 8 | 6 | 8 | 87 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.0 | 11.0 | 14.8 | 12.2 | 8.8 | 8.2 | 26 | 1 |
| | | Civil [2] | 7.9 | 7.9 | 8.0 | 6.6 | 4.3 | 9.0 | 39 | 4 |
| | | From Filing to Trial [2] (Civil Only) | 35.5 | 46.9 | 42.0 | 37.9 | 48.9 | 48.7 | 63 | 5 |
| **Other** | | Number (and %) of Civil Cases Over 3 Years Old [2] | 462 / 5.4 | 601 / 6.5 | 617 / 6.3 | 674 / 5.5 | 1,484 / 6.5 | 736 / 2.0 | 3 | 1 |
| | | Average Number of Felony Defendants Filed per Case | 1.2 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 83.0 | 49.9 | 82.9 | 88.5 | 124.1 | 102.5 | | |
| | | Percent Not Selected or Challenged | 43.3 | 36.5 | 38.1 | 40.4 | 38.0 | 37.9 | | |

### 2019 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 25,076 | 374 | 16,744 | 1,267 | 12 | 107 | 674 | 890 | 1,092 | 587 | 1,278 | 20 | 2,031 |
| Criminal [1] | 862 | 10 | 306 | 65 | 156 | 194 | 30 | 23 | 3 | 12 | 5 | 20 | 38 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

| MINNESOTA | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2014 | Sep 30 2015 | Sep 30 2016 | Sep 30 2017 | Sep 30 2018 | Sep 30 2019 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 5,654 | 5,596 | 4,816 | 6,555 | 4,647 | 4,048 | | |
| | Terminations | | 4,365 | 5,549 | 4,001 | 3,960 | 3,994 | 9,359 | | |
| | Pending | | 5,320 | 5,349 | 6,144 | 8,743 | 9,401 | 4,093 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -28.4 | -27.7 | -15.9 | -38.2 | -12.9 | | 87 | 10 |
| | Number of Judgeships | | 7 | 7 | 7 | 7 | 7 | 7 | | |
| | Vacant Judgeship Months [2] | | 0.0 | 2.0 | 7.6 | 35.0 | 34.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 808 | 799 | 688 | 936 | 664 | 578 | 26 | 2 |
| | | Civil | 712 | 691 | 588 | 804 | 551 | 467 | 18 | 1 |
| | | Criminal Felony | 66 | 77 | 47 | 58 | 49 | 58 | 77 | 10 |
| | | Supervised Release Hearings | 30 | 32 | 53 | 74 | 64 | 54 | 24 | 7 |
| | Pending Cases [2] | | 760 | 764 | 878 | 1,249 | 1,343 | 585 | 31 | 1 |
| | Weighted Filings [2] | | 715 | 671 | 495 | 703 | 512 | 479 | 35 | 5 |
| | Terminations | | 624 | 793 | 572 | 566 | 571 | 1,337 | 2 | 1 |
| | Trials Completed | | 13 | 14 | 12 | 12 | 11 | 9 | 83 | 10 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.5 | 10.7 | 12.0 | 11.8 | 9.2 | 10.8 | 58 | 7 |
| | | Civil [2] | 11.1 | 5.3 | 8.8 | 10.8 | 11.3 | 21.6 | 91 | 10 |
| | From Filing to Trial [2] (Civil Only) | | 22.1 | 26.1 | 30.1 | 25.6 | 39.9 | 26.9 | 27 | 5 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 252 / 5.2 | 162 / 3.4 | 222 / 3.9 | 1,004 / 12.0 | 1,317 / 14.6 | 1,502 / 40.8 | 91 | 10 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.7 | 1.4 | 1.6 | 1.5 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 49.2 | 49.5 | 68.3 | 57.1 | 62.3 | 55.8 | | |
| | | Percent Not Selected or Challenged | 29.2 | 38.8 | 44.9 | 40.3 | 41.0 | 38.0 | | |

| 2019 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,266 | 106 | 1,102 | 390 | 27 | 33 | 402 | 308 | 145 | 63 | 313 | 16 | 361 |
| Criminal [1] | 402 | 1 | 192 | 14 | 49 | 43 | 38 | 39 | 1 | 9 | 5 | 5 | 6 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."