Eric Todd Kanefsky
CALCAGNI & KANEFSKY LLP
One Newark Center
1085 Raymond Blvd., 14th Floor
Newark, New Jersey 07102
Tel: +1 (862) 397-1796
eric@ck-litigation.com

Meredith E. Kotler (*pro hac vice*)
Timothy P. Harkness (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER
US LLP
601 Lexington Avenue
New York, NY 10022
Tel: +1 (212) 277-4000
meredith.kotler@freshfields.com
timothy.harkness@freshfields.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re 3M COMPANY SECURITIES LITIGATION<br><br>This document relates to:<br>ALL ACTIONS. | Case No.: 2:19-cv-15982-CCC-MF<br><br>Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. Mark Falk, U.S.M.J. |

**CERTIFICATE OF SERVICE**

I, ERIC T. KANEFSKY, ESQ., hereby certify as follows:

1.    I am a partner with the law firm of Calcagni & Kanefsky, LLP, and counsel of record for Defendants 3M Company, Inge Thulin, Michael Roman, and Nicholas Gangestad (collectively, "Defendants") in the above-captioned matter.  I have personal knowledge concerning the subject matter of this Certification.

2.    On February 19, 2020, I caused the following documents to be filed and served on all counsel of record via the Court's CM/ECF system: (i) Defendants'

Reply Memorandum of Law in Further Support of Their Motion to Transfer Venue; and (ii) this Certificate of Service.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated: February 19, 2020                    /s/ Eric T. Kanefsky
       Newark, NJ                           Eric T. Kanefsky