**\*\*NOT FOR PUBLICATION\*\***

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| *In Re: 3M Company Securities Litigation* | Civil Action No.: 19-15982 (CCC)  **ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on the motion to transfer this action to the United States District Court for the District of Minnesota (St. Paul) pursuant to 28 U.S.C. § 1404(a) filed by defendants 3M Company, Nicholas C. Gangestad, Inge G. Thulin, and Michael F. Roman (collectively, "Defendants"). ECF No. 46.  Plaintiffs State of Rhode Island, Office of the Rhode Island Treasurer on behalf of the Employees' Retirement System of the State of Rhode Island, Iron Workers Local 580 Joint Funds, Flossbach von Storch Invest S.A., and Heavy & General Laborers' Locals 472 & 172 Welfare Fund (collectively, "Plaintiffs") opposed the Motion (ECF No. 19) and Defendants replied in support of the Motion (ECF No. 50).  For the reasons set forth in the accompanying Opinion:

**IT IS** on this 31st day of August, 2020:

**ORDERED** that the motion to transfer this action to the United States District Court for the District of Minnesota is **DENIED.**

**SO ORDERED.**

_____
**CLAIRE C. CECCHI, U.S.D.J.**