# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re 3M SECURITIES LITIGATION.<br><br>This document relates to:<br>ALL ACTIONS. | Case No.: 2:19-cv-15982-CCC-MF<br><br>Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. Mark Falk, U.S.M.J.<br><br>**ORDER TRANSFERRING VENUE UNDER 28 U.S.C. § 1404(a)** |

THIS MATTER, having been brought before the Court by way of a motion of Defendants 3M Company, Inge Thulin, Michael Roman, and Nicholas Gangestad (collectively, "Defendants"), by and through their counsel, seeking an Order granting their Motion to Transfer Venue of this action from the District of New Jersey to the District of Minnesota; and the Court having denied that Motion; and the Defendants having petitioned the United States Court of Appeals for the Third Circuit for a Writ of Mandamus to vacate the Court's decision and direct the transfer; and the Third Circuit having granted that Petition on November 18, 2020; and for other and good cause having been shown;

**IT IS** on this 3rd day of December, 2020,

**ORDERED** that the Clerk of the Court is directed to transfer this matter to the United States District Court for the District of Minnesota (St. Paul) under 28 U.S.C. 1404(a).

_____
**CLAIRE C. CECCHI, U.S.D.J.**