## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| In re 3M COMPANY SECURITIES LITIGATION<br><br>This document relates to:<br>ALL ACTIONS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20-cv-2488-NEB-KMM |

## SCHEDULING ORDER

Based on the Stipulation Regarding Proposed Scheduling Order (ECF No. 65),

IT IS HEREBY ORDERED that:

1.    All Defendants will file their motion to dismiss the Consolidated Amended Class Action Complaint and supporting papers on or before January 15, 2021.

3.    Plaintiffs will file their opposition papers to Defendants' motion to dismiss on or before March 16, 2021.

4.    Defendants will file their reply papers in support of their motion to dismiss on or before April 26, 2021.

Date: December 14, 2020                     *s/ Katherine Menendez*

                                            Katherine Menendez
                                            United States Magistrate Judge