UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re 3M COMPANY SECURITIES LITIGATION<br><br>This document relates to:<br>ALL ACTIONS. | Case No. 0:20-cv-2488-NEB-KMM |

## DEFENDANTS' MOTION TO DISMISS

Defendants 3M Company, Inge G. Thulin, Michael F. Roman, and Nicholas C. Gangestad hereby move pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4 *et seq.*, and for dismissal with prejudice of the Consolidated Amended Complaint For Violation Of The Federal Securities Laws in the above-captioned action, for failure to plead with the particularity required by Rule 9(b) and the PSLRA, and for failure to state a claim upon which relief may be granted.

This motion is based upon all of the files, records, and proceedings in this action, and upon Defendants' Memorandum Of Law In Support Of Their Motion To Dismiss the Consolidated Amended Complaint, the Declaration of Scott A. Eisman, and the supporting exhibits submitted herewith.

Dated: January 15, 2021

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ *Wendy J. Wildung*
Wendy J. Wildung  (#117055)
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN  55402-3901
Phone: (612) 766-7000
Facsimile: (612) 766-1600
Wendy.Wildung@faegredrinker.com

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**

/s/ *Meredith Kotler*
Meredith Kotler (admitted *pro hac vice*)
Mary Eaton (admitted *pro hac vice*)
Scott A. Eisman (admitted *pro hac vice*)
601 Lexington Avenue, 31st Floor
New York, New York  10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
Meredith.Kotler@freshfields.com
Mary.Eaton@freshfields.com
Scott.Eisman@freshfields.com

*Attorneys for Defendants*