## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| In re 3M COMPANY SECURITIES LITIGATION | ) ) ) ) | Case No. 0:20-cv-2488-NEB-KMM |
| This document relates to: ALL ACTIONS. | ) ) ) ) | **LR 7.1 Word Count** **Certificate of Compliance** |

I, Meredith Kotler, certify that Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Consolidated Amended Complaint complies with the type-size limitation of Local Rule 7.1(h), and with the word count limitation authorized by this Court's Order of January 14, 2021 (ECF No. 88).

I further certify that, in preparation of this Memorandum of Law, I used Microsoft Office Word 2016, and that this word-processing program's word-count function has been applied to include all text of the memorandum of law—including headings, footnotes and quotations—but does not include caption, tables, signature block, and certificate of compliance, in accordance with Local Rule 7.1(f). I further certify that this Memorandum contains 12,381 words (exclusive of caption, tables, signature, block, and certificate of compliance).

Dated: January 15, 2021

 /s/ *Meredith Kotler*
Meredith Kotler