**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

|  |  |  |
|---|---|---|
| | ) | |
| In re 3M COMPANY SECURITIES | ) | Case No. 0:20-cv-2488-NEB-KMM |
| LITIGATION | ) | |
| | ) | |
| This document relates to: | ) | |
| ALL ACTIONS. | ) | |
| | ) | |

**DECLARATION OF SCOTT A. EISMAN**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

**Scott A. Eisman** declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an attorney at Freshfields Bruckhaus Deringer US LLP, counsel to Defendants 3M Company ("3M"), Inge G. Thulin ("Thulin"), Michael F. Roman ("Roman"), and Nicholas C. Gangestad ("Gangestad," and with Thulin and Roman, the "Individual Defendants") in the above-captioned matter.

2.      I submit this declaration in support of Defendants' Memorandum of Law in Support of their Motion to Dismiss the Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws ("Defendants' Brief"). The facts set forth in this declaration are based upon my personal knowledge, information, and belief, unless otherwise stated.

A.    **Documents from the Factual Background**

3.    Attached hereto as Exhibit 1 are excerpts from 3M's Annual Report for the Fiscal Year Ended December 31, 2015, Form 10-K, filed with the Securities and Exchange Commission ("SEC") on February 11, 2016.

4.    Attached hereto as Exhibit 2 are excerpts from 3M's Quarterly Report for the quarterly period ended September 30, 2016, Form 10-Q, filed with the SEC on November 1, 2016.

5.    Attached hereto as Exhibit 3 are excerpts from 3M's Annual Report for the Fiscal Year Ended December 31, 2016, Form 10-K, filed with the SEC on February 9, 2017, referenced in the Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws ("CAC") at ¶¶ 23, 25, 152-156, 158, 161, 164, 168, 175, 178, 181, 185, 193.

6.    Attached hereto as Exhibit 4 is Kris Maher & Cameron McWhirter, *DuPont Settlement of Chemical Exposure Case Seen as 'Shot in the Arm' for Other Suits*, Wall St. J., Feb. 13, 2017, referenced in the CAC at ¶¶ 96-97.

7.    Attached hereto as Exhibit 5 are excerpts from 3M's Quarterly Report for the quarterly period ended March 31, 2017, Form 10-Q, filed with the SEC on May 3, 2017, referenced in the CAC at ¶¶ 158-159.

8.    Attached hereto as Exhibit 6 are excerpts from 3M's Quarterly Report for the quarterly period ended June 30, 2017, Form 10-Q, filed with the SEC on August 1, 2017, referenced in the CAC at ¶¶ 161-162.

9.      Attached hereto as Exhibit 7 are excerpts from 3M's Quarterly Report for the quarterly period ended September 30, 2017, Form 10-Q, filed with the SEC on October 31, 2017, referenced in the CAC at ¶¶ 164-165.

10.      Attached hereto as Exhibit 8 are excerpts from 3M's Annual Report for the Fiscal Year Ended December 31, 2017, Form 10-K, filed with the SEC on February 8, 2018, referenced in the CAC at ¶¶ 23, 25, 109, 116-117, 167-171.

11.      Attached hereto as Exhibit 9 is Agreement and Order, *State ex rel. Swanson v. 3M Company*, No. 27-cv-10-28862 (Minn. 4th Jud. Dist. Ct., Hennepin Cty., Feb. 20, 2018), referenced in the CAC at ¶¶ 8-10, 106-107, 118, 144-145, 173-174, 233.

12.      Attached hereto as Exhibit 10 are excerpts from 3M's First Quarter ("Q1") 2018 Earnings Conference Call Transcript on April 24, 2018, referenced in the CAC at ¶¶ 10, 119-120, 173-174.

13.      Attached hereto as Exhibit 11 is the April 27, 2018 letter from the SEC to 3M, referenced in the CAC at ¶ 116-117.

14.      Attached hereto as Exhibit 12 is 3M's May 8, 2018 response to the SEC's April 27, 2018 letter, referenced in the CAC at ¶ 117.

15.      Attached hereto as Exhibit 13 are excerpts from 3M's Quarterly Report for the quarterly period ended March 31, 2018, Form 10-Q, filed with the SEC on May 8, 2018, referenced in the CAC at ¶¶ 175-176.

16.      Attached hereto as Exhibit 14 are excerpts from 3M's Quarterly Report for the quarterly period ended June 30, 2018, Form 10-Q, filed with the SEC on July 26, 2018, referenced in the CAC at ¶¶ 178-179.

17.     Attached hereto as Exhibit 15 are excerpts from 3M's Quarterly Report for the quarterly period ended September 30, 2018, Form 10-Q, filed with the SEC on October 25, 2018, referenced in the CAC at ¶¶ 181-182.

18.     Attached hereto as Exhibit 16 are excerpts from 3M's Annual Report for the Fiscal Year Ended December 31, 2018, Form 10-K, filed with the SEC on February 7, 2019, referenced in the CAC at ¶¶ 23-25, 184-188.

19.     Attached hereto as Exhibit 17 is Chelsea Brentzel, *3M Bought up Undisclosed Industrial Waste Dumping Sites in Lawrence County, Neighbors Wondering Why*, WHNT.com, Mar. 15, 2019.

20.     Attached hereto as Exhibit 18 is 3M's press release dated April 25, 2019, entitled "3M Reports First-Quarter 2019 Results; Company Initiates Restructuring," referenced in the CAC at ¶¶ 11, 122-123, 190, 234, 248.

21.     Attached hereto as Exhibit 19 are excerpts from the transcript of 3M's Q1 2019 Earnings Conference Call on April 25, 2019, referenced in the CAC at ¶ 124.

22.     Attached hereto as Exhibit 20 are excerpts from 3M's Quarterly Report for the quarterly period ended March 31, 2019, Form 10-Q, filed with the SEC on April 26, 2019, referenced in the CAC at ¶¶ 131, 193-194.

23.     Attached hereto as Exhibit 21 are excerpts from the transcript of the Goldman Sachs Industrials Conference on May 15, 2019, referenced in the CAC at ¶¶ 13, 137, 140, 196-197, 220.

24.     Attached hereto as Exhibit 22 are excerpts from the transcript of 3M's Electrical Products Group Conference on May 20, 2019.

4

25. Attached hereto as Exhibit 23 are excerpts from a June 6, 2019 Barclays analyst report entitled "PFAS/PFOS/PFOA Liabilities for Chemours, 3M, and JCI," referenced in the CAC at ¶ 139.

26. Attached hereto as Exhibit 24 is 3M's press release dated July 8, 2019, entitled "3M Proactively Addresses PFAS Presence in Former Decatur Landfills," referenced in the CAC at ¶¶ 13, 140-142, 198-199, 251-253.

27. Attached hereto as Exhibit 25 are excerpts from 3M's Quarterly Report for the quarterly period ended June 30, 2019, Form 10-Q, filed with the SEC on July 26, 2019, referenced in the CAC at ¶ 202.

28. Attached hereto as Exhibit 26 are excerpts from an August 5, 2019 Wolfe Research analyst report entitled "Absorbing PFAS into Our Numbers," referenced in the CAC at ¶¶ 13, 206.

29. Attached hereto as Exhibit 27 are excerpts from 3M's Annual Report for the Fiscal Year Ended December 31, 2019, Form 10-K, filed with the SEC on February 6, 2020.

30. Attached hereto as Exhibit 28 is the November 18, 2020 Order granting Defendants' petition for a writ of mandamus in this action and directing transfer of the action to this District.

### B. Documents Regarding the Individual Defendants' Stock Holdings and Sales

31. Attached hereto as Exhibit 29 is a Statement of Changes in Beneficial Ownership, Form 4, filed with the SEC on May 7, 2014, by Thulin.

32.    Attached hereto as Exhibit 30 is a Statement of Changes in Beneficial Ownership, Form 4, filed with the SEC on August 6, 2014, by Thulin.

33.    Attached hereto as Exhibit 31 is a Statement of Changes in Beneficial Ownership, Form 4, filed with the SEC on October 28, 2015, by Thulin.

34.    Attached hereto as Exhibit 32 is a Statement of Changes in Beneficial Ownership, Form 4, filed with the SEC on May 12, 2016, by Thulin.

35.    Attached hereto as Exhibit 33, is a Statement of Changes in Beneficial Ownership, Form 4, filed with the SEC on February 10, 2017, by Thulin, in connection with a stock sale referenced in the CAC at ¶ 228.

36.    Attached hereto as Exhibit 34 is a Statement of Changes in Beneficial Ownership, Form 4, filed with the SEC on February 14, 2017, by Gangestad, in connection with a stock sale referenced in the CAC at ¶ 228.

37.    Attached hereto as Exhibit 35 is a Statement of Changes in Beneficial Ownership, Form 4, filed with the SEC on February 22, 2017, by Gangestad.

38.    Attached hereto as Exhibit 36, is a Statement of Changes in Beneficial Ownership, Form 4, filed with the SEC on February 22, 2017, by Roman.

39.    Attached hereto as Exhibit 37 is a Statement of Changes in Beneficial Ownership, Form 4, filed with the SEC on October 30, 2017, by Gangestad, in connection with a stock sale referenced in the CAC at ¶ 228.

40.    Attached hereto as Exhibit 38 is a Statement of Changes in Beneficial Ownership, Form 4, filed with the SEC on October 30, 2017, by Thulin, in connection with a stock sale referenced in the CAC at ¶ 228.

6

41. Attached hereto as Exhibit 39 is a Statement of Changes in Beneficial Ownership, Form 4, filed with the SEC on February 1, 2018, by Thulin, in connection with a stock sale referenced in the CAC at ¶ 228.

42. Attached hereto as Exhibit 40 is a Statement of Changes in Beneficial Ownership, Form 4, filed with the SEC on February 2, 2018, by Gangestad, in connection with a stock sale referenced in the CAC at ¶ 228.

43. Attached hereto as Exhibit 41 is a Statement of Changes in Beneficial Ownership, Form 4, filed with the SEC on February 6, 2018, by Roman, in connection with a stock sale referenced in the CAC at ¶ 228.

44. Attached hereto as Exhibit 42 is a Statement of Changes in Beneficial Ownership, Form 4, filed with the SEC on February 1, 2019, by Thulin, in connection with a stock sale referenced in the CAC at ¶ 228.

45. Attached hereto as Exhibit 43 is a Statement of Changes in Beneficial Ownership, Form 4, filed with the SEC on February 1, 2019, by Thulin, in connection with a stock sale referenced in the CAC at ¶ 228.

46. Attached hereto as Exhibit 44 is a Statement of Changes in Beneficial Ownership, Form 4, filed with the SEC on February 11, 2019, by Gangestad, in connection with a stock sale referenced in the CAC at ¶ 228.

47. Attached hereto as Exhibit 45 is a Statement of Changes in Beneficial Ownership, Form 4, filed with the SEC on February 20, 2019, by Roman.

48.     Attached hereto as Exhibit 46 is a Statement of Changes in Beneficial Ownership, Form 4, filed with the SEC on April 1, 2019, by Thulin, in connection with a stock sale referenced in the CAC at ¶ 228.

49.     Attached hereto as Exhibit 47 are excerpts from 3M's 2015 Notice of Annual Meeting and Proxy Statement, filed with the SEC on March 25, 2015.

50.     Attached hereto as Exhibit 48 are excerpts from 3M's 2016 Notice of Annual Meeting and Proxy Statement, filed with the SEC on March 23, 2016.

51.     Attached hereto as Exhibit 49 are excerpts from 3M's 2017 Notice of Annual Meeting and Proxy Statement, filed with the SEC on March 22, 2017.

52.     Attached hereto as Exhibit 50 are excerpts from 3M's 2018 Notice of Annual Meeting and Proxy Statement, filed with the SEC on March 21, 2018.

53.     Attached hereto as Exhibit 51 are excerpts from 3M's 2019 Notice of Annual Meeting and Proxy Statement, filed with the SEC on March 27, 2019.

**C.     Codifications and Treatises**

54.     Attached hereto as Exhibit 52 are excerpts of the Financial Accounting Standards Board's Accounting Standards Codification.

55.     Attached hereto as Exhibit 53 are excerpts of the online version of Peter J. Romeo & Alan L. Dye, *Section 16 Treatise and Reporting Guide* (5th ed. 2019).

**D.     Additional Documents in the Public Record**

56.     Attached hereto as Exhibit 54 is a printout of a page from the website of the U.S. Environmental Protection Agency ("EPA"), entitled "PFAS Laws and Regulations."

57.    Attached hereto as Exhibit 55 is an EPA Fact Sheet entitled "PFOA & PFOS Drinking Water Health Advisories."

58.    Attached hereto as Exhibit 56 is a printout from the United States District Court for the District of South Carolina's website related to the Aqueous Film-Forming Foams Products Liability Litigation, which is captioned *In re Aqueous Film-Forming Foam Multidistrict Litigation*, No. 2873 (D.S.C.), and which is referenced in the CAC at ¶¶ 100-102, 205.

**E.    Annexes to Defendants' Brief**

59.    Attached hereto as Exhibit 57 is Annex A to Defendants' Brief, providing for the Court's convenience underlying calculations regarding changes in the Individual Defendants' 3M stock holdings during the Class Period, as described in Defendants' Brief.

60.    Attached hereto as Exhibit 58 is Annex B to Defendants' Brief, providing for the Court's convenience underlying calculations regarding the Individual Defendants' percentage of 3M stock holdings sold on various dates.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    January 15, 2021        By:    */s/ Scott A. Eisman*
          New York, New York             Scott A. Eisman