# Exhibit 4

CASE 0:20-cv-02488-NEB-KMM   Doc. 92-4   Filed 01/15/21   Page 2 of 5

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/dupont-chemours-settle-teflon-chemical-exposure-case-for-671-million-1486987602

U.S.

# DuPont Settlement of Chemical Exposure Case Seen as 'Shot in the Arm' for Other Suits

Lawsuits are over exposure to perfluorooctanoic acid in drinking water



DuPont Co. and The Chemours Co. will each pay $335.4 million to settle thousands of lawsuits over exposure to toxic chemicals from a West Virginia plant. **PHOTO:** MARK MAKELA/GETTY IMAGES

*By Kris Maher and Cameron McWhirter*

Updated Feb. 13, 2017 12:30 pm ET

A $671 million settlement announced Monday between DuPont Co. and lawyers representing thousands of people in Ohio and West Virginia could bring a swift end to years of litigation there, while fueling cases in other states where people have alleged health problems after a chemical used to make Teflon got into their drinking water.

The proposed settlement, which needs to be approved by individual plaintiffs, comes amid growing concern over the potential effects of perfluorooctanoic acid, or PFOA, on drinking-water quality and health. It also comes as a range of other hazards to the nation's aging drinking-water infrastructure, from lead pipes to farm runoff to the presence of other industrial chemicals, gain widespread attention.

In New York, Vermont and elsewhere, state investigations have found high levels of PFOA in water systems near current and former manufacturing sites where companies used the chemical for decades to make everything from Teflon frying pans to Gore-Tex waterproof jackets to pizza boxes.

The DuPont settlement could provide a boost to other PFOA lawsuits that have sprung up against other companies in New York and other states, experts said Monday. But the experts also said that the facts in those cases, including the actions taken by companies and alleged health problems, would ultimately determine their outcome.

"The fact that DuPont was willing to put up real money for settlement of these claims has to be a shot in the arm for plaintiffs' lawyers pursuing similar claims elsewhere," said Howard Erichson, a law professor at Fordham University School of Law.

He cautioned that residents had yet to approve the settlement in principle between lawyers representing them and DuPont.

Monday's settlement covers roughly 3,500 personal injury lawsuits against DuPont that grew out of an original lawsuit in 1999. Residents alleged that DuPont was negligent in allowing PFOA from its plant in Parkersburg, W.Va., to taint drinking water when the company knew for years about the contamination and potential health risks from PFOA exposure.

DuPont said it would pay half of the total $670.7 million settlement, while Chemours Co., which DuPont spun off in 2015, would pay the other half. Both companies denied any wrongdoing. Other terms of the settlement weren't released.

The lawsuits include roughly 210 claims involving kidney cancer, 70 claims involving testicular cancer and 1,430 claims involving thyroid disease, according to a DuPont securities filing.

"We are pleased to have reached a mutually satisfactory resolution for all parties that brings this matter to a close," said Dan Turner, a spokesman for DuPont. David Shelton, general counsel of Chemours, said the agreement provides "a sound resolution" for residents, Chemours and the public.

Mike Papantonio, a lawyer representing clients in Ohio and West Virginia who sued DuPont, said he thought most people will accept the settlement rather than potentially waiting years for their cases to reach trial. People with cancer claims could receive roughly $1.5 million each, he said.

"You can't try these one at a time forever," Mr. Papantonio said. "I can't see any people really saying this is not something that we want."

Jury verdicts in recent trials had gone against DuPont, with a jury in Columbus, Ohio, last month hitting the company with $10.5 million in punitive damages. Last year, in the first PFOA personal injury cases to be tried against DuPont, the company settled three for undisclosed sums and lost three at trial with total combined damages of roughly $20 million.

Patrick McGinley, a law professor at West Virginia University in Morgantown, W.Va., said those verdicts gave both sides a strong indication of the total liability. He also said he thought greater public awareness of drinking water problems could boost verdicts.

"We are far beyond where the public was 30 years ago, and people are generally aware that, yes, there can be things in the drinking water that are very harmful," he said. "The publicity is extraordinarily negative."

About 40 of the 3,500 PFOA cases against DuPont had been set to go to trial in Ohio and West Virginia this year.

In a separate case, a federal judge said last month that a PFOA lawsuit could proceed against Honeywell International, which once owned a plant in Hoosick Falls, N.Y., that handled PFOA, and Saint-Gobain Performance Plastics, a subsidiary of Saint-Gobain SA of France, which owns it now. The companies sought to have it dismissed.

"Companies like Saint Gobain and Honeywell who we have alleged have done the same cannot take this settlement lightly and must realize they may face a similar fate if they try these cases," said Roopal Luhana, a lawyer representing residents in Hoosick Falls, N.Y., who said they have been harmed by PFOA.

Saint-Gobain issued a statement Monday evening stating that the company "never manufactured PFOA at any of its locations" but did buy material from other companies that in the past used PFOA in processing. The company initially declined to comment on the settlement but released a statement later Monday night stating, "We do not believe the DuPont settlement gives the plaintiffs' attorneys in our case additional leverage because we will have a full opportunity to ask the Courts to critically evaluate the science surrounding PFOA."

A Honeywell spokeswoman said the company is reviewing the court decision and is committed to working with state officials to investigate the environmental conditions at the plant and cleaning them up. She declined to comment on the DuPont settlement.

The DuPont settlement was reached midway through a trial in Columbus involving Larry Moody, 57, a pipe fitter who said DuPont enabled PFOA to contaminate water he drank, which in turn caused his testicular cancer.

A lawyer for Mr. Moody said he approved settlement of his case, and that the jury was discharged Monday morning.

Patrick Long, a lawyer defending DuPont against Mr. Moody's claims, told the jury that the company "exercised the highest degree of care and concern for their employees" and the community.

But Mr. Moody's lawyers showed a jury dozens of internal DuPont documents to argue that the company knew of the health risks of PFOA to residents and how difficult it is for the body to rid itself of the chemical, a property known as biopersistence.

"Our story is not a good one," a DuPont lawyer wrote in a November 2000 memo cited in the case. "We continued to increase our emissions into the river in spite of internal commitments to reduce or eliminate the release of this chemical into the community and the environment because of our concern about the biopersistence of this chemical."

Mr. Turner, the DuPont spokesman, declined to comment on the memo.

**Write to** Kris Maher at kris.maher@wsj.com and Cameron McWhirter at cameron.mcwhirter@wsj.com

*Appeared in the February 14, 2017, print edition as 'DuPont Settles PFOA Lawsuits.'*

Copyright © 2019 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.