# Exhibit 10

CASE 0:20-cv-02488-NEB-KMM   Doc. 93-10   Filed 01/15/21   Page 2 of 5

# 3M Company (MMM) Q1 2018 Earnings Conference Call Transcript

MMM earnings call for the period ending March 31, 2018.



(The_motley_fool)

**Motley Fool Staff**

*Apr 24, 2018 at 1:56PM*

**3M Company** ([NYSE:MMM](#))
Q1 2018 Earnings Conference Call
April 24, 2018, *9:00 a.m. ET*

[Logo of jester cap with thought bubble with words 'Fool Transcripts' below it]
IMAGE SOURCE: THE MOTLEY FOOL.

## Contents:

- Prepared Remarks
- Questions and Answers
- Call Participants

## Prepared Remarks:
### Operator

Thank you for standing by. Welcome to the 3M first quarter earnings conference call. During the presentation, all participants will be in listen only mode. Afterwards, we will conduct a question and answer session. At that time, if you have a question, please press the 1 followed by the 4 on your telephone keypad. It is recommended that you use a landline phone if you're going to register for a question.

As a reminder, this conference is being recorded Tuesday, April 24th, 2018. I would now like to turn the call over to Bruce Jermeland, Director of Investor Relations at 3M.

**Bruce Jermeland** -- *Director, Investor Relations*

Thank you and good morning, everyone. Welcome to our first quarter, 2018 business review. On the call today are Inge Thulin, 3M's Chairman, President, and CEO, Mike Roman, our Chief Operating Officer, and Nick Gangestad, our Chief Financial Officer. Inge and Nick will make some formal comments and then we'll take your questions. Please note that today's earnings release and slide presentation accompanying this call are posted on our Investor Relations website at 3M.com under the heading Quarterly Earnings.

Before we begin, let me remind you of the dates for our upcoming investor events in 2018, fond on slide two. Please mark your calendars for our upcoming earnings calls on July 24th and October 23rd. Also, we have established a date for our next investor day, which will be held at our headquarters in Saint Paul, Minnesota, on Thursday, November 15th. More details will be available as we get closer to the event.

Please take a moment to read the forward-looking statement on slide three. During today's conference call, we'll make certain predictive statements that reflect our current views about 3M's future performance and financial results. These statements are based on certain assumptions and expectations of future events that are subject to risks and uncertainties. Item 1A of our most recent form 10-K lists some of the most important risk factors that could cause actual results to differ from our predictions.

Please note that throughout today's presentation, we'll be making references to certain non-GAAP financial measures, in particular, measures which exclude the impact of the measurement adjustment for the tax cuts and Jobs Act and the previously disclosed legal settlement with the State of Minnesota. Reconciliations of the non-GAAP measures can be found in the appendix of today's presentation and press release.

Lastly, we filed a form 8-K on March 15th updating our business segment reporting for dual credit and reflecting the adoption of the new financial accounting standard relative to pension and post-retirement benefit cost. Both of these updates are reflected in our reported results on a ahistorical basis starting this quarter.

Please turn to slide four and I'll hand off to Inge. Inge?

**Inge Thulin** -- *President and Chief Executive Officer*

Thank you, Bruce, and good morning, everyone. Coming off a strong 2017, our team opened a new year with broad-based organic growth across all business groups. We expanded margins and posted a double-digit increase in

electronics and the demand we see in those markets. That's playing out as expected and so we're right in our range for what we thought we would be doing as we come through the year.

**Inge Thulin** -- *President and Chief Executive Officer*

This is Inge. One more comment around that business group because I think it's important when you talk about volume going forward and so forth. You have to remind yourself, we have to remind ourselves the work that has been done relative to the portfolio. If you go back many years ago, we had tougher growth rate moving forward. We were really challenged on the margin side. We can see now quarter after quarter after quarter and now a couple of years that the structure is right and the relevance for the market is correct for us. So, the margins is now very positive for us and on the high end even for the enterprise and it's sustainable.

I think that's the important element of that business as part of 3M. We manage that now very, very well despite some ups and downs in volumes. We know business there is more volatile. I think the portfolio work has put out a new place where we feel very good quarter by quarter in order to be able to deliver the return to you.

**Julian Mitchell** -- *Barclays -- Analyst*

Thanks, Inge. Maybe on that point, would you characterize the sell-in or sell-through as being in good balance right now?

**Inge Thulin** -- *President and Chief Executive Officer*

Yes, it is.

**Julian Mitchell** -- *Barclays -- Analyst*

Are there any inventory -- OK.

**Inge Thulin** -- *President and Chief Executive Officer*

No.

**Julian Mitchell** -- *Barclays -- Analyst*

Thank you very much.

**Inge Thulin** -- *President and Chief Executive Officer*

Yeah. Thank you.

**Operator**

Our next question comes from the line of Laurence Alexander of Jefferies. Please proceed with your question.

**Laurence Alexander** -- *Jefferies -- Analyst*

Good morning. Two quick ones -- your comments were sprinkled with various end markets or various product lines that touch on construction. Is the traction that you're seeing there better spending or an increase in spending by your customers or is it an innovation cycle on your side. Secondly, with respect to the litigation settlement, can you update us on where you are, what is outstanding, what you see as the timeline if there are issues before we would reasonably expect to hear news of issues, however small, dropping?

**Mike Roman** -- *Vice President and Chief Operating Officer*

Yeah. Laurence, on the construction side, we continue to see strong growth from our home improvement business out of our Consumer business group. A big part of that is the growth we see in construction and the businesses that buy through that channel has been increasing. It's a mix of strong growth in that market as well as the products that we are bringing to them. We've put a lot of innovation into that part of our platform, have expanded it, and we position ourselves well for the growth that's coming in that end market.

Sorry. So, Laurence on your second question, back to your second question on the follow-up to the NRD settlement, we are in the process on implementing the grant to the state and we're working closely with the State of Minnesota, as expected. We think we've got focus there and well positioned as we move ahead.

**Laurence Alexander** -- *Jefferies* -- *Analyst*

I guess maybe just to clarify, is that a precedent for other states or does it rule out any similar issues in other states? There's been a lot of media mudslinging around different scenarios, most of which seem highly improbable, but maybe if you can just give your perspective on that.

**Mike Roman** -- *Vice President and Chief Operating Officer*

This is a unique situation. This is our home state and something that we've been working on with them for a number of years. This is a unique situation in both the nature of the case as well as the process we're working through with them.

**Laurence Alexander** -- *Jefferies* -- *Analyst*

Okay. Thanks.

**Operator**

Our last question comes from the line of Jeffrey Sprague of Vertical Research Partners. Please proceed with your question.

**Jeffrey Sprague** -- *Vertical Research Partners* -- *Analyst*

Thank you very much. Thanks for squeezing me in. Just two quick ones from me, if I could -- just back to the consumer question, it is kind of interesting or