# Exhibit 18

**3M Reports First-Quarter 2019 Results;
Company Initiates Restructuring**

**First-Quarter Summary:**
- **Sales of $7.9 billion, down 5.0 percent year-on-year**
- **Organic local-currency sales decline of 1.1 percent; China, automotive, and electronics collectively down mid-single digits**
- **GAAP EPS of $1.51 vs. $0.98 last year, up 54.1 percent year-on-year**
- **Adjusted EPS of $2.23 vs. $2.50 last year, down 10.8 percent year-on-year**
    - **Q1 2019 excludes significant litigation-related charges of $0.72 per share**
    - **Q1 2018 excludes a total charge of $1.52 per share for adjustments to provisional accounting for the Tax Cuts and Jobs Act (TCJA) and significant litigation-related charges**
- **Closed acquisition of M*Modal's technology business**
- **Announced company realignment from five to four business groups effective April 1**

ST. PAUL, Minn. – April 25, 2019 − 3M (NYSE: MMM) today reported first-quarter 2019 results.

"The first quarter was a disappointing start to the year for 3M," said Mike Roman, 3M chief executive officer. "We continued to face slowing conditions in key end markets which impacted both organic growth and margins, and our operational execution also fell short of the expectations we have for ourselves. As a result, we have stepped up additional actions – including restructuring – to drive productivity, reduce costs, and increase cash flow as we manage through challenges in some of our end markets.

"While we take actions to manage through the near-term, we also continue to invest in growth to position 3M for the future," Roman continued. "We recently implemented a significant portfolio realignment from five to four business groups, which will enable us to better serve our customers and global markets. Moving forward, I am confident that we are making the necessary changes and focused on the right priorities to accelerate 3M into a stronger future."

**First-Quarter Results**

Sales were down 5.0 percent to $7.9 billion. Organic local-currency sales declined 1.1 percent while divestitures, net of acquisitions, decreased sales by 0.5 percent. Foreign currency translation decreased sales by 3.4 percent year-on-year.

Total sales grew 0.3 percent in Health Care, with declines of 1.9 percent in Consumer, 4.2 percent in Safety and Graphics, 6.6 percent in Industrial, and 11.8 percent in Electronics and Energy. Organic local-currency sales increased 0.9 percent in Consumer and 0.7 percent in Health Care, with decreases of 0.1 percent in Safety and Graphics, 2.8 percent in Industrial, and 3.0 percent in Electronics and Energy.

On a geographic basis, total sales grew 0.1 percent in the U.S., with declines of 6.5 percent in Latin America/Canada, 7.4 percent in Asia Pacific, and 9.4 percent in EMEA (Europe, Middle East and

Africa). Organic local-currency sales increased 0.8 percent in Latin America/Canada and 0.7 percent in EMEA, with decreases of 0.4 percent in the U.S. and 3.6 percent in Asia Pacific.

First-quarter 2019 GAAP earnings were $1.51 per share, an increase of 54.1 percent versus the first quarter of 2018. During the first quarter of 2019, the company recorded significant litigation-related pre-tax charges of $548 million, or $0.72 per share, as referenced in the "Significant Litigation-Related Update" section below. First-quarter 2018 GAAP earnings were $0.98 per share which included a $0.36 per share impact for an expense related to the enactment of the Tax Cuts and Jobs Act (TCJA) and a $1.16 per share impact for significant litigation-related charges.

Excluding the above items, first-quarter 2019 adjusted earnings were $2.23 per share versus $2.50 per share in the first-quarter 2018, as referenced in the "Supplemental Financial Information Non-GAAP Measures" section.

First-quarter operating income was $1.1 billion with operating margins of 14.4 percent. Excluding significant litigation-related charges, operating income was $1.7 billion with operating margins of 21.4 percent.

The company's operating cash flow was $1.0 billion, contributing to conversion of 74 percent of net income to free cash flow, as referenced in the "Supplemental Financial Information Non-GAAP Measures" section.

3M paid $830 million in cash dividends to shareholders and repurchased $701 million of its own shares during the quarter.

## Significant Litigation-Related Update

Two significant litigation issues impacted 3M's first-quarter results. The company established a reserve of $235 million to resolve certain environmental matters and litigation, in which 3M is a defendant, related to its historical manufacture and disposal of PFAS-containing waste. 3M manufactured or used PFAS at five manufacturing plants globally, including in Alabama, Illinois and Minnesota in the United States, as well as in Belgium and Germany. The company also increased its respirator reserve by $313 million to address the cost of resolving all current and expected future coal mine dust lawsuits in Kentucky and West Virginia. These actions resulted in a total significant litigation-related pre-tax charge of $548 million. 3M's upcoming Form 10-Q filing will include additional details.

## First-Quarter Business Group Discussion

### *Industrial*
- Sales of $2.9 billion, down 6.6 percent in U.S. dollars. Organic local-currency sales decreased 2.8 percent, foreign currency translation decreased sales by 3.7 percent, and divestitures decreased sales by 0.1 percent.
- On an organic local-currency basis:
  - Sales increased in advanced materials; declined in industrial adhesives and tapes, automotive aftermarket, separation and purification, abrasives, closure and masking, and automotive and aerospace.

- Sales grew in Latin America/Canada and EMEA; declined in the U.S. and Asia Pacific.
- Operating income was $585 million, a decrease of 18.0 percent year-on-year; operating margins of 20.0 percent.

### Safety and Graphics
- Sales of $1.7 billion, down 4.2 percent in U.S. dollars. Organic local-currency sales decreased 0.1 percent, foreign currency translation decreased sales by 4.0 percent, and divestitures decreased sales by 0.1 percent.
- On an organic local-currency basis:
  - Sales increased in personal safety; declined in commercial solutions, transportation safety and roofing granules.
  - Sales grew in Latin America/Canada and EMEA; the U.S. declined.
- Operating income was $396 million, a decrease of 17.7 percent year-on-year; operating margins of 23.2 percent.

### Health Care
- Sales of $1.5 billion, up 0.3 percent in U.S. dollars. Organic local-currency sales increased 0.7 percent, foreign currency translation decreased sales by 3.6 percent, and acquisitions increased sales by 3.2 percent.
- On an organic local-currency basis:
  - Sales growth was led by food safety, health information systems, medical consumables, and oral care; declined in drug delivery.
  - Sales increased in Asia Pacific and EMEA; the U.S. declined.
- Operating income was $432 million, a decrease of 5.6 percent year-on-year; operating margins of 28.1 percent.

### Electronics and Energy
- Sales of $1.2 billion, down 11.8 percent in U.S. dollars. Organic local-currency sales decreased 3.0 percent, foreign currency translation decreased sales by 2.2 percent and divestitures decreased sales by 6.6 percent.
- On an organic local-currency basis:
  - Energy-related sales grew 5 percent; electronics-related sales were down 6 percent with declines in both display materials and systems and electronics materials solutions.
  - Sales grew in the U.S.; Latin America/Canada and Asia Pacific declined.
- Operating income was $284 million, a decrease of 15.6 percent year-on-year; operating margins of 23.8 percent.

### Consumer
- Sales of $1.1 billion, down 1.9 percent in U.S. dollars. Organic local-currency sales increased 0.9 percent and foreign currency translation decreased sales by 2.8 percent.
- On an organic local-currency basis:
  - Sales grew in home improvement; declined in home care, and consumer health care.
  - Sales grew in the U.S.; EMEA, Latin America/Canada, and Asia Pacific declined.
- Operating income was $219 million, down 0.7 percent year-on-year; operating margins of 19.5 percent.

## Restructuring and Other Actions

Reflecting a slower than expected 2019, 3M has initiated restructuring and other actions that will result in an expected reduction of 2,000 positions worldwide with an estimated annual pre-tax savings range of $225 million to $250 million, with $100 million in the remainder of 2019. The company anticipates a pre-tax charge in 2019 of approximately $150 million, or $0.20 per share. These actions will span all business groups, functions and geographies, with emphasis on corporate structure and underperforming areas of the portfolio.

## 2019 Updated Outlook

The company updated its 2019 GAAP earnings expectations to be in the range of $8.53 to $9.03 per share. Excluding the impact of significant litigation-related charges, 3M expects its adjusted full-year 2019 earnings to be in the range of $9.25 to $9.75 per share versus a prior expectation of $10.45 to $10.90 per share. 3M also updated its organic local-currency sales growth guidance to be in the range of minus 1 to plus 2 percent versus a prior range of 1 to 4 percent and its expectation for return on invested capital of 20 to 22 percent versus a prior range of 22 to 25 percent. The company maintained its full-year expectations for free cash flow conversion of 95 to 105 percent. See the "Supplemental Financial Information Non-GAAP Measures" section for applicable information.

3M will conduct an investor teleconference at 9:00 a.m. EDT (8:00 a.m. CDT) today. Investors can access this conference via the following:
- Live webcast at http://investors.3M.com.
- Live telephone:
  Call 800-762-2596 within the U.S. or +1 212-231-2916 outside the U.S. Please join the call at least 10 minutes before the start time.
- Webcast replay:
  Go to 3M's Investor Relations website at http://investors.3M.com and click on "Quarterly Earnings."
- Telephone replay:
  Call 800-633-8284 within the U.S. or +1 402-977-9140 outside the U.S. (for both U.S. and outside the U.S., the access code is 21900593). The telephone replay will be available until 11:30 a.m. EDT (10:30 a.m. CDT) on May 3, 2019.

### Forward-Looking Statements
This news release contains forward-looking information about 3M's financial results and estimates and business prospects that involve substantial risks and uncertainties. You can identify these statements by the use of words such as "anticipate," "estimate," "expect," "aim," "project," "intend," "plan," "believe," "will," "should," "could," "target," "forecast" and other words and terms of similar meaning in connection with any discussion of future operating or financial performance or business plans or prospects. Among the factors that could cause actual results to differ materially are the following: (1) worldwide economic, political, regulatory, capital markets and other external conditions and other factors beyond the Company's control, including natural and other disasters or climate change affecting the operations of the Company or its customers and suppliers; (2) the Company's credit ratings and its

cost of capital; (3) competitive conditions and customer preferences; (4) foreign currency exchange rates and fluctuations in those rates; (5) the timing and market acceptance of new product offerings; (6) the availability and cost of purchased components, compounds, raw materials and energy (including oil and natural gas and their derivatives) due to shortages, increased demand or supply interruptions (including those caused by natural and other disasters and other events); (7) the impact of acquisitions, strategic alliances, divestitures, and other unusual events resulting from portfolio management actions and other evolving business strategies, and possible organizational restructuring; (8) operational execution, including scenarios where the Company generates fewer productivity improvements than estimated; (9) unanticipated problems or delays with the phased implementation of a global enterprise resource planning (ERP) system, or security breaches and other disruptions to the Company's information technology infrastructure; (10) financial market risks that may affect the Company's funding obligations under defined benefit pension and postretirement plans; and (11) legal proceedings, including significant developments that could occur in the legal and regulatory proceedings described in the Company's Annual Report on Form 10-K for the year ended Dec. 31, 2018, and any subsequent quarterly reports on Form 10-Q (the "Reports"). Changes in such assumptions or factors could produce significantly different results. A further description of these factors is located in the Reports under "Cautionary Note Concerning Factors That May Affect Future Results" and "Risk Factors" in Part I, Items 1 and 1A (Annual Report) and in Part I, Item 2 and Part II, Item 1A (Quarterly Reports). The information contained in this news release is as of the date indicated. The Company assumes no obligation to update any forward-looking statements contained in this news release as a result of new information or future events or developments.