# Exhibit 19

# 3M Co (MMM) Q1 2019 Earnings Call Transcript

MMM earnings call for the period ending March 31, 2019.

 **Motley Fool Transcribers** (MFTranscribers)

📅 *Apr 25, 2019 at 3:00PM*

**3M Co** (NYSE:MMM)
Q1 2019 Earnings Call
April 25, 2019, *9:00 a.m. ET*

## Contents:

- Prepared Remarks
- Questions and Answers
- Call Participants



IMAGE SOURCE: THE MOTLEY FOOL.

## Prepared Remarks:

**Operator**

Ladies and gentlemen thank you for standing by. Welcome to the 3M First Quarter Earnings Conference Call. (Operator Instructions) As a reminder this conference is being recorded Thursday April 25th, 2019. I would now like to turn the call over to Bruce Jermeland, Vice President of Investor Relations at 3M.

**Bruce Jermeland** -- *Vice President, Investor Relations*

Thank you and good morning everyone. Welcome to our first quarter 2019 business review. With me today are Mike Roman 3M's Chief Executive Officer; and Nick Gangestad our Chief Financial Officer. Mike and Nick will make some formal comments and then we'll take your questions. Please note that today's earnings release and slide presentation accompanying this call are posted on our Investor Relations website at 3m.com under the heading Quarterly Earnings.

Please turn to Slide 2. Before we begin let me remind you to mark your calendars for our upcoming earnings calls on July 25th and October 24th. Please take a moment to read the forward-looking statement on Slide 3. ==During today's conference call we will make certain predictive statements that reflect our current==

views about 3M's future performance and financial results. These statements are based on certain assumptions and expectations of future events that are subject to risks and uncertainties. Item 1A of our most recent Form 10-K lists some of the most important risk factors that could cause actual results to differ from our predictions.

Finally please note that throughout today's presentation we will be making references to certain non-GAAP financial measures. In particular measures which exclude the impact of the Tax Cuts and Jobs Act and significant litigation-related charges. Reconciliations of the non-GAAP measures can be found in the appendix of today's presentation and press release.

Please turn to Slide 4. And I'll hand it off to Mike. Mike?

**Michael F. Roman** -- *Chief Executive Officer*

Thank you Bruce. Good morning everyone and thank you for joining us. The first quarter was a disappointing start to the year for 3M. We continue to face slowing in several key end markets, which impacted both growth and margin and our operational execution fell short of the expectations we have for ourselves. Today I will lay out a number of aggressive actions we are taking to drive productivity, reduce costs, and improve cash flow as we manage through challenges in some of our end markets. In addition I will provide an update on two litigation issues that affected our results and provide updated guidance for the full year. I will also discuss the realignment of our business groups that we announced last month which will enable even greater growth and operational efficiency.

Please turn to Slide 5 for a summary of our first quarter numbers. Organic growth companywide was minus 1% lower than we anticipated. We saw end market softness in China, automotive and electronics which we have discussed throughout the quarter. We also faced channel inventory adjustments, which negatively impacted several of our businesses. With respect to EPS we posted adjusted earnings of $2.23 per share down 11% year-over-year.

This exclude significant litigation charges related to PFAS and respirators, which I will discuss later in my remarks. Underlying margins were 21% in the quarter down 160 basis points with adjusted income of $1.7 billion. Our earnings and margin shortfall was due to a combination of two things. First negative organic growth in the quarter; and second, weak productivity especially in our industrial-related businesses within Asia Pacific and the United States as the actions we took were not sufficient to offset the broad-based softening we faced in those markets as the quarter progressed.

Please turn to Slide 6. We are moving quickly to strengthen our performance and address the challenges we face and the actions on this slide are under way. First we are reducing approximately 2000 positions through both voluntary and involuntary actions. Reductions will span all business groups, functions and geographies with emphasis on corporate structure and underperforming areas of the portfolio. On a pre-tax basis we will take a charge of approximately $150 million in 2019 and we expect annual savings of approximately $225 million to $250 million with $100 million this year. Job reductions are never easy, but they are necessary to make us stronger and a more competitive enterprise as we move forward. Beyond restructuring, we are also driving cash flow by reducing inventory levels and accelerating actions on indirect costs.

Importantly while we take these actions we remain focused on our customers and balancing short-term pressures with the long-term success of 3M. That is why we will continue our investments in growth which includes research and development and our priority growth programs. This is a playbook we know how to execute and we are confident it will enable us to maximize value for shareholders as we work through the market slowdowns and our related actions positioning us for strong growth as our markets recover.

Please turn to Slide 7. As I mentioned earlier two significant litigation matters related to PFAS and respirators impacted our quarter and resulted in a total charge of $548 million or $0.72 per share. We increased our respiratory reserve by $313 million to address the cost of resolving all current and expected coal mine dust lawsuits in Kentucky and West Virginia. We also established a PFAS reserve of $235 million to cover certain environmental matters and litigation related to the manufacture and disposal of PFAS at five 3M facilities including three in the United States and two in Europe.

This reserve does not include any product claims related to PFAS. We continue to work closely with the EPA and other regulatory bodies to support science-based regulations of these chemistries. We also continue to work with the communities we serve to ensure they can have confidence in the quality of their drinking water. Additional details will be available in our upcoming 10-Q filing.

Please turn to Slide 8 for an update on our 2019 guidance. While we remain positive on the global macroeconomic environment, growth conditions in certain markets have been slower than anticipated going into the year. As a result today we are updating our range for organic growth to minus 1% to plus 2% against the prior range of 1% to 4%.

In addition we anticipate adjusted earnings of $9.25 to $9.75 per share, which includes the restructuring impact versus the previous range of $10.45 to $10.90.

so, if we do see that improvement in second half we'll be well positioned to lead out even with these actions that we're taking.

**John Inch** -- *Gordon Haskett -- Analyst*

In other words you don't have to hire people back if things turned? Is that what you...

**Michael F. Roman** -- *Chief Executive Officer*

No, I think we're aligning ourselves as we go forward, taking advantage of some of the things that we're doing to with business transformation to leverage that. So this is -- it's never easy to do this. And it is, you know, you're asking a question around something that we think very hard about. And I really -- and taking on very personally we've got to think about what do we need to do near term and position ourselves for the long term. And we're going to continue to invest in growth into R&D and R&D growth programs and priority growth opportunities more broadly.

So we're making sure to make this restructuring and realignment targeted to what we have to manage through. And so, will we need to hire people in the future? Yes, of course. As we go forward we will where we see the opportunities and we'll invest. But in the near term we've got to realign ourselves to be ready to deliver on those commitments.

**John Inch** -- *Gordon Haskett -- Analyst*

Got it. I want to shift gears to PFAS. If you go by the K, the litigation over the past couple of years definitely seems to be rising. There's lot of reasons that people have potentially thrown out. First I want to confirm that you do not have insurance in any context to pay for any of these litigation costs. I think the $850 million to Minnesota was paid out of cash, right? And then the second thing is, could you guys just give us a sense of what exactly is your playbook for dealing with this? Are you just going to kind of litigate concurrently or you're going to try and bundle this and deal with it. I just -- it's hard to know from where we stand right, why this isn't potentially sort of an asbestos round two that unfortunately ended up bankrupting dozens of US companies. And I don't think you're in that situation, but anything you could say to that will be helpful.

**Nicholas C. Gangestad** -- *Chief Financial Officer*

Hey John I'll just start talking about insurance and then I'll pass it over to Mike for your broader question. In regards to insurance and coverage for that for environmental claim such as PFAS, we do have places where we think we have insurance coverage and we are in discussions with insurance carriers regarding

those matters. But that's going to take time for that to play out John. That's -- don't look for that in the short term for something to happen on that front.

**Michael F. Roman** -- *Chief Executive Officer*

Yes. And John just regarding the litigation activity, I mean, we are actively defending ourselves in all of this litigation. And it's difficult to know the timing and outcome of any particular litigation. And what we were able to do with the reserve this quarter is to really -- really establish reserves that help us resolve the litigation that is related to environmental matters. And I would say, litigation were the direct defendant around our manufacturing and disposal.

As I said in my comments, it is not covering any of the product related PFAS litigation. And we have the manufacturing in view where it's probable and estimable, the product litigation at this point that we're defending ourselves against is not probable and estimable. And so, we will update as appropriate and as we get some clarity on that. So it's really, there are two different aspects of it there that we're managing.

**John Inch** -- *Gordon Haskett -- Analyst*

This is -- would it be fair to say, this is going on for years. I don't see any sort of a milestone event that potentially stops it. Is that a fair thing? It looks like the EPA is going to potentially come out with even more particulate regulations or guidelines or something like that.

**Michael F. Roman** -- *Chief Executive Officer*

Yes and we continue to work with the EPA and other regulatory bodies on the foundation for the regulations that are being talked about and what will come. EPA of course announced management plan for this and we're working with them to support where we go forward there. We actually are supportive of a federal approach here so we don't end up with a state-by-state approach that's different or a patchwork kind of approach. But it is something that is evolving and we'll continue to help be part of that with the EPA. And like I said, we'll update you on our litigation matters as appropriate.

**John Inch** -- *Gordon Haskett -- Analyst*

Got it. Thanks very much. I appreciate it.

**Michael F. Roman** -- *Chief Executive Officer*

Okay.

**Operator**

**Operator**

Our next question comes from the line of Josh Pokrzywinski of Morgan Stanley. Please proceed with your question.

**Josh Pokrzywinski** -- *Morgan Stanley -- Analyst*

Hi, good morning guys.

**Michael F. Roman** -- *Chief Executive Officer*

Good morning Josh.

**Josh Pokrzywinski** -- *Morgan Stanley -- Analyst*

Just on the comment around inventory destocking, Mike and Nick do you have a sense for what that might have cost you in the quarter?

**Nicholas C. Gangestad** -- *Chief Financial Officer*

Josh, so for the quarter we still built inventory.

**Josh Pokrzywinski** -- *Morgan Stanley -- Analyst*

I mean, your customer's destocking, I'm sorry.

**Nicholas C. Gangestad** -- *Chief Financial Officer*

Oh I'm sorry. I think it very easily could have impacted our total revenue by 100 basis points.

**Josh Pokrzywinski** -- *Morgan Stanley -- Analyst*

Got it. That's helpful. And...

**Michael F. Roman** -- *Chief Executive Officer*

Josh just to give you a little color too, the automotive slowdown in China was one particular case where we saw significant impact in our growth from channel. And so, where you see a slowdown in a particular market like electronics or automotive it's accompanied with a change in inventory, everything from finished goods back through the value chain. And so, that is a -- that's clearly visible in those cases.

**Josh Pokrzywinski** -- *Morgan Stanley -- Analyst*

Got it. And then just pivoting back to an earlier question on some of the PFAS litigation. As a non-attorney this maybe more obvious to other folks than myself. But given that you already have kind of one site example in Minnesota with an $850 million settlement. Is there a reason why adding the other four in there

might not just be 850 times 4. Is there kind of an easily digestible answer or is it a lot of hey, it depends and there is a lot of differences?

**Michael F. Roman** -- *Chief Executive Officer*

Well our manufacture footprint is different in every one of those sites. And so, that's part of it. But it really, I guess what you can take from this is it's not simply that -- not simple math of multiplying times 5. We now define probable and estimable for the litigation that we face in those five sites as with this reserve. So that is our -- the way we have determined what is estimable across that.

**Josh Pokrzywinski** -- *Morgan Stanley -- Analyst*

Got it. Thanks for that. And then just one last one on some of the resegmentation. I understand this is not quite the same thing as ERP was last year. But could we expect some sort of disruption to the customer side with some of the restructuring and resegmentation being implemented? Thanks.

**Michael F. Roman** -- *Chief Executive Officer*

The realignment of the businesses is really -- really the key focus for us was the customer and really aligning to them -- aligning to the customer segments and the type of customer and the go-to-market model. So we are actually -- we've been moving toward this with some of the go-to-market model -- capabilities that we've been putting in place and the way we leveraged business transformation. This actually steps it forward even more. So I think this is not only focused on the customer, I think the customers will see this as a positive step forward. And we'll see it as better aligned to them as we -- globally as we move ahead.

**Josh Pokrzywinski** -- *Morgan Stanley -- Analyst*

Okay. Thanks Mike.

**Michael F. Roman** -- *Chief Executive Officer*

Yeah.

**Operator**

Our next question comes from the line of Deane Dray of RBC Capital Markets. Please proceed with your question.

**Deane Dray** -- *RBC Capital Markets -- Analyst*

Thank you. Good morning everyone.

**Michael F. Roman** -- *Chief Executive Officer*