# Exhibit 21

**S&P Global**
Market Intelligence

# 3M Company NYSE:MMM

# Company Conference Presentation

## Wednesday, May 15, 2019 2:45 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

# Presentation

**Joseph Alfred Ritchie**
*Goldman Sachs Group Inc., Research Division*

[Audio Gap]

Good to have you here today. Nick is going to kick it off with some opening comments, and then we'll get to…

[Audio Gap]

**Nicholas C. Gangestad**
*Senior VP & CFO*

Great. Thanks, everyone, for being here, and Joe, thanks for hosting us. I'd like to cover a few topics before we jump into the Q&A. And as a reminder, here is our forward-looking statement regarding this presentation.

So in first quarter, we faced some near term challenges -- challenging quarter and as we discussed in our first quarter earnings call, we're moving quickly to strengthen our performance and address the challenges that we're facing. And these are the actions that have been and are underway in 3M. First, we are reducing approximately 2,000 positions in our company through both voluntary and involuntary actions, and these reductions span all business groups, functions and geographies with an emphasis on corporate structure and underperforming areas of the portfolio.

And on a pretax basis, we are anticipating a charge of approximately $150 million in 2019. We expect the vast majority of that to be in the second quarter, and we expect annualized savings of approximately $225 million to $250 million, with $100 million of that occurring in the second half of 2019.

Beyond restructuring, we're also driving cash flow by working to reduce our inventory levels and trimming our CapEx expenditures. And importantly, we're taking these actions -- we also remained focused on our customer and on growth and balancing short-term pressures with the long-term success of the company. And that's why we continue our investments in growth, which includes research and development, and our priority growth platforms that you may have heard us talk about in the past.

Now in regards to the current quarter, what are we seeing so far in Q2? April came in very much in line with our expectations. Overall, while we're an annual guiding company, as we look into Q2, I'll reiterate part of what I said on the first quarter earnings call. We would not be surprised, in fact, we'd expect that Q2 is going to look a lot like Q1, with flat to slightly negative organic growth, so organic growth in the negative 1% range would not be out of the question, which would be very similar to what we saw in Q1. And we expect earnings per share to be very similar to what we saw in the first quarter, and that's not in counting the impact of the -- before I take into account the impact of our restructuring actions. Those will be approximately $150 million or a $0.20 charge. And by the way, that $0.20 charge and the resulting net savings in the second half of the year is included in our overall guidance that we've provided for 2019.

As far as some of the macro things we're seeing, China automotive and electronics are 3 of the places where we were seeing the most noticeable near term challenges in the first quarter. Those are largely continuing. We expect automotive production to continue to be down in the second quarter. We expect -- we're continuing to see weaker growth in our electronics business. And China started the year in the first quarter, our China operations with negative mid-single-digit growth. And for the year, we're expecting our growth in China to be approximately flat. That implies some rebuilding as the year is going on and what we've seen so far in the second quarter is very much in line with how we've guided for the full year.

Also on our first quarter earnings call, we had 2 significant litigation matters related to PFAS and respirators that impacted our quarter. And those resulted in a total charge of $548 million or $0.72 a share. We increased our respiratory reserve by $313 million to address the cost of resolving all current and future expected coal mine dust lawsuits in Kentucky and West Virginia.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We also established a PFAS reserve of $235 million to cover certain environmental matters and litigation related to our manufacture and disposal of PFAS at 5 3M facilities, including 3 in the United States and 2 in Europe. This reserve does not cover any product claims related to PFAS.

We also continue to work with communities to ensure that they can have confidence in the quality of their drinking water. And last Sunday, our Chief Technology Officer, Dr. John Banovetz, published an Op-Ed in the Washington Post, communicating our commitment to work together with federal and state governments, including the EPA, to adopt thoughtful regulations. If you want more information about PFAS and our litigation, I encourage you to look at our most recent 10-Q filing.

And then, the last thing I'd like to cover is Acelity. One of our strategies has been to continually review and update and strengthen our portfolio. And in November, we laid out our portfolio management strategies going forward. This includes prioritizing M&A opportunities that utilize our fundamental strengths in 3M to expand in positions in attractive markets, and to enable our priority growth platforms.

Two weeks ago, we entered into an agreement with Acelity to acquire them. They are a leading medical technology company with solutions focused on large -- on the large and growing advanced wound care segment in the world. It's one of our 12 priority growth platforms, and we are acquiring them for $6.7 billion.

Acelity is an excellent complement to what we already have in 3M around advanced wound care management. Acelity has been a leader and innovator in creating negative pressure wound therapy as a way to activate wounds, to promote the speedy healing from a wound. And by bringing this into 3M, that will allow us to apply our fundamental strengths, and our global reach, and our technology development to take this even further.

In 2018, Acelity delivered revenues of $1.5 billion and about 75% of their revenue is in the Americas. We anticipate on a 3-year cost-synergized basis that this will be -- represent an EBITDA level of 11x EBITDA. And in regards to EPS, once we closed this deal, which we expect to happen in the second half of this year, we see in the first 12 months it being dilutive to GAAP EPS by $0.35 and it's being accretive to cash EPS by $0.25. The deal will be financed with available cash, along with proceeds from the issuance of new debt.

As a result of this transaction, we also adjusted our full year guidance for share repurchases. We now anticipate repurchases in the range of $1 billion to $1.5 billion versus our prior range of $2 billion to $4 billion.

Summary, we are quite excited about this acquisition. It's one we've been working on for quite a period of time. And we are looking forward to adding their technologies, their products and welcoming their employees to our team once this transaction has closed.
With that, I thank you for your attention. And now let's move to Q&A.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Lean Six Sigma improvement and the benefits there, those are things that lead to that 8% benefit that we expect.

The overall process in 3M is we have a strong centralized integration management office that takes control of much of the integration aspect. And the playbook we follow is we have a clear plan as we move through the integration of what will happen when, in order to be getting those benefits. And it will likely come on both sides as we bring this together. Some of the cost benefits will be on the Acelity side; some of the cost benefits will be on the 3M side.

**Joseph Alfred Ritchie**
*Goldman Sachs Group Inc., Research Division*

Okay. Maybe one more question from me before I open it up to the audience. You mentioned the litigation earlier and now the manufacturing disposable, PFAS does include the potential product suits because I would imagine that's pretty hard to estimate. But how do you give investors confidence that what you've reserved for today is ring-fenced for the 2 charges that you took this quarter?

**Nicholas C. Gangestad**
*Senior VP & CFO*

On PFAS, the ring-fence I would call it is ring-fenced around liability around our 5 manufacturing sites and disposal of PFAS. Because that's a view where we looked at all the discussions going on in all of the sites, all the litigation and putting our best estimate together of what we think all of those costs will be. So that portion, I would call ring-fenced. What I would not call ring-fenced is the product liability side. A number of cases out there around product liability, where our customers have purchased PFAS containing materials that then in itself is creating an environmental issue that's resulting in litigation. What we are saying is we cannot estimate what that is. We don't see it as probable. We can't see a way to estimate what that is. And at this point, we're just not even speculating on what kind of amount that would be.

**Joseph Alfred Ritchie**
*Goldman Sachs Group Inc., Research Division*

Got it. Any questions from the audience? Sure. Right here in front. Can you press your mic -- there we go.

**Unknown Analyst**

Question about any possible changes in sales force compensation, perhaps related to ERP. Have there been any tinkering with sales force comp?

**Nicholas C. Gangestad**
*Senior VP & CFO*

The only tinkering that I've seen us do and continue to anticipate is more and more of our sales compensation based more on end customer demand versus what's going into the channel. Now that requires us to have very good point-of-sale information about not just as we sell it into a distribution channel, but then where it comes out. In some places in the world, we have pretty good visibility there. Some places, it's less clear. So that's been one dynamic we've been going of changing in our sales compensation.

**Joseph Alfred Ritchie**
*Goldman Sachs Group Inc., Research Division*

Another question right there.

**Unknown Analyst**

I had just a question on the tariffs in terms of how you're running the business in terms of CapEx. So are there -- because of the tariff uncertainty, are there some things you were thinking of doing that you're going to holding back on? Or alternatively are there some things that you're not going to do for now, but you've got a plan that if there is a deal with China and things gets solved if you will, that you'll go forward on certain things? Or is it no change, business as usual?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.