# Exhibit 22

**S&P Global**
Market Intelligence

# 3M Company NYSE:MMM

# Company Conference Presentation

**Monday, May 20, 2019 2:00 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

And some people ask me, has Business Transformation been a distraction for you? If it has been, as the cycle has taken a turn here, how has it been a distraction?

**Michael F. Roman**
*CEO & Chairman*

So the value realization model, to start with what you're asking about, where are we at with the model that we laid out a number of years ago or committed to, we are still on track with what we've seen in Europe, with what we've seen now in the U.S., our ability to deliver value from what we've deployed. And it's, of course, the ERP itself, but it's the service models around it. The Global Service Centers, the business service organization, that capability is delivering value, and we continue to track with that.

The U.S., we are -- we went live last August. We are consolidating our gains and operating on the new system. Successful go-live, we're still moving forward. We're getting better, I would say, every month, almost every week, in terms of realizing that value.

If you look at Europe, you can start to see it come through in the numbers. You can see it in the margin improvement in West Europe, the operating margin. We saw significant improvement in first quarter. We expected that. We expected that in part because of Business Transformation, taking advantage of those capabilities now 2, 3 years post-go-live. And we also had taken some portfolio actions as part of that as well. But you see that come through. We are -- we see the benefits from those models. We'll see that come through in the U.S. as well.

So we're on track, and I think we are convincing ourselves there's -- this is real. We've got to integrate it. You've got to go through this process of the change. And so it is disruptive in a sense to you're changing how you're interfacing with your customers, you go live, and now you've got new end-to-end interaction systems and capabilities. And so you are asking your customers to change, your people to change. But we are moving through that and now getting the benefits -- starting to see the benefits in the U.S. and certainly seeing the benefits in Europe.

**Andrew Alec Kaplowitz**
*Citigroup Inc, Research Division*

And then can I just ask you about, how much does realignment help Industrial's focus? Obviously, it was your largest segment, but I guess we know it's been more focused around customers. But -- and we know that Industrial includes auto, which has been sort of problematic lately. But is it just too many businesses in Industrial? Like what about Industrial has led to some underperformance versus other segments that you have?

**Michael F. Roman**
*CEO & Chairman*

Well, the realignment, as I talked about, helps us in certainly the go-to-market side of the business, as I already kind of shared, but it's also end to end. Serving our customers end to end across those portfolios, that's a benefit. What you're -- when you look at some of the first quarter performance in Industrial organic growth, there certainly was an impact from automotive as part of that and, I would say, reactions in the channel as a result of that broader automotive. So it's OEM and aftermarket and the reaction in the channel. I do think that the go-to-market model is going to -- that what we've done bringing together safety, electrical and industrial markets will really give us a benefit as we move ahead on the growth side and on our end-to-end service for our customers.

**John George Inch**
*Gordon Haskett Research Advisors*

Mike, the recent $2 billion judgment in a Roundup case gives -- that was a big eye opener for a lot of people, right? And it probably, if anything, highlights the extreme level of risks when these product liability cases get into the U.S. court system. Is there something you can -- I guess that it raises 2 questions, right? Can you try and, for instance, pursue some sort of blanket settlement? Or is the onus on you to really say, just because you believe in the science -- listen, until we get more of a scientific framework,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

we're just going to kick that litigation can down the road as long as we possibly can right, to sort of prevent the sentiment that pours out of these trials that can obviously result in pretty damaging outcomes for plaintiffs?

**Michael F. Roman**
*CEO & Chairman*

Yes. For us, the discussion's really around PFAS and the PFAS substances. And we -- I would start with a reminder. I mean, environmental stewardship is at the heart of everything we do to manage this. It's core to what we do. It's been part of what we've done to make decisions as we've gone along. We made a decision to phase out of chemistries. We made decisions to step in and remediate in certain places in our operations. We've now gotten to a point where we have probable, estimable view of the litigation we face around manufacturing sites, the manufacturing sites that we use for PFAS both in the U.S. and Europe. So we are using that environmental stewardship/leadership, how we think about it and behind that science to make decisions as we go. And we are -- we're making good decisions, I think, around what we decided to do with the manufacturing litigation and operations there.

Product liability is the other part of it. That wasn't part of obviously our reserve that we took in Q1. It's going to be something we face as we move ahead. And it's evolving. The science behind it is going to be important. We are putting a lot of work into helping the understanding. We are working with the EPA, other regulatory agencies to really help put the science and the understanding on good footing as we move ahead. And that's really the important steps that we'd like to see -- we get the focus for us right now. And certainly, we will manage the litigation accordingly and update everybody as we can. We can't really say much more than that about the litigation at this point.

**John George Inch**
*Gordon Haskett Research Advisors*

And just as a follow-up. The first quarter had such high decrementals. For lots of reasons, it seemed like a bit of a perfect storm just given what had been widely telegraphed as sort of a down percent of core growth. And I guess I'm wondering, as you guys are going through the structural restructuring and other things to try and shore things up, does this potentially work in reverse? So all of a sudden, when growth begins to come back, could we -- could 3M benefit from equally high incrementals that could indeed surprise everybody?

**Michael F. Roman**
*CEO & Chairman*

I would say that's certainly at the core of how we align our actions around our operations as we expect to position ourselves not only to be optimizing as we work through soft end markets but also to be in a position to lead out. So getting that right is very important. I would say that's been a pattern for us in other slowdowns. I certainly -- when I was leading Industrial business, as we went through the slowdown in oil- and gas-related markets, that was something we saw. We led out as we structured. We certainly took advantage of that as we led out. I think that was true in the '09 recession as well. We led out in a strong fashion because we took the right actions.

So really, what we've lined up are actions that position us to manage through the market conditions that we face today and then position us for success as we go out on the other side. We -- that -- and built into that, and I made the comment, we continue to invest in innovation and growth. That's important to stay at the customer, solving their problems, innovating because that positions you with the high-value business that you need as you exit and grow out of it.

So it's our broader strategies, but also, the restructuring actions need to be aligned with that.

**Joseph Alfred Ritchie**
*Goldman Sachs Group Inc., Research Division*

Do you get...

**Jeffrey Todd Sprague**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

quarter as we saw the slower condition. So we expect to take both of those out, that inventory. Our plan is to work all of that out of the system as we go through the year.

**Joseph Alfred Ritchie**
*Goldman Sachs Group Inc., Research Division*

Yes?

**Unknown Analyst**

Mike, just to circle back on John's question on the PFAS litigation. I think it would be helpful for you -- and you've said this before, but I find that repetition helps here, to explain what has been reserved for with regard to manufacturing versus product liability? Because I think that distinction's really important, and people should hear that.

**Michael F. Roman**
*CEO & Chairman*

Yes. So the reserve that we took in first quarter, $235 million. So we had a $548 million reserve in Q1, some of it for respiratory coal dust cases. It was $235 million for PFAS. And that was for manufacturing liability that we faced directly in all of our sites. So we basically took a reserve to address what we saw across 3 sites in the U.S. and 2 in Europe, and those were our historical legacy manufacturing sites for PFAS.

So that is our probable, estimable view of that today. It doesn't include product liability in there. There's a broader range of product liability out there. And so that's still something that we will continue to look at, manage and update as we get better visibility. Julian?

**Julian C.H. Mitchell**
*Barclays Bank PLC, Research Division*

Mike, so maybe a broader question on margins. You've said that the Business Transformation effort is on track. But if you look at the period when sales were growing, the gross margins at 3M were flat. Then as we see, sales dip recently, the gross margins moved down quite a lot. You've announced the $250 million of cost out, but are you doing other things more broadly to try and improve maybe the speed of decision-making or the rigor with which costs are managed on a kind of ongoing basis, so if and when sales return, we can see higher productivity off that aside from just the $250 million specific plan?

**Michael F. Roman**
*CEO & Chairman*

Yes. When we talked at the November Investor Day, we laid out a 5-year plan where we saw margin improvement, 200 to 300 basis points. And it's good to go back and think about what was that based on. It was based on Business Transformation and the value that we were talking about earlier, that we see our path to that. We are going to create that value over time. It doesn't come early. It builds over time. We have other actions in there. We have footprint actions, portfolio actions, things that we've been executing. And in the case of footprint, for example, we took significant footprint actions back in second quarter of 2017, which we are now getting to the point where we start to see the benefit of that. Those -- many of those, the majority of those actions were in Europe. And so we are now getting to where we are closing all of those sites and getting the benefit of it. So there's -- built into that margin improvement is that structural tailwind that's going to come as we get past the implementation of those actions that we've already undertaken.

And there's some portfolio actions along those lines as well. So when you think about where do we go on margins moving ahead, certainly, the recovery in the markets that we've been talking about coming out of Q1, automotive, electronics, China, those are attractive margin businesses for us. So recovery there is important, and those are -- we see very good application of our innovation, our value model. Those are areas that we see growth opportunities.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.