# Exhibit 23

CORE

 **BARCLAYS**

Equity Research | Instant Insights

6 June 2019

| | | | | |
|---|---|---|---|---|
| Duffy Fischer | +1 212 526 3212 | duffy.fischer@barclays.com | BCI, US | Completed: 07-Jun-19, 03:34 GMT |
| Julian Mitchell | +1 212 526 1661 | julian.mitchell@barclays.com | BCI, US | Released: 07-Jun-19, 03:34 GMT |
| Michael Leithead, CFA | +1 212 526 0018 | michael.x.leithead@barclays.com | BCI, US | |
| Lee Sandquist | + 1 212 526 3717 | lee.sandquist@barclays.com | BCI, US | |



Chemours / The 3M Company

# PFAS/PFOS/PFOA Liabilities for Chemours, 3M, and JCI

**Stock Rating/Industry View:** Overweight/Positive
**Price Target:** USD 42.00
**Price (06-Jun-2019):** USD 22.67
**Potential Upside/Downside:** 85%
**Tickers:** CC

**Stock Rating/Industry View:** Underweight/Neutral
**Price Target:** USD 162.00
**Price (06-Jun-2019):** USD 164.72
**Potential Upside/Downside:** -2%
**Tickers:** MMM

**PFAS/PFOS/PFOA liability for Chemours, 3M, and JCI** has been top-of-mind for many of our Industrial/Materials investors in recent weeks for three main reasons: a) an investor presentation on the risks to MMM/CC at the Sohn conference in early May. After the Sohn conference on May 6th, CC and MMM were down the two days after that presentation 8% and 2% respectively vs. the XLI down 2%. b) 3M updated its reserve for remediating plant sites with PFAS contamination with 1Q earnings. c) The state of NJ AG came out with a headline grabbing suit against CC/3M/JCI plus others on March 25th. CC was down 5% on that day (vs. flat XLI). We have followed these cases for a decade and given the tremendous number of calls we are getting, we wanted to lay out our framework for analyzing this issue. Our main thoughts are below but we will discuss this framework in greater detail on a conference call @ 1:30pm today at (800-706-8249 // Passcode 1475299).

**What is the PFAS/PFOS/PFOA Issue?** PFAS is the umbrella acronym for a group of thousands of chemicals in the fluorine chain (the two most prominent historically are PFOS and PFOA). PFAS chemicals are very persistent so if they are introduced into soil and water they don't breakdown. The older PFASs (C8s) are bio-persistent and accumulate in the body, the newer C6s (i.e. CC's GenX) is much less bio persistent. PFAS chemicals have been linked to several human diseases and have turned up in the drinking water of multiple areas in the US leading to lawsuits and state actions against producers. In addition to legal actions, citizen awareness and fear of PFAS in drinking water is leading to pressure to stop emissions and remediate contaminated water and soil.

**The Rise of PFAS issue:** Since DuPont/Chemours settled the PFOA Leach Personal Injury MDL in March 2018, there has been a steady rise in PFOA/PFAS-related lawsuits. In Chemours' 1Q'19 quarterly filing, we calculate 55 current PFOA-related cases (ex. Leech Settlement), 4 cases related to Aqueous Film Forming Foam (with the number likely moving higher before month-end, given the national MDL deadline at the end of June), 59 cases related to PFAS, and other 4 cases related to GenX. We think this "snowballing" of legal activity over the past 18 months makes logical sense, given both the $671m Leech settlement + $850m 3M Minnesota settlement, as these payouts provide a potential windfall for legal parties + state environmental offices to explore, in terms of their potential injury/liability.

**The types of liabilities that CC, MMM and JCI could face?** There are two buckets of liabilities we use to analyze the issue for these companies: 1) Personal Injury -- Where a person has developed an illness due to exposure to PFAS chemicals. This was the backbone of the West Virginia Leach case (made famous by the movie "The Devil We Know"). Based on the "C8 study", greater than 3,500 people near a PFAS plant claimed to have one of this six diseases that the C8 study showed had correlation to PFAS exposure. 2)

Environmental Remediation for contaminated soil or water -- Would include detoxifying soil, filtering water sources, and/or make-whole payments for devalued or damaged land.

**The sources of exposure:** A) Emissions from a producing plant -- Chemours has 3 US PFAS plants, one in Europe, one in Japan and one in China. 3M has established a PFAS reserve related to the manufacture and disposal of PFAS at five facilities – 3 in the US + 2 in Europe. B) Airfields and airports -- One of the largest PFAS products is firefighting foam. This product has been used for decades and after actual or practice sessions of using the foam to put out plane fires, it was often washed down the sewer and found its way into the local water ways and drinking water. C) PFAS-containing Products (i.e. stain resistant carpets, spray on fabric protection) -- Studies indication that nearly every American has at least 1 part per trillion PFAS in their blood serum with many suspecting that PFAS containing products are the source. The key difference between the three vectors of exposure is the level of exposure.  Areas around producing plants have the highest level of contamination, followed by areas affected by firefighting foam, followed by the very low levels of exposure from consumer products.

**2 x 3 Box, how we frame the analysis of the liabilities:** We find logically thinking through the probability and potential size of each of the below boxes is an effective way to analyze possible PFAS liability.

|  | Personal Injury | Environmental Remediation |
|---|---|---|
| Plant Emissions | Leach Case | 3M/MN settlement |
| Firefighting foam | SC class action lawsuit | NH lawsuit against 8 producers of PFAS products |
| Consumer Products | Hardwick class action case | X |

Source: Barclays Research; Company Reports & Filings

**There is a long history of environmental litigation that investors can draw on as guideposts for PFAS** and what ramifications it could have on the stocks.  Other products like asbestos, PCBs, glyphosate, MTBE, etc. have been environmental or health issues that have affected stocks.  There has been a general timeline in all these that we feel is applicable to PFAS: 1) period of acquaintance with the issue but under appreciation of stock moving power, 2) awakening event, 3) over reaction to the potential negative impact on the stocks, 4) piling on phenomenon, 5) period of knowledge accumulation of the problem, 6) realization that the DCF impact of the issue is less than the market's reaction.  We believe today PFAS is between phase 3 and 4, while we feel the negative DCF impact from PFAS is less than the Street has taken out of the stocks, there is the chance that more negative headlines over the next year could increase the level of fear in this issue.

**Company commentary:**

1)    **Chemours:** Chemours has been named in most of the prominent US cases involving PFASs due to its indemnification agreement with its former parent DuPont.  Since the spin of CC, we have used a base case NPV hit for potential PFAS related issues of $0.5bn.  These types of cases historically have taken years to work through the system until a court judgement or settlement resolution. That coupled with the fact that payments have a positive tax implication means the DCF is usually better than the original "worry" number.  We also believe that Chemours former parent is likely to pay some of the final tab if the liabilities become meaningful.  In the Leach case, they paid 50% which is what we have used as a base case.  The DCF to our base case could look like the below cash outlay if CC paid 50%.

| ($mn) | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|---|---|---|---|
| PFAS pretax cash outlay | 25 | 25 | 100 | 100 | 100 | 300 | 500 | 500 | 300 | 300 |
| After-Tax NPV @ 10% | 1,012 | | | | | | | | | |

Source: Barclays Research; Company Reports & Filings

Several comments on our current view of CC liability: a) The Leach case in not a good case to extrapolate to other personal injury because the rules that plaintiffs were afforded in their cases were based on the class action settlement with the former DuPont. That provided a lower bar (not having to prove causation) than we believe plaintiffs would have to clear in other cases. b) Chemours and its former parent did not produce or sell firefighting foam (though they did sell some precursor PFAS telomeric chemicals to other manufacturers) so we think there is a decent chance they will be able to extricate themselves from the AFFF cases. c) Chemours and its former parent did not produce/sell/use PFOS. d) Chemours has completely moved away from long-chain C8s to C6. C6s are much less bio-persistent and therefore should not accumulate in the human body. Small sample size testing by NCSU seems to validate that residents in areas with GenX in the water are not accumulating C6 in their blood serum. d) The 3M/MN is not a good case to extrapolate to other plant site environmental remediation settlements (longer duration of production at site, move volume produced, higher population density, higher adjacent land values, PFOS contaminant).

2)  **MMM:** 3M has been named in a multitude of cases throughout the U.S. regarding its production and distribution of PFAS chemicals from the 1940s into the 2000s. Claims from the plaintiffs range from negligence to emotional distress, but most complaints note the contamination of groundwater and drinking systems. Due to the large number of complaints, around 90 of the nearly 100 cases have been consolidated and transferred to the South Carolina District Court where the pre-trial proceedings are to continue.

As the longest standing upstream PFAS manufacturer, the breadth of potential liabilities potentially facing MMM is quite large; in total we estimate a probability weighted total PFAS liability of $5bn. For the basis of this discussion we have split the liabilities into four buckets.

  (i)        MMM manufacturing sites and the impact on state resources (Barclays estimate for the probability weighted potential liability - $0.6bn)

  (ii)       MMM manufacturing sites and the impact on individuals (Barclays estimate for the probability weighted potential liability - $0.4bn)

  (iii)      Consolidated MMM product use cases – military bases (Barclays estimate for the probability weighted potential liability - $0.2bn)

  (iv)       Consolidated MMM product use cases – broader population (Barclays estimate for the probability weighted potential liability - $3.7bn)

**MMM: Initial estimate for total probability weighted potential PFAS liability; Our PT includes $5bn worth of PFAS liabilities**

| MMM | MMM Manufacturing Sites - Impact on State | MMM Manufacturing Sites - Impact on Individuals | Condensed Use Case - Military Bases | Condensed Use Case - Broader population |
|---|---|---|---|---|
| Exposure | MMM Q1 2018 MN Charge ($850m) - Natural resource damages | DuPont, Chemours Q1 2017 $670m settlement (3,550 individual people or $189k per person) - 80k total population in affected area | 126 military sites with contaminated drinking water | 610 drinking sites in the US, serving a 19m population, are contaminated (includes military sites) |
| Logic | 4 additional 3M sites that manufacture PFAS chemicals (5 total manufacturing sites) - $850m * 4 | Ongoing 3M Cases: | Pentagon has found PFOS at 126 military bases; estimated cleanup at known contaminated sites could be $2bn, according to Pentagon | Assume 10% of DuPont payout per settlement ($189k * 10% = $19k) |
| | Assume concentration of contamination / production level is 25% of that witnessed in MN | Alabama: 2 company cases | | Assume similar portion of settlements per affected population as DuPont (3,550 / 80,000 = 4%) |
| | | Alaska: 1 municipal case | | |
| | | Arizona: 1 municipal | | |
| | | Colorado: 44 individual and mass action cases (7000 individual cases) | | |
| | | Delaware: 2 putative class actions | | |
| | | Florida: 1 putative class action | | |
| | | Maine: 1 putative class action | | |
| | | Maryland: 1 municipal case | | |
| | | Massachusetts: 2 putative class actions | | |
| | | Michigan: 214 individual cases, 2 putative class actions | | |
| | | Minnesota: 1 municipal | | |
| | | New Hampshire: 1 class action | | |
| | | New Jersey: 3 municipal cases | | |
| | | New York: 1 putative class action (22 individual cases) | | |
| | | Ohio: 2 putative class actions | | |
| | | Pennsylvania: 13 putative class actions | | |
| | | Washington: 2 putative class actions | | |
| Calculation | 4 additional sites * $850m charge per site * 25% of the contamination / production level vs. MN at each site | $189k * 7,500 individual cases | $2bn = Pentagon est. | $19k per person * 19m population in affected areas * 4% (portion of affected population that will receive settlement), less $2bn Military Bases spend |
| Potential Liability ($m) | $850 | $1,418 | $2,000 | $12,440 |
| Probability (%) | 75% | 30% | 10% | 30% |
| Probability Rationale | MN = precedent | Low probability of proving causation | Military likely to absorb high portion of liability | Low probability of proving causation |
| Probability Weighted Potential Liability ($m) | $638 | $425 | $200 | $3,732 |

| Total Probability Weighted Potential Liability |
|---|
| $4,995 |

Source: Barclays Research; Company Reports & Filings

As MMM notes, in several US states, the state legislature or the state environmental agency have been evaluating or have taken actions related to clean-up standards, groundwater values or drinking water values, for PFOS, PFOA and other PFAS.

State attorney litigation - in Minnesota (which was the source of the charge of $850m in Q118, for environmental remediation), MMM settled its lawsuit with the City of Lake Elmo (for less than $5m), which had filed a lawsuit in July 2016 for damages from drinking water supplies contaminated with PFAS.

In other states, in February 2019, the State of New York filed a second lawsuit (the first one was filed in June 2018) against MMM (and other companies) for compensatory and punitive damages, as well as equitable relief. In March 2019, the New Jersey AG filed two actions against MMM (and other companies) for environmental cleanup.

AFFF litigation – Regarding firefighting applications, cases relating to AFFF have been consolidated; there were 88 cases in the Multi-District Litigation process as of March 2019.

Other PFAS litigation – In March 2019, the New Jersey Department of Environmental Protection issued a directive to MMM and other companies, to investigate and remove PFAS from the NJ environment.

Liabilities and insurance receivables – In Q1, the EPA issued its PFAS Action Plan. MMM completed a comprehensive review of its environmental liabilities, and increases its accrual for 'other environmental liabilities' by $235m, relating to historic PFAS manufacturing operations in Minnesota, Alabama, Gendorf Germany, and at four former landfills in Alabama.

MMM's insurance recovery receivable amounted to $33m at end-March 2019; this was increased by $25m in Q1.

3)    **JCI (rating suspended):** Two JCI subsidiaries related to its Fire Suppression business, Chemguard and Tyco Fire Products, have been named in a number of class action and other lawsuits relating to fire-fighting foam products used by the US Department of Defense amongst others. Given that JCI assists in the manufacturing of this foam, but does not make the PFAS, PFOA, or PFOS chemicals themselves, we view their risk as lower than the upstream manufacturers (which are co-defendants in most of the active suits). The fact that these foams were also produced to government required standards for military use may further help to contain risk. Our base case is $0.5bn probability weighted liability stemming from active cases, though the 15% growth in total cases disclosed on quarterly filings since last fiscal year end warrants additional caution.

**JCI: Initial estimate for total probability weighted potential PFAS liability**

| JCI | Active Cases |
|---|---|
| Putative | 21 |
| Individual/Class Action | 58 |
| Municipal | 17 |
| State AC | 3 |
| Total | 99 |
| Change since 9/30/18 | 15% |
| Claimants | 7,143 |
| | |
| Liability Logic | $189k/person per the DuPont / Chemours proxy |
| Calculation | $189k x 7,143 |
| Potential Liability ($m) | 2,025 |
| | |
| Probability | 25% |
| Weighted Potential Liability ($m) | 506 |

Source: Barclays Research; Company Reports & Filings

4)  **UTX/Carrier:** UTX does not currently specifically disclose any PFAS related matters on its quarterly filings, but rather lumps together environmental matters into a single pool. As of December 31, 2018 and 2017, UTX had $830m reserved for environmental remediation with 389 unresolved sites identified where the company 'may have some liability for remediating contamination'. PFAS related liabilities will be contained within the Carrier segment, with the Chubb Fire & Security brand being a known user of AFFF type foams containing PFAS (the same type JCI's Tyco business is facing litigation over, and UTX has been named alongside 3M and JCI in at least one case: City of Newburgh v. United States et al. in 2018). With PFAS momentum increasing and the Carrier spin looming, the probability of the company directly addressing these issues rises. For more detail about these potential liabilities, refer to our deep-dive report on Carrier (UTX: Carrier deep-dive, ahead of the Spin; June 5, 2019).

Let us know if you have any questions.

Duffy & Julian

Restricted - External

**Analyst(s) Certification(s):**

We, Duffy Fischer and Julian Mitchell, hereby certify (1) that the views expressed in this research report accurately reflect our personal views about any or all of the subject securities or issuers referred to in this research report and (2) no part of our compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this research report.

**Important Disclosures:**

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Barclays Research is produced by the Investment Bank of Barclays Bank PLC and its affiliates (collectively and each individually, "Barclays"). All authors contributing to this research report are Research Analysts unless otherwise indicated. The publication date at the top of the report reflects the local time where the report was produced and may differ from the release date provided in GMT.

**Availability of Disclosures:**
Where any companies are the subject of this research report, for current important disclosures regarding those companies please refer to https://publicresearch.barclays.com or alternatively send a written request to: Barclays Research Compliance, 745 Seventh Avenue, 13th Floor, New York, NY 10019 or call +1-212-526-1072.
The analysts responsible for preparing this research report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by investment banking activities, the profitability and revenues of the Markets business and the potential interest of the firm's investing clients in research with respect to the asset class covered by the analyst.

Analysts regularly conduct site visits to view the material operations of covered companies, but Barclays policy prohibits them from accepting payment or reimbursement by any covered company of their travel expenses for such visits.