# Exhibit 24

**3M Proactively Addresses PFAS Presence in Former Decatur Landfills**
*Investigating former municipal waste disposal sites*

**Decatur, Ala. – July 8, 2019** – 3M, which has operated a plant in Decatur, Alabama, since 1961, is expanding its efforts in the area to identify and address historic waste disposal sites that may contain PFAS. 3M previously produced PFOA and PFOS, two compounds within a broad class of organic molecules commonly known as PFAS, in its Decatur plant. In 2000, the company announced it was voluntarily stopping production of PFOA and PFOS and has been working to address the presence of PFAS compounds in the local environment.

For the last several months, 3M has been conducting a thorough search for former landfills in Morgan and Lawrence Counties to test for any waste that may include PFAS. At the request of City of Decatur and Morgan County officials, 3M agreed that the next phase in 3M's analysis will include an evaluation of the closed waste disposal sites of Brookhaven, Deer Springs and Old Moulton Road/Mud Tavern. 3M will work closely with the city, county and the Alabama Department of Environmental Management (ADEM) in conducting these assessments.

All of these disposal sites date back to the 1950s and were closed in accordance with the best practices in place at the time. They were actively monitored by government regulatory agencies for compliance with landfill closure regulations. Each site was released by regulators from monitoring in the 1990s.

"At 3M, we know we have a responsibility to this community, and our leadership is serious about continuing to address any remaining PFAS concerns here," said Robin Higgs, 3M's former Decatur site manager and current Film and Materials Resource Division director. "While we are confident that we followed all existing laws and regulations when we delivered waste materials to these landfills decades ago, we are committed to working with the city, county and government regulators to take appropriate steps to investigate these landfills and make sure they are maintained in a safe condition. If there are any PFAS-related issues with the sites, we will find and fix them."

For more information about PFAS, we invite you to visit www.pfasfacts.com.

**About 3M**
At 3M, we apply science in collaborative ways to improve lives daily. With $33 billion in sales, our 93,000 employees connect with customers all around the world. Learn more about 3M's creative solutions to the world's problems at www.3M.com or on Twitter @3M or @3MNews.

**Media Contact**
Fanna Haile-Selassie
651-736-0876
Fhaile-Selassie@mmm.com