# Exhibit 26



**August 5, 2019**

# 3M

(MMM – $170.55 – Underperform)

## *Absorbing PFAS Into Our Numbers*

**Our $168 YE19 target price for 3M (lowered from $172) now explicitly embeds a contingent liability to reflect the expanding risk of PFAS-related settlements, primarily at the State level. Risk/reward here remains negative.**

- **We are publishing this note for two principal reasons: 1)** we have combed through the latest 10Q filing and have fully updated our model for the new segment reporting structure; **2)** we explicitly build a PFAS contingent liability into our valuation framework for the first time.

- **Estimates remain pinned to the low end of guidance:** 3M continues to point to sales guidance of -1% to +2% for FY19, vs. -1% reported in 1H19. With little significant short cycle inflection and risks associated with the escalating trade war, we see no credible path to the upper reaches of the range. Inventories remain elevated and hence production headwinds (100-150bps gross margin) remain in play, while List 3 @ 25%, combined with risk of List 4 tariffs, pushes Y/Y inflation headwinds towards 20c at a time when price realization is weakening. We remain pinned to the low end of FY19 EPS guidance at $9.30 inclusive of 7c tax gain reported in 2Q19.

- **PFAS related litigation continues to expand - the question is how do we attempt to size this?** Our approach here is to assign zero value to personal injury or AFFF cases, since we have yet to see any material judgements against 3M. However, we are troubled by the growing list of State AGs that have filed suit and we believe the $850m settlement reached with MN last year sets a hard precedent. As such, we see a liability of $5-6bn based on this settlement and adjusting for the number of contamination sites and population.

- **How much of this is currently priced on?** Very little in our view: 3M trades at ~18x NTM EPS, which is very similar to its trend. Note that stocks that have significant personal injury and environmental risks (Chemours JNJ, Bayer) have all materially de-rated - not so for 3M. Our modified approach is to take a clean P/E multiple of 18x 2020e and adjust by $8.50/share to reflect PFAS risks. *See page 2 for more details.*

| Trading and Fundamental Data | |
|---|---|
| **Target Price YE 19** | **$168** |
| Prior Target Price | $172 |
| % Upside To Target | -3% |
| Dividend / Yield | 3.2% |
| 52-Week Range | 159.32-219.75 |
| Market Cap. (M) | 103,423 |
| Enterprise Value (M) | 118,636 |
| Shares Out. (M) | 602 |
| Avg. Daily Volume | 2,643,413 |
| Debt To Capital | 69% |
| Debt / EBITDA | 1.7x |
| SI Days To Cover | 4.6 |

| Price Performance | YTD | LTM |
|---|---|---|
| 3M Company | -5.8% | -12.2% |
| S&P 500 | 20.5% | 6.1% |

| Estimates | 2018A | 2019E | 2020E |
|---|---|---|---|
| Rev. ($b) | $31.66 | $32.77 | $32.20 |
| Cons Rev. ($b) | 32.77 | 32.33 | 33.56 |
| EBITDA ($b) | 9.05 | 8.75 | 9.76 |
| EV/EBITDA | 13.1x | 13.6x | 12.2x |
| FCF Conv. | 85% | 97% | 105% |



Source: FactSet/Wolfe Research

**Nigel Coe**
(646) 582-9259
NCoe@WolfeResearch.com

**Bhupender Bohra**
(646) 582-9257
BBohra@WolfeResearch.com

**Cristian Ramos**
(646) 582-9258
CRamos@WolfeResearch.com

**Michael Metz**
(646) 582-9256
Mmetz@WolfeResearch.com

**Exhibit 1:** MMM Actual and Estimated EPS vs. Consensus

| EPS in USD | 1Q | 2Q | 3Q | 4Q | FY | Adj. Cons | P/E |
|---|---|---|---|---|---|---|---|
| **2018** | $2.50 | 2.59 | 2.58 | 2.31 | 9.97 | | 17.1x |
| **2019E** | 2.23 | 2.20 | 2.53 | 2.37 | 9.30 | 9.38 | 18.3x |
| *Prior* | | | 2.60 | 2.43 | 9.33 | | |
| **2020E** | | | | | 9.78 | 10.23 | 17.2x |
| *Prior* | | | | | 9.91 | | |

Source: Wolfe Research, Company Documents, FactSet; Note: P/E is based on WR estimates

**WOLFE** RESEARCH

**3M**

**August 5, 2019**

## 3M Company (MMM): Underperform – Target Price $168

Exhibit 2: MMM Stock Performance vs. EE/MI group & S&P 500



Source: Wolfe Research, FactSet

## Price Target Methodology

### Bull $214

**20x Bull Case 2020e EPS Of $10.86 –** We assume core sales growth to accelerate from the current level to ~+5% from 2019-20e, with core operating margin slightly down 40bps during the same time frame. Our 20x multiple assumes 3M maintains a 10%-15% premium to the group. We embed a $2bn liability for potential future PFAS settlements.

### Base $168

**18x Base Case 2020e EPS Of $9.78 –** We assume core sales growth of 0-3% from 2019-20e, with core margin up 60bps vs. 2018. Our 18x multiple assumes a "clean multiple" at a 5-10% premium to the group, but we adjust this for contingent liabilities related to PFAS litigation. We embed a $5bn liability for potential future PFAS settlements.

### Bear $126

**16x Bear Case 2020e EPS Of $8.96 –** We assume core sales to decline 1 to 3% from 2019-2020e, with core margin to decline 280bps from 2018 level by 2020e. Our 16x multiple assumes execution issues at MMM continue to dominate the stock eroding the premium to the peer group. We embed a $10bn liability for potential future PFAS settlements.

## Investment Thesis

- **High Quality Portfolio:** 3M has among the highest MRO and consumables exposures, as well as stable healthcare and consumer end markets. These make for a higher margin and more stable revenue profile across the cycle.
- **Global Short Cycle:** 3M is overweight emerging markets and consumer electronics markets and we view these as top-line headwinds over next 12m vs. consensus expectations.
- **Multiple Compression Still A Risk:** 3M's P/E premium remains at 5% vs. the group, which is below its 1Y (10%) and 5Y (15%) median. We believe the premium is warranted but with lower WRe vs. consensus and an outlook for peer multiple compression, we see further risk.

## Potential Catalysts

- **Guidance:** We see the revised 2019/20 consensus estimates as slightly high and at risk of a downward revision.
- **EM volatility:** Tighter monetary policy and USD supply is pressuring EM regions. 3M is overweight these regions and could be impacted from any resultant demand destruction.
- **Environmental Liabilities:** 3M settled with the state of MN for $850m related to PFAS site remediation. There has since been a number of other state filings, alongside other plaintiffs, raising the risk for further settlements. The company took $548m in litigation charges in 1Q19 and established a PFAS reserve of $235m to cover environmental matters at five of its facilities.

## Potential Risks

- **Defensive Rotation in Recession:** 3M has superior earnings preservation through recessions and would likely benefit from sector rotation as cycle fears grow.
- **New CEO:** Mike Roman became the CEO in July 2018 and it is possible this could lead to a new strategic direction. Here we note MMM still has plenty of balance sheet firepower, although more limited portfolio options given highly integrated businesses.
- **Pricing Power:** 3M could see higher pricing power to offset oil-led input cost inflation that we see as a risk to operating leverage.

**WOLFE**
RESEARCH

**August 5, 2019**

## Sizing the PFAS Liability

**The risks posed by the growing body of litigation faced by 3M, in relation to its position as the largest manufacturer of PFAS compounds, has become one of the key debates for 3M investors.** PFAS chemical contamination is widespread across US and foreign counties, and there are concerns about adverse health consequences above certain thresholds of exposure.

**PFAS is short for per- and polyfluoroalkyl substances that include most notably perfluorooctanoate (PFOA), perfluorooctane sulfonate (PFOS) and perfluorohexane sulfonate (PFHxS), but there are thousands of compounds that fall under this family.** These are extremely useful compounds that are critical ingredients in non-stick coatings in the food industry (e.g. Teflon pans, pizza boxes, popcorn bags), water and stain protection in the textile industry (Scotchgard, Gore-Tex) and high temperature fire-fighting foam (AFFF - Aqueous Film Forming Foam). However, there are many other applications, ranging from metal plating, paint mixing, leather tanning, to wire manufacturing and photolithography in the electronics industry.

**PFAS chemicals were developed in the 1940's by 3M and the technology was licensed to DuPont (DD, NC, $69.05) in the 1950s which ended up using it to develop the eponymous Teflon product. 3M has supplied PFAS compounds to end use customers, as well as in products such as Scotchgard and AFFF to the aerospace and defense industry (used to combat high temperature aviation fuel fires).**

**Scientists started to become aware of the health consequences of PFAS exposure during the 1970s, culminating in a number of legal cases over the past 10-15 years, where local communities have successfully sued to recover damages related to pollution of the drinking supply and related health consequences**. These health consequences are held to be: pregnancy induced hypertension, kidney and testicular cancer, ulcerative colitis, thyroid disease and diagnosed high cholesterol. 3M started to phase out certain long-chain PFAS compounds in 2000, and ceased manufacturing PFOA, PFOS, and PFHxS compounds by the end of 2008. However, 3M continues to manufacture and supply certain short-chain PFAS compounds that are deemed safer.

**The nature of the litigation stems from the fact that these PFAS chemicals have half-lives measured in the tens, hundreds and, in some cases, thousands of years.** This means that they are extremely persistent in nature. Consequently, these compounds both accumulate and disperse, which has resulted in widespread contamination of water supplies and soil as a result of PFAS discharges from manufacturing plants (both from supplier and end use customers), the use of AFFF fire products (that seep into ground water and soil), and the end disposal of PFAS-infused products (food products, carpets, clothes).

**The subject is complex and somewhat in the early development phase - so much so that most of the cases are still to receive judgement, meaning that there is still little precedent to rely on.** We also note that the EPA has still to regulate PFAS chemicals, and therefore prognosticate on safe levels of exposure. As a result, any analysis of this topic is speculative, by definition.

**We have simplified the analysis by distilling the issues down into the following 3 buckets:**

**1) State AG litigation -** several states are suing 3M for its role in the pollution of natural resources and the negative impact to the health of its populaces. 3M settled with the State of Minnesota in 1Q18 for $850m, one of the largest

DO NOT FORWARD – DO NOT DISTRIBUTE – DOCUMENT CAN ONLY BE PRINTED TWICE
This report is limited solely for the use of clients of Wolfe Research. Please refer to the DISCLOSURE SECTION located at the end of this report for Analyst Certifications, Important Disclosures and Other Disclosures.

Please help us protect your advantage...
**DO NOT Forward**



**August 5, 2019**

settlements of its kind in history. 3M is also facing individual lawsuits from municipal water authorities to clean up drinking supplies.

**2) AFFF litigation -** there are 75 separate lawsuits that have been consolidated into one federal multi-district case, relating to contamination that resulted from the use of firefighting foam that contained 3M produced PFOS. While estimates vary, the cost to remediate US Department of Defense sites alone, are estimated in the range of $2bn.

**3) Personal injury - there are a broad range of lawsuits that allege property damage and health consequences.**

**We think that there will be financial penalties related to the AFFF and personal injury dimensions, and so these should not be ignored.** However, there is very little precedent in these areas. At this stage, our major concern is the expanding body of State AG litigation given that 3M has set a precedent via its settlement with MN. Based on suits that have been filed so far, we think the liability could be somewhere in the $5-6bn range as we lay out in the following analysis.

**Exhibit 3: PFAS Family:** The most dangerous of the PFAS family of chemicals were phased out in the United States by late-2007. Despite this, many PFAS chemicals are now shorter-chain and have been touted as less toxic to human health. Studies, including DuPont/Chemours sponsored research, have found a "probable link" between elevated PFAS exposure and human diseases (kidney and testicular cancer, thyroid disease, pregnancy induced hypertension). 3M was the original manufacture of the chemical back in the 1940s and began to license it for use later in the 1980s. 3M is believed to produce the most PFAS chemical globally due to its early sole-manufacturing role.



Source: Wolfe Research, Company Document, Court Documents



**3M**

August 5, 2019

**Exhibit 4: EPA Regulatory Timeline on PFAS:** A coalition of 22 State AGs have banded together to press the EPA to take immediate action regarding PFAS chemicals that have been found in 49 states. While there have been several hearings in 2019 regarding the chemicals, legislators are having a difficult time pushing statutes into law as there are over 5,000 different variations of PFAS chemicals. However, the EPA is making progress towards designating PFAS chemicals as toxic substances and will set national limits on safe drinking water concentrations as well as guidelines on cleanup of contaminated sites. However, many states have taken the lead here and have set considerably more stringent levels than the 70ppt advisory limit set by the EPA.

| US Environmental Protection Agency | | | |
|---|---|---|---|
| **Date** | **Milestone** | **Threshold** | **Details** |
| 2009 | Provisional levels established for PFOA and PFOS | PFOA: 200ppt PFOS: 200ppt | |
| 2012 | UCMR 3 published - includes several PFAS chemicals to be monitored by public water system suppliers | | |
| 2014 | External peer review of human health effects commenced | | |
| 2016 | Lifetime health advisory levels for PFOA & PFOS | PFOA: 70ppt PFOS: 70ppt | Non-regulatory Non-enforceable |
| 2016 | Technical advisory issued for 2012-2015 lab samples | | Less than 1% of reported results were at or above minimum reporting level |
| 2018 | Commitment to 4-step action plan on PFAS | | |
| 2018 | Public comment requested on toxicity draft assessment for PFAS compounds | | |
| 2019 | Releases PFAS action plan | | No drinking water standards or clean up costs assessed |
| 2019 | Senate Committee on Environment and Public Works hearing on PFAS | | Testimonies heard. Pushback on imports and Geneva conference |

Source: Wolfe Research, Company Documents, Court Documents

**Exhibit 5: MMM 2Q19 10-Q PFAS Litigation Disclosures:** Diving into the most recent 10-Q filing, we track current litigation filed against 3M relating to both AFFF and PFAS , and have bucketed into the broad categories of manufacturing site cleanup and litigation related to AFFF (firefighting foam), State Attorney General filings and personal injury cases.

| Litigation | Location | Key Dates | Notes |
|---|---|---|---|
| **PFAS Manufacturing Site Clean up** | Decatur AL, Cottage Grove MN, Cordova IL, 2 European sites | 4/25/2019 | Took $235m charge in 1Q19 relating to 5 PFAS manufacturing sites. |
| **AFFF Litigation** | Federal MDL | N/A | As at 30 June 2019, there are 106 cases consolidated into a Multi-District State Liability (MDL) case at the US District Court of North Carolina |
| **State AG Litigation** | MN | 2/20/2018 | Settled for $850m related to economic harm to the state of MN. Plaintiff alleged economic harm of $5bn |
| | NY | 2/8/2019 | Filed in Feb 2019 with claims substantially similar to MN |
| | NJ | 5/14/2019 | Filed in May 2019, alleging natural resource damages from AFFF products. 3M is also facing lawsuits alleging it supplied DuPont PFAS products at contaminated sites. NK is also currently has an RFP fully understand 3M and others role in discharge of PFAS products in the state |
| | NH | 5/30/2019 | Filed in May 2019, alleging natural resource damages from AFFF and non-AFFF products |
| | VT | 6/26/2019 | Filed in June 2019 alleging PFAS contamination from non-AFFF sources. AFFF related lawsuit expected to be removed to the MDL |
| | Michigan | 8/1/2019 | Attorney General pursues environmental tort claims through RFP |
| **Personal Injury** | AL | N/A | Property damage claims in vicinity on AL plant. Case stems from 2002. Several other law suits (Chandler, Water Authority, King) are subsidiary to resolution of the St John case. Note that 3M settled the West Morgan water contamination case for $35m |
| | AL | N/A | Two lawsuits from local water authorities relating to contamination that resulted from 3M's role as a supplier of Scotchgard product to carpet manufacturers |
| | US | N/A | Related to Scotchgard related end use contamination |
| | MI, DE | 9/16/2019 | 3M named as a defendant related to contamination from the Wolverine facility due to its role as a supplier of Scotchgard product |
| | ME | N/A | Contamination of drinking water via 3M's role as a supplier of PFAS product |
| | OH | 10/4/2018 | Exposure to PFAS via AFFF. Motion filed to dismiss is pending |

Source: Wolfe Research, Company Documents, Court Documents



August 5, 2019

**Exhibit 6: 3M – Key Settled Cases:** We explore the decisions of key cases settled by 3M. We believe this will continue to be the preferred avenue for the company to avoid escalating headline risk and large jury trial payouts (e.g. Bayer/Monsanto, JNJ, etc.). The largest of the settlements came in 2018 in the company's home state of Minnesota. The $850m settlement also required priority actions to be taken to ensure safe drinking water and enhance natural resource preservation across the state. Aside from this, we note the large settlement in Decatur, AL, contiguous with its manufacturing site there, although the costs of the water system remediation varies widely.

| Location | Case Claims | Decision | Settlement | Date |
|---|---|---|---|---|
| Minnesota | 3M's production of chemicals had damaged drinking water and natural resources | <u>Priority 1</u> - ensure safe drinking water primarily focused on several cities. <u>Priority 2</u> - enhance natural resources | $850m | Feb-18 |
| Decatur, AL | 3M PFAS disposal entered local water supply | Settlement allows utility to build a new filtration system | ~$30m (est.) | Apr-19 |
| Lake Elmo, MN | Factory waste was dumped into county landfills | Increased pump capacity for contaminated well | $2.7m 180 acres of land | May-19 |

Source: Wolfe Research, Company Document, Star Tribune, Birmingham Business Journal

**WOLFE RESEARCH**

**Exhibit 7: 3M – Status of Key Personal Injury Cases:** Due to lack of transparency in many municipalities, it often becomes difficult to get push notifications on the status of different court rulings. We track many of the smaller, domino-like court cases across the United States that names 3M as a defendant. Many of these court cases have been ongoing for years and can impact one another through precedent rule. For example, the St. John case in Alabama will impact two other cases (Chandler and Stover) in the state. As the cases have stretched for years, it is difficult to know when such cases will come to resolution/judgement, but it is clear that the risk of adverse judgements could open the floodgates to other cases.

| Case | Location | Case Details | Status |
|------|----------|--------------|--------|
| St. John | AL | 2006: Amended previous case (2002) to be more precise with damage claims from Decatur plant. Former employee files putative class action lawsuit seeking unstated damages. 2015: Amended to include more defendants (BFI Waste Management; City of Decatur, Morgan County, Municipal Utilities Board, Decatur Utilities) | Pending |
| Chandler | AL | 2006: Putative class action suit by Morgan County residents | Abated; pending St. John resolution |
| Stover | AL | 2009: Residents of Franklin County file putative suit for compensatory damages and injunctive relief on Decatur's wastewater treatment and PFAS sludge reaching farmland | Abated; pending St. John resolution |
| King | AL | 2017: Putative class action suit against 3M, Daikin and West Morgan-East Lawrence Water & Sewer Authority. Claim disposal of PFOA in Decatur released chemicals into groundwater. | Pending |
| Trinity Property Owners | AL | 2018: Filed against 3M, Dyneon and 3 unnamed defendants for negligence, strict liability, trespass, etc. and seeking remediation | Dismissed |
| Putative | NY | Case in US District Court against 3M, Saint-Gobain, Honeywell and DuPont | Pending |
| Hoosick Falls | NY | Case in US District Court against 3M, Saint-Gobain, Honeywell and DuPont | Pending |
| Putative | MI | Against 3M, Wolverine World Wide for negligence, trespass, fraudulent concealment, etc. | Pending |
| Individual | MI | 214 private individual actions in Michigan State court based on similar allegations | Pending |
| Wolverine | MI | Third-party suit; Wolverine World Wide suing 3M for cleanup costs | Pending |
| Putative | DE | Contamination from Scotchgard - Wolverine Worldwide suing 3M as a supplier | Pending |
| Individual | MA | Federal Court case related to contamination of drinking water and dairy farm operations from wastewater | Pending |
| Putative | NJ | Contamination of private wells due to DuPont "Chamber Works" plant | Pending |
| Putative | OH | Seeking claims for negligence but not for personal injury or medical monitoring | Pending |

Source: Wolfe Research, Company Documents

Please help us protect your advantage...
**DO NOT Forward**



**August 5, 2019**

**Exhibit 8: Non-3M Damage Claims Related to PFAS:** Following the 2004 settlement of a class action lawsuit (Leach vs. DuPont), a $70m science panel set out to research the link between PFOA contamination and human disease. After reaching a conclusion in 2011/12 that there was a strong link, the original 70K plaintiffs in Virginia dwindled to 3,550. A settlement was then reached in 2017, which resulted in DuPont and Chemours paying $670m to the remaining plaintiffs, or ~$190k per claimant.

| Case | State | Case Type | Settlement | Settlement Date | Case Notes |
|---|---|---|---|---|---|
| Leach vs. DuPont | West Virgina | Class Action | $343m which includes $70m Science Panel | 2004 | Independent Science Panel to decide probable link<br>70K plantiffs |
| | | MDL | $670.7m | 2017 | Those with 5 linked diseases could proceed with further litigation.<br>Settled for ~$190k/claimant<br>3,550 plantiffs |

Source: Wolfe Research, Company Document

**Exhibit 9: State AG PFAS Liability Sensitivity:** Using 3M's $850m settlement with Minnesota in 1Q18, we extrapolate what the total damages could be for various other state AGs that have formally or are currently in the process of filing suits. We use a 30% haircut to the MN settlement due to lower manufacturing presences in other states, to come to our $5bn contingent litigation value. Click HERE to download our 3M PFAS liability settlement calculation table.

| Location | Settlement | Population (m) | Contamination Sites | High ($m) | Mid ($m) | Low ($m) | Settlement Date |
|---|---|---|---|---|---|---|---|
| **Minnesota** | **$850** | **5.61** | **39** | | | | **Feb-18** |
| New York | | 19.54 | 34 | 2,591 | 1,295 | 555 | |
| Ohio | | 11.69 | 8 | 1,362 | 681 | 292 | |
| Michigan | | 10.00 | 192 | 3,989 | 1,995 | 855 | |
| New Jersey | | 8.91 | 43 | 1,601 | 800 | 343 | |
| New Hampshire | | 1.36 | 12 | 327 | 163 | 70 | |
| Vermont | | 0.63 | 7 | 173 | 87 | 37 | |
| **Total** | | **58** | **335** | **10,043** | **5,021** | **2,152** | |

Source: Wolfe Research, Company Documents, Court Documents

**Please help us protect your advantage...**
**DO NOT Forward**