# Exhibit 29

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person*  THULIN INGE G | 2. Issuer Name **and** Ticker or Trading Symbol  3M CO [ MMM ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)        (First)        (Middle)  3M CENTER | 3. Date of Earliest Transaction (Month/Day/Year)  05/06/2014 | X    Director         10% Owner  X    Officer (give title below)    Other (specify below)  Chairman, President & CEO |
| (Street)  ST. PAUL        MN        55144-1000 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)  X    Form filed by One Reporting Person  Form filed by More than One Reporting Person |
| (City)        (State)        (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/06/2014 | | M | | 43,677[1] | A | $125.28 | 105,580 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.17 | 105,480 | D | |
| Common Stock | 05/06/2014 | | S | | 300[1] | D | $139.21 | 105,180 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.23 | 105,080 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.24 | 104,980 | D | |
| Common Stock | 05/06/2014 | | S | | 200[1] | D | $139.25 | 104,780 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.27 | 104,680 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.29 | 104,580 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.3 | 104,480 | D | |
| Common Stock | 05/06/2014 | | S | | 200[1] | D | $139.31 | 104,280 | D | |
| Common Stock | 05/06/2014 | | S | | 200[1] | D | $139.355 | 104,080 | D | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/06/2014 | | S | | 200[1] | D | $139.36 | 103,880 | D | |
| Common Stock | 05/06/2014 | | S | | 200[1] | D | $139.38 | 103,680 | D | |
| Common Stock | 05/06/2014 | | S | | 531[1] | D | $139.39 | 103,149 | D | |
| Common Stock | 05/06/2014 | | S | | 900[1] | D | $139.4 | 102,249 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.402 | 102,149 | D | |
| Common Stock | 05/06/2014 | | S | | 166[1] | D | $139.41 | 101,983 | D | |
| Common Stock | 05/06/2014 | | S | | 500[1] | D | $139.412 | 101,483 | D | |
| Common Stock | 05/06/2014 | | S | | 1,934[1] | D | $139.42 | 99,549 | D | |
| Common Stock | 05/06/2014 | | S | | 300[1] | D | $139.43 | 99,249 | D | |
| Common Stock | 05/06/2014 | | S | | 400[1] | D | $139.44 | 98,849 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.4421 | 98,749 | D | |
| Common Stock | 05/06/2014 | | S | | 516[1] | D | $139.45 | 98,233 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.452 | 98,133 | D | |
| Common Stock | 05/06/2014 | | S | | 600[1] | D | $139.46 | 97,533 | D | |
| Common Stock | 05/06/2014 | | S | | 200[1] | D | $139.4607 | 97,333 | D | |
| Common Stock | 05/06/2014 | | S | | 84[1] | D | $139.462 | 97,249 | D | |
| Common Stock | 05/06/2014 | | S | | 800[1] | D | $139.47 | 96,449 | D | |
| Common Stock | 05/06/2014 | | S | | 200[1] | D | $139.475 | 96,249 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on November 14, 2013.

## Remarks:

Form 4 filing 1 of 5

| | |
|---|---|
| George Ann Biros, attorney-in-fact for Inge G. Thulin | 05/07/2014 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| THULIN INGE G | 3M CO [ MMM ] | X  Director | 10% Owner |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X  Officer (give title below) | Other (specify below) |
| 3M CENTER | 05/06/2014 | Chairman, President & CEO | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| ST. PAUL    MN    55144-1000 | | X  Form filed by One Reporting Person | |
| (City)    (State)    (Zip) | | Form filed by More than One Reporting Person | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/06/2014 | | S | | 800[1] | D | $139.48 | 95,449 | D | |
| Common Stock | 05/06/2014 | | S | | 1,000[1] | D | $139.49 | 94,449 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.492 | 94,349 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.495 | 94,249 | D | |
| Common Stock | 05/06/2014 | | S | | 2,000[1] | D | $139.5 | 92,249 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.506 | 92,149 | D | |
| Common Stock | 05/06/2014 | | S | | 1,400[1] | D | $139.51 | 90,749 | D | |
| Common Stock | 05/06/2014 | | S | | 400[1] | D | $139.52 | 90,349 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.5225 | 90,249 | D | |
| Common Stock | 05/06/2014 | | S | | 600[1] | D | $139.53 | 89,649 | D | |
| Common Stock | 05/06/2014 | | S | | 1,000[1] | D | $139.54 | 88,649 | D | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.545 | 88,549 | D | |
| Common Stock | 05/06/2014 | | S | | 1,000[1] | D | $139.55 | 87,549 | D | |
| Common Stock | 05/06/2014 | | S | | 200[1] | D | $139.555 | 87,349 | D | |
| Common Stock | 05/06/2014 | | S | | 600[1] | D | $139.56 | 86,749 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.565 | 86,649 | D | |
| Common Stock | 05/06/2014 | | S | | 400[1] | D | $139.57 | 86,249 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.572 | 86,149 | D | |
| Common Stock | 05/06/2014 | | S | | 909[1] | D | $139.58 | 85,240 | D | |
| Common Stock | 05/06/2014 | | S | | 1,700[1] | D | $139.59 | 83,540 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.592 | 83,440 | D | |
| Common Stock | 05/06/2014 | | S | | 540[1] | D | $139.6 | 82,900 | D | |
| Common Stock | 05/06/2014 | | S | | 1,383[1] | D | $139.61 | 81,517 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.612 | 81,417 | D | |
| Common Stock | 05/06/2014 | | S | | 777[1] | D | $139.62 | 80,640 | D | |
| Common Stock | 05/06/2014 | | S | | 200[1] | D | $139.621 | 80,440 | D | |
| Common Stock | 05/06/2014 | | S | | 300[1] | D | $139.63 | 80,140 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.634 | 80,040 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.635 | 79,940 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on November 14, 2013.

## Remarks:

Form 4 filing 2 of 5

| | |
|---|---|
| George Ann Biros, attorney-in-fact for Inge G. Thulin | 05/07/2014 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
| --- | --- | --- | --- |
| THULIN INGE G | 3M CO [ MMM ] | X Director | 10% Owner |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 05/06/2014 | X Officer (give title below) | Other (specify below) |
| 3M CENTER | | Chairman, President & CEO | |
| (Street) ST. PAUL    MN    55144-1000 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| (City)    (State)    (Zip) | | X Form filed by One Reporting Person | |
| | | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/06/2014 | | S | | 600[1] | D | $139.64 | 79,340 | D | |
| Common Stock | 05/06/2014 | | S | | 600[1] | D | $139.65 | 78,740 | D | |
| Common Stock | 05/06/2014 | | S | | 300[1] | D | $139.66 | 78,440 | D | |
| Common Stock | 05/06/2014 | | S | | 500[1] | D | $139.67 | 77,940 | D | |
| Common Stock | 05/06/2014 | | S | | 300[1] | D | $139.68 | 77,640 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.684 | 77,540 | D | |
| Common Stock | 05/06/2014 | | S | | 500[1] | D | $139.69 | 77,040 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.695 | 76,940 | D | |
| Common Stock | 05/06/2014 | | S | | 500[1] | D | $139.7 | 76,440 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.706 | 76,340 | D | |
| Common Stock | 05/06/2014 | | S | | 800[1] | D | $139.71 | 75,540 | D | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.7121 | 75,440 | D | |
| Common Stock | 05/06/2014 | | S | | 400[1] | D | $139.72 | 75,040 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.725 | 74,940 | D | |
| Common Stock | 05/06/2014 | | S | | 300[1] | D | $139.73 | 74,640 | D | |
| Common Stock | 05/06/2014 | | S | | 300[1] | D | $139.74 | 74,340 | D | |
| Common Stock | 05/06/2014 | | S | | 500[1] | D | $139.75 | 73,840 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.7514 | 73,740 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.7525 | 73,640 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.756 | 73,540 | D | |
| Common Stock | 05/06/2014 | | S | | 500[1] | D | $139.76 | 73,040 | D | |
| Common Stock | 05/06/2014 | | S | | 500[1] | D | $139.77 | 72,540 | D | |
| Common Stock | 05/06/2014 | | S | | 900[1] | D | $139.78 | 71,640 | D | |
| Common Stock | 05/06/2014 | | S | | 800[1] | D | $139.79 | 70,840 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.7907 | 70,740 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.794 | 70,640 | D | |
| Common Stock | 05/06/2014 | | S | | 600[1] | D | $139.8 | 70,040 | D | |
| Common Stock | 05/06/2014 | | S | | 200[1] | D | $139.81 | 69,840 | D | |
| Common Stock | 05/06/2014 | | S | | 200[1] | D | $139.814 | 69,640 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on November 14, 2013.

## Remarks:

Form 4 filing 3 of 5

| | |
|---|---|
| George Ann Biros, attorney-in-fact for Inge G. Thulin | 05/07/2014 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| THULIN INGE G | 3M CO [ MMM ] | X Director | 10% Owner |
| (Last)  (First)  (Middle) | | X Officer (give title below) | Other (specify below) |
| 3M CENTER | 3. Date of Earliest Transaction (Month/Day/Year) 05/06/2014 | Chairman, President & CEO | |
| (Street) ST. PAUL   MN   55144-1000 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| (City)  (State)  (Zip) | | X Form filed by One Reporting Person | |
| | | Form filed by More than One Reporting Person | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/06/2014 | | S | | 500[(1)] | D | $139.82 | 69,140 | D | |
| Common Stock | 05/06/2014 | | S | | 301[(1)] | D | $139.83 | 68,839 | D | |
| Common Stock | 05/06/2014 | | S | | 500[(1)] | D | $139.84 | 68,339 | D | |
| Common Stock | 05/06/2014 | | S | | 700[(1)] | D | $139.85 | 67,639 | D | |
| Common Stock | 05/06/2014 | | S | | 400[(1)] | D | $139.86 | 67,239 | D | |
| Common Stock | 05/06/2014 | | S | | 100[(1)] | D | $139.864 | 67,139 | D | |
| Common Stock | 05/06/2014 | | S | | 500[(1)] | D | $139.87 | 66,639 | D | |
| Common Stock | 05/06/2014 | | S | | 600[(1)] | D | $139.88 | 66,039 | D | |
| Common Stock | 05/06/2014 | | S | | 100[(1)] | D | $139.8825 | 65,939 | D | |
| Common Stock | 05/06/2014 | | S | | 200[(1)] | D | $139.89 | 65,739 | D | |
| Common Stock | 05/06/2014 | | S | | 600[(1)] | D | $139.9 | 65,139 | D | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/06/2014 | | S | | 300[1] | D | $139.91 | 64,839 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.916 | 64,739 | D | |
| Common Stock | 05/06/2014 | | S | | 300[1] | D | $139.92 | 64,439 | D | |
| Common Stock | 05/06/2014 | | S | | 236[1] | D | $139.93 | 64,203 | D | |
| Common Stock | 05/06/2014 | | S | | 200[1] | D | $139.94 | 64,003 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.95 | 63,903 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.96 | 63,803 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $139.98 | 63,703 | D | |
| Common Stock | 05/06/2014 | | S | | 200[1] | D | $140 | 63,503 | D | |
| Common Stock | 05/06/2014 | | S | | 300[1] | D | $140.01 | 63,203 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $140.04 | 63,103 | D | |
| Common Stock | 05/06/2014 | | S | | 200[1] | D | $140.06 | 62,903 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $140.065 | 62,803 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $140.07 | 62,703 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $140.09 | 62,603 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $140.1 | 62,503 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $140.105 | 62,403 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $140.12 | 62,303 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on November 14, 2013.

## Remarks:

Form 4 filing 4 of 5

| | |
|---|---|
| George Ann Biros, attorney-in-fact for Inge G. Thulin | 05/07/2014 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| THULIN INGE G | 3M CO [ MMM ] | X Director    10% Owner |
| (Last)   (First)   (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below)    Other (specify below) |
| 3M CENTER | 05/06/2014 | Chairman, President & CEO |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| ST. PAUL   MN   55144-1000 | | X Form filed by One Reporting Person |
| (City)   (State)   (Zip) | | Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $140.17 | 62,203 | D | |
| Common Stock | 05/06/2014 | | S | | 100[1] | D | $140.18 | 62,103 | D | |
| Common Stock | 05/06/2014 | | S | | 200[1] | D | $140.22 | 61,903[2] | D | |
| Common Stock | | | | | | | | 1,442[3] | I | By 401k/paesop Trust |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-qualified Stock Option (Right to Buy) | $125.28 | 05/06/2014 | | M | | | 43,677 | 04/29/2014 | 05/09/2014 | Common Stock | 43,677 | $0 | 0 | D | |

**Explanation of Responses:**

1. The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on November 14, 2013.

2. Includes shares acquired under 3M's General Employee Stock Purchase Plan.

3. Includes shares acquired during the fiscal year pursuant to the 3M Voluntary Investment Plan.

## Remarks:

Form 4 filing 5 of 5

George Ann Biros, attorney-in-fact for Inge G. Thulin    05/07/2014

** Signature of Reporting Person         Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**