# Exhibit 30

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | | |
|---|---|---|---|---|
| THULIN INGE G | 3M CO [ MMM ] | X  Director | | 10% Owner |
| (Last)        (First)        (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X  Officer (give title below) | | Other (specify below) |
| 3M CENTER | 08/05/2014 | Chairman, President & CEO | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | | |
| ST. PAUL        MN        55144-1000 | | X  Form filed by One Reporting Person | | |
| (City)        (State)        (Zip) | | Form filed by More than One Reporting Person | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/05/2014 | | M | | 67,975 | A | $76.8 | 129,878 | D | |
| Common Stock | 08/05/2014 | | S | | 28 | D | $139.35 | 129,850 | D | |
| Common Stock | 08/05/2014 | | S | | 200 | D | $139.3514 | 129,650 | D | |
| Common Stock | 08/05/2014 | | S | | 500 | D | $139.37 | 129,150 | D | |
| Common Stock | 08/05/2014 | | S | | 400 | D | $139.38 | 128,750 | D | |
| Common Stock | 08/05/2014 | | S | | 800 | D | $139.39 | 127,950 | D | |
| Common Stock | 08/05/2014 | | S | | 400 | D | $139.4 | 127,550 | D | |
| Common Stock | 08/05/2014 | | S | | 272 | D | $139.41 | 127,278 | D | |
| Common Stock | 08/05/2014 | | S | | 100 | D | $139.4121 | 127,178 | D | |
| Common Stock | 08/05/2014 | | S | | 200 | D | $139.42 | 126,978 | D | |
| Common Stock | 08/05/2014 | | S | | 180 | D | $139.4214 | 126,798 | D | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/05/2014 | | S | | 500 | D | $139.43 | 126,298 | D | |
| Common Stock | 08/05/2014 | | S | | 200 | D | $139.4321 | 126,098 | D | |
| Common Stock | 08/05/2014 | | S | | 920 | D | $139.44 | 125,178 | D | |
| Common Stock | 08/05/2014 | | S | | 100 | D | $139.45 | 125,078 | D | |
| Common Stock | 08/05/2014 | | S | | 400 | D | $139.47 | 124,329 | D | |
| Common Stock | 08/05/2014 | | S | | 349 | D | $139.46 | 124,729 | D | |
| Common Stock | 08/05/2014 | | S | | 800 | D | $139.48 | 123,529 | D | |
| Common Stock | 08/05/2014 | | S | | 700 | D | $139.49 | 122,829 | D | |
| Common Stock | 08/05/2014 | | S | | 800 | D | $139.5 | 122,029 | D | |
| Common Stock | 08/05/2014 | | S | | 600 | D | $139.52 | 121,429 | D | |
| Common Stock | 08/05/2014 | | S | | 800 | D | $139.53 | 120,629 | D | |
| Common Stock | 08/05/2014 | | S | | 500 | D | $139.54 | 120,129 | D | |
| Common Stock | 08/05/2014 | | S | | 200 | D | $139.5421 | 119,929 | D | |
| Common Stock | 08/05/2014 | | S | | 300 | D | $139.55 | 119,629 | D | |
| Common Stock | 08/05/2014 | | S | | 500 | D | $139.56 | 119,129 | D | |
| Common Stock | 08/05/2014 | | S | | 700 | D | $139.57 | 118,429 | D | |
| Common Stock | 08/05/2014 | | S | | 800 | D | $139.58 | 117,629 | D | |
| Common Stock | 08/05/2014 | | S | | 1,500 | D | $139.59 | 116,129 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-qualified Stock Option (Right to Buy) | $76.8 | 08/05/2014 | | M | | | 67,975 | 05/10/2006 | 05/10/2015 | Common Stock | 67,975 | $0 | 0 | D | |

**Explanation of Responses:**

**Remarks:**

1 of 3

/s/ George Ann Biros, attorney-in-fact for Inge G. Thulin          08/06/2014

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| THULIN INGE G | 3M CO [ MMM ] | X Director | 10% Owner |
| (Last)          (First)          (Middle) | | X Officer (give title below) | Other (specify below) |
| 3M CENTER | 3. Date of Earliest Transaction (Month/Day/Year) 08/05/2014 | Chairman, President & CEO | |
| (Street) ST. PAUL          MN          55144-1000 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| | | X Form filed by One Reporting Person | |
| (City)          (State)          (Zip) | | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/05/2014 | | S | | 200 | D | $139.5907 | 115,929 | D | |
| Common Stock | 08/05/2014 | | S | | 1,400 | D | $139.6 | 114,529 | D | |
| Common Stock | 08/05/2014 | | S | | 100 | D | $139.6021 | 114,429 | D | |
| Common Stock | 08/05/2014 | | S | | 100 | D | $139.606 | 114,329 | D | |
| Common Stock | 08/05/2014 | | S | | 1,000 | D | $139.61 | 113,329 | D | |
| Common Stock | 08/05/2014 | | S | | 200 | D | $139.6121 | 113,129 | D | |
| Common Stock | 08/05/2014 | | S | | 1,400 | D | $139.62 | 111,729 | D | |
| Common Stock | 08/05/2014 | | S | | 200 | D | $139.6214 | 111,529 | D | |
| Common Stock | 08/05/2014 | | S | | 1,800 | D | $139.63 | 109,729 | D | |
| Common Stock | 08/05/2014 | | S | | 1,999 | D | $139.64 | 107,730 | D | |
| Common Stock | 08/05/2014 | | S | | 1,201 | D | $139.65 | 106,529 | D | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/05/2014 | | S | | 500 | D | $139.66 | 106,029 | D | |
| Common Stock | 08/05/2014 | | S | | 500 | D | $139.67 | 105,529 | D | |
| Common Stock | 08/05/2014 | | S | | 400 | D | $139.68 | 105,129 | D | |
| Common Stock | 08/05/2014 | | S | | 200 | D | $139.6828 | 104,929 | D | |
| Common Stock | 08/05/2014 | | S | | 1,300 | D | $139.69 | 103,629 | D | |
| Common Stock | 08/05/2014 | | S | | 200 | D | $139.6921 | 103,429 | D | |
| Common Stock | 08/05/2014 | | S | | 200 | D | $139.6993 | 103,229 | D | |
| Common Stock | 08/05/2014 | | S | | 2,400 | D | $139.7 | 100,829 | D | |
| Common Stock | 08/05/2014 | | S | | 1,300 | D | $139.71 | 99,529 | D | |
| Common Stock | 08/05/2014 | | S | | 100 | D | $139.7162 | 99,429 | D | |
| Common Stock | 08/05/2014 | | S | | 1,200 | D | $139.72 | 98,229 | D | |
| Common Stock | 08/05/2014 | | S | | 100 | D | $139.7262 | 98,129 | D | |
| Common Stock | 08/05/2014 | | S | | 1,200 | D | $139.73 | 96,929 | D | |
| Common Stock | 08/05/2014 | | S | | 2,400 | D | $139.74 | 94,529 | D | |
| Common Stock | 08/05/2014 | | S | | 100 | D | $139.744 | 94,429 | D | |
| Common Stock | 08/05/2014 | | S | | 2,900 | D | $139.75 | 91,529 | D | |
| Common Stock | 08/05/2014 | | S | | 3,581 | D | $139.76 | 87,948 | D | |
| Common Stock | 08/05/2014 | | S | | 400 | D | $139.7614 | 87,548 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

**Remarks:**

2 of 3

| | |
|---|---|
| /s/ George Ann Biros, attorney-in-fact for Inge G. Thulin | 08/06/2014 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| THULIN INGE G | 3M CO [ MMM ] | X Director | 10% Owner |
| (Last)   (First)   (Middle) | | X Officer (give title below) | Other (specify below) |
| 3M CENTER | 3. Date of Earliest Transaction (Month/Day/Year) 08/05/2014 | Chairman, President & CEO | |
| (Street) ST. PAUL   MN   55144-1000 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| (City)   (State)   (Zip) | | X Form filed by One Reporting Person | |
| | | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/05/2014 | | S | | 2,436 | D | $139.77 | 85,112 | D | |
| Common Stock | 08/05/2014 | | S | | 100 | D | $139.774 | 85,012 | D | |
| Common Stock | 08/05/2014 | | S | | 3,364 | D | $139.78 | 81,648 | D | |
| Common Stock | 08/05/2014 | | S | | 100 | D | $139.7814 | 81,548 | D | |
| Common Stock | 08/05/2014 | | S | | 100 | D | $139.7821 | 81,448 | D | |
| Common Stock | 08/05/2014 | | S | | 100 | D | $139.784 | 81,348 | D | |
| Common Stock | 08/05/2014 | | S | | 2,119 | D | $139.79 | 79,229 | D | |
| Common Stock | 08/05/2014 | | S | | 300 | D | $139.7914 | 78,929 | D | |
| Common Stock | 08/05/2014 | | S | | 2,013 | D | $139.8 | 76,916 | D | |
| Common Stock | 08/05/2014 | | S | | 187 | D | $139.8007 | 76,729 | D | |
| Common Stock | 08/05/2014 | | S | | 100 | D | $139.8021 | 76,629 | D | |

| Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **1. Title of Security (Instr. 3)** | **2. Transaction Date (Month/Day/Year)** | **2A. Deemed Execution Date, if any (Month/Day/Year)** | **3. Transaction Code (Instr. 8)** | | **4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5)** | | | **5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4)** | **6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4)** | **7. Nature of Indirect Beneficial Ownership (Instr. 4)** |
| | | | **Code** | **V** | **Amount** | **(A) or (D)** | **Price** | | | |
| Common Stock | 08/05/2014 | | S | | 101 | D | $139.8093 | 76,528 | D | |
| Common Stock | 08/05/2014 | | S | | 1,800 | D | $139.81 | 74,728 | D | |
| Common Stock | 08/05/2014 | | S | | 100 | D | $139.8162 | 74,628 | D | |
| Common Stock | 08/05/2014 | | S | | 1,800 | D | $139.82 | 72,828 | D | |
| Common Stock | 08/05/2014 | | S | | 1,500 | D | $139.83 | 71,328 | D | |
| Common Stock | 08/05/2014 | | S | | 200 | D | $139.8362 | 71,128 | D | |
| Common Stock | 08/05/2014 | | S | | 1,506 | D | $139.84 | 69,622 | D | |
| Common Stock | 08/05/2014 | | S | | 2,000 | D | $139.85 | 67,622 | D | |
| Common Stock | 08/05/2014 | | S | | 300 | D | $139.86 | 67,322 | D | |
| Common Stock | 08/05/2014 | | S | | 100 | D | $139.8614 | 67,222 | D | |
| Common Stock | 08/05/2014 | | S | | 200 | D | $139.87 | 67,022 | D | |
| Common Stock | 08/05/2014 | | S | | 1,700 | D | $139.88 | 65,322 | D | |
| Common Stock | 08/05/2014 | | S | | 1,600 | D | $139.89 | 63,722 | D | |
| Common Stock | 08/05/2014 | | S | | 200 | D | $139.894 | 63,522 | D | |
| Common Stock | 08/05/2014 | | S | | 1,400 | D | $139.9 | 62,122 | D | |
| Common Stock | 08/05/2014 | | S | | 100 | D | $139.91 | 62,022 | D | |
| Common Stock | 08/05/2014 | | S | | 100 | D | $139.92 | 61,922 | D | |
| Common Stock | 08/05/2014 | | S | | 19 | D | $139.94 | 61,903 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

**Remarks:**

3 of 3

|  |  |
|---|---|
| /s/ George Ann Biros, attorney-in-fact for Inge G. Thulin | 08/06/2014 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**