# Exhibit 33

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| THULIN INGE G | 3M CO [ MMM ] | X Director　　　　10% Owner |
| (Last)　　(First)　　(Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below)　　Other (specify below) |
| 3M CENTER | 02/09/2017 | Chairman, President &amp; CEO |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| ST. PAUL　　MN　　55144-1000 | | X　Form filed by One Reporting Person |
| (City)　　(State)　　(Zip) | | 　Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/09/2017 | | M | | 50,792 | A | $77.18 | 249,539 | D | |
| Common Stock | 02/09/2017 | | S | | 100 | D | $177.09 | 249,439 | D | |
| Common Stock | 02/09/2017 | | S | | 92 | D | $177.1 | 249,347 | D | |
| Common Stock | 02/09/2017 | | S | | 400 | D | $177.105 | 248,947 | D | |
| Common Stock | 02/09/2017 | | S | | 200 | D | $177.11 | 248,747 | D | |
| Common Stock | 02/09/2017 | | S | | 300 | D | $177.18 | 248,447 | D | |
| Common Stock | 02/09/2017 | | S | | 200 | D | $177.19 | 248,247 | D | |
| Common Stock | 02/09/2017 | | S | | 1,000 | D | $177.21 | 247,247 | D | |
| Common Stock | 02/09/2017 | | S | | 500 | D | $177.23 | 246,747 | D | |
| Common Stock | 02/09/2017 | | S | | 400 | D | $177.24 | 246,347 | D | |
| Common Stock | 02/09/2017 | | S | | 100 | D | $177.241 | 246,247 | D | |
| Common Stock | 02/09/2017 | | S | | 100 | D | $177.251 | 246,147 | D | |
| Common Stock | 02/09/2017 | | S | | 600 | D | $177.26 | 245,547 | D | |
| Common Stock | 02/09/2017 | | S | | 577 | D | $177.27 | 244,970 | D | |
| Common Stock | 02/09/2017 | | S | | 319 | D | $177.28 | 244,651 | D | |

| Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/09/2017 | | S | | 565 | D | $177.29 | 244,086 | D | |
| Common Stock | 02/09/2017 | | S | | 738 | D | $177.3 | 243,348 | D | |
| Common Stock | 02/09/2017 | | S | | 1,101 | D | $177.31 | 242,247 | D | |
| Common Stock | 02/09/2017 | | S | | 280 | D | $177.311 | 241,967 | D | |
| Common Stock | 02/09/2017 | | S | | 700 | D | $177.32 | 241,267 | D | |
| Common Stock | 02/09/2017 | | S | | 601 | D | $177.33 | 240,666 | D | |
| Common Stock | 02/09/2017 | | S | | 588 | D | $177.34 | 240,078 | D | |
| Common Stock | 02/09/2017 | | S | | 200 | D | $177.345 | 239,878 | D | |
| Common Stock | 02/09/2017 | | S | | 320 | D | $177.35 | 239,558 | D | |
| Common Stock | 02/09/2017 | | S | | 100 | D | $177.351 | 239,458 | D | |
| Common Stock | 02/09/2017 | | S | | 2,200 | D | $177.365 | 237,258 | D | |
| Common Stock | 02/09/2017 | | S | | 700 | D | $177.36 | 236,558 | D | |
| Common Stock | 02/09/2017 | | S | | 1,294 | D | $177.37 | 235,264 | D | |
| Common Stock | 02/09/2017 | | S | | 405 | D | $177.38 | 234,859 | D | |

| Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

**Remarks:**

1 of 3

/s/ Sheila B. Claugherty, attorney-in-fact for Inge G. Thulin    02/10/2017

** Signature of Reporting Person            Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

| | |
|---|---|
| ☐ | Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| THULIN INGE G | 3M CO [ MMM ] | X  Director          10% Owner |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X  Officer (give title below)    Other (specify below) |
| 3M CENTER | 02/09/2017 | Chairman, President &amp; CEO |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| ST. PAUL        MN        55144-1000 | | X  Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/09/2017 | | S | | 295 | D | $177.39 | 234,564 | D | |
| Common Stock | 02/09/2017 | | S | | 99 | D | $177.391 | 234,465 | D | |
| Common Stock | 02/09/2017 | | S | | 1,179 | D | $177.4 | 233,286 | D | |
| Common Stock | 02/09/2017 | | S | | 406 | D | $177.41 | 232,880 | D | |
| Common Stock | 02/09/2017 | | S | | 100 | D | $177.411 | 232,780 | D | |
| Common Stock | 02/09/2017 | | S | | 2,001 | D | $177.42 | 230,779 | D | |
| Common Stock | 02/09/2017 | | S | | 827 | D | $177.43 | 229,952 | D | |
| Common Stock | 02/09/2017 | | S | | 200 | D | $177.431 | 229,752 | D | |
| Common Stock | 02/09/2017 | | S | | 604 | D | $177.44 | 229,148 | D | |
| Common Stock | 02/09/2017 | | S | | 1,192 | D | $177.45 | 227,956 | D | |
| Common Stock | 02/09/2017 | | S | | 5,506 | D | $177.46 | 222,450 | D | |
| Common Stock | 02/09/2017 | | S | | 300 | D | $177.475 | 222,150 | D | |
| Common Stock | 02/09/2017 | | S | | 108 | D | $177.48 | 222,042 | D | |
| Common Stock | 02/09/2017 | | S | | 5,000 | D | $177.485 | 217,042 | D | |
| Common Stock | 02/09/2017 | | S | | 100 | D | $177.49 | 216,942 | D | |

| Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/09/2017 | | S | | 5,000 | D | $177.495 | 211,942 | D | |
| Common Stock | 02/09/2017 | | S | | 1,400 | D | $177.5 | 210,542 | D | |
| Common Stock | 02/09/2017 | | S | | 262 | D | $177.51 | 210,280 | D | |
| Common Stock | 02/09/2017 | | S | | 700 | D | $177.52 | 209,580 | D | |
| Common Stock | 02/09/2017 | | S | | 100 | D | $177.54 | 209,480 | D | |
| Common Stock | 02/09/2017 | | S | | 200 | D | $177.55 | 209,280 | D | |
| Common Stock | 02/09/2017 | | S | | 700 | D | $177.555 | 208,580 | D | |
| Common Stock | 02/09/2017 | | S | | 300 | D | $177.56 | 208,280 | D | |
| Common Stock | 02/09/2017 | | S | | 290 | D | $177.57 | 207,990 | D | |
| Common Stock | 02/09/2017 | | S | | 100 | D | $177.575 | 207,890 | D | |
| Common Stock | 02/09/2017 | | S | | 100 | D | $177.58 | 207,790 | D | |
| Common Stock | 02/09/2017 | | S | | 339 | D | $177.59 | 207,451 | D | |
| Common Stock | 02/09/2017 | | S | | 675 | D | $177.595 | 206,776 | D | |
| Common Stock | 02/09/2017 | | S | | 100 | D | $177.605 | 206,676 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

**Remarks:**

2 of 3

/s/ Sheila B. Claugherty, attorney-in-fact for Inge G. Thulin          02/10/2017

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| THULIN INGE G | 3M CO [ MMM ] | X  Director          10% Owner |
| (Last)          (First)          (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X  Officer (give title below)     Other (specify below) |
| 3M CENTER | 02/09/2017 | Chairman, President &amp; CEO |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| ST. PAUL          MN          55144-1000 | | X  Form filed by One Reporting Person |
| (City)          (State)          (Zip) | | ☐  Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/09/2017 | | S | | 100 | D | $177.6075 | 206,576 | D | |
| Common Stock | 02/09/2017 | | S | | 6,100 | D | $177.61 | 200,476 | D | |
| Common Stock | 02/09/2017 | | S | | 829 | D | $177.62 | 199,647 | D | |
| Common Stock | 02/09/2017 | | S | | 200 | D | $177.6228 | 199,447 | D | |
| Common Stock | 02/09/2017 | | S | | 200 | D | $177.625 | 199,247 | D | |
| Common Stock | 02/09/2017 | | S | | 200 | D | $177.63 | 199,047 | D | |
| Common Stock | 02/09/2017 | | S | | 200 | D | $177.635 | 198,847 | D | |
| Common Stock | 02/09/2017 | | S | | 100 | D | $177.65 | 198,747 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-qualified Stock Option (Right to Buy) | $77.18 | 02/09/2017 | | M | | | 50,792 | 05/13/2009 | 05/11/2018 | Common Stock | 50,792 | $0 | 0 | D | |

**Explanation of Responses:**

**Remarks:**

3 of 3

|  |  |
|---|---|
| /s/ Sheila B. Claugherty, attorney-in-fact for Inge G. Thulin | 02/10/2017 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**