# Exhibit 39

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| THULIN INGE G | 3M CO [ MMM ] | X Director          10% Owner |
| (Last)          (First)          (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below)     Other (specify below) |
| 3M CENTER | 01/31/2018 | Chairman, President & CEO |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| ST. PAUL     MN     55144-1000 | | X   Form filed by One Reporting Person |
| (City)     (State)     (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/31/2018 | | M | | 59,584 | A | $54.11 | 253,872.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 23,375 | D | $251.07 | 230,497.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 6 | D | $251.08 | 230,491.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 10 | D | $251.1 | 230,481.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 100 | D | $251.11 | 230,381.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 527 | D | $251.13 | 229,854.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 900 | D | $251.14 | 228,954.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 2,088 | D | $251.19 | 226,866.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 1,529 | D | $251.2 | 225,337.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 1,140 | D | $251.21 | 224,197.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 700 | D | $251.235 | 223,497.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 1,216 | D | $251.26 | 222,271.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 10 | D | $251.25 | 223,487.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 100 | D | $251.27 | 222,171.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 103 | D | $251.3 | 222,068.9578 | D | |

| Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/31/2018 | | S | | 200 | D | $251.34 | 221,868.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 100 | D | $251.38 | 221,768.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 300 | D | $251.43 | 221,368.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 100 | D | $251.39 | 221,668.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 285 | D | $251.5 | 221,083.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 300 | D | $251.51 | 220,783.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 301 | D | $251.52 | 220,482.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 175 | D | $251.53 | 220,307.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 411 | D | $251.54 | 219,896.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 100 | D | $251.55 | 219,796.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 160 | D | $251.56 | 219,636.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 100 | D | $251.57 | 219,536.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 700 | D | $251.58 | 218,836.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 200 | D | $251.59 | 218,636.9578 | D | |
| Common Stock | | | | | | | | 1,576 | I | By 401k/paesop Trust |

| Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

**Remarks:**

<span style="color:green">1 of 4</span>

/s/ Sheila B. Claugherty, attorney-in-fact for Inge G. Thulin     02/01/2018

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

| | |
|---|---|
| **FORM 4** | |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person[*]<br>THULIN INGE G | 2. Issuer Name **and** Ticker or Trading Symbol<br>3M CO [ MMM ] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable) |
|---|---|---|

| (Last) | (First) | (Middle) |
|---|---|---|
| 3M CENTER | | |

3. Date of Earliest Transaction (Month/Day/Year)
01/31/2018

| X | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chairman, President & CEO

(Street)
ST. PAUL    MN    55144-1000

4. If Amendment, Date of Original Filed (Month/Day/Year)

6. Individual or Joint/Group Filing (Check Applicable Line)

| X | Form filed by One Reporting Person |
|---|---|
| | Form filed by More than One Reporting Person |

(City)    (State)    (Zip)

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/31/2018 | | S | | 200 | D | $251.6 | 218,436.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 1,320 | D | $251.62 | 213,461.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 3,655 | D | $251.61 | 214,781.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 468 | D | $251.63 | 212,993.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 200 | D | $251.64 | 212,793.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 1,700 | D | $251.65 | 211,093.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 200 | D | $251.66 | 210,893.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 100 | D | $251.67 | 210,793.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 815 | D | $251.68 | 209,978.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 704 | D | $251.69 | 209,274.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 242 | D | $251.7 | 209,032.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 1,730 | D | $251.71 | 207,302.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 200 | D | $251.72 | 207,102.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 800 | D | $251.73 | 206,302.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 300 | D | $251.75 | 206,002.9578 | D | |

| Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/31/2018 | | S | | 2,091 | D | $251.76 | 203,911.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 100 | D | $251.762 | 203,811.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 100 | D | $251.765 | 203,711.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 2,010 | D | $251.77 | 201,701.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 292 | D | $251.78 | 201,409.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 200 | D | $251.79 | 201,209.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 3 | D | $251.83 | 201,206.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 303 | D | $251.86 | 200,903.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 105 | D | $251.87 | 200,798.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 306 | D | $251.88 | 200,492.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 1 | D | $251.89 | 200,491.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 11 | D | $251.9 | 200,480.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 500 | D | $251.92 | 199,980.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 210 | D | $251.93 | 199,770.9578 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

**Remarks:**

2 of 4

/s/ Sheila B. Claugherty, attorney-in-fact for Inge G. Thulin      02/01/2018

\*\* Signature of Reporting Person      Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**1. Name and Address of Reporting Person***
THULIN INGE G

| (Last) | (First) | (Middle) |
|---|---|---|

3M CENTER

(Street)

ST. PAUL          MN          55144-1000

| (City) | (State) | (Zip) |
|---|---|---|

**2. Issuer Name and Ticker or Trading Symbol**
3M CO [ MMM ]

**3. Date of Earliest Transaction (Month/Day/Year)**
01/31/2018

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer** (Check all applicable)

| X | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chairman, President & CEO

**6. Individual or Joint/Group Filing (Check Applicable Line)**

| X | Form filed by One Reporting Person |
|---|---|
| | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/31/2018 | | S | | 10 | D | $251.94 | 199,760.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 210 | D | $251.95 | 199,550.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 300 | D | $251.96 | 199,250.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 19 | D | $251.97 | 199,231.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 10 | D | $251.98 | 199,221.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 287 | D | $252 | 198,934.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 217 | D | $252.01 | 198,717.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 10 | D | $252.02 | 198,707.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 24 | D | $252.03 | 198,683.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 1 | D | $252.04 | 198,682.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 222 | D | $252.06 | 198,460.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 179 | D | $252.08 | 198,281.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 31 | D | $252.09 | 198,250.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 410 | D | $252.1 | 197,840.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 810 | D | $252.11 | 197,030.9578 | D | |

| Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/31/2018 | | S | | 429 | D | $252.12 | 196,601.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 210 | D | $252.13 | 196,391.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 102 | D | $252.14 | 196,289.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 10 | D | $252.16 | 196,279.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 201 | D | $252.17 | 196,078.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 10 | D | $252.18 | 196,068.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 110 | D | $252.19 | 195,958.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 1 | D | $252.2 | 195,957.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 298 | D | $252.21 | 195,659.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 300 | D | $252.23 | 195,359.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 600 | D | $252.24 | 194,759.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 220 | D | $252.25 | 194,539.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 200 | D | $252.26 | 194,339.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 7 | D | $252.27 | 194,332.9578 | D | |

| Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

**Remarks:**

3 of 4

/s/ Sheila B. Claugherty, attorney-in-fact for Inge G. Thulin        02/01/2018

\*\* Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

| | | |
|---|---|---|
| **FORM 4** | **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**<br>Washington, D.C. 20549 | OMB APPROVAL |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| THULIN INGE G | 3M CO [ MMM ] | X Director            10% Owner |
| (Last)        (First)        (Middle) | 3. Date of Earliest Transaction (Month/Day/Year)<br>01/31/2018 | X Officer (give title below)    Other (specify below)<br><br>Chairman, President & CEO |
| 3M CENTER | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| ST. PAUL        MN        55144-1000 | | X    Form filed by One Reporting Person |
| (City)        (State)        (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/31/2018 | | S | | 10 | D | $252.28 | 194,322.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 11 | D | $252.29 | 194,311.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 3 | D | $252.33 | 194,308.9578 | D | |
| Common Stock | 01/31/2018 | | S | | 20 | D | $252.34 | 194,288.9578[1] | D | |
| Common Stock | | | | | | | | 1,576[2] | I | By 401k/paesop Trust |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-qualified Stock Option (Right to Buy) | $54.11 | 01/31/2018 | | M | | | 59,584 | 02/09/2010 | 02/08/2019 | Common Stock | 59,584 | $0 | 0 | D | |

**Explanation of Responses:**

1. Includes shares acquired under 3M's General Employee Stock Purchase Plan.

2. Includes shares acquired pursuant to the 3M Voluntary Investment Plan.

**Remarks:**

4 of 4

| | |
|---|---|
| /s/ Sheila B. Claugherty, attorney-in-fact for Inge G. Thulin | 02/01/2018 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**