# Exhibit 40

SEC Form 4

**FORM 4**

| | |
|---|---|
| ☐ | Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Gangestad Nicholas C | 3M CO [ MMM ] | |

| (Last) | (First) | (Middle) |
|---|---|---|
| 3M CENTER | | |

| Director | | 10% Owner |
|---|---|---|
| X | Officer (give title below) | Other (specify below) |

**3. Date of Earliest Transaction (Month/Day/Year)**
02/01/2018

Sr. VP & CFO

| (Street) | | |
|---|---|---|
| ST. PAUL | MN | 55144-1000 |

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**6. Individual or Joint/Group Filing (Check Applicable Line)**

X   Form filed by One Reporting Person

Form filed by More than One Reporting Person

| (City) | (State) | (Zip) |
|---|---|---|

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/01/2018 | | M | | 1,681 | A | $78.72 | 23,561.7373 | D | |
| Common Stock | 02/01/2018 | | S | | 1,681 | D | $249.7596 | 21,880.7373 | D | |
| Common Stock | 02/01/2018 | | G | V | 1,500 | D | $0 | 20,380.7373[1][2] | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-qualified Stock Option (Right to Buy)[3] | $78.72 | 02/01/2018 | | M | | | 1,681 | 02/09/2011 | 02/07/2020 | Common Stock | 1,681 | $0 | 1,681 | D | |

**Explanation of Responses:**

1. Includes shares acquired under 3M's General Employee Stock Purchase Plan.
2. Includes dividend share equivalents, accrued quarterly, pursuant to 3M's Deferred Compensation Plan.
3. This option became exercisable in equal installments on each of the first three anniversaries of the grant date (2/9/2010).

| /s/ Sheila B. Claugherty, attorney-in-fact for Nicholas C. Gangestad | 02/02/2018 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**