# Exhibit 43

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* THULIN INGE G | 2. Issuer Name **and** Ticker or Trading Symbol 3M CO [ MMM ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
| --- | --- | --- |

1. Name and Address of Reporting Person*
**THULIN INGE G**

(Last)    (First)    (Middle)
**3M CENTER**

(Street)
**ST. PAUL      MN          55144-1000**

(City)      (State)      (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
**3M CO** [ MMM ]

3. Date of Earliest Transaction (Month/Day/Year)
01/31/2019

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
X  Director          10% Owner
X  Officer (give title below)    Other (specify below)
          Exec Chairman

6. Individual or Joint/Group Filing (Check Applicable Line)
X  Form filed by One Reporting Person
   Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/31/2019 | | M | | 13,290[1] | A | $78.72 | 243,747.8087 | D | |
| Common Stock | 01/31/2019 | | S | | 500[1] | D | $200.01 | 243,247.8087 | D | |
| Common Stock | 01/31/2019 | | S | | 6,090[1] | D | $200.02 | 237,157.8087 | D | |
| Common Stock | 01/31/2019 | | S | | 4,700[1] | D | $200.03 | 232,457.8087 | D | |
| Common Stock | 01/31/2019 | | S | | 1,288[1] | D | $200.0344 | 231,169.8087 | D | |
| Common Stock | 01/31/2019 | | S | | 712[1] | D | $200.05 | 230,457.8087 | D | |
| Common Stock | | | | | | | | 1,618 | I | By 401k/paesop Trust |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-qualified Stock Option (Right to Buy) | $78.72 | 01/31/2019 | | M | | | 13,290 | 02/09/2011 | 02/07/2020 | Common Stock | 13,290 | $0 | 25,083 | D | |

**Explanation of Responses:**

1. The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on August 15, 2018.

| | |
|---|---|
| /s/ Sheila B. Claugherty, attorney-in-fact for Inge G. Thulin | 02/01/2019 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**