# Exhibit 44

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Gangestad Nicholas C | 3M CO [ MMM ] | Director     10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 02/07/2019 | X Officer (give title below)    Other (specify below) |
| 3M CENTER (Street) | | Sr. VP & CFO |
| ST. PAUL   MN   55144-1000 (City) (State) (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person    Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) Code | V | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) Amount | (A) or (D) | Price | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock | 02/07/2019 | | G | V | 1,500 | D | $0 | 33,690.7564 | D | |
| Common Stock | 02/07/2019 | | S | | 2,800 | D | $201.4324 | 30,890.7564 | D | |
| Common Stock | 02/07/2019 | | S | | 100 | D | $201.4535 | 30,790.7564 | D | |
| Common Stock | 02/07/2019 | | S | | 100 | D | $201.4703 | 30,690.7564 | D | |
| Common Stock | 02/07/2019 | | M | | 1,681 | A | $78.72 | 32,371.7564 | D | |
| Common Stock | 02/07/2019 | | S | | 1,181 | D | $201.1459 | 31,190.7564 | D | |
| Common Stock | 02/07/2019 | | S | | 202 | D | $201.168 | 30,988.7564 | D | |
| Common Stock | 02/07/2019 | | S | | 98 | D | $201.1959 | 30,890.7564 | D | |
| Common Stock | 02/07/2019 | | S | | 100 | D | $201.2003 | 30,790.7564 | D | |
| Common Stock | 02/07/2019 | | S | | 100 | D | $201.2047 | 30,690.7564[1] | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) Date   Expiration | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) Amount or Number of | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | Code | V | (A) | (D) | Exercisable | Date | Title | Shares | | (Instr. 4) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-qualified Stock Option (Right to Buy)[2] | $78.72 | 02/07/2019 | | M | | | 1,681 | 02/09/2011 | 02/07/2020 | Common Stock | 1,681 | $0 | 0 | D | |

**Explanation of Responses:**

1. Includes shares acquired under 3M's General Employee Stock Purchase Plan.

2. This option became exercisable in equal installments on each of the first three anniversaries of the grant date (2/9/2010).

/s/ Sheila B. Claugherty, attorney-in-fact for Nicholas C. Gangestad     02/11/2019

\*\* Signature of Reporting Person     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**