# Exhibit 46

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
| --- | --- | --- |
| THULIN INGE G | 3M CO [ MMM ] | X  Director | 10% Owner |
| | 3. Date of Earliest Transaction (Month/Day/Year) | X  Officer (give title below) | Other (specify below) |
| (Last)            (First)            (Middle) | 03/29/2019 | Exec Chairman |
| 3M CENTER | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | X  Form filed by One Reporting Person |
| ST. PAUL      MN       55144-1000 | | Form filed by More than One Reporting Person |
| (City)       (State)       (Zip) | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/29/2019 | | S | | 6 | D | $208.28 | 268,187.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.445 | 268,087.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.49 | 267,987.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.51 | 267,887.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.53 | 267,787.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 200 | D | $208.67 | 267,587.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 150 | D | $208.8 | 267,437.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 50 | D | $208.81 | 267,387.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 200 | D | $208.82 | 267,187.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.86 | 267,087.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 150 | D | $208.89 | 266,937.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 200 | D | $208.92 | 266,737.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 50 | D | $208.93 | 266,687.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $209.05 | 266,587.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $209.06 | 266,487.5914 | D | |

| Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/29/2019 | | M | | 25,083 | A | $78.72 | 291,570.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 700 | D | $207.27 | 290,870.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 1,200 | D | $207.285 | 289,670.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 600 | D | $207.3 | 289,070.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 300 | D | $207.315 | 288,770.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 28 | D | $207.34 | 288,742.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $207.345 | 288,642.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 400 | D | $207.35 | 288,242.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 29 | D | $207.45 | 288,213.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $207.69 | 288,113.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $207.7 | 288,013.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $207.705 | 287,913.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 300 | D | $207.72 | 287,613.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 200 | D | $207.725 | 287,413.5914 | D | |
| Common Stock | | | | | | | | 1,629[1] | I | By 401k/paesop Trust |

| Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Includes shares acquired pursuant to the 3M Voluntary Investment Plan.

**Remarks:**

1 of 5

| | |
|---|---|
| /s/ Sheila B. Claugherty, attorney-in-fact for Inge G. Thulin | 04/01/2019 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| THULIN INGE G | 3M CO [ MMM ] | |

| | | |
|---|---|---|
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 03/29/2019 | |
| 3M CENTER | | |

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

| X | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |
| | Exec Chairman | | |

| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
|---|---|---|
| ST. PAUL    MN    55144-1000 | | X  Form filed by One Reporting Person |
| (City) (State) (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/29/2019 | | S | | 200 | D | $207.77 | 287,213.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 300 | D | $207.815 | 286,913.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $207.83 | 286,813.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $207.89 | 286,713.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208 | 286,613.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.01 | 286,513.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 88 | D | $208.02 | 286,425.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 12 | D | $208.03 | 286,413.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 900 | D | $208.05 | 285,513.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 608 | D | $208.06 | 284,905.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 200 | D | $208.07 | 284,705.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.075 | 284,605.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 87 | D | $208.08 | 284,518.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 200 | D | $208.09 | 284,318.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 900 | D | $208.1 | 283,418.5914 | D | |

| Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/29/2019 | | S | | 300 | D | $208.105 | 283,118.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 800 | D | $208.11 | 282,318.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 300 | D | $208.115 | 282,018.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 200 | D | $208.12 | 281,818.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 200 | D | $208.125 | 281,618.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 326 | D | $208.13 | 281,292.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 300 | D | $208.14 | 280,992.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 200 | D | $208.145 | 280,792.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 420 | D | $208.15 | 280,372.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 174 | D | $208.16 | 280,198.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.1675 | 280,098.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 700 | D | $208.17 | 279,398.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.175 | 279,298.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.1775 | 279,198.5914 | D | |

| Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

**Remarks:**

2 of 5

/s/ Sheila B. Claugherty, attorney-in-fact for Inge G. Thulin        04/01/2019

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| THULIN INGE G | 3M CO [ MMM ] | X Director | 10% Owner |
| (Last)      (First)      (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below) | Other (specify below) |
| 3M CENTER | 03/29/2019 | Exec Chairman | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| ST. PAUL      MN      55144-1000 | | X Form filed by One Reporting Person | |
| (City)      (State)      (Zip) | | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/29/2019 | | S | | 510 | D | $208.18 | 278,688.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 111 | D | $208.19 | 278,577.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 300 | D | $208.195 | 278,277.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 300 | D | $208.2 | 277,977.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.2075 | 277,877.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 320 | D | $208.21 | 277,557.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.215 | 277,457.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 60 | D | $208.22 | 277,397.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.225 | 277,297.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 300 | D | $208.23 | 276,997.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 200 | D | $208.235 | 276,797.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 200 | D | $208.24 | 276,597.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.25 | 276,497.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 170 | D | $208.27 | 276,327.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 304 | D | $208.28 | 276,023.5914 | D | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.29 | 275,923.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 400 | D | $208.3 | 275,523.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 300 | D | $208.31 | 275,123.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.305 | 275,423.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 300 | D | $208.315 | 274,823.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 300 | D | $208.32 | 274,523.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 200 | D | $208.325 | 274,323.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.335 | 274,223.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.3475 | 273,940.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 183 | D | $208.34 | 274,040.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 417 | D | $208.35 | 273,523.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 200 | D | $208.355 | 273,323.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.365 | 273,223.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 59 | D | $208.37 | 273,164.5914 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

**Remarks:**

3 of 5

/s/ Sheila B. Claugherty, attorney-in-fact for Inge G. Thulin     04/01/2019

** Signature of Reporting Person              Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| THULIN INGE G | 3M CO [ MMM ] | X Director | 10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below) | Other (specify below) |
| 3M CENTER | 03/29/2019 | Exec Chairman | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| ST. PAUL        MN        55144-1000 | | X Form filed by One Reporting Person | |
| (City) (State) (Zip) | | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.375 | 273,064.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 544 | D | $208.38 | 272,520.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 200 | D | $208.39 | 272,320.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 800 | D | $208.395 | 271,520.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.43 | 271,420.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 300 | D | $208.45 | 271,120.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 241 | D | $208.46 | 270,879.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.465 | 270,779.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.47 | 270,679.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 200 | D | $208.49 | 270,479.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 67 | D | $208.53 | 270,412.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 33 | D | $208.54 | 270,379.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 100 | D | $208.55 | 270,279.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 43 | D | $208.57 | 270,236.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 278 | D | $208.58 | 269,958.5914 | D | |

| Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/29/2019 | | s | | 200 | D | $208.6 | 269,758.5914 | D | |
| Common Stock | 03/29/2019 | | s | | 79 | D | $208.62 | 269,679.5914 | D | |
| Common Stock | 03/29/2019 | | s | | 400 | D | $208.63 | 269,279.5914 | D | |
| Common Stock | 03/29/2019 | | s | | 200 | D | $208.66 | 269,079.5914 | D | |
| Common Stock | 03/29/2019 | | s | | 300 | D | $208.67 | 268,779.5914 | D | |
| Common Stock | 03/29/2019 | | s | | 100 | D | $208.68 | 268,679.5914 | D | |
| Common Stock | 03/29/2019 | | s | | 250 | D | $208.69 | 268,429.5914 | D | |
| Common Stock | 03/29/2019 | | s | | 100 | D | $208.7 | 268,329.5914 | D | |
| Common Stock | 03/29/2019 | | s | | 50 | D | $208.71 | 268,279.5914 | D | |
| Common Stock | 03/29/2019 | | s | | 90 | D | $208.72 | 268,189.5914 | D | |
| Common Stock | 03/29/2019 | | s | | 110 | D | $208.73 | 268,079.5914 | D | |
| Common Stock | 03/29/2019 | | s | | 100 | D | $208.76 | 267,979.5914 | D | |
| Common Stock | 03/29/2019 | | s | | 100 | D | $208.79 | 267,879.5914 | D | |
| Common Stock | 03/29/2019 | | s | | 200 | D | $208.81 | 267,679.5914 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

**Remarks:**

4 of 5

/s/ Sheila B. Claugherty, attorney-in-fact for Inge G. Thulin          04/01/2019

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| THULIN INGE G | 3M CO [ MMM ] | |

| (Last) | (First) | (Middle) |
|---|---|---|

3M CENTER
(Street)

ST. PAUL      MN      55144-1000
(City)      (State)      (Zip)

3. Date of Earliest Transaction (Month/Day/Year)
03/29/2019

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

X Director     10% Owner
X Officer (give title below)     Other (specify below)
Exec Chairman

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/29/2019 | | S | | 184 | D | $208.82 | 267,495.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 50 | D | $208.83 | 267,445.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 88 | D | $208.86 | 267,357.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 172 | D | $208.91 | 267,185.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 228 | D | $208.92 | 266,957.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 200 | D | $209.05 | 266,757.5914 | D | |
| Common Stock | 03/29/2019 | | S | | 270 | D | $209.06 | 266,487.5914[1] | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-qualified Stock Option (Right to Buy) | $78.72 | 03/29/2019 | | M | | | 25,083 | 02/09/2011 | 02/07/2020 | Common Stock | 25,083 | $0 | 0 | D | |

**Explanation of Responses:**
1. Includes shares acquired under 3M's General Employee Stock Purchase Plan.

**Remarks:**

5 of 5

| | |
|---|---|
| /s/ Sheila B. Claugherty, attorney-in-fact for Inge G. Thulin | 04/01/2019 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**