# Exhibit 47

DEF 14A 1 a2223285zdef14a.htm DEF 14A

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# SCHEDULE 14A

Proxy Statement Pursuant to Section 14(a) of
the Securities Exchange Act of 1934

Filed by the Registrant ☒

Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐ Preliminary Proxy Statement

☐ **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒ Definitive Proxy Statement

☐ Definitive Additional Materials

☐ Soliciting Material Pursuant to §240.14a-12

---

**3M Company**

(Name of Registrant as Specified In Its Charter)

**N/A**

(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check the appropriate box):

☒ No fee required.

☐ Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

    (1) Title of each class of securities to which transaction applies:

    (2) Aggregate number of securities to which transaction applies:

    (3) Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

    (4) Proposed maximum aggregate value of transaction:

    (5) Total fee paid:

☐ Fee paid previously with preliminary materials.

☐ Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

    (1) Amount Previously Paid:

**Inge G. Thulin**
Chairman of the Board, President and
Chief Executive Officer

 March 25, 2015

Dear Stockholder:

We are pleased to invite you to attend 3M's Annual Meeting of Stockholders, which will be held on Tuesday, May 12, 2015, at 10:00 a.m., Central Daylight Time at a **new location at the Palmer Events Center, 900 Barton Springs Road, Austin, Texas 78704.** Our Electronics and Energy Business Group is headquartered in Austin, Texas and we are excited about having our Annual Meeting in Austin for the second time. We will also provide a live webcast of the meeting.

Details regarding admission to the meeting and the business to be conducted are provided in the accompanying Notice of Annual Meeting and Proxy Statement. We will report on Company operations and discuss our future plans. There will also be time for your questions and comments.

We sincerely hope you will be able to join us at the Annual Meeting. The fine attendance of our stockholders at annual meetings over the years has been very helpful in maintaining good communication. **For information on how to attend the Annual Meeting, or listen to the live webcast, please read ''Annual Meeting Admission'' on page 1 of the accompanying Proxy Statement.** Your vote is important. Whether or not you plan to attend the Annual Meeting, please vote as soon as possible. You may vote your proxy on the Internet, by telephone, or, if this Proxy Statement was mailed to you, by completing and mailing the enclosed traditional proxy card. Please review the instructions on the proxy card or the electronic proxy material delivery notice regarding each of these voting options.

Thank you for your ongoing support of 3M.

Sincerely,

## SECURITY OWNERSHIP OF MANAGEMENT

The following table includes all 3M stock-based holdings, as of February 28, 2015, of the directors and the Named Executive Officers set forth in the Summary Compensation Table, and the directors and executive officers as a group.

### Common Stock and Total Stock-Based Holdings

| Name and Principal Position | Stock(1) | Restricted Stock Units(2) | Deferred Stock(3) | Total(4) |
|---|---|---|---|---|
| Linda G. Alvarado, Director | 16,890 | — | 10,037 | 26,927 |
| Sondra L. Barbour, Director | — | — | 412 | 412 |
| Thomas ''Tony'' K. Brown, Director | — | — | 1,631 | 1,631 |
| Vance D. Coffman, Director | 6,118 | — | 33,710 | 39,828 |
| Michael L. Eskew, Director | — | — | 28,591 | 28,591 |
| Herbert L. Henkel, Director | — | — | 24,498 | 24,498 |
| Muhtar Kent, Director | — | — | 4,023 | 4,023 |
| Edward M. Liddy, Director | — | — | 43,806 | 43,806 |
| Robert J. Ulrich, Director | 12,781 | — | 6,453 | 19,234 |
| Inge G. Thulin, Director, Chairman of the Board, President and Chief Executive Officer | 774,500 | — | 39,372 | 813,872 |
| Nicholas C. Gangestad, Senior Vice President and Chief Financial Officer | 35,854 | — | 3,246 | 39,100 |
| David W. Meline, Former Senior Vice President and Chief Financial Officer | 173,077 | — | 30,870 | 203,947 |
| Hak Cheol Shin, Executive Vice President | 383,943 | 12,646 | — | 396,589 |
| Julie L. Bushman, Senior Vice President | 134,350 | 12,646 | — | 146,996 |
| Michael G. Vale, Executive Vice President | 115,209 | 15,733 | — | 130,942 |
| All Directors and Executive Officers as a Group (28 persons)(5) | 2,762,675 | 137,541 | 239,777 | 3,139,993 |

### FOOTNOTES TO COMMON STOCK AND TOTAL STOCK-BASED HOLDINGS TABLE

**(1)** This column lists beneficial ownership of 3M common stock as calculated under Securities and Exchange Commission rules. Unless otherwise noted, voting power and investment power in the shares are exercisable solely by the named person, and none of the shares are pledged as security by the named person. In accordance with Securities and Exchange Commission rules, this column also includes shares that may be acquired pursuant to stock options that are or will be exercisable within 60 days of February 28, 2015, as follows: Mr. Thulin 712,019, Mr. Gangestad 29,710, Mr. Meline 173,077, Mr. Shin 331,679, Ms. Bushman 105,483, and Mr. Vale 106,288.

(2)  This column reflects restricted stock units that generally vest over a three- to five-year period, assuming continued employment until each vesting date (or until the individual retires from the Company, in some cases). The executive officers do not have voting power with respect to the shares listed in this column.

(3)  This column reflects shares earned by the directors as a result of their service on the Board of Directors, the payout of which has been deferred until following the termination of their membership on the Board of Directors. This column also includes the following shares of the Company's common stock which the executive officers are entitled to receive following their retirement from the Company as a result of their election to defer the payout of their 2010, 2011 and/or 2012 performance share awards under the 2008 Long-Term Incentive Plan: Mr. Thulin 39,372, Mr. Gangestad 3,246, Mr. Meline 30,870, and All Directors and Executive Officers as a Group 86,616. Neither the directors nor the executive officers have voting power with respect to the shares listed in this column.

(4)  This column shows the individual's total 3M stock-based holdings, including the securities shown in the ''Stock'' column (as described in note 1), in the ''Restricted Stock Units'' column (as described in note 2), and in the ''Deferred Stock'' column (as described in note 3).

(5)  Each director and executive officer individually, and All Directors and Executive Officers as a Group, beneficially owned less than one percent of the outstanding common stock of the Company.

## SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS

The following table sets forth information regarding beneficial owners of more than 5 percent of the outstanding shares of 3M common stock.

| Name/Address | Common Stock Beneficially Owned | Percent of Class |
|---|---|---|
| State Street Corporation(1)<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111 | 49,753,937 | 7.8 |
| The Vanguard Group(2)<br>100 Vanguard Blvd.<br>Malvern, PA 19355 | 39,984,727 | 6.23 |
| BlackRock, Inc.(3)<br>40 East 52nd Street<br>New York, NY 10022 | 38,979,264 | 6.1 |

(1)  In a Schedule 13G filed with the Securities and Exchange Commission on February 12, 2015, State Street Corporation reported that, as of December 31, 2014, it and its direct and indirect subsidiaries, acting in various capacities, had shared voting power and shared dispositive power with respect to 49,753,937 shares of 3M common stock, of which 16,367,934 shares were held as trustee for certain 3M savings plans, including the Company's Voluntary Investment Plan and Employee Stock Ownership Plan, a 401(k) retirement savings plan. State Street Bank and Trust Company, an affiliate of State Street Corporation (''State Street Bank'') provides custody, investment management, and corporate finance services to the Company and a number of employee benefit plans sponsored by the Company and its affiliates. The 3M Employee Retirement Income Plan, the 3M Voluntary Investment Plan and Employee Stock Ownership Plan, the 3M Savings Plan, and the 3M Employee Welfare Benefit Association utilize State Street Global Advisors, an affiliate of State Street Bank, as an investment manager for their respective employee benefit plans. State Street Bank also provides custody services for the Company's defined contribution plans in the U.S. Further, State Street Bank and Trust Company is a participant of 3M Company's $2.25 billion revolving credit agreement dated August 5, 2014. In total,