# Exhibit 48



**3M** Science.
Applied to Life.™

# 2016 NOTICE OF ANNUAL MEETING & PROXY STATEMENT

**3M** Science.
Applied to Life.™

# STOCK OWNERSHIP INFORMATION

## SECURITY OWNERSHIP OF MANAGEMENT

The following table includes all 3M stock based holdings, as of February 29, 2016, of the directors and the Named Executive Officers set forth in the Summary Compensation Table, and the directors and executive officers as a group.

### COMMON STOCK AND TOTAL STOCK-BASED HOLDINGS

| NAME AND PRINCIPAL POSITION | STOCK(1) | RESTRICTED STOCK UNITS(2) | DEFERRED STOCK(3) | TOTAL(4) |
|---|---|---|---|---|
| Linda G. Alvarado, Director | 17,740 | — | 10,792 | 28,532 |
| Sondra L. Barbour, Director | — | — | 1,406 | 1,406 |
| Thomas "Tony" K. Brown, Director | — | — | 2,657 | 2,657 |
| Vance D. Coffman, Director | 6,282 | — | 36,465 | 42,747 |
| David B. Dillon, Director | — | — | 415 | 415 |
| Michael L. Eskew, Director | — | — | 31,442 | 31,442 |
| Herbert L. Henkel, Director | — | — | 27,077 | 27,077 |
| Muhtar Kent, Director | — | — | 5,901 | 5,901 |
| Edward M. Liddy, Director | — | — | 46,826 | 46,826 |
| Gregory R. Page, Director(5) | 1,000 | | 66 | 1,066 |
| Robert J. Ulrich, Director | 14,536 | — | 6,622 | 21,158 |
| Patricia A. Woertz, Director(5) | — | — | — | — |
| Inge G. Thulin, Director, Chairman of the Board, President and Chief Executive Officer | 936,204 | — | 88,604 | 1,024,808 |
| Nicholas C. Gangestad, Senior Vice President and Chief Financial Officer | 62,000 | — | 11,207 | 73,207 |
| Michael A. Kelly, Former Executive Vice President | 329,625 | — | 13,474 | 343,099 |
| Michael G. Vale, Executive Vice President | 162,533 | 12,646 | — | 175,179 |
| Joaquin Delgado, Executive Vice President | 248,149 | 24,507 | — | 272,656 |
| All Directors and Executive Officers as a Group (30 persons)(6) | 3,106,073 | 110,222 | 282,954 | 3,499,249 |

### FOOTNOTES TO COMMON STOCK AND TOTAL STOCK-BASED HOLDINGS TABLE

*(1) This column lists beneficial ownership of 3M common stock as calculated under Securities and Exchange Commission rules. Unless otherwise noted, voting power and investment power in the shares are exercisable solely by the named person, and none of the shares are pledged as security by the named person. In accordance with Securities and Exchange Commission rules, this column also includes shares that may be acquired pursuant to stock options that are or will be exercisable within 60 days of February 29, 2016, as follows: Mr. Thulin 873,513, Mr. Gangestad 55,579, Mr. Kelly 298,501, Mr. Vale 145,822, and Mr. Delgado 226,328.*

*(2) This column reflects restricted stock units that generally vest over a three- to five-year period, assuming continued employment until each vesting date (or until the individual retires from the Company, in some cases). The executive officers do not have voting power with respect to the shares listed in this column.*

(3) This column reflects shares earned by the directors as a result of their service on the Board of Directors, the payout of which has been deferred until following the termination of their membership on the Board of Directors. This column also includes the following shares of the Company's common stock which the executive officers are entitled to receive following their retirement from the Company as a result of their election to defer the payout of their 2010, 2012 and/or 2013 performance share awards under the 2008 Long-Term Incentive Plan: Mr. Thulin 88,604 Mr. Gangestad 11,207, and Mr. Kelly 13,474, and All Directors and Executive Officers as a Group 282,954. Neither the directors nor the executive officers have voting power with respect to the shares listed in this column.

(4) This column shows the individual's total 3M stock-based holdings, including the securities shown in the "Stock" column (as described in note 1), in the "Restricted Stock Units" column (as described in note 2), and in the "Deferred Stock" column (as described in note 3).

(5) Gregory R. Page was elected by the Board effective February 1, 2016, and Patricia A. Woertz was elected effective at the close of the Board meeting on February 2, 2016.

(6) Each director and executive officer individually, and All Directors and Executive Officers as a Group, beneficially owned less than one percent of the outstanding common stock of the Company.

## SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS

The following table sets forth information regarding beneficial owners of more than 5 percent of the outstanding shares of 3M common stock.

| NAME/ADDRESS | COMMON STOCK BENEFICIALLY OWNED | PERCENT OF CLASS |
|---|---|---|
| State Street Corporation(1)<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111 | 45,251,374 | 7.4 |
| The Vanguard Group(2)<br>100 Vanguard Blvd.<br>Malvern, PA 19355 | 40,626,344 | 6.59 |
| BlackRock, Inc.(3)<br>40 East 52nd Street<br>New York, NY 10022 | 34,893,814 | 5.7 |

(1) In a Schedule 13G/A filed with the Securities and Exchange Commission on February 12, 2016, State Street Corporation reported that, as of December 31, 2015, it and its direct and indirect subsidiaries, acting in various capacities, had shared voting power with respect to 44,784,794 shares of 3M common stock and shared dispositive power with respect to 45,251,374 shares of 3M common stock, of which 15,631,984 shares were held as trustee for certain 3M savings plans, including the Company's Voluntary Investment Plan and Employee Stock Ownership Plan and the 3M Savings Plan, which are 401(k) retirement savings plans. State Street Bank and Trust Company, an affiliate of State Street Corporation ("State Street Bank") provides custody, investment management, and corporate finance services to the Company and a number of employee benefit plans sponsored by the Company and its affiliates. The 3M Employee Retirement Income Plan, the 3M Voluntary Investment Plan and Employee Stock Ownership Plan, the 3M Savings Plan, and the 3M Employee Welfare Benefit Association utilize State Street Global Advisors, an affiliate of State Street Bank, as an investment manager for their respective employee benefit plans. State Street Bank also provides custody services for the Company's defined contribution plans in the U.S. Further, State Street Bank and Trust Company is a participant of 3M Company's $3.75 billion revolving credit agreement dated March 9, 2016. In total, the Company and the various employee benefit plans paid fees of $2.3 million to State Street Bank and its affiliates in 2015. The fees paid are regularly reviewed by the Company and the fiduciaries of the employee benefit plans and are determined to be reasonable for the services provided.

(2) In a Schedule 13G/A filed with the Securities and Exchange Commission on February 10, 2016, The Vanguard Group reported that, as of December 31, 2015, it had sole voting power with respect to 1,155,567 shares, sole dispositive power with respect to 39,400,109 shares, and shared dispositive power with respect to 1,226,235 shares. Vanguard provides investment management services to the Company's defined contribution plans in the U.S. through co-mingled mutual fund vehicles. The 3M Voluntary Investment Plan and Employee Stock Ownership Plan and the 3M Savings Plan use these investments in their defined contribution investment choices. Fees paid for investment management of these funds are incorporated into the fund NAV on a daily basis and fully disclosed as an expense ratio for the funds. As a result, these fees are paid by participants in the Company's defined contribution plans and are not paid by the Company. The total amount of the fees will fluctuate based on the plan participant allocation decisions. The fees are regularly reviewed by the fiduciaries of the retirement plans and are determined to be reasonable for the services provided.

(3) In a Schedule 13G/A filed with the Securities and Exchange Commission on February 10, 2016, BlackRock, Inc. reported that, as of December 31, 2015, it had sole voting power with respect to 29,370,220 shares and sole dispositive power with respect to 34,893,814 shares. BlackRock, Inc. and its affiliates provide investment management services to several employee benefit plans sponsored by the Company and its Canadian affiliate. The 3M Employee Retirement Income Plan, the 3M Voluntary Investment Plan and Employee Stock Ownership Plan, the 3M Savings Plan and the 3M Canada Company Master Trust utilize these investment management services. In total, the various employee benefit plans paid fees of $3.5 million in 2015 to BlackRock, Inc. and its affiliates, a majority of which was paid by the participants in the U.S. Voluntary Investment Plan and Employee Stock Ownership Plan. The fees paid are regularly reviewed by the fiduciaries of the employee benefit plans and are determined to be reasonable for the services provided.

STOCK OWNERSHIP INFORMATION