# Exhibit 49

**3M** Science.
Applied to Life.™

**2017** Notice of
Annual Meeting &
**Proxy Statement**

## 2016 Outstanding Equity Awards at Fiscal Year-End Table

| NAME | OPTION AWARDS | | | | STOCK AWARDS | | | |
|---|---|---|---|---|---|---|---|---|
| | NUMBER OF SECURITIES UNDERLYING UNEXERCISED OPTIONS (#) EXERCISABLE | NUMBER OF SECURITIES UNDERLYING UNEXERCISED OPTIONS (#) UNEXERCISABLE | OPTION EXERCISE PRICE ($) | OPTION EXPIRATION DATE | NUMBER OF SHARES OR UNITS OF STOCK THAT HAVE NOT VESTED (#) | MARKET VALUE OF SHARES OR UNITS OF STOCK THAT HAVE NOT VESTED ($)(1) | EQUITY INCENTIVE PLAN AWARDS: NUMBER OF UNEARNED SHARES, UNITS OR OTHER RIGHTS THAT HAVE NOT VESTED (#) | EQUITY INCENTIVE PLAN AWARDS: MARKET OR PAYOUT VALUE OF UNEARNED SHARES, UNITS OR OTHER RIGHTS THAT HAVE NOT VESTED ($)(1) |
| Inge G. Thulin | | | | | | | 34,507(6) | 6,161,915 |
| | | | | | | | 34,464(7) | 6,154,236 |
| | 50,792 | 0 | 77.18 | 05/13/2018 | | | | |
| | 59,584 | 0 | 54.11 | 02/08/2019 | | | | |
| | 50,166 | 0 | 78.72 | 02/07/2020 | | | | |
| | 43,560 | 0 | 89.47 | 02/08/2021 | | | | |
| | 204,804 | 0 | 87.89 | 02/07/2022 | | | | |
| | 204,950 | 0 | 101.49 | 02/03/2023 | | | | |
| | 137,445 | 68,723(2) | 126.72 | 02/02/2024 | | | | |
| | 76,454 | 152,910(3) | 165.94 | 02/03/2025 | | | | |
| | - | 245,116(4) | 147.87 | 02/02/2026 | | | | |
| Nicholas C. Gangestad | | | | | | | 9,255(6) | 1,652,665 |
| | | | | | | | 9,788(7) | 1,747,843 |
| | 2,888 | 0 | 77.18 | 05/13/2018 | | | | |
| | 4,004 | 0 | 54.11 | 02/08/2019 | | | | |
| | 3,362 | 0 | 78.72 | 02/07/2020 | | | | |
| | 3,092 | 0 | 89.47 | 02/08/2021 | | | | |
| | 6,219 | 0 | 87.89 | 02/07/2022 | | | | |
| | 6,505 | 0 | 101.49 | 02/03/2023 | | | | |
| | 6,394 | 3,198(2) | 126.72 | 02/02/2024 | | | | |
| | 20,503 | 41,009(3) | 165.94 | 02/03/2025 | | | | |
| | - | 69,611(4) | 147.87 | 02/02/2026 | | | | |

EXECUTIVE COMPENSATION

EXECUTIVE COMPENSATION

| | OPTION AWARDS | | | | STOCK AWARDS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | NUMBER OF SECURITIES UNDERLYING UNEXERCISED OPTIONS (#) EXERCISABLE | NUMBER OF SECURITIES UNDERLYING UNEXERCISED OPTIONS (#) UNEXERCISABLE | OPTION EXERCISE PRICE ($) | OPTION EXPIRATION DATE | NUMBER OF SHARES OR UNITS OF STOCK THAT HAVE NOT VESTED (#) | MARKET VALUE OF SHARES OR UNITS OF STOCK THAT HAVE NOT VESTED ($)(1) | EQUITY INCENTIVE PLAN AWARDS: NUMBER OF UNEARNED SHARES, UNITS OR OTHER RIGHTS THAT HAVE NOT VESTED (#) | EQUITY INCENTIVE PLAN AWARDS: MARKET OR PAYOUT VALUE OF UNEARNED SHARES, UNITS OR OTHER RIGHTS THAT HAVE NOT VESTED ($)(1) |
| Michael F. Roman | | | | | | | 5,994(6) | 1,070,349 |
| | | | | | | | 6,778(7) | 1,210,347 |
| | 6,604 | 0 | 77.18 | 05/13/2018 | | | | |
| | 4,944 | 0 | 54.11 | 02/08/2019 | | | | |
| | 8,906 | 0 | 78.72 | 02/07/2020 | | | | |
| | 10,067 | 0 | 89.47 | 02/08/2021 | | | | |
| | 9,747 | 0 | 87.89 | 02/07/2022 | | | | |
| | 10,610 | 0 | 101.49 | 02/03/2023 | | | | |
| | 17,244 | 8,623(2) | 126.72 | 02/02/2024 | | | | |
| | 13,281 | 26,565(3) | 165.94 | 02/03/2025 | | | | |
| | - | 48,206(4) | 147.87 | 02/02/2026 | | | | |
| | | | | | 12,646(5) | 2,258,196 | | |
| Joaquin Delgado | | | | | | | 7,295(6) | 1,302,668 |
| | | | | | | | 8,033(7) | 1,434,453 |
| | 8,440 | 0 | 77.18 | 05/13/2018 | | | | |
| | 47,390 | 0 | 78.72 | 02/07/2020 | | | | |
| | 43,106 | 0 | 89.47 | 02/08/2021 | | | | |
| | 36,126 | 0 | 87.89 | 02/07/2022 | | | | |
| | 35,490 | 0 | 101.49 | 02/03/2023 | | | | |
| | 21,618 | 10,810(2) | 126.72 | 02/02/2024 | | | | |
| | 16,162 | 32,327(3) | 165.94 | 02/03/2025 | | | | |
| | - | 57,136(4) | 147.87 | 02/02/2026 | | | | |
| Michael G. Vale | | | | | | | 7,493(6) | 1,338,025 |
| | | | | | | | 8,251(7) | 1,473,381 |
| | 8,440 | 0 | 77.18 | 05/13/2018 | | | | |
| | 8,444 | 0 | 54.11 | 02/08/2019 | | | | |
| | 8,906 | 0 | 78.72 | 02/07/2020 | | | | |
| | 7,812 | 0 | 89.47 | 02/08/2021 | | | | |
| | 30,875 | 0 | 87.89 | 02/07/2022 | | | | |
| | 43,705 | 0 | 101.49 | 02/03/2023 | | | | |
| | 21,039 | 10,520(2) | 126.72 | 02/02/2024 | | | | |
| | 16,601 | 33,203(3) | 165.94 | 02/03/2025 | | | | |
| | - | 58,684(4) | 147.87 | 02/02/2026 | | | | |
| | | | | | 12,646(5) | 2,258,196 | | |

## FOOTNOTES TO 2016 OUTSTANDING EQUITY AWARDS AT FISCAL YEAR-END TABLE

*(1) The market value of performance shares or RSUs that have not vested was determined by multiplying the closing price of a share of 3M common stock on the NYSE for December 30, 2016 ($178.57), by the number of performance shares or RSUs shown, respectively.*

*(2) These stock options vested in full on February 4, 2017.*

*(3) These stock options vested or will vest in installments of one-half on February 3, 2017, and February 3, 2018.*

*(4) These stock options vested or will vest in installments of one-third on each of February 2, 2017, February 2, 2018, and February 2, 2019.*

*(5) These restricted stock units will vest in full on December 1, 2019, assuming continued employment.*

*(6) The shares of 3M common stock to be delivered as a result of the Company's performance over the three-year performance period ending December 31, 2017, will not vest until December 31, 2017. Under the terms of the 2008 Long-Term Incentive Plan, these shares of 3M common stock will be delivered no later than March 15, 2018. In accordance with the Securities and Exchange Commission's regulations, the number of shares and payout value for these performance shares reflect the target payout under the formula for this grant since the Company's performance during the first two years of the three-year performance period exceeded the threshold levels for this grant.*

*(7) The shares of 3M common stock to be delivered as a result of the Company's performance over the three-year performance period ending December 31, 2018, will not vest until December 31, 2018. Under the terms of the 2008 Long-Term Incentive Plan, these shares of 3M common stock will be delivered no later than March 15, 2019. In accordance with the Securities and Exchange Commission's regulations, the number of shares and payout value for these performance shares reflect the target payout under the formula for this grant since the Company's performance during the first year of the three-year performance period exceeded the threshold levels for this grant.*

## 2016 Option Exercises and Stock Vested Table

| | OPTION EXERCISES AND STOCK VESTED | | | |
| | OPTION AWARDS | | STOCK AWARDS | |
| NAME | NUMBER OF SHARES ACQUIRED ON EXERCISE (#) | VALUE REALIZED ON EXERCISE ($) (1) | NUMBER OF SHARES ACQUIRED ON VESTING (#) | VALUE REALIZED ON VESTING ($) (2) |
|---|---|---|---|---|
| Inge G. Thulin | 45,758(3) | 3,901,684 | 47,663(8) | 8,511,214 |
| Nicholas C. Gangestad | 2,612(4) | 213,505 | 10,702(9) | 1,910,991 |
| Michael F. Roman | 5,536(5) | 508,283 | 6,752(10) | 1,205,758 |
| Joaquin Delgado | 17,996(6) | 1,790,827 | 32,866(11) | 5,903,367 |
| Michael G. Vale | 2,156(7) | 150,968 | 8,359(12) | 1,492,597 |

### FOOTNOTES TO 2016 OPTION EXERCISES AND STOCK VESTED TABLE

*(1) The amounts shown as Value Realized on Exercise were determined by multiplying the number of shares acquired on exercise by the difference between the market price of a share of 3M common stock on the exercise date and the per share exercise price of the options.*

*(2) The amounts shown as Value Realized on Vesting were determined by multiplying the number of shares acquired on vesting by the market price of a share of 3M common stock on the vesting date.*

*(3) The stock options exercised by Mr. Thulin were granted on May 8, 2007, and had an exercise price of $84.78 per share.*

*(4) The stock options exercised by Mr. Gangestad were granted on May 8, 2007, and had an exercise price of $84.78 per share.*

*(5) The stock options exercised by Mr. Roman were granted on May 9, 2006, and May 8, 2007, and had exercise prices between $84.78 and $87.35 per share.*

*(6) The stock options exercised by Mr. Delgado were granted on May 8, 2007, and February 9, 2009, and had exercise prices between $54.11 and $84.78 per share.*

*(7) The stock options exercised by Mr. Vale were granted on May 8, 2007, and had an exercise price of $84.78 per share.*

*(8) Reflects the number of shares earned by Mr. Thulin upon the vesting of performance shares granted to him under the 2008 Long-Term Incentive Plan. All 47,663 of these shares were attributable to his 2014 performance shares for which the three-year performance period was completed on December 31, 2016. Mr. Thulin previously elected to defer receipt of all of these shares until following his termination of employment.*

*(9) Reflects the number of shares earned by Mr. Gangestad upon the vesting of performance shares granted to him under the 2008 Long-Term Incentive Plan. All 10,702 of these shares were attributable to his 2014 performance shares for which the three-year performance period was completed on December 31, 2016.*

*(10) Reflects the number of shares earned by Mr. Roman upon the vesting of performance shares granted to him under the 2008 Long-Term Incentive Plan. All 6,752 of these shares were attributable to his 2014 performance shares for which the three-year performance period was completed on December 31, 2016. Mr. Roman previously elected to defer receipt of all of these shares until following his termination of employment.*

*(11) These shares were acquired by Mr. Delgado upon the vesting of restricted stock units and performance shares granted to him under the 2008 Long-Term Incentive Plan. Of this total number of shares, 24,507 were attributable to restricted stock units granted on September 1, 2011, and 8,359 were attributable to his 2014 performance shares for which the three-year performance period was completed on December 31, 2016.*

*(12) Reflects the number of shares earned by Mr. Vale upon the vesting of performance shares granted to him under the 2008 Long-Term Incentive Plan. All 8,359 of these shares were attributable to his 2014 performance shares for which the three-year performance period was completed on December 31, 2016. Mr. Vale previously elected to defer receipt of all these shares until following his termination of employment.*

EXECUTIVE COMPENSATION

# STOCK OWNERSHIP INFORMATION

## Security Ownership of Management

The following table includes all 3M stock based holdings, as of February 28, 2017, of the directors and the Named Executive Officers set forth in the Summary Compensation Table, and the directors and executive officers as a group.

### Common Stock and Total Stock-Based Holdings

| NAME AND PRINCIPAL POSITION | STOCK(1) | RESTRICTED STOCK UNITS(2) | DEFERRED STOCK(3) | TOTAL(4) | PERCENT OF CLASS |
|---|---|---|---|---|---|
| Sondra L. Barbour, Director | — | — | 2,416 | 2,416 | (5) |
| Thomas "Tony" K. Brown, Director | — | — | 3,700 | 3,700 | (5) |
| Vance D. Coffman, Director | 6,446 | — | 39,185 | 45,631 | (5) |
| David B. Dillon, Director | — | — | 1,398 | 1,398 | (5) |
| Michael L. Eskew, Director | — | — | 34,265 | 34,265 | (5) |
| Herbert L. Henkel, Director | — | — | 29,640 | 29,640 | (5) |
| Muhtar Kent, Director | — | — | 7,794 | 7,794 | (5) |
| Edward M. Liddy, Director | — | — | 49,855 | 49,855 | (5) |
| Gregory R. Page, Director | 1,000 | — | 1,321 | 2,321 | (5) |
| Robert J. Ulrich, Director | 16,221 | — | 6,797 | 23,018 | (5) |
| Patricia A. Woertz, Director | 876 | — | — | 876 | (5) |
| Inge G. Thulin, Director, Chairman of the Board, President and Chief Executive Officer | 1,066,714 | — | 136,576 | 1,203,290 | (5) |
| Nicholas C. Gangestad, Senior Vice President and Chief Financial Officer | 106,978 | — | 11,507 | 118,485 | (5) |
| Michael F. Roman, Executive Vice President | 125,396 | 12,646 | 6,499 | 144,541 | (5) |
| Joaquin Delgado, Executive Vice President | 280,618 | — | — | 280,618 | (5) |
| Michael G. Vale, Executive Vice President | 199,246 | 12,646 | 8,047 | 219,939 | (5) |
| All Directors and Executive Officers as a Group (27 persons) | 3,190,595 | 67,466 | 351,915 | 3,609,976 | (5) |

FOOTNOTES TO COMMON STOCK AND TOTAL STOCK-BASED HOLDINGS TABLE

(1) This column lists beneficial ownership of 3M common stock as calculated under Securities and Exchange Commission rules. Unless otherwise noted, voting power and investment power in the shares are exercisable solely by the named person, and none of the shares are pledged as security by the named person. In accordance with Securities and Exchange Commission rules, this column also includes shares that may be acquired pursuant to stock options that are or will be exercisable within 60 days of February 28, 2017, as follows: Mr. Thulin 1,003,846, Mr. Gangestad 96,984, Mr. Roman 119,376, Mr. Delgado 245,910, and Mr. Vale 184,064.

(2) This column reflects restricted stock units that generally vest over a three- to five-year period, assuming continued employment until each vesting date (or until the individual retires from the Company, in some cases). The executive officers do not have voting power with respect to the shares listed in this column.

(3) This column reflects shares earned by the directors as a result of their service on the Board of Directors, the payout of which has been deferred until following the termination of their membership on the Board of Directors. This column also includes the following shares of the Company's common stock which the executive officers are entitled to receive following their retirement from the Company as a result of their election to defer the payout of their performance share awards granted under the Company's long-term incentive plan: Mr. Thulin 136,576, Mr. Gangestad 11,507, Mr. Roman 6,499, and Mr. Vale 8,047, and All Directors and Executive Officers as a Group 351,915. Neither the directors nor the executive officers have voting power with respect to the shares listed in this column.

(4) This column shows the individual's total 3M stock-based holdings, including the securities shown in the "Stock" column (as described in note 1), in the "Restricted Stock Units" column (as described in note 2), and in the "Deferred Stock" column (as described in note 3).

(5) Each director and executive officer individually, and All Directors and Executive Officers as a Group, beneficially owned less than one percent of the outstanding common stock of the Company.

STOCK OWNERSHIP INFORMATION