# Exhibit 50

**3M** Science.
Applied to Life.™

# 2018

# Notice of Annual Meeting
# & Proxy Statement

**TIME AND DATE**
8:30 a.m., Eastern Daylight Time
Tuesday, May 8, 2018

**PLACE**
Conrad Indianapolis
50 West Washington Street
Indianapolis, Indiana 46204

## 2017 Outstanding Equity Awards at Fiscal Year-End Table

| NAME | OPTION AWARDS | | | | STOCK AWARDS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NUMBER OF SECURITIES UNDERLYING UNEXERCISED OPTIONS (#) EXERCISABLE | NUMBER OF SECURITIES UNDERLYING UNEXERCISED OPTIONS (#) UNEXERCISABLE | OPTION EXERCISE PRICE ($) | OPTION EXPIRATION DATE | NUMBER OF SHARES OR UNITS OF STOCK THAT HAVE NOT VESTED (#) | MARKET VALUE OF SHARES OR UNITS OF STOCK THAT HAVE NOT VESTED ($)(1) | EQUITY INCENTIVE PLAN AWARDS: NUMBER OF UNEARNED SHARES, UNITS OR OTHER RIGHTS THAT HAVE NOT VESTED (#) | EQUITY INCENTIVE PLAN AWARDS: MARKET OR PAYOUT VALUE OF UNEARNED SHARES, UNITS OR OTHER RIGHTS THAT HAVE NOT VESTED ($)(1) |
| Inge G. Thulin | | | | | | | 68,928(7) | 16,223,583 |
| | | | | | | | 63,206(8) | 14,876,796 |
| | 59,584 | 0 | 54.11 | 02/08/2019 | | | | |
| | 50,166 | 0 | 78.72 | 02/07/2020 | | | | |
| | 43,560 | 0 | 89.47 | 02/08/2021 | | | | |
| | 204,804 | 0 | 87.89 | 02/07/2022 | | | | |
| | 204,950 | 0 | 101.49 | 02/03/2023 | | | | |
| | 206,168 | 0 | 126.72 | 02/02/2024 | | | | |
| | 152,909 | 76,455(2) | 165.94 | 02/03/2025 | | | | |
| | 81,705 | 163,411(3) | 147.87 | 02/02/2026 | | | | |
| | — | 255,329(4) | 175.76 | 02/06/2027 | | | | |
| Nicholas C. Gangestad | | | | | | | 19,576(7) | 4,607,603 |
| | | | | | | | 19,372(8) | 4,559,588 |
| | 3,362 | 0 | 78.72 | 02/07/2020 | | | | |
| | 3,092 | 0 | 89.47 | 02/08/2021 | | | | |
| | 6,219 | 0 | 87.89 | 02/07/2022 | | | | |
| | 6,505 | 0 | 101.49 | 02/03/2023 | | | | |
| | 9,592 | 0 | 126.72 | 02/02/2024 | | | | |
| | 41,007 | 20,505(2) | 165.94 | 02/03/2025 | | | | |
| | 23,203 | 46,408(3) | 147.87 | 02/02/2026 | | | | |
| | | 78,252(4) | 175.76 | 02/06/2027 | | | | |
| | | | | | 6,221(5) | 1,464,237 | | |
| Frank R. Little | | | | | | | 12,848(7) | 3,024,034 |
| | | | | | | | 15,346(8) | 3,611,988 |
| | 2,146 | 0 | 89.47 | 02/08/2021 | | | | |
| | 8,332 | 0 | 87.89 | 02/07/2022 | | | | |
| | 9,795 | 0 | 101.49 | 02/03/2023 | | | | |
| | 30,690 | 0 | 126.72 | 02/02/2024 | | | | |
| | 25,853 | 12,927(2) | 165.94 | 02/03/2025 | | | | |
| | 15,229 | 30,460(3) | 147.87 | 02/02/2026 | | | | |
| | — | 61,990(4) | 175.76 | 02/06/2027 | | | | |
| | | | | | 4,977(5) | 1,171,436 | | |

EXECUTIVE COMPENSATION

| NAME | OPTION AWARDS | | | | STOCK AWARDS | | | |
|---|---|---|---|---|---|---|---|---|
| | NUMBER OF SECURITIES UNDERLYING UNEXERCISED OPTIONS (#) EXERCISABLE | NUMBER OF SECURITIES UNDERLYING UNEXERCISED OPTIONS (#) UNEXERCISABLE | OPTION EXERCISE PRICE ($) | OPTION EXPIRATION DATE | NUMBER OF SHARES OR UNITS OF STOCK THAT HAVE NOT VESTED (#) | MARKET VALUE OF SHARES OR UNITS OF STOCK THAT HAVE NOT VESTED ($)(1) | EQUITY INCENTIVE PLAN AWARDS: NUMBER OF UNEARNED SHARES, UNITS OR OTHER RIGHTS THAT HAVE NOT VESTED (#) | EQUITY INCENTIVE PLAN AWARDS: MARKET OR PAYOUT VALUE OF UNEARNED SHARES, UNITS OR OTHER RIGHTS THAT HAVE NOT VESTED ($)(1) |
| Michael F. Roman | | | | | | | 13,556(7) | 3,190,676 |
| | | | | | | | 12,934(8) | 3,044,276 |
| | 6,604 | 0 | 77.18 | 05/13/2018 | | | | |
| | 4,944 | 0 | 54.11 | 02/08/2019 | | | | |
| | 8,906 | 0 | 78.72 | 02/07/2020 | | | | |
| | 10,067 | 0 | 89.47 | 02/08/2021 | | | | |
| | 9,747 | 0 | 87.89 | 02/07/2022 | | | | |
| | 10,610 | 0 | 101.49 | 02/03/2023 | | | | |
| | 25,867 | 0 | 126.72 | 02/02/2024 | | | | |
| | 26,563 | 13,283(2) | 165.94 | 02/03/2025 | | | | |
| | 16,068 | 32,138(3) | 147.87 | 02/02/2026 | | | | |
| | — | 52,249(4) | 175.76 | 02/06/2027 | | | | |
| | | | | | 12,646(6) | 2,976,489 | | |
| Hak Cheol Shin | | | | | | | 13,202(7) | 3,107,355 |
| | | | | | | | 12,606(8) | 2,967,074 |
| | 58,772 | 0 | 54.11 | 02/08/2019 | | | | |
| | 57,587 | 0 | 78.72 | 02/07/2020 | | | | |
| | 49,595 | 0 | 89.47 | 02/08/2021 | | | | |
| | 46,314 | 0 | 87.89 | 02/07/2022 | | | | |
| | 38,450 | 0 | 101.49 | 02/03/2023 | | | | |
| | 32,428 | 0 | 126.72 | 02/02/2024 | | | | |
| | 26,563 | 13,283(2) | 165.94 | 02/03/2025 | | | | |
| | 15,649 | 31,299(3) | 147.87 | 02/02/2026 | | | | |
| | — | 50,921(4) | 175.76 | 02/06/2027 | | | | |
| | | | | | 12,646(6) | 2,976,489 | | |

FOOTNOTES TO 2017 OUTSTANDING EQUITY AWARDS AT FISCAL YEAR-END TABLE

(1) The market value of performance shares or RSUs that have not vested was determined by multiplying the closing price of a share of 3M common stock on the NYSE for December 29, 2017 ($235.37), by the number of performance shares or RSUs shown, respectively.

(2) These stock options vested in full on February 3, 2018.

(3) These stock options vested or will vest in installments of one-half on February 2, 2018, and February 2, 2019.

(4) These stock options vested or will vest in installments of one-third on each of February 6, 2018, February 6, 2019, and February 6, 2020.

(5) These restricted stock units will vest in installments of one-half on December 1, 2020, and December 1, 2022, provided that the holder remains in employment with 3M through such date.

(6) These restricted stock units will vest in full on December 1, 2019, provided that the holder remains in employment with 3M through such date.

(7) The shares of 3M common stock to be delivered as a result of the Company's performance over the three-year performance period ending December 31, 2018, will not vest until December 31, 2018. Under the terms of the awards, these shares of 3M common stock will be delivered no later than March 15, 2019, unless deferred by the executive. In accordance with the Securities and Exchange Commission's regulations, the number of shares and payout value for these performance shares reflect the maximum payout under the formula for this grant since the Company's performance during the first two years of the three-year performance period exceeded the target levels for this grant.

(8) The shares of 3M common stock to be delivered as a result of the Company's performance over the three-year performance period ending December 31, 2019, will not vest until December 31, 2019. Under the terms of the 2016 Long-Term Incentive Plan and the applicable award agreement, these shares of 3M common stock will be delivered no later than March 15, 2020, unless deferred by the executive. In accordance with the Securities and Exchange Commission's regulations, the number of shares and payout value for these performance shares reflect the maximum payout under the formula for this grant since the Company's performance during the first year of the three-year performance period exceeded the target levels for this grant.

# STOCK OWNERSHIP INFORMATION

## Security Ownership of Management

The following table includes all 3M stock based holdings, as of February 28, 2018, of the directors and the Named Executive Officers set forth in the Summary Compensation Table, and the directors and executive officers as a group.

### Common Stock and Total Stock-Based Holdings

| NAME AND PRINCIPAL POSITION | STOCK(1) | RESTRICTED STOCK UNITS(2) | DEFERRED STOCK(3) | TOTAL(4) | PERCENT OF CLASS |
|---|---|---|---|---|---|
| Sondra L. Barbour, Director | — | — | 3,345 | 3,345 | (5) |
| Thomas "Tony" K. Brown, Director | — | — | 4,659 | 4,659 | (5) |
| Vance D. Coffman, Director | 6,591 | — | 41,611 | 48,202 | (5) |
| David B. Dillon, Director | — | — | 2,303 | 2,303 | (5) |
| Michael L. Eskew, Director | — | — | 36,813 | 36,813 | (5) |
| Herbert L. Henkel, Director | — | — | 31,841 | 31,841 | (5) |
| Amy E. Hood, Director | 24 | — | 308 | 332 | (5) |
| Muhtar Kent, Director | — | — | 9,580 | 9,580 | (5) |
| Edward M. Liddy, Director | — | — | 52,636 | 52,636 | (5) |
| Gregory R. Page, Director | 1,000 | — | 2,537 | 3,537 | (5) |
| Patricia A. Woertz, Director | 1,738 | — | — | 1,738 | (5) |
| Inge G. Thulin, Director, Chairman of the Board, President and Chief Executive Officer | 1,243,705 | — | 173,001 | 1,416,706 | (5) |
| Nicholas C. Gangestad, Senior Vice President and Chief Financial Officer | 173,457 | 6,221 | 14,005 | 193,683 | (5) |
| Frank R. Little Executive Vice President | 148,432 | 8,710 | — | 157,142 | (5) |
| Michael F. Roman, Chief Operating Officer and Executive Vice President | 167,443 | 12,646 | 12,421 | 192,510 | (5) |
| Hak Cheol Shin, Vice Chair and Executive Vice President | 378,591 | 12,646 | — | 391,237 | (5) |
| All Directors and Executive Officers as a Group (28 persons) | 3,779,838 | 78,393 | 430,035 | 4,288,266 | (5) |

FOOTNOTES TO COMMON STOCK AND TOTAL STOCK-BASED HOLDINGS TABLE

*(1) This column lists beneficial ownership of 3M common stock as calculated under Securities and Exchange Commission rules. Unless otherwise noted, voting power and investment power in the shares are exercisable solely by the named person, and none of the shares are pledged as security by the named person. In accordance with Securities and Exchange Commission rules, this column also includes shares that may be acquired pursuant to stock options that are or will be exercisable within 60 days of February 28, 2018, as follows: Mr. Thulin 1,187,531, Mr. Gangestad 161,091, Mr. Little 140,865, Mr. Roman 159,540, and Mr. Shin 312,491.*

*(2) This column reflects restricted stock units that generally vest over a three- to five-year period, assuming continued employment until each vesting date (or until the individual retires from the Company, in some cases). The executive officers do not have voting power with respect to the shares listed in this column.*

*(3) This column reflects shares earned by the directors as a result of their service on the Board of Directors, the payout of which has been deferred until following the termination of their membership on the Board of Directors. This column also includes shares of the Company's common stock which the executive officers are entitled to receive following their retirement from the Company as a result of their election to defer the payout of their performance share awards granted under the Company's long-term incentive plan. Neither the directors nor the executive officers have voting power with respect to the shares listed in this column.*

*(4) This column shows the individual's total 3M stock-based holdings, including the securities shown in the "Stock" column (as described in note 1), in the "Restricted Stock Units" column (as described in note 2), and in the "Deferred Stock" column (as described in note 3).*

*(5) Each director and executive officer individually, and All Directors and Executive Officers as a Group, beneficially owned less than one percent of the outstanding common stock of the Company.*