# Exhibit 51



# 2019

# Notice of Annual Meeting & Proxy Statement

**TIME AND DATE**
8:30 a.m., Eastern Daylight Time
Tuesday, May 14, 2019

**PLACE**
Conrad Indianapolis
50 West Washington Street
Indianapolis, Indiana 46204

## 2018 Outstanding Equity Awards at Fiscal Year-End Table

| Name | Option Awards | | | | Stock Awards | | | |
| | Number of Securities Underlying Unexercised Options (#) Exercisable | Number of Securities Underlying Unexercised Options (#) Unexercisable | Option Exercise Price ($) | Option Expiration Date | Number of Shares or Units of Stock That Have Not Vested (#) | Market Value of Shares or Units of Stock That Have Not Vested ($)[1] | Equity Incentive Plan Awards: Number of Unearned Shares, Units or Other Rights That Have Not Vested (#) | Equity Incentive Plan Awards: Market or Payout Value of Unearned Shares, Units or Other Rights That Have Not Vested ($)[1] |
|---|---|---|---|---|---|---|---|---|
| **Michael F. Roman** | | | | | | | 12,934[8] | 2,464,444 |
| | | | | | | | 10,202[9] | 1,943,889 |
| | | | | | | | 6,394[9] | 1,218,313 |
| | 4,944 | | 54.11 | 02/08/19 | | | | |
| | 8,906 | | 78.72 | 02/07/20 | | | | |
| | 10,067 | | 89.47 | 02/08/21 | | | | |
| | 9,747 | | 87.89 | 02/07/22 | | | | |
| | 10,610 | | 101.49 | 02/03/23 | | | | |
| | 25,867 | | 126.72 | 02/02/24 | | | | |
| | 39,846 | | 165.94 | 02/03/25 | | | | |
| | 32,137 | 16,069[2] | 147.87 | 02/02/26 | | | | |
| | 17,416 | 34,833[3] | 175.76 | 02/06/27 | | | | |
| | | 56,750[4] | 233.63 | 02/04/28 | | | | |
| | | 36,284[5] | 195.52 | 07/01/28 | | | | |
| | | | | | 12,646[6] | 2,409,569 | | |
| **Inge G. Thulin** | | | | | | | 63,206[8] | 12,043,271 |
| | | | | | | | 12,968[9] | 2,470,923 |
| | | | | | | | 3,836[9] | 730,911 |
| | 50,166 | | 78.72 | 02/07/20 | | | | |
| | 43,560 | | 89.47 | 02/08/21 | | | | |
| | 204,804 | | 87.89 | 02/07/22 | | | | |
| | 204,950 | | 101.49 | 02/03/23 | | | | |
| | 206,168 | | 126.72 | 02/02/24 | | | | |
| | 229,364 | | 165.94 | 02/03/25 | | | | |
| | 163,410 | 81,706[2] | 147.87 | 02/02/26 | | | | |
| | 85,109 | 170,220[3] | 175.76 | 02/06/27 | | | | |
| | | 144,279[4] | 233.63 | 02/04/28 | | | | |

| Name | Option Awards | | | | Stock Awards | | | |
|---|---|---|---|---|---|---|---|---|
| | Number of Securities Underlying Unexercised Options (#) Exercisable | Number of Securities Underlying Unexercised Options (#) Unexercisable | Option Exercise Price ($) | Option Expiration Date | Number of Shares or Units of Stock That Have Not Vested (#) | Market Value of Shares or Units of Stock That Have Not Vested ($)[1] | Equity Incentive Plan Awards: Number of Unearned Shares, Units or Other Rights That Have Not Vested (#) | Equity Incentive Plan Awards: Market or Payout Value of Unearned Shares, Units or Other Rights That Have Not Vested ($)[1] |
| **Nicholas C. Gangestad** | | | | | | | 19,372[8] | 3,691,141 |
| | | | | | | | 10,101[9] | 1,924,645 |
| | 1,681 | | 78.72 | 02/07/20 | | | | |
| | 3,092 | | 89.47 | 02/08/21 | | | | |
| | 6,219 | | 87.89 | 02/07/22 | | | | |
| | 6,505 | | 101.49 | 02/03/23 | | | | |
| | 9,592 | | 126.72 | 02/02/24 | | | | |
| | 61,512 | | 165.94 | 02/03/25 | | | | |
| | 46,407 | 23,204[2] | 147.87 | 02/02/26 | | | | |
| | 26,083 | 52,169[3] | 175.76 | 02/06/27 | | | | |
| | | 56,191[4] | 233.63 | 02/04/28 | | | | |
| | | | | | 6,221[7] | 1,185,349 | | |
| **Hak Cheol Shin** | | | | | | | 12,606[8] | 2,401,947 |
| | | | | | | | 8,547[9] | 1,628,545 |
| | 57,587 | | 78.72 | 02/07/20 | | | | |
| | 49,595 | | 89.47 | 02/08/21 | | | | |
| | 46,314 | | 87.89 | 02/07/22 | | | | |
| | 38,450 | | 101.49 | 02/03/23 | | | | |
| | 32,428 | | 126.72 | 02/02/24 | | | | |
| | 39,846 | | 165.94 | 02/03/25 | | | | |
| | 31,298 | 15,650[2] | 147.87 | 02/02/26 | | | | |
| | 16,973 | 33,948[3] | 175.76 | 02/06/27 | | | | |
| | | 47,546[4] | 233.63 | 02/04/28 | | | | |
| | | | | | 12,646[6] | 2,409,569 | | |
| **Julie L. Bushman** | | | | | | | 9,734[8] | 1,854,716 |
| | | | | | | | 6,297[9] | 1,199,830 |
| | 13,172 | | 78.72 | 02/07/20 | | | | |
| | 9,000 | | 89.47 | 02/08/21 | | | | |
| | 30,875 | | 87.89 | 02/07/22 | | | | |
| | 24,650 | | 101.49 | 02/03/23 | | | | |
| | 40,535 | | 126.72 | 02/02/24 | | | | |
| | 37,514 | | 165.94 | 02/03/25 | | | | |
| | 27,453 | 13,728[2] | 147.87 | 02/02/26 | | | | |
| | 13,105 | 26,213[3] | 175.76 | 02/06/27 | | | | |
| | | 35,029[4] | 233.63 | 02/04/28 | | | | |
| | | | | | 12,646[6] | 2,409,569 | | |

| | Option Awards | | | | Stock Awards | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name | Number of Securities Underlying Unexercised Options (#) Exercisable | Number of Securities Underlying Unexercised Options (#) Unexercisable | Option Exercise Price ($) | Option Expiration Date | Number of Shares or Units of Stock That Have Not Vested (#) | Market Value of Shares or Units of Stock That Have Not Vested ($)[1] | Equity Incentive Plan Awards: Number of Unearned Shares, Units or Other Rights That Have Not Vested (#) | Equity Incentive Plan Awards: Market or Payout Value of Unearned Shares, Units or Other Rights That Have Not Vested ($)[1] |
| **Frank R. Little** | | | | | | | 15,346[8] | 2,924,027 |
| | | | | | | | 3,779[9] | 720,051 |
| | 2,146 | | 89.47 | 02/08/21 | | | | |
| | 8,332 | | 87.89 | 02/07/22 | | | | |
| | 9,795 | | 101.49 | 02/03/23 | | | | |
| | 30,690 | | 126.72 | 02/02/24 | | | | |
| | 38,780 | | 165.94 | 02/03/25 | | | | |
| | 30,459 | 15,230[2] | 147.87 | 02/02/26 | | | | |
| | 20,663 | 41,327[3] | 175.76 | 02/06/27 | | | | |
| | | 42,035[4] | 233.63 | 02/04/28 | | | | |
| **James L. Bauman** | | | | | | | 11,948[8] | 2,276,572 |
| | | | | | | | 6,131[9] | 1,168,201 |
| | 16,065 | | 78.72 | 02/07/20 | | | | |
| | 10,922 | | 89.47 | 02/08/21 | | | | |
| | 8,996 | | 87.89 | 02/07/22 | | | | |
| | 35,105 | | 101.49 | 02/03/23 | | | | |
| | 23,095 | | 126.72 | 02/02/24 | | | | |
| | 32,718 | | 165.94 | 02/03/25 | | | | |
| | 28,785 | 14,393[2] | 147.87 | 02/02/26 | | | | |
| | 16,087 | 32,177[3] | 175.76 | 02/06/27 | | | | |
| | | 34,103[4] | 233.63 | 02/04/28 | | | | |

FOOTNOTES TO 2018 OUTSTANDING EQUITY AWARDS AT FISCAL YEAR-END TABLE

[1]   The market value of performance shares or RSUs that have not vested was determined by multiplying the closing price of a share of 3M common stock on the NYSE for December 31, 2018 ($190.54), by the number of performance shares or RSUs shown, respectively.

[2]   These stock options vested in full on February 2, 2019.

[3]   These stock options vested or will vest in installments of one-half on February 6, 2019, and February 6, 2020.

[4]   These stock options vested or will vest in installments of one-third on each of February 4, 2019, February 4, 2020, and February 4, 2021.

[5]   These stock options will vest in installments of one-third on each of July 1, 2019, July 1, 2020, and July 1, 2021.

[6]   These restricted stock units will vest in full on December 1, 2019, provided that the holder remains in employment with 3M through such date.

[7]   These restricted stock units will vest in installments of one-half on December 1, 2020, and December 1, 2022, provided that the holder remains in employment with 3M through such date.

[8]   The shares of 3M common stock to be delivered as a result of the Company's performance over the three-year performance period ending December 31, 2019, will not vest until December 31, 2019. Under the terms of the awards, these shares of 3M common stock will be delivered no later than March 15, 2020, unless deferred by the executive. In accordance with the Securities and Exchange Commission's regulations, the number of shares and payout value for these performance shares reflect the maximum payout under the formula for this grant since the Company's performance during the first two years of the three-year performance period exceeded the target levels for this grant.

[9]   The shares of 3M common stock to be delivered as a result of the Company's performance over the three-year performance period ending December 31, 2020, will not vest until December 31, 2020. Under the terms of the awards, these shares of 3M common stock will be delivered no later than March 15, 2021, unless deferred by the executive. In accordance with the Securities and Exchange Commission's regulations, the number of shares and payout value for these performance shares reflect the target payout under the formula for this grant since the Company's performance during the first year of the three-year performance period has exceeded the threshold levels for this grant.

# Stock ownership information

## Security ownership of management

The following table includes all 3M stock-based holdings, as of February 28, 2019, of the directors and the Named Executive Officers set forth in the Summary Compensation Table, and the directors and executive officers as a group.

**COMMON STOCK AND TOTAL STOCK-BASED HOLDINGS**

| Name and principal position | Stock[1] | Restricted Stock Units[2] | Deferred Stock[3] | Total[4] | Percent of Class |
|---|---|---|---|---|---|
| **Sondra L. Barbour**, Director | — | — | 4,219 | 4,219 | [5] |
| **Thomas "Tony" K. Brown**, Director | — | — | 5,567 | 5,567 | [5] |
| **David B. Dillon**, Director | — | — | 3,149 | 3,149 | [5] |
| **Michael L. Eskew**, Director | — | — | 39,273 | 39,273 | [5] |
| **Herbert L. Henkel**, Director | — | — | 33,965 | 33,965 | [5] |
| **Amy E. Hood**, Director | 24 | — | 1,101 | 1,125 | [5] |
| **Muhtar Kent**, Director | — | — | 11,186 | 11,186 | [5] |
| **Edward M. Liddy**, Director | — | — | 55,385 | 55,385 | [5] |
| **Dambisa F. Moyo**, Director | 351 | — | 26 | 377 | [5] |
| **Gregory R. Page**, Director | 1,000 | — | 3,636 | 4,636 | [5] |
| **Patricia A. Woertz**, Director | 2,580 | — | — | 2,580 | [5] |
| **Michael F. Roman**, Chief Executive Officer | 219,997 | 12,646 | 20,131 | 252,774 | [5] |
| **Inge G. Thulin**, Executive Chairman of the Board | 1,432,018 | — | 215,200 | 1,647,218 | [5] |
| **James L. Bauman**, Executive Vice President, Industrial Business Group | 204,642 | — | 17,501 | 222,143 | [5] |
| **Julie L. Bushman**, Executive Vice President, International Operations | 256,045 | 12,646 | — | 268,691 | [5] |
| **Nicholas C. Gangestad**, Senior Vice President and Chief Financial Officer | 238,406 | 6,221 | 19,705 | 264,332 | [5] |
| **Frank R. Little**, Former Executive Vice President | 190,886 | — | 6,916 | 197,802 | [5] |
| **Hak Cheol Shin**, Former Vice Chair and Executive Vice President | 426,944 | — | — | 426,944 | [5] |
| All Directors and Executive Officers as a Group (28 persons) | 4,257,581 | 50,940 | 498,893 | 4,807,414 | [5] |

FOOTNOTES TO COMMON STOCK AND TOTAL STOCK-BASED HOLDINGS TABLE

[1]  This column lists beneficial ownership of 3M common stock as calculated under Securities and Exchange Commission rules. Unless otherwise noted, voting power and investment power in the shares are exercisable solely by the named person, and none of the shares are pledged as security by the named person. In accordance with Securities and Exchange Commission rules, this column also includes shares that may be acquired pursuant to stock options that are or will be exercisable within 60 days of February 28, 2019, as follows: Mr. Roman — 206,997 shares, Mr. Thulin — 1,377,356 shares, Mr. Gangestad — 227,428 shares, Mr. Little — 190,769 shares, Mr. Shin — 360,963 shares, Ms. Bushman — 221,642 shares and Mr. Bauman — 197,556 shares. This column includes the following shares over which the named person shares voting and/or investment power: Mr. Shin — 64,097 shares held in a family trust and Mr. Bauman — 195 shares held by a family member.

[2]  This column reflects restricted stock units that generally vest over a three- to five-year period, assuming continued employment until each vesting date (or until the individual retires from the Company, in some cases). The executive officers do not have voting power with respect to the shares listed in this column.

(3)  This column reflects shares earned by the directors as a result of their service on the Board of Directors, the payout of which has been deferred until following the termination of their membership on the Board of Directors. This column also includes shares of the Company's common stock which the executive officers are entitled to receive following their retirement from the Company as a result of their election to defer all or a portion of the payout of their performance share awards granted under the Company's long-term incentive plan. Neither the directors nor the executive officers have voting power with respect to the shares listed in this column.

(4)  This column shows the individual's total 3M stock-based holdings, including the securities shown in the "Stock" column (as described in note 1), in the "Restricted Stock Units" column (as described in note 2), and in the "Deferred Stock" column (as described in note 3).

(5)  Each director and executive officer individually, and All Directors and Executive Officers as a Group, beneficially owned less than one percent of the outstanding common stock of the Company.

# Security ownership of certain beneficial owners

The following table sets forth information regarding beneficial owners of more than 5 percent of the outstanding shares of 3M common stock.

| Name/address | Common Stock Beneficially Owned | Percent of Class |
|---|---|---|
| The Vanguard Group[1]<br>100 Vanguard Blvd.<br>Malvern, PA 19355 | 49,860,941 | 8.56 |
| State Street Corporation[2]<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111 | 42,734,630 | 7.30 |
| BlackRock, Inc.[3]<br>55 East 52nd Street<br>New York, NY 10055 | 39,022,947 | 6.70 |

(1)  In a Schedule 13G/A filed with the Securities and Exchange Commission on February 11, 2019, The Vanguard Group reported that, as of December 31, 2018, it had sole voting power with respect to 706,228 shares, shared voting power with respect to 133,557 shares, sole dispositive power with respect to 49,031,052 shares, and shared dispositive power with respect to 829,889 shares. It also reported that Vanguard Fiduciary Trust Company, a wholly-owned subsidiary of The Vanguard Group, Inc., is the beneficial owner of 525,685 shares or .09 percent of 3M common stock outstanding as a result of its serving as investment manager of collective trust accounts. It further reported that Vanguard Investments Australia, Ltd., a wholly-owned subsidiary of The Vanguard Group, Inc., is the beneficial owner of 477,915 shares or .08 percent of 3M common stock outstanding as a result of its serving as investment manager of Australian investment offerings. Vanguard provides investment management services to the Company's defined contribution plans in the U.S. through a co-mingled mutual fund vehicle. The 3M Voluntary Investment Plan and Employee Stock Ownership Plan and the 3M Savings Plan use this investment in their defined contribution investment choices. Fees paid for investment management of the fund are incorporated into the fund NAV on a daily basis and fully disclosed as an expense ratio for the fund. As a result, these fees are paid by participants in the Company's defined contribution plans and are not paid by the Company. The total amount of the fees will fluctuate based on the plan participant allocation decisions. The fees paid are reviewed by the fiduciaries of the retirement plans and are determined to be reasonable for the services provided.

(2)  In a Schedule 13G filed with the Securities and Exchange Commission on February 13, 2019, State Street Corporation reported that, as of December 31, 2018, it had shared voting power with respect to 34,378,815 shares of 3M common stock and shared dispositive power with respect to 42,727,769 shares of 3M common stock. Of these shares, 12,815,333 shares were held as trustee or investment manager for certain 3M savings plans, including the Company's Voluntary Investment Plan and Employee Stock Ownership Plan and the 3M Savings Plan, which are 401(k) retirement savings plans. State Street Bank and Trust Company provides custody, investment management, and corporate finance services to the Company and a number of employee benefit plans sponsored by the Company and its affiliates. The 3M Voluntary Investment Plan and Employee Stock Ownership Plan, the 3M Savings Plan and 3M Retiree Welfare Benefit Plan utilize State Street Global Advisors, an affiliate of State Street Bank and Trust Company, as an investment manager. State Street Bank and Trust Company also provides custody services for the Company's defined contribution plans in the U.S. Further, State Street Bank and Trust Company is a participant of 3M Company's $3.75 billion revolving credit agreement dated March 9, 2016. In total, the Company and the various employee benefit plans paid fees of $2.1 million in 2018 to State Street Bank and Trust Company and its affiliates, a majority of which was paid by the participants in the 3M Voluntary Investment Plan and Employee Stock Ownership Plan. In addition, the Trustee will charge the funds held by the 3M Voluntary Investment Plan and Employee Stock Ownership Plan and the 3M Savings Plan an annual administration fee and transaction fees which are incorporated into the funds' NAV. The fees paid are reviewed by the Company (with respect to the credit agreement) and the fiduciaries of the employee benefit plans and are determined to be reasonable for the services provided.