# Exhibit 56

# UNITED STATES DISTRICT COURT
## District of South Carolina

## Aqueous Film-Forming Foams (AFFF) Products Liability Litigation
## MDL No. 2873

**Menu**

Introduction
Contact Information
Current Developments
FAQs
Forms
Orders
Related Sites
Transcripts
Disclaimer

## Current developments

**May 1, 2020**

The Court conducted the regular status conference, at which Plaintiffs and Defendants, including the United States of America, provided updates on the status of discovery.

**April 3, 2020**

The Court conducted the regular status conference, at which Plaintiffs and Defendants, as well as the United States of America, provided updates on the status of discovery including document production, noticed depositions and the United States of America's review of historical documents.  Prior to the status conference, the Court issued Case Mangement Orders No. 10 and No. 10.A, which reappointed and appointed additional counsel to the Plaintiffs' Executive Committee and Defendants' Coordination Committee for the March 2020 through March 2021 term.  The Court also previously issued Case Management Order No. 9, governing the procedure for exchange of third-party subpoena documents.

**February 7, 2020**

The Court conducted the regular status conference, at which Plaintiffs and Defendants, as well as the United States of America, provided updates on the status of discovery, including the United States of America's review of historical documents.  The Court then conducted an in-Chambers conference with certain Defendants relating to management among the Defendants' Executive Committee. The Court then issued Case Mangement Order No. 5.B, governing the procedure for Defendants to share costs associated with Plaintiffs' Fact Sheets processing, review and storage. The Court indicated that it will not conduct a status conference in March, 2020, but remains available to resolve discovery disputes as required.

**January 10, 2020**

The Court conducted the regular status conference, at which Plaintiffs and Defendants, as well as the United States of America, provided updates on the status of discovery, including the mechanism to address deficient Fact Sheets.  The Court also heard from a member of the Plaintiff Executive Committee regarding certain discovery sought as to Defendant 3M Company.

**December 13, 2019**

The Court conducted the regular status conference, at which Plaintiffs and Defendants, as well as the United States of America, provided updates on the status of discovery.  Subsequently, the Clerk of Court issued a Notice to All Counsel stating that the new shell case number for direct-filed cases related to this AFFF MDL is 2:20-av-55555.

**November 1, 2019**

The Court conducted the regular status conference, at which Plaintiffs and Defendants, as well as the United States of America, provided updates on the status of discovery.  The Court issued Case Management Order No. 7 regarding the appointment of additional Defendants' Coordination Committee members, and Case Management Order No. 8, regarding the protocol for priviledged information in discovery.

**October 4, 2019**

The Court conducted the regular status conference and science day hearing, at which Plaintiffs and Defendants offered experts to present on the issues enumerated in the Court's prior order setting science day.  Prior to these proceedings, the Court ruled on certain Plaintiffs' motions to amend complaints. The Court also issued Case Management Order No. 2.A, regarding motion practice, No. 3.C, regarding tolling the statute of limitations and additonal parties, and No. 6, regarding alternative service of process on certain Defendants.  The Court also publicly noticed the dates and times of future monthly status conferences through September, 2020.

**August 7, 2019**

The Court issued Case Mangement Order No. 5, which governs the form and use of Plaintiffs' Fact Sheets and Defendants' Fact Sheet. On August 6, 2019, the Court issued Case Mangement Order No. 3.B, which granted the Plaintiffs' motion to extended the date by which a party may move to add a new party to September 4, 2019.

**July 26, 2019**

The Court conducted the fifth status conference. The Court reviewed matters regarding the Plaintiffs' Fact Sheets and the Defendants' Fact Sheets and the Implementing Case Management Order for the Fact Sheets. The Parties were provided with ten days to inform the Court of any remaining disputes regarding the Fact Sheets and Implementing Case Management Order. The Plaintiffs were directed to provide Defendants with a list of sites currently at issue within seven days, though the Plaintiffs are permitted to supplement the list after learning of new sites. The next status conference was noticed for September 6, 2019 at 9:00 A.M.

**July 24, 2019**

The Court issued the Order Setting Science Day in this litigation for September 6, 2019 immediately following the status conference noticed for September 6, 2019 at 9:00 A.M. The Order identifies the procedures and topics for Science Day.

**June 26, 2019**

The Court issued Case Mangement Order No. 2.A, which amends the process by which counsel may file a motion in these MDL proceedings. Shortly thereafter, the Court issued a Notice to All Counsel providing that counsel need only submit one summons document AO 440 form to be issued by the Clerk's Office. Counsel shall provide the first listed Defendant party's name and address on the document, and attach a page that includes the additional Defendants' names and addresses. The Court further issued a Text Order providing that for all cases in these MDL proceedings, the parties are relieved from complying with the requirement of Local Civil Rule 26.01, D.S.C.

**June 21, 2019**

The Court conducted the fourth status conference. The Court reviewed matters related to organizing discovery, such as Plaintiffs' and Defendants' Fact Sheets and written discovery tools, as well as proposed Science Day topics. The next status conference was noticed for July 26, 2019 at 9:00 A.M.

**June 7, 2019**

The Court issued Case Mangement Order No. 3.A, which extends the deadline by which a party may move to add a new party to August 4, 2019.

**May 20, 2019**

The Court issued Case Mangement Order No. 4, which lifts the previously imposed stay of discovery, issues an Order Establishing Protocol for Document Collection and Procedure, issues a Protective Order, and sets the next status conference for June 21, 2019 at 9:00 A.M.

**May 17, 2019**

The Court conducted the third status conference. The Court reviewed matters related to organizing discovery and Science Day, and heard from parties relating to the State of New York's motion to remand. The next status conference was noticed for June 21, 2019 at 9:00 A.M.

**April 26, 2019**

The Court issued Case Mangement Order No. 3, which in part appoints additional plaintiffs' and defendants' committee members, provides guidelines for plaintiffs' attorneys' time and expense submissions, allows for direct filing of a case into the MDL proceeding, and sets the next status conference for May 17, 2019 at 9:00 A.M.

**April 5, 2019**

The Court conducted the second status conference. The Court reviewed initial matters raised in the parties' joint status report, as well as the joint proposed scheduling order and matters relating to additional leadership committee nominees. The Court heard from counsel for the United States of America and the State of New York. The next status conference was noticed for May 17, 2019 at 9:00 A.M.

**March 20, 2019**

The Court issued Case Mangement Order No. 2, which appoints plaintiffs' and defendants' leadership teams, solicits additional proposed leadership, provides protocols for motion practice and status conferences, and sets the next status conference for April 5, 2019 at 10 A.M. Michael A. London, Paul J. Napoli and Scott Summy were appointed as plaintiffs' Co-Lead Counsel, and Fred Thompson, III was

appointed as plaintiffs' Liaison Counsel.  Joseph G. Petrosinelli and Michael A. Olsen were appointed as defendants' Co-Lead Counsel, and David E. Dukes and Brian C. Duffy were appointed as defendants' Co-Liaison Counsel.

**February 25, 2019**

The Court conducted the initial status conference. Plaintiffs' and defendants' counsel presented a proposed leadership slate to the Court.  Counsel provided updates on related federal cases not yet transferred to this district.

**January 2, 2019**

The Court issued Case Mangement Order No. 1, which consolidates all actions for pretrial purposes, provides guidelines for ECF filing in the MDL, and sets the initial status conference for February 25, 2019 at 10 A.M.

**December 7, 2018**

The Transfer Order from the Judicial Panel on Multidistrict Litigation was docketed by the Clerk in the District of South Carolina.

| Browser Compatibility | Site Security |