# Exhibit 57

## ANNEX A

### INDIVIDUAL DEFENDANTS' CHANGE IN HOLDINGS OVER CLASS PERIOD

| | Class Period Start (2/9/2017) | | | Class Period End (7/8/19) | | | | |
|---|---|---|---|---|---|---|---|---|
| **Individual** | **(1)** Stock (Total shares – deferred shares) | **(2)** Exercisable Options | **(3)** Total (1)+(2) | **(4)** Stock (Total shares – deferred shares) | **(5)** Exercisable Options | **(6)** Total (4)+(5) | **(7)** Change over Class Period (6)-(3) | **(8)** % Increase (7)/(3) |
| Roman | $12,476.23^1 - 6,499^2 = 5,977.23$ | $119,377.17^3$ | 125,354.40 | $33,071.78^4 - 20,131^5 = 12,940.78$ | $224,036.83^6$ | 236,977.61 | + 111,623.21 | 89.05% |
| Gangestad | $22,977.02^7 - 11,207^8 = 11,770.02$ | $99,873.17^9$ | 111,643.19 | $30,690.76^{10} - 19,705^{11} = 10,985.76$ | $227,428.83^{12}$ | 238,414.59 | + 126,771.40 | 113.56% |
| Thulin | $198,747^{13} - 88,604^{14} = 110,143$ | $1,054,638.33^{15}$ | 1,164,781.35 | $266,487.59^{16} - 215,200^{17} = 51,287.59$ | $1,352,274^{18}$ | 1,403,561.59 | + 238,780.24 | 20.50% |

[1] Ex.36, 1. According to his Forms 4, Roman did not acquire or dispose of 3M stock between February 7, 2017 and the start of the Class Period.

[2] Ex.49, 72.

[3] Ex.49, 62 & nn.2-4.

[4] Ex.45, 1. According to his Forms 4, Roman did not acquire or dispose of 3M stock between February 5, 2019 and the end of the Class Period.

[5] Ex.51, 85.

[6] Ex.51, 72 & nn.2-5.

[7] Ex.35, 1. According to his Forms 4, Gangestad did not acquire or dispose of 3M stock between February 7, 2017 and the start of the Class Period.

[8] Ex.48, 80.

[9] Ex.49, 61 & nn.2-4.

[10] Ex.44, 1. According to his Forms 4, Gangestad did not acquire or dispose of 3M stock between February 7, 2019 and the end of the Class Period.

[11] Ex.51, 85.

[12] Ex.51, 73 & nn.2-4.

[13] Ex.33, 1 (249,539 – 50,792 = 198,747).

[14] Ex.48, 80.

[15] Ex.49, 61 & nn.2-4.

[16] Ex.46, 10. According to his Forms 4, Thulin did not acquire or dispose of 3M stock between March 29, 2019 and the end of the Class Period.

[17] Ex.51, 85.

[18] Ex.51, 72 & nn.2-4.