# Exhibit 58

## ANNEX B — INDIVIDUAL DEFENDANTS' PERCENTAGE OF HOLDINGS SOLD

### Michael F. Roman

| Date | (1)<br>Stock<br>(Total shares – deferred shares) | (2)<br>Exercisable Options | (3)<br>Total<br>(1) + (2) | (4)<br>Shares Sold | (5)<br>% Sold<br>(4)/(3) |
|---|---|---|---|---|---|
| 2/2/18 | $12,062.16^1 – 6,499^2 = 5,563.16$ | $135,445^3$ | 141,008.16 | 4,146 | 2.94% |

| | (6)<br>Total Holdings at end of Class Period + Number of Shares Sold<br>Annex A (6) + Annex B (4) | (7)<br>Total Shares Sold | (8)<br>Total %<br>Sold<br>(7)/(6) |
|---|---|---|---|
| **Total for Class Period** | $236,977.61 + 4,146 =$<br>$241,123.61$ | 4,146 | **1.72%** |

---

[1] Ex.41, 1 (16,208.16 – 4,146 = 12,062.16).

[2] Ex.49, 72.

[3] Ex.50, 62 & nn.2-4.

## ANNEX B — INDIVIDUAL DEFENDANTS' PERCENTAGE OF HOLDINGS SOLD

### Nicholas C. Gangestad

| Date | (1) Stock (Total shares – deferred shares) | (2) Exercisable Options | (3) Total (1) + (2) | (4) Shares Sold | (5) % Sold (4)/(3) |
|---|---|---|---|---|---|
| 2/13/17 | $22,959^4 - 11,207^5 = 11,752$ | $99,873.17^6$ | 111,625.17 | 2,888 | 2.59% |
| 10/27/17 | $21,801^7 - 11,507^8 = 10,294$ | $96,985.17^9$ | 107,279.17 | 4,004 | 3.73% |
| 2/1/18 | $21,880.74^{10} - 11,507^{11} = 10,373.74$ | $92,981.17^{12}$ | 103,354.91 | 1,681 | 1.63% |
| 2/7/19 | $35,190.76^{13} - 14,005^{14} = 21,185.76$ | $229,109.83^{15}$ | 250,295.59 | 4,681 | 1.87% |

| | | (6) Total Holdings at end of Class Period + Number of Shares Sold Annex A (6) + Annex B (4) | (7) Total Shares Sold | (8) Total % Sold (7)/(6) |
|---|---|---|---|---|
| Total for Class Period | | 238,414.59 + 13,254 = 251,668.59 | 13,254 | **5.27%** |

---

[4] Ex.34, 1 (20,071 + 2,888 = 22,959).

[5] Ex.48, 80.

[6] Ex.49, 61 & nn.2-4.

[7] Ex.37, 1 (25,805 – 4,004 = 21,801).

[8] Ex.49, 72.

[9] Ex.49, 61 & nn.2-4.

[10] Ex.40, 1 (23,561.74 – 1,681 = 21,880.74).

[11] Ex. 49, 72

[12] Ex.50, 61 & nn.2-4.

[13] Ex.44, 1 (33,690.76 + 1,500 = 35,190.76).

[14] Ex.50, 75.

[15] Ex.51, 73 & nn.2-4.

## ANNEX B — INDIVIDUAL DEFENDANTS' PERCENTAGE OF HOLDINGS SOLD

### Inge G. Thulin

| Date | (1)<br>Stock<br>(Total shares – deferred shares) | (2)<br>Exercisable Options | (3)<br>Total<br>(1) + (2) | (4)<br>Shares Sold | (5)<br>% Sold<br>(4)/(3) |
|---|---|---|---|---|---|
| 2/9/17 | $198,747^{16} - 88,604^{17} = 110,143$ | $1,054,638.33^{18}$ | 1,164,783.33 | 50,792 | 4.36% |
| 10/27/17 | $200,406^{19} - 136,576^{20} = 63,830$ | $1,003,846.33^{21}$ | 1,067,676.33 | 6,823 | 0.64% |
| 1/31/18 | $194,288.96^{22} - 136,576^{23} = 57,712.96$ | $1,003,846.33^{24}$ | 1,061,559.29 | 59,584 | 5.61% |
| 1/30/19 | $232,163.81^{25} - 173,001^{26} = 59,162.81$ | $1,187,531^{27}$ | 1,246,693.81 | 13,499 | 1.08% |
| 1/31/19 | $230,457.81^{28} - 173,001^{29} = 57,456.81$ | $1,175,738^{30}$ | 1,233,194.81 | 13,290 | 1.08% |
| 3/29/19 | $268,193.59^{31} - 215,200^{32} = 52,993.59$ | $1,377,357^{33}$ | 1,430,350.59 | 26,789 | 1.87% |

| | (6)<br>Holdings at end of Class Period +<br>Number of Shares Sold<br>Annex A (6) + Annex B (4) | (7)<br>Total Shares<br>Sold | (8)<br>Total %<br>Sold<br>(7)/(6) |
|---|---|---|---|
| Total for<br>Class Period | 1,403,561.59 + 170,777 =<br>1,574,338.59 | 170,777 | **10.85%** |

---

[16] Ex.33, 1 (249,539 – 50,792 = 198,747).

[17] Ex.48, 80.

[18] Ex.49, 61 & nn.2-4.

[19] Ex.38, 1 (196,906 + 3,500 = 200,406).

[20] Ex.49, 72.

[21] Ex.49, 61 & nn.2-4.

[22] Ex.39, 1 (253,872.96 – 59,584 = 194,288.96).

[23] Ex. 49, 72

[24] Ex.50, 61 & nn.2-4.

[25] Ex.42, 1 (230,457.81 + 1,706 = 232,163.81).

[26] Ex.50, 75.

[27] Ex.51, 72 & nn.2-4.

[28] Ex.43, 1 (243,747.81 – 13,290 = 230,457.81).

[29] Ex.50, 75.

[30] Ex.51, 72 & nn.2-4.

[31] Ex.46, 1 (268,187.59 + 6 = 268,193.59).

[32] Ex.51, 85.

[33] Ex.51, 72 & nn.2-4.