UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE 3M COMPANY SECURITIES LITIGATION,

                                      Civil No. 20-2488 (NEB/KMM)

_____

CHARLES R. BLACKBURN,

    Plaintiff,

v.                                            Civil No. 21-370 (NEB/KMM)

MICHAEL F. ROMAN, ET AL.,

    Defendants.

_____

RICHARD TUNICK,

    Plaintiff,

v.                                            Civil No. 21-389 (WMW/DTS)

THOMAS K. BROWN, ET AL,

    Defendants.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

Case Nos. 20-cv- 2488 (NEB/KMM) and 21-cv-370 (NEB/KMM) having been assigned to Judge Nancy E. Brasel and Magistrate Judge Katherine M. Menendez and

2

Case No. 21-cv-389 (WMW/DTS) having later been assigned to Judge Wilhelmina M. Wright and Magistrate Judge David T. Schultz, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 21-cv-389 (WMW/DTS) be assigned to Judge Nancy E. Brasel and Magistrate Judge Katherine M. Menendez nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed January 10, 2020.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: March 4, 2021                         s/ Nancy E. Brasel
                                                              NANCY E. BRASEL
                                                              United States District Judge

Dated: March 4, 2021                         s/Wilhelmina M. Wright
                                                              WILHELMINA M. WRIGHT
                                                              United States District Judge