UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re 3M COMPANY SECURITIES LITIGATION | ) ) ) | Civ. No. 0:20-cv-02488-NEB-KMM |
| | ) | <u>CLASS ACTION</u> |
| | ) | |
| This Document Relates To: | ) ) | LR 7.1 CERTIFICATE OF COMPLIANCE FOR PLAINTIFFS' |
| ALL ACTIONS. | ) ) ) | MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT |

I, Gregg M. Fishbein, certify that the accompanying Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint complies with Local Rules 7.1(f) and 7.1(h) and the Court's order granting the parties' request for a word extension (*see* ECF Nos. 87, 88).  I further certify that Microsoft Word 2016 was used to prepare the memorandum and, when applied specifically to include all text, including headings, footnotes and quotations, it generated a word count of 17,851 in 13-point Times New Roman font.

DATED:  March 30, 2021

*s/ Gregg M. Fishbein*
GREGG M. FISHBEIN (#202009)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401-2159
Telephone:  612/339-6900
612/339-0981 (fax)
gmfishbein@locklaw.com

Liaison Counsel