## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re 3M COMPANY SECURITIES LITIGATION | ) Civ. No. 0:20-cv-02488-NEB-KMM ) ) CLASS ACTION ) |
| This Document Relates To: | ) ) |
| ALL ACTIONS. | ) ) ) ) |

**DECLARATION OF GREGG M. FISHBEIN IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

I, Gregg M. Fishbein, in accordance with 28 U.S.C. §1746, declare as follows:

1. I am an attorney with the law firm Lockridge Grindal Nauen P.L.L.P., liaison counsel for Plaintiffs in the above-captioned matter.

2. I submit this Declaration in Support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Memorandum in Support of Plaintiff State of Minnesota's Motion to Amend Complaint filed on November 17, 2017 in the action captioned: *State of Minnesota, by its Attorney General, Lori Swanson, its Commissioner of Pollution Control, John Linc Stine, and its Commissioner of Natural Resources, Tom Landwehr vs. 3M Co.*, No. 27-CV-10-28862 (District Court for the State of Minnesota, Hennepin County).

4.     Attached hereto as **Exhibit 2** is a true and correct copy of a November 2, 2018 *Bloomberg* news article by Tiffany Kary & Christopher Cannon, titled *Cancer-linked Chemicals Manufactured by 3M Are Turning Up in Drinking Water.*

5.     Attached hereto as **Exhibit 3** is a true and correct copy of the Class Action Complaint with Individual Claims and Demand for Jury Trial filed on October 30, 2018 in the action captioned *Grubb et al v. 3M Co. et al.*, No. 1:18-CV-01711-UNA (D.S.C.)

6.     Attached hereto as **Exhibit 4** is a true and correct copy of the First Amended Complaint and Demand for Jury Trial filed on February 12, 2019 in the action captioned *Middlesex Water Co. v. 3M Co. et al.*, No 2:18-CV-15366-CCC-JBC (D.N.J.).

7.     Attached hereto as **Exhibit 5** are excerpts from 3M Company's Form 10-K for the year ended December 31, 2019, filed with the Securities and Exchange Commission ("SEC") on February 26, 2020.

8.     Attached hereto as **Exhibit 6** are excerpts from 3M Company's Form 10-Q for the quarterly period ended March 31, 2020, filed with the SEC on April 28, 2020.

9.     Attached hereto as **Exhibit 7** are excerpts from 3M Company's Form 10-Q for the quarterly period ended June 30, 2020, filed with the SEC on July 28, 2020.

10.     Attached hereto as **Exhibit 8** are excerpts from 3M Company's Form 10-Q for the quarterly period ended September 30, 2020, filed with the SEC on October 27, 2020.

11.     Attached hereto as **Exhibit 9** is the report titled "PFAS Primer: in the chemical crosshairs" by John G. Inch and Ivana Delevska, published by Gordon Haskett Research Advisors on July 8, 2019.

12.     Attached hereto as **Exhibit 10** are excerpts from 3M Company's Form 10-Q for the quarterly period ended March 31, 2017, filed with the SEC on May 3, 2017.

13.     Attached hereto as **Exhibit 11** are excerpts from 3M Company's Form 10-Q for the quarterly period ended June 30, 2017, filed with the SEC on August 1, 2017.

14.     Attached hereto as **Exhibit 12** are excerpts from 3M Company's Form 10-Q for the quarterly period ended September 30, 2017, filed with the SEC on October 31, 2017.

15.     Attached hereto as **Exhibit 13** is a true and correct copy of a press release issued by 3M on Form 8-K, titled "3M Reports Fourth-Quarter and Full-Year 2019 Results; Implements New Global Operating Model and Streamlined Structure; Provides Full-Year 2020 Guidance," filed with the SEC on January 28, 2020.

16.     Attached hereto as **Exhibit 14** is a true and correct copy of a slide deck prepared by 3M Company dated April 24, 2018,  titled "2018 First Quarter Business Review."

17.     Attached hereto as **Exhibit 15** is a true and correct copy of a slide deck prepared by 3M Company dated May 15, 2019, titled "Goldman Sachs Industrial & Materials Conference."

18.     Attached hereto as **Exhibit 16** are excerpts from 3M Company's Form 10-K for the year ended December 31, 2017, filed with the SEC on February 8, 2018.

19.     Attached hereto as **Exhibit 17** are excerpts from 3M Company's Form 10-K for the year ended December 31, 2016, filed with the SEC on February 9, 2017.

- 4 -

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of March, 2021, in Minneapolis, Minnesota.

*/s/ Gregg M. Fishbein*
GREGG M. FISHBEIN