# EXHIBIT 14



3M Science. Applied to Life.™

# 2018 First Quarter Business Review

## (Unaudited)

April 24, 2018

## Earnings Conference Calls

Q2: July 24, 2018

Q3: October 23, 2018

## 3M Investor Day

November 15, 2018

# Forward looking statement

This presentation contains forward-looking information about 3M's financial results and estimates and business prospects that involve substantial risks and uncertainties. You can identify these statements by the use of words such as "anticipate," "estimate," "expect," "aim," "project," "intend," "plan," "believe," "will," "should," "could," "target," "forecast" and other words and terms of similar meaning in connection with any discussion of future operating or financial performance or business plans or prospects. Among the factors that could cause actual results to differ materially are the following: (1) worldwide economic, political, and capital markets conditions and other factors beyond the Company's control, including natural and other disasters or climate change affecting the operations of the Company or its customers and suppliers; (2) the Company's credit ratings and its cost of capital; (3) competitive conditions and customer preferences; (4) foreign currency exchange rates and fluctuations in those rates; (5) the timing and market acceptance of new product offerings; (6) the availability and cost of purchased components, compounds, raw materials and energy (including oil and natural gas and their derivatives) due to shortages, increased demand or supply interruptions (including those caused by natural and other disasters and other events); (7) the impact of acquisitions, strategic alliances, divestitures, and other unusual events resulting from portfolio management actions and other evolving business strategies, and possible organizational restructuring; (8) generating fewer productivity improvements than estimated; (9) unanticipated problems or delays with the phased implementation of a global enterprise resource planning (ERP) system, or security breaches and other disruptions to the Company's information technology infrastructure; (10) financial market risks that may affect the Company's funding obligations under defined benefit pension and postretirement plans; and (11) legal proceedings, including significant developments that could occur in the legal and regulatory proceedings described in the Company's Annual Report on Form 10-K for the year ended Dec. 31, 2017, and any subsequent quarterly reports on Form 10-Q (the "Reports"). Changes in such assumptions or factors could produce significantly different results. A further description Of these factors is located in the Reports under "Cautionary Note Concerning Factors That May Affect Future Results" and "Risk Factors" in Part I, Items 1 and 1A (Annual Report) and in Part I, Item 2 and Part II, Item 1A (Quarterly Reports). The information contained in this presentation is as of the date indicated. The Company assumes no obligation to update any forward-looking statements contained in this presentation as a result of new information or future events or developments.

# Note on non-GAAP financial measures

*This presentation refers to certain non-GAAP financial measures including free cash flow, free cash flow conversion, return on invested capital (ROIC), and various measures excluding the impact of the legal settlement and the measurement period adjustment relative to the accounting for the 2017 enactment of the Tax Cuts and Jobs Act (TCJA). These non-GAAP measures are not in accordance with, nor are they a substitute for, GAAP measures. Reconciliations Of these non-GAAP financial measures to the most directly comparable GAAP financial measures can be found in the appendix to this presentation.*

© 3M 2018. All Rights Reserved.

**3M**

# Q1 2018 summary

**+2.8%**
year-on-year

**Organic local-currency growth**



**$2.50**
+15.7% year-on-year

**Earnings per share,** ex. TCJA adj. and legal settlement



**23.0%**
+0.3% year-on-year

**Operating margin,** ex. legal settlement



**Sales of $8.3B, up +7.7% year-on-year:**

- Organic growth across all businesses

**GAAP EPS of $0.98, down 55%, including impact from TCJA measurement adjustment ($0.36) and legal settlement (State of MN) ($1.16)**

**Operating income of $1.0B, down 42%, including $0.9B impact from legal settlement**

- Operating margin of 12.2%, down 10.5 percentage points

**Returned $1.7B to shareholders via dividends and gross share repurchases**

- Increased Q1 2018 dividend 16%; 60th consecutive year of annual increases

© 3M 2018. All Rights Reserved.

# Q1 2018 TCJA measurement adjustment and legal settlement impact

| ($M, except EPS) | Q1 2017 GAAP | Q1 2018 GAAP | TCJA measurement adjustment | Legal settlement | Adjusted |
|---|---|---|---|---|---|
| Net sales | $7,685 | $8,278 | | | $8,278 |
| Operating income | $1,742 | $1,007 | | $897 | $1,904 |
| Operating income margin | 22.7% | 12.2% | | | 23.0% |
| Income before taxes | $1,737 | $965 | | $897 | $1,862 |
| Provision for income taxes | $411 | $359 | ($217) | $187 | $329 |
| Effective tax rate | 23.7% | 37.2% | | | 17.6% |
| Net income | $1,323 | $602 | $217 | $710 | $1,529 |
| Earnings per share | $2.16 | $0.98 | $0.36 | $1.16 | $2.50 |
| % Change | | -54.6% | | | +15.7% |

© 3M 2018. All Rights Reserved.

3M

5

# Q1 2018 sales recap
*(year-on-year)*

**$8.3B** Net sales
+7.7% year-on-year



**+2.8%** Organic-local currency growth
year-on-year
volume +2.1%, price +0.7%



**+0.7%** Acquisitions/ Divestitures
year-on-year



**+4.2%** Foreign currency translation
year-on-year



## Organic local-currency growth by area:

- U.S. **+2.3%**
- Europe/Middle East/Africa **+0.1%**
- Asia Pacific **+4.9%**
- Latin America/Canada **+3.5%**

## Organic local-currency growth by key countries/regions:

 China/Hong Kong **+11%**    Canada **+5%**

 Japan **flat**    Brazil **+5%**

 West Europe **-1%**    Mexico **+3%**

## Foreign-currency translation:

- Euro **+16%**, RMB **+9%**, Yen **+5%**, Real **-3%**

© 3M 2018. All Rights Reserved.

**3M**

# Q1 2018 P&L

**$8.3B** **Net sales**
+7.7% year-on-year

**48.9%** **Gross margin**
-60 bps year-on-year

**$1.9B** **Operating income,** ex. legal settlement
+9.3% year-on-year

**$1.5B** **Net income,** ex. TCJA adj. and legal settlement
+15.6% year-on-year

## Operating income margin reconciliation:

| Q1 2017 | 22.7% | |
|---|---|---|
| Organic volume/ productivity and other | +1.2% | 2.1% organic volume growth; lower portfolio & footprint actions of $90M |
| Acquisitions/divestitures* | -0.4% | Primarily Scott Safety |
| Price/raw material | +0.1% | Selling price benefits net of higher raw materials |
| FX | -0.4% | Net of hedge impact |
| Retirement benefits | -0.2% | Pension/defined contribution |
| Q1 2018 subtotal | 23.0% | |
| Legal settlement | -10.8% | $897M, includes legal fees and other |
| Q1 2018 | 12.2% | |

*\* Includes net impact from Scott Safety acquisition, year-on-year divestiture gains.*

© 3M 2018. All Rights Reserved.

**3M**

# Q1 2018 EPS



**Earnings per share:**
*(ex. TCJA adj. and legal settlement)*

## $2.50

+15.7% year-on-year

| Q1 2017 GAAP EPS | $2.16 | |
|---|---|---|
| Organic growth/productivity and other | +$0.17 | Benefits from organic growth, Business Transformation, and lower portfolio & footprint actions of $90M |
| Acquisitions/divestitures* | +$0.01 | Primarily Scott Safety |
| FX | +$0.05 | Pre-tax earnings impact of $45M |
| Other expense | -$0.07 | Higher retirement expense and net interest |
| Tax rate, excluding TCJA adj. and legal settlement | +$0.18 | Q1 2018 17.6%, in-line with expectations |
| **Q1 2018 EPS,** ex. TCJA adj. and legal settlement | **$2.50** | |
| TCJA adjustment | -$0.36 | Measurement period adjustment of $217M |
| Legal settlement | -$1.16 | $897M, includes legal fees and other |
| **Q1 2018 GAAP EPS** | **$0.98** | |

*\* Includes net impact from Scott Safety acquisition, year-on-year divestiture gains.*

© 3M 2018. All Rights Reserved.

# Q1 2018 cash flow



| | |
|---|---|
| **-$161M** | **Free cash flow** |
| **$810M** | **Dividends** |
| **$937M** | **Gross share repurchases** |

### Free cash flow of -$161M, down $862M year-on-year

- Impacted by the $897M legal settlement

### Free cash flow conversion of -27%

- -72 pts net impact from TCJA adjustment and legal settlement

### Capital expenditures:

- Q1 2018: $304M, up $17M year-on-year
- FY 2018: $1.5B to $1.8B

### Returned $1.7B to shareholders via dividends and gross share repurchases in Q1

- FY 2018 gross share repurchases:
    - $3B to $5B vs. $2B to $5B, previously

© 3M 2018. All Rights Reserved.

**3M**

# Industrial

## $3.1B
### Net sales
+7.1% year-on-year



## +2.2%
### Organic local-currency growth
year-on-year



## $719M
### Operating income
+7.3% year-on-year



## 22.9%
### Operating margin
+10 bps year-on-year



**Organic local-currency growth by business, year-on-year:**

- Sales growth was led by abrasives, automotive and aerospace, and industrial adhesives and tapes; automotive aftermarket declined

**Organic local-currency growth by area, year-on-year:**

- Sales grew +5% in Asia Pacific, +3% in Latin America/Canada and +2% in the U.S.; EMEA was flat

**Foreign currency translation increased sales by +4.9%**

**Automotive OEM business organic growth continues to outpace global auto builds**

**Advanced materials awarded $34M ballistic helmet contract to supply Integrated Head Protection System (IHPS) to U.S. Army**

© 3M 2018. All Rights Reserved.

# Safety & Graphics

## $1.8B
**Net sales**
+15.0% year-on-year



## +6.9%
**Organic local-currency growth**
year-on-year



## $483M
**Operating income**
+21.1% year-on-year



## 27.1%
**Operating margin**
+140 bps year-on-year



**Organic local-currency growth by business, year-on-year:**

- Sales grew in all businesses led by personal safety, commercial solutions and roofing granules

**Organic local-currency growth by area, year-on-year:**

- Sales grew +9% in Asia Pacific, +7% in the U.S., +6% in EMEA and +4% in Latin America/Canada

**Foreign currency translation increased sales by +4.9% and acquisitions, net of divestitures, increased sales by +3.2%**

**Traffic safety selected as a leading pavement markings supplier for California transportation infrastructure upgrade projects for enabling the roadways of the future**

© 3M 2018. All Rights Reserved.

**3M**

11

# Health Care

**$1.5B**
+7.1% year-on-year

**Net sales**



**+2.7%**
year-on-year

**Organic local-currency growth**



**$460M**
+7.0% year-on-year

**Operating income**



**29.9%**
flat year-on-year

**Operating margin**



**Organic local-currency growth by business, year-on-year:**

- Sales growth was led by food safety, health information systems and medical consumables; drug delivery declined

**Organic local-currency growth by area, year-on-year:**

- Sales grew +8% in Asia Pacific, +5% in Latin America/Canada and +2% in the U.S.; EMEA was flat

**Foreign currency translation increased sales by +4.3% and acquisitions increased sales by +0.1%**

**Successful new product launches of 3M Cavilon™ Advanced Skin Protectant, Tegaderm™ Silicone Foam Dressing, and Curos™ Stopper Disinfecting Caps**

**Developing market organic growth of +10% led by double-digit increases in China/Hong Kong and Brazil**

© 3M 2018. All Rights Reserved.

**3M**

# Electronics & Energy

**$1.4B**
+4.6% year-on-year

**Net sales**

**+1.7%**
year-on-year

**Organic local-currency growth**

**$337M**
+31.3% year-on-year

**Operating income**

**24.9%**
+500 bps year-on-year

**Operating margin**

**Organic local-currency growth by business, year-on-year:**

- Electronics-related sales up +3% with strong growth in electronics materials solutions partially offset by a decline in display materials and systems; energy-related sales declined -2%

**Organic local-currency growth by area, year-on-year:**

- Sales grew +4% in Asia Pacific, were flat in Latin America/ Canada, and declined -1% in the U.S. and -7% in EMEA

**Foreign currency translation increased sales by +3.1% and divestitures reduced sales by -0.2%**

**Strong growth in cooling and precision process fluids and Interconnect solutions driven by robust demand in the semiconductor and data center segments**

**Underlying operating margins up 40 bps year-on-year adjusting for Q1 2017 portfolio & footprint actions**

© 3M 2018. All Rights Reserved.

**3M**

# Consumer

**$1.1B**
+5.0% year-on-year

**Net sales**

**+2.1%**
year-on-year

**Organic local-currency growth**

**$218M**
-2.4% year-on-year

**Operating income**

**19.3%**
-150 bps year-on-year

**Operating margin**

**Organic local-currency growth by business, year-on-year:**

- Sales grew in home improvement and home care; consumer health care declined

**Organic local-currency growth by area, year-on-year:**

- Sales grew +4% in the U.S., +3% in Latin America/Canada; EMEA and Asia Pacific both declined -1%

**Foreign currency translation increased sales by +2.9%**

**Successful new product launches of Filtrete™ Smart Air Filter, first-ever Bluetooth®-enabled HVAC air filter for the home; and durable and water resistant Post-it® Extreme Notes**

**Underlying operating margins impacted by year-on-year portfolio & footprint actions and new product launch investment**

© 3M 2018. All Rights Reserved.

**3M**

# Updating 2018 planning estimates

**3.0% to 4.0%** year-on-year — **Organic local-currency growth**

**$10.20 to $10.55** +11% to +15% year-on-year — **Earnings per share,** ex. TCJA adj. and legal settlement

**20%+** — **Return on invested capital**

**90% to 100%** — **Free cash flow conversion**

GAAP EPS of $8.68 to $9.03, up 9% to 14% year-on-year

Adjusted EPS of $10.20 to $10.55, up 11% to 15% year-on-year

- Excludes first-quarter 2018 measurement adjustments to TCJA ($0.36) and legal settlement ($1.16)

Sales components:

- Organic local-currency growth  **3% to 4%**
- Acquisitions, net of divestitures **~ 1%**
- Foreign currency translation  **~ 2%**

**Effective tax rate of 20.0-22.0%, excluding measurement adjustments to TCJA and legal settlement**

*Estimates exclude pending divestiture of communications business; see appendix for reconciliation of FY 2018e free cash flow conversion, ROIC, adjusted EPS and adjusted effective tax rate*

© 3M 2018. All Rights Reserved.

# Q&A Participants









**Inge Thulin**
Chairman of the Board,
President and Chief
Executive Officer

**Mike Roman**
Executive Vice President
and Chief Operating Officer

**Nick Gangestad**
Senior Vice President and
Chief Financial Officer

**Bruce Jermeland**
Director, Investor Relations

© 3M 2018. All Rights Reserved.



# Appendix

# Q1 2018 sales recap

|  | U.S. | APAC | EMEA | LAC |
|---|---|---|---|---|
| Organic volume | +1.5% | +4.9% | -1.3% | +2.5% |
| Price | +0.8% | +0.0% | +1.4% | +1.0% |
| Organic local-currency | +2.3% | +4.9% | +0.1% | +3.5% |
| Acquisitions/Divestitures | +1.2% | ---- | +1.2% | -0.2% |
| FX | ---- | +5.1% | +12.4% | +1.0% |
| Total growth | +3.5% | +10.0% | +13.7% | +4.3% |

© 3M 2018. All Rights Reserved.

**3M**

18

# Q1 2018 P&L

| ($M) | Q1 2017 | Q1 2018 | Change |
|---|---|---|---|
| Sales | $7,685 | $8,278 | +7.7% |
| Gross profit | $3,803 | $4,042 | +6.3% |
| % to sales | 49.5% | 48.9% | -0.6 pts |
| SG&A | $1,614 | $2,573 | +60% |
| % to sales | 21.0% | 31.1% | +10.1 pts |
| R&D & related | $476 | $486 | +2.1% |
| % to sales | 6.2% | 5.9% | -0.3 pts |
| Gain on sale of businesses | ($29) | ($24) | -17% |
| % to sales | (0.4%) | (0.3%) | +0.1 pts |
| Operating income | $1,742 | $1,007 | -42% |
| % to sales | 22.7% | 12.2% | -10.5 pts |
| Net income | $1,323 | $602 | -55% |
| GAAP earnings per share | $2.16 | $0.98 | -55% |

© 3M 2018. All Rights Reserved.

**3M**

19

# Business segment information

| ($M) | Net Sales | | Operating Income | |
|---|---|---|---|---|
| Business groups | Q1 2017 | Q1 2018 | Q1 2017 | Q1 2018 |
| Industrial | $2,936 | $3,144 | $670 | $719 |
| Safety & Graphics | $1,550 | $1,783 | $399 | $483 |
| Health Care | $1,435 | $1,536 | $429 | $460 |
| Electronics & Energy | $1,291 | $1,350 | $256 | $337 |
| Consumer | $1,073 | $1,127 | $223 | $218 |
| Corporate and Unallocated | $1 | ---- | ($93) | ($1,046) |
| Elimination of Dual Credit | ($601) | ($662) | ($142) | ($164) |
| Total | $7,685 | $8,278 | $1,742 | $1,007 |

*Effective first quarter of 2018, 3M adopted Accounting Standards Update (ASU) No. 2016-07 and made certain business segment reporting changes. Those changes are reflected in the segment reporting data above. Refer to 3M's April 24, 2018 press release for full details.*

© 3M 2018. All Rights Reserved.

**3M**

# Q1 2018 TCJA measurement adjustment and legal settlement impact

| ($M, except EPS) | Q1 2017 GAAP | Q1 2018 GAAP | Q1 2018 TCJA measurement adjustment | Q1 2018 Legal settlement | Q1 2018 Adjusted |
|---|---|---|---|---|---|
| Net sales | $7,685 | $8,278 | | | $8,278 |
| Operating income | $1,742 | $1,007 | | $897 | $1,904 |
| Operating income margin | 22.7% | 12.2% | | | 23.0% |
| Income before taxes | $1,737 | $965 | | $897 | $1,862 |
| Provision for income taxes | $411 | $359 | ($217) | $187 | $329 |
| Effective tax rate | 23.7% | 37.2% | | | 17.6% |
| Net income | $1,323 | $602 | $217 | $710 | $1,529 |
| Earnings per share | $2.16 | $0.98 | $0.36 | $1.16 | $2.50 |
| % Change | | -54.6% | | | +15.7% |

In February 2018, 3M reached an agreement with the State of Minnesota that resolved the previously disclosed Natural Resource Damages (NRD) lawsuit filed by the State against the Company related to certain PFCs present in the environment. Under the terms of the settlement, 3M agreed to provide an $850 million grant to the State for a special "3M Water Quality and Sustainability Fund." This Fund will enable projects that support water sustainability in the Twin Cities East Metro region, such as continued delivery of water to residents and enhancing groundwater recharge to support sustainable growth. The projects will also result in habitat and recreation improvements, such as fishing piers, trails, and open space preservation. 3M recorded a pre-tax charge of $897 million, inclusive of legal fees and other related obligations, in the first quarter of 2018 associated with the resolution of this matter. Also during the first quarter of 2018, 3M recorded a tax expense of $217 million related to a measurement period adjustment to the provisional amounts recorded in December 2017 from the enactment of the Tax Cuts and Jobs Act (TCJA). 3M's provisional accounting continues to be subject to adjustment during the measurement period of up to one year following the December 2017 enactment of TCJA.

In addition to reporting financial results in accordance with U.S. GAAP, the Company also provides non-GAAP measures that adjust for the impacts of the NRD resolution and measurement period adjustment to the impact of enactment of the TCJA. These items represent significant charges that impacted the Company's financial results. Operating income, income before taxes, net income, earnings per share, and the effective tax rate are all measures for which 3M provides the reported GAAP measure and an adjusted measure. The adjusted measures are not in accordance with, nor are they a substitute for, GAAP measures. The Company considers these non-GAAP measures in evaluating and managing the Company's operations. The Company believes that discussion of results adjusted for this item is meaningful to investors as it provides a useful analysis of ongoing underlying operating trends. The determination of this item may not be comparable to similarly titled measures used by other companies.

© 3M 2018. All Rights Reserved.

**3M**

# Estimated Full Year 2018 TCJA measurement adjustment and legal settlement impact

| ($B, except EPS) | Estimated Full Year 2018 | | | |
|---|---|---|---|---|
| | GAAP Measure | TCJA measurement adjustment | Legal settlement | Adjusted Non-GAAP measure |
| Income before taxes | $6.8 to $7.3 | | $0.9 | $7.7 to $8.2 |
| Provision for income taxes | $1.6 to $1.8 | ($0.2) | $0.2 | $1.5 to $1.8 |
| Effective tax rate | 23.0% to 25.0% | | | 20.0% to 22.0% |
| | | | | |
| Net income attributable to 3M | $5.2 to $5.5 | $0.2 | $0.7 | $6.2 to $6.4 |
| Earnings per diluted share | $8.68 to $9.03 | $0.36 | $1.16 | $10.20 to $10.55 |

In February 2018, 3M reached an agreement with the State of Minnesota that resolved the previously disclosed Natural Resource Damages (NRD) lawsuit filed by the State against the Company related to certain PFCs present in the environment. Under the terms of the settlement, 3M agreed to provide an $850 million grant to the State for a special "3M Water Quality and Sustainability Fund." This Fund will enable projects that support water sustainability in the Twin Cities East Metro region, such as continued delivery of water to residents and enhancing groundwater recharge to support sustainable growth. The projects will also result in habitat and recreation improvements, such as fishing piers, trails, and open space preservation. 3M recorded a pre-tax charge of $897 million, inclusive of legal fees and other related obligations, in the first quarter of 2018 associated with the resolution of this matter. Also during the first quarter of 2018, 3M recorded a tax expense of $217 million related to a measurement period adjustment to the provisional amounts recorded in December 2017 from the enactment of the Tax Cuts and Jobs Act (TCJA). 3M's provisional accounting continues to be subject to adjustment during the measurement period of up to one year following the December 2017 enactment of TCJA.

In addition to reporting financial results in accordance with U.S. GAAP, the Company also provides non-GAAP measures that adjust for the impacts of the NRD resolution and measurement period adjustment to the impact of enactment of the TCJA. These items represent significant charges that impacted the Company's financial results. Operating income, income before taxes, net income, earnings per share, and the effective tax rate are all measures for which 3M provides the reported GAAP measure and an adjusted measure. The adjusted measures are not in accordance with, nor are they a substitute for, GAAP measures. The Company considers these non-GAAP measures in evaluating and managing the Company's operations. The Company believes that discussion of results adjusted for this item is meaningful to investors as it provides a useful analysis of ongoing underlying operating trends. The determination of this item may not be comparable to similarly titled measures used by other companies.

© 3M 2018. All Rights Reserved.

3M

# Reconciliation of GAAP amounts to free cash flow conversion

## First-quarter 2018 results:

| ($M) | Q1 2017 | Q1 2018 | Change |
|---|---|---|---|
| **Major GAAP cash flow categories:** | | | |
| Operating cash flow | $988 | $143 | ($845) |
| Investing cash flow | ($90) | $281 | $371 |
| Financing cash flow | ($1,151) | $46 | $1,197 |
| **Free cash flow (non-GAAP measure):** | | | |
| Operating cash flow | $988 | $143 | ($845) |
| Purchases of property, plant and equipment | ($287) | ($304) | ($17) |
| Free cash flow | $701 | ($161) | ($862) |
| Net income attributable to 3M | $1,323 | $602 | ($721) |
| Free cash flow conversion | 53% | (27%) | (80) pts |

## Full-year 2018 forecast:

| ($B) | Year 2018 Planning Estimate |
|---|---|
| **Free cash flow (non-GAAP measure):** | |
| Operating cash flow | $6.5 to $7.0 |
| Purchases of property, plant and equipment | $1.5 to $1.8 |
| Free cash flow | $4.7 to $5.5 |
| Net income attributable to 3M | $5.2 to $5.5 |
| Free cash flow conversion | 90% to 100% |

*Free cash flow and free cash flow conversion are not defined under U.S. generally accepted accounting principles (GAAP). Therefore, they should not be considered a substitute for income or cash flow data prepared in accordance with U.S. GAAP and may not be comparable to similarly titled measures used by other companies. The Company defines free cash flow as net cash provided by operating activities less purchases of property, plant and equipment. It should not be inferred that the entire free cash flow is available for discretionary expenditures. The Company defines free cash flow conversion as free cash flow divided by net income attributable to 3M. The Company believes free cash flow and free cash flow conversion are meaningful to investors as they function as useful measures of performance and the Company uses these measures as an indication of the strength of the Company and its ability to generate cash.*

**3M**

© 3M 2018. All Rights Reserved.

# Reconciliation of GAAP amounts to return on invested capital

## Full-year 2017 results:

| ($B) | Year 2017 Results |
|---|---|
| **Return on invested capital (non-GAAP measure):** | |
| Net income including non-controlling interest | $4.9 |
| Interest expense (after-tax)* | $0.2 |
| Adjusted net income (return) | $5.1 |
| | |
| Ave. shareholder's equity (including non-controlling interest) | $11.6 |
| Ave. short-term and long-term debt | $12.2 |
| Ave. invested capital | $23.8 |
| | |
| Return on invested capital | 21% |
| Effective income tax rate used for interest expense* | 35.5% |

## Full-year 2018 forecast:

| ($B) | Year 2018 Planning Estimate |
|---|---|
| **Return on invested capital (non-GAAP measure):** | |
| Net income including non-controlling interest | $5.2 to $5.5 |
| Interest expense (after-tax)* | $0.2 to $0.3 |
| Adjusted net income (return) | $5.5 to $5.8 |
| | |
| Ave. shareholder's equity (including non-controlling interest) | $10.5 to $12.0 |
| Ave. short-term and long-term debt | $14.0 to $15.5 |
| Ave. invested capital | $24.5 to $27.5 |
| | |
| Return on invested capital | 20% + |
| Effective income tax rate used for interest expense* | 23% to 25% |

*Return on Invested Capital (ROIC) is not defined under U.S. generally accepted accounting principles. Therefore, ROIC should not be considered a substitute for other measures prepared in accordance with U.S. GAAP and may not be comparable to similarly titled measures used by other companies. The Company defines ROIC as adjusted net income (net income including non-controlling interest plus after-tax interest expense) divided by average invested capital (equity plus debt). The Company believes ROIC is meaningful to investors as it focuses on shareholder value creation.*

**3M**

© 3M 2018. All Rights Reserved.