# Annex C

# FINANCIAL ACCOUNTING SERIES



ACCOUNTING STANDARDS UPDATE

No. 2014-15
August 2014

## Presentation of Financial Statements— Going Concern (Subtopic 205-40)

Disclosure of Uncertainties about an Entity's Ability to Continue as a Going Concern

An Amendment of the *FASB Accounting Standards Codification®*

**Financial Accounting Standards Board**

The amendments in this Update provide guidance in GAAP about management's responsibility to evaluate whether there is substantial doubt about an entity's ability to continue as a going concern and to provide related footnote disclosures. In doing so, the amendments should reduce diversity in the timing and content of footnote disclosures.

## Who Is Affected by the Amendments in This Update?

The amendments in this Update apply to all entities.

## What Are the Main Provisions?

In connection with preparing financial statements for each annual and interim reporting period, an entity's management should evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about the entity's ability to continue as a going concern within one year after the date that the *financial statements are issued* (or within one year after the date that the *financial statements are available to be issued* when applicable).

Management's evaluation should be based on relevant conditions and events that are known and reasonably knowable at the date that the *financial statements are issued* (or at the date that the *financial statements are available to be issued* when applicable).

Substantial doubt about an entity's ability to continue as a going concern exists when relevant conditions and events, considered in the aggregate, indicate that it is probable that the entity will be unable to meet its obligations as they become due within one year after the date that the financial statements are issued (or available to be issued). The term *probable* is used consistently with its use in Topic 450, Contingencies.

When management identifies conditions or events that raise substantial doubt about an entity's ability to continue as a going concern, management should consider whether its plans that are intended to mitigate those relevant conditions or events will alleviate the substantial doubt. The mitigating effect of management's plans should be considered only to the extent that (1) it is probable that the plans will be effectively implemented and, if so, (2) it is probable that the plans will mitigate the conditions or events that raise substantial doubt about the entity's ability to continue as a going concern.

If conditions or events raise substantial doubt about an entity's ability to continue as a going concern, but the substantial doubt is alleviated as a result of consideration of management's plans, the entity should disclose information that enables users of the financial statements to understand all of the following (or refer to similar information disclosed elsewhere in the footnotes):

2

Commission [SEC] registrants also are required to consider the guidance in paragraph 855-10-S99-2.)

**Liquidation**

**Note:** The following definition is Pending Content; see Transition Guidance in paragraph 205-30-65-1.

The process by which an entity converts its assets to cash or other assets and settles its obligations with creditors in anticipation of the entity ceasing all activities. Upon cessation of the entity's activities, any remaining cash or other assets are distributed to the entity's investors or other claimants (albeit sometimes indirectly). Liquidation may be compulsory or voluntary. Dissolution of an entity as a result of that entity being acquired by another entity or merged into another entity in its entirety and with the expectation of continuing its business does not qualify as liquidation.

**Probable (second definition)**

The future event or events are likely to occur.

**Substantial Doubt about an Entity's Ability to Continue as a Going Concern**

Substantial doubt about an entity's ability to continue as a going concern exists when conditions and events, considered in the aggregate, indicate that it is **probable** that the entity will be unable to meet its obligations as they become due within one year after the date that the **financial statements are issued** (or within one year after the date that the **financial statements are available to be issued** when applicable). The term *probable* is used consistently with its use in Topic 450 on contingencies.

## Disclosure

### General

### > Evaluating Conditions and Events That May Raise Substantial Doubt

**205-40-50-1** In connection with preparing financial statements for each annual and interim reporting period, an entity's management shall evaluate whether there are conditions and events, considered in the aggregate, that raise **substantial doubt about an entity's ability to continue as a going concern** within one year after the date that the **financial statements are issued** (or within

more likely than not and preferably even earlier when those issues become reasonably likely.

Mr. Linsmeier believes that resistance to an earlier threshold for disclosures about going concern uncertainties primarily exists because of concerns about (a) redundancy with somewhat similar SEC disclosure requirements and (b) increased litigation risk and a self-fulfilling prophecy when the forward-looking disclosures that are not subject to a safe-harbor focus on making an overall assessment about when there is substantial doubt that an entity can continue as a going concern.

Mr. Linsmeier believes that each of those concerns would be mitigated significantly if the disclosures required by this Update focused on uncertainties about the quality of reported numbers caused by increased uncertainty about the inputs used to measure financial statement numbers in the presence of uncertainty about whether the entity can continue as a going concern. Therefore, to serve users better, Mr. Linsmeier would have preferred that this Update require disclosures when it is reasonably likely that uncertainty about the ability of an entity to continue as a going concern causes uncertainties about the estimates and assumptions used as inputs to measurements recognized in the financial statements.

Mr. Smith dissents from the issuance of this Update because he believes that the guidance in the Update does not pass the cost-benefit test. Traditionally, the cost-benefit test is an evaluation of whether the *increase* in benefits to financial statement users justifies the *increase* in costs to financial statement preparers and auditors. Mr. Smith believes that for this particular Update, the evaluation is whether the *reduction* in benefits is justified by the *reduction* in costs.

As mentioned in paragraph BC17, a commonly cited academic paper (Boritz, 1991) noted that the threshold for the substantial doubt likelihood of an entity being unable to meet its obligations is between 50 and 70 percent. The guidance in this Update increases that threshold to probable, which many assert as being in the 70–75 percent range. Mr. Smith believes that this increase in the threshold will result in a decrease in the number of going concern disclosures as compared with current practice. While Mr. Smith believes there are benefits to defining management's responsibility in GAAP, he believes that this increase in the threshold is not a favorable outcome, which is why he believes that the guidance will result in a *decrease* in benefits. Mr. Smith also notes that the cost of implementing the guidance should go down because (a) substantial doubt is defined, whereas it is not today, and (b) the threshold for starting going concern disclosures is increased (later) as compared with current practice.

Mr. Smith is disappointed that the Board and FASB staff did not try harder to address the operability concerns raised by respondents to the 2013 Exposure Draft, *Presentation of Financial Statements (Topic 205): Disclosure of Uncertainties about an Entity's Going Concern Presumption;* instead, to Mr. Smith, it appears that the approach adopted was to acknowledge the existence

17

doubt about an entity's ability to continue as a going concern. Additionally, some auditors and financial statement users indicated that the use of *probable* as the threshold when substantial doubt exists would be most consistent with the current practice of disclosing uncertainties about an entity's ability to continue as a going concern. However, other auditors and stakeholders indicated that existing footnote disclosures start at a threshold that is between *more likely than not* and *probable*.

BC17. The Board's outreach and research efforts also found differences in views between different stakeholder groups. Generally, the Board learned that financial statement users perceive substantial doubt as a higher probability than auditors do because many users indicated that substantial doubt means a high probability that an entity will go into *bankruptcy*. The range of feedback about substantial doubt and the related timing of disclosures in practice further highlighted the need to address the existing diversity. Various academics also have tried to pinpoint the threshold for substantial doubt under current practice. One academic paper (Boritz, 1991) noted that a 50 to 70 percent likelihood of an entity being unable to meet its obligations would represent substantial doubt.

BC18. Most respondents to the 2013 Exposure Draft agreed with incorporating a likelihood-based threshold in the definition of substantial doubt and agreed that probable is an appropriate threshold. Respondents also agreed that the term *probable* should be used and interpreted similar to its use in Topic 450, Contingencies.

BC19. After weighing the various considerations outlined above and considering stakeholders' feedback, including feedback received on the 2008 and 2013 Exposure Drafts, the Board decided that substantial doubt about an entity's ability to continue as a going concern should be deemed to exist when relevant conditions or events, considered in the aggregate, indicate that it is probable that the entity will be unable to meet its obligations as they become due within one year after the date that the financial statements are issued (or within one year after the date that the financial statements are available to be issued when applicable). The Board determined that the definition of *substantial doubt* should incorporate the term *probable*, as was proposed in the 2013 Exposure Draft, because that term is defined within GAAP (Topic 450 on contingencies) and therefore would promote a more consistent application of the standard. The Board also noted that the term *probable* would convey a degree of significance that is most consistent with how users of financial statements currently perceive the term *substantial doubt* in financial reporting.

BC20. The Board acknowledged that the evaluation of whether there is substantial doubt involves a significant degree of judgment regardless of whether a likelihood-based threshold is introduced. The determination should consider both qualitative and quantitative information about relevant conditions and events in the aggregate. The Board incorporated into GAAP the examples of qualitative and quantitative indicators that reside in U.S. auditing standards of the conditions

24