# Annex E

# Deloitte.



# A Roadmap to Accounting for Contingencies and Loss Recoveries

2019

The flowchart below provides an overview of the contingent liability recognition criteria, taking into consideration all information about the loss that becomes available before the financial statements are issued (or are available to be issued).



A contingent liability is not recognized when either (1) it is not probable that a future event will confirm that a loss had been incurred on or before the date of the financial statements or (2) the amount of the loss is not reasonably estimable. The entity should carefully evaluate whether appropriate disclosure is necessary to keep the financial statements from being misleading. See additional disclosure requirements in Section 2.8.

## 2.3.1   Assessing the Probability of Whether a Loss Has Been Incurred

### 2.3.1.1   *"Probable," "Reasonably Possible," and "Remote"*

For an entity to recognize a loss contingency, ASC 450 requires that it be probable that one or more future events will occur or fail to occur, thereby confirming a loss. ASC 450-20 categorizes loss contingencies on the basis of the likelihood of occurrence as follows:

> **ASC 450-20 — Glossary**
>
> **Probable**
> The future event or events are likely to occur.
>
> **Reasonably Possible**
> The chance of the future event or events occurring is more than remote but less than likely.
>
> **Remote**
> The chance of the future event or events occurring is slight.

Although ASC 450-20 defines each of these terms, it provides no quantitative thresholds. The word "probable" is not intended to require virtual certainty before a loss is accrued. However, "likely to occur" is a higher threshold than "more likely than not," which is generally considered to be a minimum of a 50.1 percent chance of occurrence.

"Probable" is discussed in paragraph 49 of the Background Information and Basis for Conclusions of FASB Statement 114, which states, in part:

> "'[P]robable' . . . has, in the case of banks, come to mean 'virtually certain,' rather than 'more likely than not,'" and "the 'probable' requirement as it is sometimes applied has unduly delayed loss recognition . . . of problem assets." The Board did not intend "probable" to mean "virtually certain to occur." The Statement 5 definition of probable states that "the future event or events are *likely to occur*" (emphasis added). The Board recognizes that application of the term probable in practice requires judgment, and to clarify its intent the Board has reiterated the guidance in paragraph 84 of Statement 5 in paragraph 10 of this Statement. The term probable is used in this Statement consistent with its use in Statement 5. This Statement does not specify how a creditor should determine that it is probable that it will be unable to collect all amounts due according to a loan's contractual terms.

The application of a probable threshold is also addressed in ASU 2014-15, which discusses "probable" in the context of determining what constitutes substantial doubt about an entity's ability to continue as a going concern. Further, ASU 2014-15 observes that "probable" in the ASC master glossary's definition of "substantial doubt about an entity's ability to continue as a going concern" carries the same meaning that it does in ASC 450's definition of the word. The ASU's general discussion of a Board member's dissenting view indicates, in part:

> As mentioned in paragraph BC17, a commonly cited academic paper (Boritz, 1991) noted that the threshold for the substantial doubt likelihood of an entity being unable to meet its obligations is between 50 and 70 percent. The guidance in this Update increases that threshold to probable, which many assert as being in the 70–75 percent range.

While we believe that diversity in practice exists related to what percentage likelihood entities consider "probable" to represent, we generally believe that in a manner consistent with the discussion in ASU 2014-15, the use of "probable" would require at least a 70 percent chance of occurrence.

A loss contingency is recognized only when the likelihood of a future event's occurrence indicates that it is probable that a loss has occurred (assuming the loss contingency is also reasonably estimable). If the likelihood of a future event's occurrence is only reasonably possible, entities should provide appropriate disclosures as required under ASC 450-20-50, although loss accrual is not appropriate. For events for which the likelihood that a loss has been incurred is remote, recognition is not appropriate and disclosure is not required under ASC 450-20; however, entities should use judgment in determining whether omitting disclosures would cause the financial statements to be misleading. See Section 2.8 for disclosure considerations.

Entities may need to consider various factors and apply considerable judgment in determining the likelihood of occurrence of a future event or the nonoccurrence of a future event that will confirm whether a loss has been incurred on the date of the financial statements. Specifically, in the case of class action lawsuits or litigation, entities may need to consider (among other things) the opinion of in-house or external legal counsel, the entity's history and experience with similar cases, prior case law, how the entity intends to respond, and the nature of the settlement mechanism.

Certain contingencies are not considered probable until the underlying future events occur because of various external factors involved in the determination of the probability threshold. Examples of such underlying future events include casualty events, the enactment of proposed legislation, the successful completion of an initial public offering, and the occurrence of a business combination, all which are discussed in the sections below.

# Appendix A — Differences Between U.S. GAAP and IFRS Standards

The primary sources of guidance on the accounting for contingencies are ASC 450 under U.S. GAAP and IAS 37 under IFRS Standards. Throughout this appendix, terminology applicable to both U.S. GAAP and IFRS Standards is used, depending on the applicable guidance (e.g., "contingent gain" in U.S. GAAP versus "contingent asset" in IFRS Standards).

The table below summarizes commonly encountered differences between the accounting for contingencies under U.S. GAAP and that under IFRS Standards. For detailed interpretive guidance on IAS 37, see Chapter A12, "Provisions, Contingent Liabilities and Contingent Assets," of Deloitte's iGAAP publication.

| Subject | U.S. GAAP | IFRS Standards |
| --- | --- | --- |
| Terminology | Three categories: <br><br> • **Estimated loss** accrued for a loss contingency (i.e., a contingent loss that is recognized as a liability). <br><br> • **Contingent loss** that is not recognized as a liability (e.g., when a contingent loss cannot be reasonably estimated). <br><br> • **Contingent gain**. <br><br> U.S. GAAP and IFRS Standards use different terminology to describe contingencies. Under U.S. GAAP, this terminology is related to financial statements' elements of performance (two key terms are "contingent gain" and "contingent loss"), whereas under IFRS Standards, the terminology used is related to financial statements' elements of financial position (the three key terms are "contingent asset," "contingent liability," and "provision"). However, the two sets of terms may be applied similarly so that no difference between them arises in practice. | Three categories: <br><br> • **Provision** is an accrued liability or loss contingency recognized in the financial statements. <br><br> • **Contingent liability** is a loss contingency that does not meet the criteria to be recognized in the financial statements. <br><br> • **Contingent asset** is a concept similar to contingent gains under U.S. GAAP. |
| Recognition of contingent losses/provisions | One of the conditions for loss accrual is that it is probable that (1) an asset has been impaired or (2) a liability has been incurred. "Probable" is defined as "likely to occur" (i.e., generally greater than 70 percent), which is a higher threshold than "more likely than not" (i.e., greater than 50 percent). | One of the conditions for recognizing a provision (as a liability) is that it is probable that an outflow of resources will be required to settle the obligation. "Probable" is defined as "more likely than not" (i.e., greater than 50 percent). <br><br> More contingencies may qualify for recognition as liabilities under IFRS Standards than under U.S. GAAP. |