# Annex F

May 03, 2021

# 275 Risks and Uncertainties
## 10 Overall

## General Subsections Only

## 275-10-00   Status

**General Note**: The Status Section identifies changes to this Subtopic resulting from Accounting Standards Updates. The Section provides references to the affected Codification content and links to the related Accounting Standards Updates. Nonsubstantive changes for items such as editorial, link and similar corrections are included separately in Maintenance Updates.

**275-10-00-1**   The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| | | | |
| **Contract** | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| **Customer** | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| **Fair Value** (3rd def.) | Added | Accounting Standards Update No. 2012-04 | 10/01/2012 |
| **Net Realizable Value** | Added | Accounting Standards Update No. 2015-11 | 07/22/2015 |
| **Performance Obligation** | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| **Reasonably Possible** | Added | Accounting Standards Update No. 2016-19 | 12/14/2016 |
| **Revenue** | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| **Transaction Price** | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| | | | |
| 275-10-05-2 | Amended | Accounting Standards Update No. 2014-10 | 06/10/2014 |
| 275-10-05-6 | Amended | Accounting Standards Update No. 2012-04 | 10/01/2012 |
| 275-10-05-7 | Amended | Accounting Standards Update No. 2015-11 | 07/22/2015 |
| 275-10-05-7 | Amended | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 275-10-15-6 | Amended | Maintenance Update 2016-05 | 04/12/2016 |
| 275-10-50-1 | Amended | Accounting Standards Update No. 2014-10 | 06/10/2014 |
| 275-10-50-2 | Amended | Accounting Standards Update No. 2014-10 | 06/10/2014 |
| 275-10-50-2A | Added | Accounting Standards Update No. 2014-10 | 06/10/2014 |
| 275-10-50-6 | Amended | Accounting Standards Update No. 2016-19 | 12/14/2016 |
| 275-10-50-8 | Amended | Accounting Standards Update No. 2016-19 | 12/14/2016 |
| 275-10-55-2 | Amended | Accounting Standards Update No. 2014-10 | 06/10/2014 |
| 275-10-55-3A | Added | Accounting Standards Update No. 2014-10 | 06/10/2014 |
| 275-10-55-3B | Added | Accounting Standards Update No. 2014-10 | 06/10/2014 |
| 275-10-55-9 | Amended | Accounting Standards Update No. 2016-19 | 12/14/2016 |
| 275-10-60-1 | Superseded | Maintenance Update 2018-02 | 02/02/2018 |
| 275-10-60-3A | Added | Accounting Standards Update No. 2012-04 | 10/01/2012 |
| 275-10-60-7 | Amended | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 275-10-60-9 | Superseded | Accounting Standards Update No. 2012-04 | 10/01/2012 |

**275-10-15-1**   The Scope Section of the Overall Subtopic establishes the pervasive scope for the Risks and Uncertainties Topic.

> **Entities**

**275-10-15-2**   The guidance in the Risks and Uncertainties Topic applies to all entities.

> **Other Considerations**

**275-10-15-3**   The guidance in the Risks and Uncertainties Topic applies to financial statements prepared in conformity with generally accepted accounting principles (GAAP) and applies to all entities that issue such statements. While the guidance in this Topic applies to complete interim financial statements, it does not apply to condensed or summarized interim financial statements. If comparative financial statements are presented, the disclosure requirements apply only to the financial statements for the most recent fiscal period presented.

**275-10-15-4**   The disclosure requirements do not encompass risks and uncertainties that might be associated with any of the following:

    a.  Management or key personnel

    b.  Proposed changes in government regulations

    c.  Proposed changes in accounting principles

    d.  Deficiencies in the internal control structure

    e.  The possible effects of acts of God, war, or sudden catastrophes.

> > **Overlap with Other Topics**

**275-10-15-5**   Certain disclosure requirements in this Topic supplement the requirements of other authoritative Topics. In many cases, however, the disclosure requirements in this Topic, particularly those relating to certain significant estimates, will be met or partly met by compliance with such other Topics.

**275-10-15-6**   The disclosure requirements of this Topic in many circumstances are similar to or overlap the disclosure requirements in other Topics, for example, Topic 450 and, for public entities, Subtopic 280-10. The disclosure requirements of this Topic in many circumstances also are similar to or overlap the disclosure requirements of the Securities and Exchange Commission (SEC). This Topic does not alter the requirements of any other Topic or any SEC requirement.

# 275-10-50   Disclosure

> **General Note**: The Disclosure Section provides guidance regarding the disclosure in the notes to financial statements. In some cases, disclosure may relate to disclosure on the face of the financial statements.

**275-10-50-1**   All of the disclosures required by this Subtopic shall be included in the basic financial statements. Reporting entities shall make disclosures in their financial statements about the risks and uncertainties existing as of the date of those statements in the following areas:

    a.  Nature of operations, including the activities in which the entity is currently engaged if principal operations have not commenced

b. Use of estimates in the preparation of financial statements

c. Certain significant estimates

d. Current vulnerability due to certain concentrations.

These four areas of disclosure are not mutually exclusive. The information required by some may overlap. Accordingly, the disclosures required by this Subtopic may be combined in various ways, grouped together, or placed in diverse parts of the financial statements, or included as part of the disclosures made pursuant to the requirements of other Topics.

> **Nature of Operations/Activities**

**275-10-50-2**   If an entity has commenced planned principal operations, the entity's financial statements shall include a description of the major products or services the reporting entity sells or provides and its principal markets, including the locations of those markets. If the entity operates in more than one business, the disclosure also shall indicate the relative importance of its operations in each business and the basis for this determination—for example, assets, revenues, or earnings. Not-for-profit entities' (NFPs') disclosures should briefly describe the principal services performed by the entity and the revenue sources for the entity's services. Disclosures about the nature of operations or activities need not be quantified; relative importance could be conveyed by use of terms such as predominately, about equally, or major and other.

**275-10-50-2A**   An entity that has not commenced principal operations shall provide disclosures about the risks and uncertainties related to the activities in which the entity is currently engaged and an understanding of what those activities are being directed toward.

**275-10-50-3**   See Examples 1 through 2 (paragraphs 275-10-55-2 through 55-5) for illustrations of disclosure requirements for nature of operations.

> **Use of Estimates in the Preparation of Financial Statements**

**275-10-50-4**   Financial statements shall include an explanation that the preparation of financial statements in conformity with generally accepted accounting principles (GAAP) requires the use of management's estimates.

**275-10-50-5**   See Example 3 (paragraph 275-10-55-6) for an illustration of the disclosure requirements of the pervasiveness of estimates in the preparation of financial statements.

> **Certain Significant Estimates**

**275-10-50-6**   This Subtopic requires discussion of estimates when, based on known information available before the financial statements are issued or are available to be issued (as discussed in Section 855-10-25), it is **reasonably possible** that the estimate will change in the **near term** and the effect of the change will be material. The estimate of the effect of a change in a condition, situation, or set of circumstances that existed at the date of the financial statements shall be disclosed and the evaluation shall be based on known information available before the financial statements are issued or are available to be issued (as discussed in Section 855-10-25).

**275-10-50-7**   Various Topics require disclosures about uncertainties addressed by those Topics. In particular, Subtopic 450-20 specifies disclosures to be made about contingencies that exist at the date of the financial statements. In addition to disclosures required by Topic 450 and other accounting Topics, this Subtopic requires disclosures regarding estimates used in the determination of the carrying amounts of assets or liabilities or in disclosure of gain or loss contingencies, as described below.

**275-10-50-8**   Disclosure regarding an estimate shall be made when known information available before the financial statements are issued or are available to be issued (as discussed in Section 855-10-25) indicates that both of the following criteria are met:

a. It is at least reasonably possible that the estimate of the effect on the financial statements of a condition, situation, or set of circumstances that existed at the date of the financial statements will change in the near term due to one or more future confirming events.

b. The effect of the change would be material to the financial statements.

**275-10-50-9**   The disclosure shall indicate the nature of the uncertainty and include an indication that it is at least reasonably possible that a change in the estimate will occur in the near term. If the estimate involves a loss contingency covered by Subtopic 450-20, the disclosure also shall include an estimate of the possible loss or range of loss, or state that such an estimate cannot be made. Disclosure of the factors that cause the estimate to be sensitive to change is encouraged but not required. The words reasonably possible need not be used in the disclosures required by this Subtopic.

**275-10-50-10**   Many entities use risk-reduction techniques to mitigate losses or the uncertainty that may result from future events. If the entity determines that the criteria in paragraph 275-10-50-8 are not met as a result of risk-reduction techniques, the disclosures described in the preceding paragraph and disclosure of the risk-reduction techniques are encouraged but not required.

**275-10-50-11**   This Subtopic's disclosure requirements are separate from and do not change in any way the disclosure requirements or criteria of Topic 450; rather, the disclosures required under this Subtopic supplement the disclosures required under that Topic as follows:

a. If an estimate (including estimates that involve contingencies covered by Topic 450) meets the criteria for disclosure under paragraph 275-10-50-8, this Subtopic requires disclosure of an indication that it is at least reasonably possible that a change in the estimate will occur in the near term; Topic 450 does not distinguish between near-term and long-term contingencies.

b. An estimate that does not involve a contingency covered by Topic 450, such as estimates associated with long-term operating assets and amounts reported under profitable long-term contracts, may meet the criteria in paragraph 275-10-50-8. This Subtopic requires disclosure of the nature of the estimate and an indication that it is at least reasonably possible that a change in the estimate will occur in the near term.

**275-10-50-12**   If a loss contingency meets the criteria for disclosure under both Topic 450 and paragraph 275-10-50-8, this Subtopic requires disclosure that it is at least reasonably possible that future events confirming the fact of the loss or the change in the estimated amount of the loss will occur in the near term.

**275-10-50-13**   The requirements of paragraph 275-10-50-8 are applicable to long-lived assets whose value may become impaired in the near term (see Subtopic 360-10).

**275-10-50-14**   Whether an estimate meets the criteria for disclosure under this Subtopic does not depend on the amount that has been reported in the financial statements, but rather on the materiality of the effect that using a different estimate would have had on the financial statements. Simply because an estimate resulted in the recognition of a small financial statement amount, or no amount, does not mean that disclosure is not required under this Subtopic.

**275-10-50-15**   The following are examples of assets and liabilities and related revenues and expenses, and of disclosure of gain or loss contingencies included in financial statements that, based on facts and circumstances existing at the date of the financial statements, may be based on estimates that are particularly sensitive to change in the near term:

a. Inventory subject to rapid technological obsolescence

b. Specialized equipment subject to technological obsolescence

c. Valuation allowances for deferred tax assets based on future taxable income

d. Capitalized motion picture film production costs

e.  Capitalized computer software costs

f.  Deferred policy acquisition costs of insurance entities

g.  Valuation allowances for commercial and real estate loans

h.  Environmental remediation-related obligations

i.  Litigation-related obligations

j.  Contingent liabilities for obligations of other entities

k.  Amounts reported for long-term obligations, such as amounts reported for pensions and postemployment benefits

l.  Estimated net proceeds recoverable, the provisions for expected loss to be incurred, or both, on disposition of a business or assets

m.  Amounts reported for long-term contracts.

The above list is not intended to be all-inclusive. See Section 275-10-60 for links to illustrations of the disclosure requirements that are contained in other Topics.

## > >    Estimated Useful Life of an Intangible Asset

**275-10-50-15A**   In determining whether disclosure about an estimate of the useful life of an intangible asset is required under paragraph 275-10-50-8, the criterion in item (b) of that paragraph shall be considered met if the effect of either of the following would be material to the financial statements, either individually or in aggregate by major intangible asset class:

a.  A change in the useful life of an intangible

b.  A change in the expected likelihood of renewal or extension of an intangible asset.

## >    Current Vulnerability Due to Certain Concentrations

**275-10-50-16**   Vulnerability from concentrations arises because an entity is exposed to risk of loss greater than it would have had it mitigated its risk through diversification. Such risks of loss manifest themselves differently, depending on the nature of the concentration, and vary in significance. Financial statements shall disclose the concentrations described in paragraph 275-10-50-18 if, based on information known to management before the financial statements are issued or are available to be issued (as discussed in Section 855-10-25), all of the following criteria are met:

a.  The concentration exists at the date of the financial statements.

b.  The concentration makes the entity vulnerable to the risk of a near-term **severe impact**.

c.  It is at least reasonably possible that the events that could cause the severe impact will occur in the near term.

**275-10-50-17**   This Subtopic requires disclosure of certain defined concentrations known to management rather than a wider range of concentrations based on information of which management is reasonably expected to have knowledge.

**275-10-50-18**    Concentrations, including known group concentrations, described below require disclosure if they meet the criteria of paragraph 275-10-50-16. (Group concentrations exist if a number of