# UNITED STATES DISTRICT COURT

## District of Minnesota

IN RE 3M COMPANY SECURITIES LITIGATION

Heavy & Laborers' Locals 472 & 172 Welfare Fund, State of Rhode Island, Office of the Treasurer on Behalf of the Employees' Retirement System of the State of Rhode Island, Iron Workers Local 580 Joint Funds, Flossbach Von Storch Invest S.A.,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 20-cv-02488-NEB-KMM

3M Company, Inge G. Thulin,  Michael F. Roman, Nicholas C. Gangestad,

Defendant(s).

Movant

Amalgamated Bank, Sjunde AP-Fonden, MP Investment Management A/S

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Defendants' Motion to Dismiss (ECF No. 89) is GRANTED. The Complaint is DISMISSED.


Date: 10/1/2021                                                      KATE M. FOGARTY, CLERK